# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

    I am an employee currently or formerly employed by 212 Steakhouse, Inc. and/or related entities/individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

Nino Martinenko
_____
Full Legal Name (Print)

DocuSigned by:
*[signature]*
A74DA1F70DD0483...
_____
Signature

1/12/2022
_____
Date