**LAW OFFICES OF MITCHELL S. SEGAL, P.C.**

| | |
|---|---|
| 1010 NORTHERN BOULEVARD | N.Y.C. Office |
| SUITE 208 | 137 Fifth Avenue, 9th Floor |
| GREAT NECK, NEW YORK 11021 | New York, N.Y. 10010 |
| Ph: (516) 415-0100 | Ph: (212) 388-9444 |
| Fx: (516) 706-6631 | |

<u>Via ECF Filing</u>
Hon. U.S.D.C. Judge Lewis J. Liman                              February 27, 2022
U.S. District Court – SDNY
500 Pearl Street, Courtroom 15C
New York, New York 10007-1312

    Re:  <u>Nino Martinenko, on behalf of herself and all others similarly situated v.</u>
          <u>212 Steakhouse, Inc. and Nikolay Volper</u>
          <u>Case No.:  1:22-cv-00518-LJL</u>

Dear Hon. U.S.D.C. Judge Lewis J. Liman:

    I am writing to this honorable Court to request an extension of thirty (30) days to respond to the Plaintiff's Complaint.  I have just been engaged in this matter.  The original due date to respond to the Plaintiff's Complaint was February 18, 2022.  No previous requests have been made.  I have spoken to the Plaintiff's counsel who has consented to this extension request.  There is currently no scheduled appearance before this Court.

    I thank the Court for its review of this request.

                                                      Respectfully submitted,

                                                        /s/ Mitchell Segal
                                                         _____
                                                            Mitchell Segal

Cc:  Denise A. Schulman, Esq.
      (By ECF)