UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------x
NINO MARTINENKO, on behalf of　　　　CASE NO. 22 CV 518 (LJL)
herself and others similarly situated,

          **Plaintiff,**

  v.

212 STEAKHOUSE, INC., and
NIKOLAY VOLPER,

          **Defendants.**
---------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and annexed materials, Plaintiff shall move the Court at such date and time as counsel may be heard to grant Plaintiff's motion for conditional certification of an FLSA collective.

Dated:  New York, New York
        April 4, 2022

                                          /s/ Denise A. Schulman
                                          D. Maimon Kirschenbaum
                                          Denise A. Schulman
                                          JOSEPH & KIRSCHENBAUM LLP
                                          32 Broadway, Suite 601
                                          New York, NY 10004
                                          Tel: (212) 688-5640
                                          Fax: (212) 688-2548

                                          *Attorneys for Plaintiffs, proposed FLSA*
                                          *collective, and proposed Class*