**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------x
**NINO MARTINENKO, on behalf of**  　　　CASE NO. 22 CV 518 (LJL)
**herself and others similarly situated,**

　　　　　　**Plaintiff,**

　v.

**212 STEAKHOUSE, INC., and**
**NIKOLAY VOLPER,**

　　　　　　**Defendants.**
---------------------------------------------------x

### DECLARATION OF DENISE A. SCHULMAN

I, Denise A. Schulman, under penalty of perjury, affirm as follows:

1. I am partner with Joseph & Kirschenbaum LLP ("JK"), Plaintiff's counsel in this action.

   I am familiar with the facts and circumstances set forth herein.

2. Attached hereto as Exhibit 1 is Plaintiff's proposed notice of pendency.

3. Attached hereto as Exhibit 2 is Plaintiff's proposed text message notice.

Dated: New York, New York
　　　　April 4, 2022

　　　　　　　　　　　　　　　　　　　　　　　/s/ Denise A. Schulman
　　　　　　　　　　　　　　　　　　　　　　　Denise A. Schulman