UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
NINO MARTINENKO, on behalf of                CASE NO. 22 CV 518 (LJL)
herself and others similarly situated,

            **Plaintiff,**

     **v.**

212 STEAKHOUSE, INC., and
NIKOLAY VOLPER,

            **Defendants.**
-----------------------------------------------------x

## DECLARATION OF NINO MARTINENKO

I, Nino Martinenko, under penalty of perjury, pursuant to 28 U.S.C. § 1746, affirm that the following is true and correct:

1.      I was employed by Defendants 212 Steakhouse, Inc. and Nikolay Volper (collectively, "Defendants"). I submit this declaration based on personal knowledge unless indicated otherwise.

2.      I worked for Defendants as a server at their restaurant called 212 Steakhouse located in midtown Manhattan. I had two periods of employment at 212 Steakhouse: from approximately 2015 to late 2018 or early 2019, and from approximately January 2021 to December 2021.

3.      I frequently worked more than 40 hours per week at 212 Steakhouse. However, Defendants did not pay me one and a half times my regular rate for my overtime hours.

4.      212 Steakhouse paid employees on a weekly basis.

5.       Attached hereto as **Exhibit 1** are true and correct copies of some of my paystubs from 212 Steakhouse, which show that Defendants paid me the same rate for all of my hours worked, including overtime hours.

6.       The front of house employees at 212 Steakhouse included servers, bussers/runners, and bartenders.  Other front of house employees also worked more than 40 hours per week.  I know this based on my own observations, as well as the hours reflected in their paystubs.

7.       One of my responsibilities at 212 Steakhouse was to write employees' paychecks. In order to do this, one of my bosses, Imran, e-mailed me employees' paystubs.  Once I received the paystubs, I would fill out checks to the employees for the net amounts shown on their paystubs.

8.       Attached hereto as **Exhibit 2** are true and correct copies of paystubs that Imran sent me for other front of house employees.

9.       The names and positions of the employees whose paystubs are included in **Exhibit 2** are:

- Alexander Rynkovksy: server

- Everardo Perez: server (previously worked at the restaurant as a busser/runner)

- Samuel Garcia: busser/runner

- Alessandro Arduini: bartender

10.       As the paystubs in **Exhibit 2** show, other front of house employees also worked more than 40 hours per week without being paid one and a half times their regular rate for overtime hours.

Dated: New York, New York
           4/1/2022

DocuSigned by:

Nino Martinenko

2