**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------x

| | |
|---|---|
| **NINO MARTINENKO, on behalf of herself and others similarly situated,** | **CASE NO. 22 CV 518 (LJL)** |
| **Plaintiff,** | |
| v. | |
| **212 STEAKHOUSE, INC., and NIKOLAY VOLPER,** | |
| **Defendants.** | |

-----------------------------------------------------x

## DECLARATION OF DENISE A. SCHULMAN

I, Denise A. Schulman, under penalty of perjury, affirm as follows:

1. I am a partner with Joseph & Kirschenbaum LLP ("JK"), Plaintiff's counsel in this action. I am familiar with the facts and circumstances set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the complaint filed in *Quizhpi v. 212 Steakhouse, Inc.*, No. 18 Civ. 11710 (S.D.N.Y.).

3. Attached hereto as Exhibit 2 is a true and correct copy of *Huang v. Shanghai City Corp.*, No. 19 CV 7702, 2020 U.S. Dist. LEXIS 193074 (S.D.N.Y. Oct. 19, 2020).

Dated: New York, New York
       April 21, 2022

                                                  /s/ Denise A. Schulman
                                                  Denise A. Schulman