JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Tel: 212-688-5640 |
| Josef Nussbaum | Fax: 212-688-2548 |
| Lucas Buzzard | www.jk-llp.com |
| Leah Seliger | |
| Michael DiGiulio | |

June 13, 2022

**VIA ECF**

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        **Re:** **Martinenko v. 212 Steakhouse, Inc.**
             **No. 22 CV 518 (LJL)**

Dear Judge Liman:

      We represent the Plaintiff in the above-referenced action. On May 26, 2022, I filed a letter asking the Court to set a deadline for Defendants to respond to Plaintiff's discovery requests, which were served on April 7, 2022. (Dkt. No. 33.) Your Honor directed Defendants to file a responsive letter by June 1, 2022. (Dkt. No. 34.) Defendants have not yet filed a responsive letter. Nor have they produced their discovery responses. Accordingly, I respectfully request that the Court order Defendants to provide full responses to Plaintiff's discovery requests and produce all responsive documents by June 27, 2022. I thank the Court for its attention to this matter.

                                            Respectfully submitted,

                                            /s/ Denise A. Schulman
                                            Denise A. Schulman

cc: All counsel (via ECF)