

# Exhibit 2

## Denise Schulman

**From:** Denise Schulman
**Sent:** Monday, May 23, 2022 5:30 PM
**To:** Mitchell Segal
**Subject:** RE: 212 Steakhouse

Mitch,

My condolences for your loss. Will you be able to provide responses and document production in the next two weeks? If so I suggest requesting a 3 month extension of the discovery deadline in light of both this and the certification of the collective. Please let me know your thoughts. I'd like to submit the extension request tomorrow, if possible.

Thanks,
Denise

---

**From:** Mitchell Segal <msegal@segallegal.com>
**Sent:** Monday, May 23, 2022 2:18 PM
**To:** Denise Schulman <denise@jk-llp.com>
**Subject:** RE: 212 Steakhouse

You told me. I just buried my father yesterday. Ill get back to you. Write away if you feel the need.

---

**From:** Denise Schulman <denise@jk-llp.com>
**Sent:** Thursday, May 19, 2022 9:35 AM
**To:** Mitchell Segal <msegal@segallegal.com>
**Subject:** RE: 212 Steakhouse

Mitch,

In accordance with Judge Liman's individual practices, please let me know when you are available in the next two days to meet and confer about Defendants' outstanding discovery responses. If we cannot resolve this, I will have to write to the Court next week.

Thank you,
Denise

---

**From:** Denise Schulman
**Sent:** Monday, May 16, 2022 12:01 PM
**To:** msegal@segallegal.com
**Subject:** RE: 212 Steakhouse

Mitch,

Just following up on my previous e-mail. Please get back to me.

Thanks,
Denise

**From:** Denise Schulman
**Sent:** Wednesday, May 11, 2022 3:07 PM
**To:** msegal@segallegal.com
**Subject:** 212 Steakhouse

Mitch,

At the initial conference the judge told us that if conditional cert was granted, we should confer about whether to extend the discovery period. We sent the notice this week, so the opt-in deadline is in July, and the current discovery deadline is October 6. I suggest seeking a 2 month discovery extension, to December 6. Please let me know your thoughts.

Also, Defendants' discovery responses were due this past Monday, May 9. Please provide your responses and production by next Wednesday, May 18.

Thanks,
Denise

Denise Schulman
Joseph & Kirschenbaum LLP
32 Broadway
Suite 601
New York, NY 10004
Tel: 212-688-5640
Fax: 212-981-9587

This e-mail and any attachments are confidential and are intended solely for the use of the addressee(s). This communication may contain material that is protected by the attorney-client privilege or other privileges or doctrines. If you are not the addressee or an addressee's agent, you may not use, disseminate, forward, print, or copy this e-mail; doing so may violate the addressee's rights. If you have received this e-mail in error, please notify us immediately.

IRS Circular 230 disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication. (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)