JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph                                                        32 Broadway, Suite 601
D. Maimon Kirschenbaum                                                  New York, NY 10004
Denise Schulman                                                           Tel: 212-688-5640
Josef Nussbaum                                                           Fax: 212-688-2548
Lucas Buzzard                                                               www.jk-llp.com
Leah Seliger
Michael DiGiulio

July 19, 2022

**VIA ECF**

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:    Martinenko v. 212 Steakhouse, Inc.**
> **No. 22 CV 518 (LJL)**

Dear Judge Liman:

     We represent the Plaintiff in the above-referenced action.  I apologize for the multiplicity of letters, but I write to briefly note, in response to Defendants' letter filed yesterday, that the Court's July 5, 2022 Order (Dkt. No. 41) deemed all of Defendants' discovery objections waived. Thus, there is no basis for Defendants to withhold documents or information in their possession, custody, or control that are responsive to Plaintiff's requests.  If it would be helpful to the Court, Plaintiff would be happy to elaborate on the appropriateness of any specific discovery requests. We thank the Court for its attention to this matter.

                    Respectfully submitted,

                    /s/ Denise A. Schulman
                    Denise A. Schulman

cc: All counsel (via ECF)