LAW OFFICES OF MITCHELL S. SEGAL, P.C.

| | |
|---|---|
| 1129 NORTHERN BOULEVARD | <u>N.Y.C. Office</u> |
| MANHASSET, NEW YORK 11030 | 137 Fifth Avenue, 9th Floor |
| Ph: (516) 415-0100 | New York, N.Y. 10010 |
| Fx: (516) 706-6631 | Ph: (212) 388-9444 |

**<u>Via ECF</u>**

Honorable Lewis J. Liman                                                September 23, 2022
U.S. District Court – SDNY
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, N.Y. 10007

Re:  Martinenko v. 212 Steakhouse, Inc.
<u>22-cv-0518 (LJL)</u>

Dear Judge Liman:

I represent the Defendants in the above entitled action and am in receipt, once again, of another of Plaintiff's unfounded and premature requests for a motion to compel, now concerning a deposition.  Not once did I receive an email or call confirming the deposition date of December 22, 2022 or a call or email just to coordinate the deposition.  I don't believe that has ever occurred in my years of practice.

Notwithstanding, the Defendant will be available for the deposition on October 6, 2022 at 10:00 a.m.  Nikolay Volper will be the deposed witness.  I thank the Court for its review.


Respectfully submitted,

/s/  Mitchell Segal
_____
Mitchell Segal, Esq.