UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NINO MARTINENKO, on behalf of himself and others similarly situated, et al.,<br><br>       Plaintiffs,<br><br>-against-<br><br>212 STEAKHOUSE INC., et al.,<br><br>       Defendants. | 1:22-cv-00518 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court has reviewed the parties' joint letter. ECF No. 56. The parties report an interest in conducting mediation at the close of fact discovery. *Id.* Accordingly, it is hereby ORDERED that this case, involving claims under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, is referred for mediation to the Court-annexed Mediation Program for mediation at or around the close of fact discovery. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court. By separate order today, the Court will refer this case to the designated Magistrate Judge for General Pretrial Purposes, including settlement.

Dated: October 24, 2022
   New York, New York

                   SO ORDERED.

                   *Jennifer Rochon*
                   JENNIFER L. ROCHON
                   United States District Judge