**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------x
**NINO MARTINENKO, on behalf of**           **CASE NO. 22 CV 518**
**herself and others similarly situated,**

        **Plaintiff,**

  v.

**212 STEAKHOUSE, INC., and**
**NIKOLAY VOLPER,**

        **Defendants.**
------------------------------------------------x

## NOTICE OF MOTION

    PLEASE TAKE NOTICE that upon the accompanying memorandum of law and annexed materials, Plaintiff shall move the Court at such date and time as counsel may be heard to grant Plaintiff's motion for sanctions pursuant to Fed. R. Civ. P. 37.

Dated:  New York, New York
        November 1, 2022

                                                  /s/ Denise A. Schulman
                                                  D. Maimon Kirschenbaum
                                                  Denise A. Schulman
                                                  Michael DiGiulio
                                                  JOSEPH & KIRSCHENBAUM LLP
                                                  32 Broadway, Suite 601
                                                  New York, NY 10004
                                                  Tel: (212) 688-5640
                                                  Fax: (212) 688-2548

                                                  *Attorneys for Plaintiff, Opt-In Plaintiff,*
                                                  *and proposed Class*