# Exhibit 1



| NAME | EMPLOYMENT START DATE | EMPLOYMENT END DATE | POSITION HELD | ADDRESS | PHONE NUMBER |
|---|---|---|---|---|---|
| ALEXANDER RYNKOVSKY | 2015 OCTOBER | CURRENT | SERVER | | |
| EVERARDO PEREZ | 2019 NOVEMBER | CURRENT | SERVER | | |
| SAMUEL GARCIA | 2018 JUNE | CURRENT | RUNNER | | |
| JAVIER CLEMENTE | 2021 MAY | CURRENT | BUSSER | | |
| DIERDRE CORA BETHEA | 2022 JAN | CURRENT | BARTENDER | | |
| BONAFACIO RAMOS | 2022 MARCH | CURRENT | RUNNER | | |
| JOSE RAUL ROQUE | 2022 MARCH | CURRENT | BUSSER | | |
| OSCAR BRAVO MORALES | 2022 MARCH | CURRENT | SERVER | | |
| LUIS FERNANDEZ | 2022 FEB | CURRENT | SERVER | | |
| NINO MARTINENKO | 2016 JUNE | 2021 DECEMBER | SERVER | | |
| ALEXNDER ARAQUE | 2016 JUNE | 2020 MARCH | SERVER | | |
| JUAN AGUILAR | 2018 JUNE | 2020 MARCH | BUSSER | | |
| ANGEL HERNANDEZ | 2019 OCTOBER | 2020 MARCH | RUNNER | | |
| NADIA PAPUTNIKAVA | 2016 JULY | 2020 MARCH | BARTENDER | | |
| MARIKEN TAN | 2015 SEPTEMBER | 2020 MARCH | SERVER | | |
| MARK SMITH | 2018 NOVEMBER | 2020 MARCH | BUSSER | | |
| LYCHEZAR LAZAROV | 2018 NOVEMBER | 2020 MARCH | SERVER | | |
| RADZIVON BABNIYAZAV | 2018 NOVEMBER | 2020 MARCH | RUNNER | | |
| RAUL ROMERO | 2019 AUGUST | 2020 MARCH | RUNNER | | |
| GISELY ROSA | 2020 JULY | 2020 AUGUST | SERVER | | |
| DAGMARA HUK | 2020 OCTOBER | 2022 JANUARY | BARTENDER | | |
| HECTOR CONOZ | 2021 JULY | 2022 JANUARY | BUSSER | | |
| ALESSANDRO ARDUENI | 2021 AUGUST | 2021 NOVEMBER | BARTENDER | | |
| DIMITRY ZARODIN | 2021 OCTOBER | 2022 FEBRUARY | SERVER | | |