# Exhibit 1

# 212
## STEAKHOUSE

DATE: 03/20/21     CLOSING SERVER: Nino

CC TIP 717.38     CC DISCOUNT 19.72     CC TOTAL 697.65

**SERVERS**         **SERVER POINTS**
Sasha               1       142.38
Nino                1       142.38
ILYA                1       142.38

**RUNNERS**         **RUNNER POINTS**
Paco                0.7     99.66

**BUSSERS**         **BUSSER POINTS**
Sami                0.6     85.42
Xavier              0.6     85.42

D1280

# 212 STEAKHOUSE

DATE: 06/11/21             CLOSING SERVER: DAG

CC TIP 809.98    CC DISCOUNT 22.27    CC TOTAL 787.71

SERVERS                    SERVER POINTS  (4.9)

SASHA                      1      160.35
PACO                       1      160.35
DAG                        1      160.35
GC                         0.7    112.71

RUNNERS                    RUNNER POINTS

SAMMIE                     0.6    96.35
XAVIER                     0.6    96.35

BUSSERS                    BUSSER POINTS

D1269