# Exhibit 2

## 2 STEAKHOUSE

Week Ending:



EXHIBIT 17
10/6/2022

| | MONDAY 03/06/17 | | TUESDAY 03/07/17 | | WEDNESDAY 3/8/17 | | THURSDAY 3/9/17 | | FRIDAY 03/10/17 | | SATURDAY 3/11/17 | | SUNDAY 3/12/17 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LUNCH | DINNER | LUNCH | DINNER | LUNCH | DINNER | LUNCH | DINNER | LUNCH | DINNER | BRUNCH | DINNER | BRUNCH | DINNER |
| NINO | | 165.38 | | 271.03 | | 232.65 | | ~~182.35~~ | | 182.35 | | 245.9 | | 101.40 |
| SASHA | | 165.38 | | 271.03 | | 232.65 | 414.99 | | | | | 245.9 | | |
| ALEXANDER A. | | | | 352.33 | | 302.45 | 539.48 | ~~218.81~~ | | 218.81 | | 319.67 | | |
| KELSEY | | | | 271.03 | | | | 368.12 | ~~182.35~~ | | 182.35 | | 245.9 | | 101.40 |
| Bar Tip | | | | | | | | | | | | | | |
| NADIA | | | | | | | | | | | | | | |
| Runner | BAR | | BAR | | BAR | | BAR | | BAR | | BAR | | BAR | |
| MIGUEL | | | | 118.57 | | 116.32 | | 207.49 | | | | 122.95 | | |
| NOEL | | 115.76 | | 189.72 | | | | 248.99 | | 127.64 | | 172.13 | | |
| Busser | BAR | | BAR | | BAR | | BAR | | BAR | | BAR | | BAR | |
| TRISTIAN | | | | | | | | | | 91.18 | | 122.95 | | 50.74 |
| LUIS | | 82.68 | | 135.57 | | 116.32 | | | | 91.18 | | 122.95 | | 50.74 |
| Bar | | | | | | | | | | | | | | |
| NADIA | | | | | | | | | | | | | | |

# 212 STEAKHOUSE

Week Ending:

| | MONDAY 12/18/17 | | TUESDAY 12/19/17 | | WEDNESDAY 12/20/17 | | THURSDAY 12/21/17 | | FRIDAY 12/22/17 | | SATURDAY 12/23/17 | | SUNDAY 12/24/17 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LUNCH | DINNER | LUNCH | DINNER | LUNCH | DINNER | LUNCH | DINNER | LUNCH | DINNER | BRUNCH | DINNER | BRUNCH | DINNER |
| NINO | | 230.62 | | | | 271.30 | | 172.52 | | 256.80 | | 167.20 | | 215.07 |
| SASHA | | 201.79 | | 205.02 | | 271.30 | | | | 224.69 | | X | | 215.07 |
| ALEXANDER A. | | | | 205.02 | | 271.30 | | 172.52 | | 256.80 | | 222.94 | | 215.07 |
| ~~NUNUAN~~ | | | | | | | | | | | | 222.94 | | |
| ~~STEFANA~~ | | | | | | | | | | | | | | 215.07 |
| **Bar Tip** | | | | | | | | | | | | | | |
| NADIA | | 172.97 | | 205.02 | | | | 172.52 | | 256.80 | | 222.94 | | 215.07 |
| **Runner** | BAR | | BAR | | BAR | | BAR | | BAR | | BAR | | BAR | |
| ~~MIGUEL~~ | | | | | | | | | | | | | | |
| NOEL | | | | 143.57 | | | | 126.76 | | 179.77 | | 100.32 | | 150.55 |
| **Busser** | BAR | | BAR | | BAR | | BAR | | BAR | | BAR | | BAR | |
| TRISTIAN | | | | | | | | | | | | | | |
| LUIS | | 115.31 | | | | 135.64 | | 86.26 | | 128.40 | | 111.47 | | 107.53 |
| **Bar** | | | | | | | | | | | | | | |
| NADIA | | | | | | | | | | | | | | |
| **DINING + BAR TIP TOTAL** | | | | | | | | | | | | | | |
| **TOTAL TIPOUT** | | 720.69 | | 758.57 | | 949.54 | | 724.58 | | 1303.26 | | 1049.81 | | |

(margin note: WEEKEND Stefana)

**212 Steakhouse Weekly Tip Declaration**

| DATE | 03/22/21 | 03/23 | 03/24 | 03/25 | 03/26 | 03/27 | 03/28 |
|---|---|---|---|---|---|---|---|
| Servers | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|  | Dinner | Dinner | Dinner | Dinner | Dinner | Dinner | Dinner |
| Sasha | 390.44 | 166.32 | 263.44 | 311.09 | 148.57 | 350.94 | 263.34 |
| Dagmara | | | | | | | |
| Nino | | | | 311.09 | 148.57 | 350.94 | 263.34 |
| Ilya | | | | | | 245.66 | |
| Busser/Runner | | | | | | | |
| Paco | 390.44 | 166.32 | 184.40 | | 104.00 | 245.66 | 184.33 |
| Samuel | 234.26 | | 158.06 | 186.65 | 89.14 | 210.56 | 158.00 |
| Xavier | | | | 186.65 | 89.14 | 210.56 | |
| Total | 1,015.16 | 332.64 | 605.92 | 995.51 | 579.45 | 1614.37 | 869.01 |

Sasha: 1894.14   Paco: 1275.15

Dagmara:   Samuel: 1036.67

Nino: 1073.94   Xavier: 486.35

Ilya — 245.66

| SERVERS | MONDAY 11/22 | TUESDAY 11/23 | WEDNESDAY 11/24 | THURSDAY 11/25 | FRIDAY 11/26 | SATURDAY 11/27 | SUNDAY 11/28 |
|---|---|---|---|---|---|---|---|
| SASHA | 305.74 | | 197.54 | 183.33 | 49.45 | ~~92.15~~ 324.63 | 186.64 / 170.20 |
| NINO | | 80.03 / 216.38 | 197.54 | 183.33 | 247.29 | 374.63 | 170.20 |
| PACO | 305.44 | 216.38 | | 211.67 / 183.33 | 43.07 / 247.29 | 374.63 | |
| DAMIAN | | | 197.54 | 211.67 / 183.33 | 247.29 | 374.63 | 170.20 |
| BUS/RUN | | | | | | | |
| SAMMY | 305.74 | 216.38 | | 109.99 | 49.45 | 92.15 / 224.77 | 170.20 |
| JAVIER | | | | 109.99 | 148.37 | 224.37 | |
| HECTOR | | | 197.54 | 109.99 | 148.37 | 149.85 | |
| TOTAL | | | | 1063.30 | 1137.52 | 2057.91 | |

SASHA: 1559.65   NINO: 1469.40   PACO: 1582.91   DAMIAN: 1384.66

SAMMY: 1168.68   HECTOR: 605.75   JAVIER: 482.73