# Exhibit 4



This document states that I have been paid for the following dates July 19-July 25, 2021

| Name | Signature |
| --- | --- |
| Alexander Rynkovsky | |
| Pedro Morales | |
| Perez Everardo | |
| Dagmara M Huk | |
| Samuel Garcia | |
| Nino Martinenko | |
| Daniel Bonilla | |
| Carlos Chusan | |
| Javier Clemente | |
| Ricardo Garcia | |
| Gonzalo Amaro | |
| Hector Conoz | |

Plaintiff0025