# Exhibit 5

July 19-25 2021

| NAME | HOURS | TIP | MEAL PREP |
| --- | --- | --- | --- |
| Perez Everardo | 31.57 | $1,504.64 | -12 |
| Alexander Rynksovky* | 30.27 | $1,182.97 | -12 |
| Damgmara M Huk | 37.01 | $1,493.86 | -15 |
| Samuel Garcia | 34.53 | $902.77 | -15 |
| Javier Clemente | 22.12 | $533.27 | -9 |
| Nino Martinenko | 34.42 | $1,412.01 | -15 |
| Hector Conoz | 30.00 | $847.21 | -15 |

| Kitchen: | HOURS | | TOTAL: |
| --- | --- | --- | --- |
| Pedro Morales | 55.00 | | $937.50 |
| Carlos Husan | 46.13 | | $1,060.99 |
| Daniel Bonilla | 54.12 | | $917.70 |
| Gonzalo Amaro | 16.00 | | $368.00 |
| Abel | 16.00 | | $384.00 |
| Romy Lucero | 59.28 | | $1,033.80 |

Plaintiff0026

November 22-28 2021

| NAME | HOURS | TIP | MEAL PREP |
|---|---|---|---|
| Perez Everardo | 48.15 | $1,582.91 | -18 |
| Alexander Rynksovky | 50.27 | $1,559.65 | -18 |
| Samuel Garcia | 42.54 | $1,168.68 | -15 |
| Javier Clemente | 20.41 | $482.73 | -15 |
| Nino Martinenko | 48.35 | $1,469.40 | -18 |
| Hector Conoz | 26.55 | $605.75 | -15 |
| Zabrodin Dmitry | 42.17 | $1,384.66 | -15 |

| **Kitchen:** | **HOURS** | | **TOTAL:** |
|---|---|---|---|
| Pedro Morales | 53.48 | | $923.30 |
| Daniel Bonilla | 65.41 | | $1,249.84 |
| Romy Lucero | 47.45 | | $767.62 |
| German Giambiaggi | 29.00 | | $580.00 |

Plaintiff0038