**Reply Exhibit 1 - Plaintiff's counsel's supplemental contemporaneous time records**

| Date | Biller | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 11/16/2022 | DAS | 0.3 | $500.00 | $150.00 | Review sanctions opp/discuss same with Mike |
| 11/16/2022 | MLD | 0.5 | $350.00 | $175.00 | Review D's sanction brief and discuss with partner |
| 11/18/2022 | MLD | 3.6 | $350.00 | $1,260.00 | Draft reply brief |
| 11/20/2022 | DAS | 2.6 | $500.00 | $1,300.00 | Edit sanctions reply brief |
| 11/21/2022 | MLD | 2.5 | $350.00 | $875.00 | Draft reply brief, incorporate edits from partner |
| 11/21/2022 | MLD | 0.4 | $350.00 | $140.00 | Finish draft of reply brief, send to partner |
| 11/22/2022 | DAS | 1 | $500.00 | $500.00 | Edit sanctions reply brief |
| 11/22/2022 | MLD | 1.5 | $350.00 | $525.00 | Finalize brief, and file |
| | Total: | 12.4 | | $4,925.00 | |

Denise Schulman (DAS) total hours: 3.9

Michael DiGiulio (MLD) total hours: 8.5