UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
NINO MARTINENKO, on behalf of herself and others　　　Civil Action No.: 22 CV 518
similarly situated,

                                **Plaintiff,**

      -against-

**212 STEAKHOUSE, INC., and NIKOLAY VOLPER**

                              **Defendants.**
------------------------------------------------------------------------X

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Declarations of Nino Martinenko, Dagmara Huk, Michael DiGiulio and exhibits thereto, Plaintiffs shall move the Court at such date and time as counsel may be heard to grant the following relief:

(1) Pursuant to Fed. R. Civ. P. 23, certify a Class defined as all tipped employees – servers, runners, bussers, and bartenders – who worked for Defendants at any time on or after January 20, 2016 at 212 Steakhouse; appoint Nino Martineko and Dagmara Huk as Class Representatives; appoint Plaintiffs' counsel as Class Counsel; order Defendants to produce to Plaintiffs a Microsoft Excel list, in electronic format, of all Class Members' names, last known address, all known telephone numbers, dates of employment, and job titles; and authorize the mailing of the proposed Notice to all Class Members; or, in the alternative,

(2) Pursuant to Fed. R. Civ. P. 15, 20, 21, permit Plaintiffs to amend the complaint to join Opt-In Plaintiff Dagmara Huk as a named Plaintiff.

Dated: New York, NY
       December 9, 2022

                                    By: */s/ Michael DiGiulio*
                                    D. Maimon Kirschenbaum
                                    Denise A. Schulman
                                    Michael DiGiulio
                                    **JOSEPH & KIRSCHENBAUM LLP**
                                    32 Broadway, Suite 601
                                    New York, NY 10004

        (212) 688-5640 Phone
        (212) 981-9587 Fax

*Attorneys for Plaintiff, Opt-In Plaintiff, and proposed Class*