# Exhibit 5

| Start | End | Role |
|---|---|---|
| 2015 OCTOBER | CURRENT | SERVER |
| 2019 NOVEMBER | CURRENT | SERVER |
| 2018 JUNE | CURRENT | RUNNER |
| 2021 MAY | CURRENT | BUSSER |
| 2022 JAN | CURRENT | BARTENDER |
| 2022 MARCH | CURRENT | RUNNER |
| 2022 MARCH | CURRENT | BUSSER |
| 2022 MARCH | CURRENT | SERVER |
| 2022 FEB | CURRENT | SERVER |
| 2016 JUNE | 2021 DECEMBER | SERVER |
| 2016 JUNE | 2020 MARCH | SERVER |
| 2018 JUNE | 2020 MARCH | BUSSER |
| 2019 OCTOBER | 2020 MARCH | RUNNER |
| 2016 JULY | 2020 MARCH | BARTENDER |
| 2015 SEPTEMBER | 2020 MARCH | SERVER |
| 2018 NOVEMBER | 2020 MARCH | BUSSER |
| 2018 NOVEMBER | 2020 MARCH | SERVER |
| 2018 NOVEMBER | 2020 MARCH | RUNNER |
| 2019 AUGUST | 2020 MARCH | RUNNER |
| 2020 JULY | 2020 AUGUST | SERVER |
| 2020 OCTOBER | 2022 JANUARY | BARTENDER |
| 2021 JULY | 2022 JANUARY | BUSSER |
| 2021 AUGUST | 2021 NOVEMBER | BARTENDER |
| 2021 OCTOBER | 2022 FEBRUARY | SERVER |
| June of 2014 | 2020 MARCH | Chef |
| March of 2016 | 2020 AUGUST | Cook |
| December of 2018 | January 2019 | Cook |
| January 2018 | November 2020 | Cook |
| August of 2021 | Current | Dishwasher |
| August of 2020 | Current | Cook |
| March of 2019 | March of 2020 | Cook |
| August of 2019 | | Dishwasher |

EXHIBIT 20 10/6/2022