# Exhibit 6

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

DAMGMARA M HUK

---

**Employee Pay Stub**  Check number:  Pay Period: 09/28/2020 - 10/04/2020  Pay Date: 10/04/2020

**Employee**  **SSN**

DAMGMARA M HUK,

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 27:27 | 10.00 | 274.50 | 1,100.00 |
| Reported Cash Tips | | | 721.77 | 1,557.41 |
| | 27:27 | | 996.27 | 2,657.41 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -32.59 | -83.62 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -87.00 | -238.00 |
| Social Security Employee | -61.77 | -164.76 |
| Medicare Employee | -14.44 | -38.53 |
| NY - Withholding | -44.64 | -113.95 |
| NY - Disability | -0.60 | -1.80 |
| | -241.04 | -640.66 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -10.50 | -25.50 |

| **Net Pay** | **744.73** | **1,991.25** |

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

D0885

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

DAMGMARA M HUK



---

**Employee Pay Stub**                     Check number:                     Pay Period: 10/12/2020 - 10/18/2020                     Pay Date: 10/18/2020

**Employee**                                                              **SSN**

DAMGMARA M HUK,

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 43:15 | 10.00 | 432.50 | 1,807.00 |
| Reported Cash Tips | | | 1,118.38 | 3,397.56 |
| | 43:15 | | 1,550.88 | 5,204.56 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -56.99 | -173.20 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -208.00 | -533.00 |
| Social Security Employee | -96.15 | -322.68 |
| Medicare Employee | -22.49 | -75.47 |
| NY - Withholding | -78.42 | -237.01 |
| NY - Disability | -0.60 | -3.00 |
| | -462.65 | -1,344.36 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -54.00 |

| Net Pay | 1,070.23 | 3,806.20 |
|---|---|---|

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

DAMGMARA M HUK



---

**Employee Pay Stub**                Check number:                      Pay Period: 11/02/2020 - 11/08/2020          Pay Date: 11/08/2020

**Employee**                                                            **SSN**

DAMGMARA M HUK,

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 46:06 | 10.00 | 461.00 | 2,976.67 |
| Reported Cash Tips | | | 1,562.10 | 6,880.30 |
| | 46:06 | | 2,023.10 | 9,856.97 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -78.00 | -344.35 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -314.00 | -1,159.00 |
| Social Security Employee | -125.43 | -611.13 |
| Medicare Employee | -29.34 | -142.93 |
| NY - Withholding | -108.11 | -473.18 |
| NY - Disability | -0.60 | -4.80 |
| | -655.48 | -2,735.39 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -102.00 |

| **Net Pay** | **1,349.62** | **7,019.58** |

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

DAMGMARA M HUK



---

**Employee Pay Stub**          Check number:                    Pay Period: 12/07/2020 - 12/13/2020          Pay Date: 12/13/2020

**Employee**                                                 **SSN**

DAMGMARA M HUK, ███████████

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 43:23 | 10.00 | 433.83 | 4,715.34 |
| Reported Cash Tips | | | 1,255.41 | 11,963.89 |
| | 43:23 | | 1,689.24 | 16,679.23 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -63.14 | -588.34 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -238.00 | -2,020.00 |
| Social Security Employee | | | -104.73 | -1,034.11 |
| Medicare Employee | | | -24.50 | -241.85 |
| NY - Withholding | | | -86.84 | -808.66 |
| NY - Disability | | | -0.60 | -7.80 |
| | | | -517.81 | -4,700.76 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -177.00 |

| **Net Pay** | **1,153.43** | **11,801.47** |
|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

DAMGMARA M HUK



---

**Employee Pay Stub**          Check number:                    Pay Period: 02/22/2021 - 02/28/2021          Pay Date: 02/28/2021

**Employee**                                                    **SSN**

DAMGMARA M HUK,

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 42:46 | 10.00 | 427.67 | 2,225.00 |
| Reported Cash Tips | | | 1,026.80 | 5,992.20 |
| | 42:46 | | 1,454.47 | 8,217.20 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -52.70 | -279.95 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -185.00 | -904.00 |
| Social Security Employee | -90.18 | -509.47 |
| Medicare Employee | -21.09 | -119.15 |
| NY - Withholding | -72.54 | -384.53 |
| NY - Disability | -0.60 | -4.55 |
| | -422.11 | -2,201.65 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -99.00 |

| Net Pay | 1,014.36 | 5,916.55 |
|---|---|---|

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

DAMGMARA M HUK

---

**Employee Pay Stub**          Check number:                    Pay Period: 03/01/2021 - 03/07/2021          Pay Date: 03/07/2021

**Employee**                                                    **SSN**

DAMGMARA M HUK,

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 44:42 | 10.00 | 447.00 | 2,672.00 |
| Reported Cash Tips | | | 1,655.89 | 7,648.09 |
| | 44:42 | | 2,102.89 | 10,320.09 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -81.55 | -361.50 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| NY - Paid Family Leave | -10.75 | -10.75 |
| Federal Withholding | -332.00 | -1,236.00 |
| Social Security Employee | -130.38 | -639.85 |
| Medicare Employee | -30.49 | -149.64 |
| NY - Withholding | -113.85 | -498.38 |
| NY - Disability | -0.60 | -5.15 |
| | -699.62 | -2,901.27 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -21.00 | -120.00 |

| **Net Pay** | **1,382.27** | **7,298.82** |
|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

D0906

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

DAMGMARA M HUK



---

**Employee Pay Stub**   Check number:   Pay Period: 03/08/2021 - 03/14/2021   Pay Date: 03/14/2021

**Employee**   **SSN**

DAMGMARA M HUK

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 47:57 | 10.00 | 479.50 | 3,151.50 |
| Reported Cash Tips | | | 1,524.48 | 9,172.57 |
| | 47:57 | | 2,003.98 | 12,324.07 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -77.15 | -438.65 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| NY - Paid Family Leave | | | -10.24 | -20.99 |
| Federal Withholding | | | -308.00 | -1,544.00 |
| Social Security Employee | | | -124.24 | -764.09 |
| Medicare Employee | | | -29.06 | -178.70 |
| NY - Withholding | | | -106.88 | -605.26 |
| NY - Disability | | | -0.60 | -5.75 |
| | | | -656.17 | -3,557.44 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| meals contribution | | | -21.00 | -141.00 |

| **Net Pay** | | | 1,326.81 | 8,625.63 |

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

DAMGMARA M HUK



---

**Employee Pay Stub**          Check number:                    Pay Period: 05/03/2021 - 05/09/2021          Pay Date: 05/09/2021

**Employee**                                                   **SSN**

DAMGMARA M HUK,

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:51 | 10.00 | 408.50 | 4,943.00 |
| Reported Cash Tips | | | 1,731.44 | 15,865.11 |
| | 40:51 | | 2,139.94 | 20,808.11 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -83.20 | -744.79 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| NY - Paid Family Leave | | | -10.94 | -64.35 |
| Federal Withholding | | | -341.00 | -2,621.00 |
| Social Security Employee | | | -132.67 | -1,290.10 |
| Medicare Employee | | | -31.03 | -301.72 |
| NY - Withholding | | | -116.61 | -1,028.30 |
| NY - Disability | | | -0.60 | -9.35 |
| | | | -716.05 | -6,059.61 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| meals contribution | | | -15.00 | -213.00 |

| **Net Pay** | | | **1,408.89** | **14,535.50** |

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

DAMGMARA M HUK

███████████████
███████████████

---

**Employee Pay Stub**       Check number:                    Pay Period: 06/14/2021 - 06/20/2021          Pay Date: 06/20/2021

**Employee**                                                 **SSN**
DAMGMARA M HUK, ████████████                                 ████████

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 44:03 | 10.00 | 440.50 | 7,065.50 |
| Reported Cash Tips | | | 1,805.27 | 24,227.61 |
| | 44:03 | | 2,245.77 | 31,293.11 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -87.91 | -1,139.20 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| NY - Paid Family Leave | -11.48 | -117.93 |
| Federal Withholding | -366.00 | -4,124.00 |
| Social Security Employee | -139.23 | -1,940.17 |
| Medicare Employee | -32.56 | -453.75 |
| NY - Withholding | -124.50 | -1,574.44 |
| NY - Disability | -0.60 | -12.95 |
| | -762.28 | -9,362.44 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -300.00 |

| **Net Pay** | **1,465.49** | **21,630.67** |

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA



---

**Employee Pay Stub**          Check number:                    Pay Period: 05/03/2021 - 05/09/2021          Pay Date: 05/09/2021

**Employee**                                                    **SSN**

NINO  MARTINENKO SILVA, ███████████

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 33:12 | 10.00 | 332.00 | 1,137.33 |
| Reported Cash Tips | | | 1,201.89 | 4,446.15 |
| | 33:12 | | 1,533.89 | 5,583.48 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -56.23 | -200.45 |
| NY - Paid Family Leave | | | -7.84 | -28.54 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -148.00 | -504.00 |
| Social Security Employee | | | -95.11 | -346.18 |
| Medicare Employee | | | -22.24 | -80.96 |
| NY - Withholding | | | -77.38 | -275.90 |
| NY - Disability | | | -0.60 | -2.40 |
| | | | -407.40 | -1,438.43 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| meals contribution | | | -12.00 | -45.00 |

| **Net Pay** | | | **1,114.49** | **4,100.05** |

---

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA



---

**Employee Pay Stub**       Check number:               Pay Period: 09/20/2021 - 09/26/2021          Pay Date: 09/26/2021

**Employee**                                           **SSN**

NINO  MARTINENKO SILVA, ███████████████

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 27:39 | 10.00 | 276.50 | 4,189.00 |
| Reported Cash Tips | | | 790.34 | 16,101.49 |
| | 27:39 | | 1,066.84 | 20,290.49 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -35.66 | -735.41 |
| NY - Paid Family Leave | -5.45 | -103.68 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -79.00 | -1,968.00 |
| Social Security Employee | -66.14 | -1,258.01 |
| Medicare Employee | -15.47 | -294.21 |
| NY - Withholding | -48.37 | -1,010.09 |
| NY - Disability | -0.60 | -8.40 |
| | -250.69 | -5,377.80 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -9.00 | -174.00 |

| **Net Pay** | **807.15** | **14,738.69** |

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA



---

**Employee Pay Stub**          Check number:                    Pay Period: 09/27/2021 - 10/03/2021          Pay Date: 10/03/2021

**Employee**                                          SSN

NINO  MARTINENKO SILVA,

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 45:29 | 10.00 | 454.83 | 4,643.83 |
| Reported Cash Tips | | | 1,070.11 | 17,171.60 |
| | 45:29 | | 1,524.94 | 21,815.43 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -55.83 | -791.24 |
| NY - Paid Family Leave | -7.79 | -111.47 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -146.00 | -2,114.00 |
| Social Security Employee | -94.55 | -1,352.56 |
| Medicare Employee | -22.11 | -316.32 |
| NY - Withholding | -75.72 | -1,085.81 |
| NY - Disability | -0.60 | -9.00 |
| | -402.60 | -5,780.40 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -15.00 | -189.00 |

| Net Pay | 1,107.34 | 15,846.03 |
|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

D0948

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA



---

| Employee Pay Stub | Check number: | | | | Pay Period: 10/04/2021 - 10/10/2021 | | Pay Date: 10/10/2021 |

**Employee**

NINO  MARTINENKO SILVA, ████████████████

**SSN**

████████

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 44:48 | 10.00 | 448.00 | 5,091.83 |
| Reported Cash Tips | | | 1,192.23 | 18,363.83 |
| | 44:48 | | 1,640.23 | 23,455.66 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -60.96 | -852.20 |
| NY - Paid Family Leave | -8.38 | -119.85 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -172.00 | -2,286.00 |
| Social Security Employee | -101.69 | -1,454.25 |
| Medicare Employee | -23.79 | -340.11 |
| NY - Withholding | -82.60 | -1,168.41 |
| NY - Disability | -0.60 | -9.60 |
| | -450.02 | -6,230.42 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -207.00 |

| Net Pay | 1,172.21 | 17,018.24 |

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA



---

**Employee Pay Stub**      Check number:                    Pay Period: 10/11/2021 - 10/17/2021          Pay Date: 10/17/2021

**Employee**                                               **SSN**

NINO  MARTINENKO SILVA, ███████████████████                ██████

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 37:48 | 10.00 | 378.00 | 5,469.83 |
| Reported Cash Tips | | | 1,250.02 | 19,613.85 |
| | 37:48 | | 1,628.02 | 25,083.68 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -60.42 | -912.62 |
| NY - Paid Family Leave | | | -8.32 | -128.17 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -169.00 | -2,455.00 |
| Social Security Employee | | | -100.94 | -1,555.19 |
| Medicare Employee | | | -23.60 | -363.71 |
| NY - Withholding | | | -81.87 | -1,250.28 |
| NY - Disability | | | -0.60 | -10.20 |
| | | | -444.75 | -6,675.17 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| meals contribution | | | -15.00 | -222.00 |

| **Net Pay** | | | **1,168.27** | **18,186.51** |
|---|---|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

D0950

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA



---

**Employee Pay Stub**          Check number:                    Pay Period: 10/18/2021 - 10/24/2021          Pay Date: 10/24/2021

**Employee**                                                    **SSN**

NINO  MARTINENKO SILVA,

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 43:30 | 10.00 | 435.00 | 5,904.83 |
| Reported Cash Tips | | | 1,665.35 | 21,279.20 |
| | 43:30 | | 2,100.35 | 27,184.03 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -81.44 | -994.06 |
| NY - Paid Family Leave | | | -10.73 | -138.90 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -274.00 | -2,729.00 |
| Social Security Employee | | | -130.22 | -1,685.41 |
| Medicare Employee | | | -30.46 | -394.17 |
| NY - Withholding | | | -112.01 | -1,362.29 |
| NY - Disability | | | -0.60 | -10.80 |
| | | | -639.46 | -7,314.63 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| meals contribution | | | -15.00 | -237.00 |

| **Net Pay** | | | **1,445.89** | **19,632.40** |

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA



---

**Employee Pay Stub**          Check number:                    Pay Period: 10/25/2021 - 10/31/2021          Pay Date: 10/31/2021

**Employee**                                              **SSN**

NINO  MARTINENKO SILVA, ███████████████████

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 44:34 | 10.00 | 445.67 | 6,350.50 |
| Reported Cash Tips | | | 1,464.08 | 22,743.28 |
| | 44:34 | | 1,909.75 | 29,093.78 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -72.96 | -1,067.02 |
| NY - Paid Family Leave | -9.76 | -148.66 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -231.00 | -2,960.00 |
| Social Security Employee | -118.40 | -1,803.81 |
| Medicare Employee | -27.69 | -421.86 |
| NY - Withholding | -99.33 | -1,461.62 |
| NY - Disability | -0.60 | -11.40 |
| | -559.74 | -7,874.37 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -15.00 | -252.00 |

| **Net Pay** | **1,335.01** | **20,967.41** |

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA



---

**Employee Pay Stub**          Check number:                    Pay Period: 11/01/2021 - 11/07/2021          Pay Date: 11/07/2021

**Employee**                                                          **SSN**

NINO  MARTINENKO SILVA,

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 41:25 | 10.00 | 414.17 | 6,764.67 |
| Reported Cash Tips | | | 1,399.72 | 24,143.00 |
| | 41:25 | | 1,813.89 | 30,907.67 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -68.69 | -1,135.71 |
| NY - Paid Family Leave | -9.27 | -157.93 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -210.00 | -3,170.00 |
| Social Security Employee | -112.47 | -1,916.28 |
| Medicare Employee | -26.30 | -448.16 |
| NY - Withholding | -93.26 | -1,554.88 |
| NY - Disability | -0.60 | -12.00 |
| | -520.59 | -8,394.96 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -15.00 | -267.00 |

| **Net Pay** | **1,278.30** | **22,245.71** |

D0953

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA



---

**Employee Pay Stub**          Check number:                    Pay Period: 11/08/2021 - 11/14/2021          Pay Date: 11/14/2021

**Employee**                                                    **SSN**

NINO  MARTINENKO SILVA,  ███████████████

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 58:20 | 10.00 | 583.33 | 7,348.00 |
| Reported Cash Tips | | | 2,556.83 | 26,699.83 |
| | 58:20 | | 3,140.16 | 34,047.83 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -127.71 | -1,263.42 |
| NY - Paid Family Leave | -16.05 | -173.98 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -524.00 | -3,694.00 |
| Social Security Employee | -194.69 | -2,110.97 |
| Medicare Employee | -45.53 | -493.69 |
| NY - Withholding | -193.19 | -1,748.07 |
| NY - Disability | -0.60 | -12.60 |
| | -1,101.77 | -9,496.73 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -285.00 |

| **Net Pay** | **2,020.39** | **24,266.10** |
|---|---|---|

D0954

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA



---

**Employee Pay Stub**          Check number:                    Pay Period: 11/15/2021 - 11/21/2021          Pay Date: 11/21/2021

**Employee**                                                    **SSN**

NINO  MARTINENKO SILVA, ███████████

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 52:00 | 10.00 | 520.00 | 7,868.00 |
| Reported Cash Tips | | | 2,181.63 | 28,881.46 |
| | 52:00 | | 2,701.63 | 36,749.46 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -108.19 | -1,371.61 |
| NY - Paid Family Leave | -13.81 | -187.79 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -419.00 | -4,113.00 |
| Social Security Employee | -167.50 | -2,278.47 |
| Medicare Employee | -39.18 | -532.87 |
| NY - Withholding | -158.63 | -1,906.70 |
| NY - Disability | -0.60 | -13.20 |
| | -906.91 | -10,403.64 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -303.00 |

| **Net Pay** | **1,776.72** | **26,042.82** |

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA



---

**Employee Pay Stub**        Check number:                    Pay Period: 11/22/2021 - 11/28/2021          Pay Date: 11/28/2021

**Employee**                                                  **SSN**

NINO  MARTINENKO SILVA, ███████████████        ██████

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 48:35 | 10.00 | 485.83 | 8,353.83 |
| Reported Cash Tips | | | 1,469.40 | 30,350.86 |
| | 48:35 | | 1,955.23 | 38,704.69 |

| Taxes | | Current | YTD Amount |
|---|---|---|---|
| NY - City Resident | | -74.98 | -1,446.59 |
| NY - Paid Family Leave | | -9.99 | -197.78 |
| Medicare Employee Addl Tax | | 0.00 | 0.00 |
| Federal Withholding | | -241.00 | -4,354.00 |
| Social Security Employee | | -121.22 | -2,399.69 |
| Medicare Employee | | -28.35 | -561.22 |
| NY - Withholding | | -102.21 | -2,008.91 |
| NY - Disability | | -0.60 | -13.80 |
| | | -578.35 | -10,981.99 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -321.00 |

| **Net Pay** | **1,358.88** | **27,401.70** |
|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

D0956

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA



---

**Employee Pay Stub**          Check number:                    Pay Period: 11/29/2021 - 12/05/2021          Pay Date: 12/05/2021

**Employee**                                                   **SSN**

NINO  MARTINENKO SILVA,

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 46:06 | 10.00 | 461.00 | 8,814.83 |
| Reported Cash Tips | | | 2,022.85 | 32,373.71 |
| | 46:06 | | 2,483.85 | 41,188.54 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -98.50 | -1,545.09 |
| NY - Paid Family Leave | -12.69 | -210.47 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -366.00 | -4,720.00 |
| Social Security Employee | -154.00 | -2,553.69 |
| Medicare Employee | -36.01 | -597.23 |
| NY - Withholding | -141.47 | -2,150.38 |
| NY - Disability | -0.60 | -14.40 |
| | -809.27 | -11,791.26 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -15.00 | -336.00 |

| **Net Pay** | **1,659.58** | **29,061.28** |

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

D0957

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA



---

**Employee Pay Stub**          Check number:                    Pay Period: 12/06/2021 - 12/12/2021            Pay Date: 12/12/2021

**Employee**                                                            **SSN**

NINO  MARTINENKO SILVA,

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 34:21 | 10.00 | 343.50 | 9,158.33 |
| Reported Cash Tips | | | 1,442.24 | 33,815.95 |
| | 34:21 | | 1,785.74 | 42,974.28 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -67.44 | -1,612.53 |
| NY - Paid Family Leave | | | -9.13 | -219.60 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -204.00 | -4,924.00 |
| Social Security Employee | | | -110.72 | -2,664.41 |
| Medicare Employee | | | -25.90 | -623.13 |
| NY - Withholding | | | -91.48 | -2,241.86 |
| NY - Disability | | | -0.60 | -15.00 |
| | | | -509.27 | -12,300.53 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| meals contribution | | | -15.00 | -351.00 |

| Net Pay | | | 1,261.47 | 30,322.75 |
|---|---|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

D0958

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA



---

**Employee Pay Stub**          Check number:                    Pay Period: 09/27/2021 - 10/03/2021          Pay Date: 10/03/2021

**Employee**                                                    **SSN**

NINO  MARTINENKO SILVA, ███████████████

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 45:29 | 10.00 | 454.83 | 4,643.83 |
| Reported Cash Tips | | | 1,070.11 | 17,171.60 |
| | 45:29 | | 1,524.94 | 21,815.43 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -55.83 | -791.24 |
| NY - Paid Family Leave | | | -7.79 | -111.47 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -146.00 | -2,114.00 |
| Social Security Employee | | | -94.55 | -1,352.56 |
| Medicare Employee | | | -22.11 | -316.32 |
| NY - Withholding | | | -75.72 | -1,085.81 |
| NY - Disability | | | -0.60 | -9.00 |
| | | | -402.60 | -5,780.40 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -15.00 | -189.00 |

| **Net Pay** | **1,107.34** | **15,846.03** |
|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA 

---

**Employee Pay Stub**         Check number:              Pay Period: 10/04/2021 - 10/10/2021         Pay Date: 10/10/2021

**Employee**                                             **SSN**

NINO  MARTINENKO SILVA,

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 44:48 | 10.00 | 448.00 | 5,091.83 |
| Reported Cash Tips | | | 1,192.23 | 18,363.83 |
| | 44:48 | | 1,640.23 | 23,455.66 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -60.96 | -852.20 |
| NY - Paid Family Leave | -8.38 | -119.85 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -172.00 | -2,286.00 |
| Social Security Employee | -101.69 | -1,454.25 |
| Medicare Employee | -23.79 | -340.11 |
| NY - Withholding | -82.60 | -1,168.41 |
| NY - Disability | -0.60 | -9.60 |
| | -450.02 | -6,230.42 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -207.00 |

| **Net Pay** | **1,172.21** | **17,018.24** |

D0975

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA



**Employee Pay Stub**          Check number:                    Pay Period: 10/18/2021 - 10/24/2021          Pay Date: 10/24/2021

**Employee**                                                   SSN

NINO  MARTINENKO SILVA, █████████████████          ███████

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 43:30 | 10.00 | 435.00 | 5,904.83 |
| Reported Cash Tips | | | 1,665.35 | 21,279.20 |
| | 43:30 | | 2,100.35 | 27,184.03 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -81.44 | -994.06 |
| NY - Paid Family Leave | -10.73 | -138.90 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -274.00 | -2,729.00 |
| Social Security Employee | -130.22 | -1,685.41 |
| Medicare Employee | -30.46 | -394.17 |
| NY - Withholding | -112.01 | -1,362.29 |
| NY - Disability | -0.60 | -10.80 |
| | -639.46 | -7,314.63 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -15.00 | -237.00 |

| **Net Pay** | **1,445.89** | **19,632.40** |
|---|---|---|

D0977

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA


---

**Employee Pay Stub**                     Check number:                         Pay Period: 10/25/2021 - 10/31/2021          Pay Date: 10/31/2021

**Employee**                                                                    SSN

NINO  MARTINENKO SILVA,  ████████████████████          ██████

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 44:34 | 10.00 | 445.67 | 6,350.50 |
| Reported Cash Tips | | | 1,464.08 | 22,743.28 |
| | 44:34 | | 1,909.75 | 29,093.78 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -72.96 | -1,067.02 |
| NY - Paid Family Leave | | | -9.76 | -148.66 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -231.00 | -2,960.00 |
| Social Security Employee | | | -118.40 | -1,803.81 |
| Medicare Employee | | | -27.69 | -421.86 |
| NY - Withholding | | | -99.33 | -1,461.62 |
| NY - Disability | | | -0.60 | -11.40 |
| | | | -559.74 | -7,874.37 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| meals contribution | | | -15.00 | -252.00 |

| **Net Pay** | | | **1,335.01** | **20,967.41** |

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA


---

**Employee Pay Stub**          Check number:                    Pay Period: 11/01/2021 - 11/07/2021          Pay Date: 11/07/2021

**Employee**                                                    SSN

NINO  MARTINENKO SILVA, █████████████████                       █████████

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 41:25 | 10.00 | 414.17 | 6,764.67 |
| Reported Cash Tips | | | 1,399.72 | 24,143.00 |
| | 41:25 | | 1,813.89 | 30,907.67 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -68.69 | -1,135.71 |
| NY - Paid Family Leave | -9.27 | -157.93 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -210.00 | -3,170.00 |
| Social Security Employee | -112.47 | -1,916.28 |
| Medicare Employee | -26.30 | -448.16 |
| NY - Withholding | -93.26 | -1,554.88 |
| NY - Disability | -0.60 | -12.00 |
| | -520.59 | -8,394.96 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -15.00 | -267.00 |

| **Net Pay** | **1,278.30** | **22,245.71** |

D0979

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA



---

**Employee Pay Stub**          Check number:                    Pay Period: 11/08/2021 - 11/14/2021          Pay Date: 11/14/2021

**Employee**                                               SSN
NINO  MARTINENKO SILVA,

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 58:20 | 10.00 | 583.33 | 7,348.00 |
| Reported Cash Tips | | | 2,556.83 | 26,699.83 |
| | 58:20 | | 3,140.16 | 34,047.83 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -127.71 | -1,263.42 |
| NY - Paid Family Leave | -16.05 | -173.98 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -524.00 | -3,694.00 |
| Social Security Employee | -194.69 | -2,110.97 |
| Medicare Employee | -45.53 | -493.69 |
| NY - Withholding | -193.19 | -1,748.07 |
| NY - Disability | -0.60 | -12.60 |
| | -1,101.77 | -9,496.73 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -285.00 |

| **Net Pay** | **2,020.39** | **24,266.10** |
|---|---|---|

D0980

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA



---

**Employee Pay Stub**          Check number:                    Pay Period: 11/15/2021 - 11/21/2021          Pay Date: 11/21/2021

**Employee**                                                    **SSN**

NINO  MARTINENKO SILVA, ████████████                            ██████

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 52:00 | 10.00 | 520.00 | 7,868.00 |
| Reported Cash Tips | | | 2,181.63 | 28,881.46 |
| | 52:00 | | 2,701.63 | 36,749.46 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -108.19 | -1,371.61 |
| NY - Paid Family Leave | -13.81 | -187.79 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -419.00 | -4,113.00 |
| Social Security Employee | -167.50 | -2,278.47 |
| Medicare Employee | -39.18 | -532.87 |
| NY - Withholding | -158.63 | -1,906.70 |
| NY - Disability | -0.60 | -13.20 |
| | -906.91 | -10,403.64 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -303.00 |

| **Net Pay** | **1,776.72** | **26,042.82** |

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA



---

**Employee Pay Stub**          Check number:                    Pay Period: 11/22/2021 - 11/28/2021          Pay Date: 11/28/2021

**Employee**                                                     SSN

NINO  MARTINENKO SILVA, ███████████████

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 48:35 | 10.00 | 485.83 | 8,353.83 |
| Reported Cash Tips | | | 1,469.40 | 30,350.86 |
| | 48:35 | | 1,955.23 | 38,704.69 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -74.98 | -1,446.59 |
| NY - Paid Family Leave | -9.99 | -197.78 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -241.00 | -4,354.00 |
| Social Security Employee | -121.22 | -2,399.69 |
| Medicare Employee | -28.35 | -561.22 |
| NY - Withholding | -102.21 | -2,008.91 |
| NY - Disability | -0.60 | -13.80 |
| | -578.35 | -10,981.99 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -321.00 |

| **Net Pay** | **1,358.88** | **27,401.70** |

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

D0982

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA 

---

**Employee Pay Stub**          Check number:                    Pay Period: 11/29/2021 - 12/05/2021          Pay Date: 12/05/2021

**Employee**                                                    **SSN**

NINO  MARTINENKO SILVA, █████████████████

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 46:06 | 10.00 | 461.00 | 8,814.83 |
| Reported Cash Tips | | | 2,022.85 | 32,373.71 |
| | 46:06 | | 2,483.85 | 41,188.54 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -98.50 | -1,545.09 |
| NY - Paid Family Leave | -12.69 | -210.47 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -366.00 | -4,720.00 |
| Social Security Employee | -154.00 | -2,553.69 |
| Medicare Employee | -36.01 | -597.23 |
| NY - Withholding | -141.47 | -2,150.38 |
| NY - Disability | -0.60 | -14.40 |
| | -809.27 | -11,791.26 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -15.00 | -336.00 |

| **Net Pay** | **1,659.58** | **29,061.28** |
|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA



---

**Employee Pay Stub**          Check number:                    Pay Period: 09/27/2021 - 10/03/2021          Pay Date: 10/03/2021

**Employee**                                                    **SSN**

NINO  MARTINENKO SILVA,

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 45:29 | 10.00 | 454.83 | 4,643.83 |
| Reported Cash Tips | | | 1,070.11 | 17,171.60 |
| | 45:29 | | 1,524.94 | 21,815.43 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -55.83 | -791.24 |
| NY - Paid Family Leave | -7.79 | -111.47 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -146.00 | -2,114.00 |
| Social Security Employee | -94.55 | -1,352.56 |
| Medicare Employee | -22.11 | -316.32 |
| NY - Withholding | -75.72 | -1,085.81 |
| NY - Disability | -0.60 | -9.00 |
| | -402.60 | -5,780.40 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -15.00 | -189.00 |

| Net Pay | 1,107.34 | 15,846.03 |
|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA



---

**Employee Pay Stub**                    Check number:                     Pay Period: 10/04/2021 - 10/10/2021              Pay Date: 10/10/2021

**Employee**                                                              SSN

NINO  MARTINENKO SILVA, ███████████████████                    ████████

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 44:48 | 10.00 | 448.00 | 5,091.83 |
| Reported Cash Tips | | | 1,192.23 | 18,363.83 |
| | 44:48 | | 1,640.23 | 23,455.66 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -60.96 | -852.20 |
| NY - Paid Family Leave | -8.38 | -119.85 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -172.00 | -2,286.00 |
| Social Security Employee | -101.69 | -1,454.25 |
| Medicare Employee | -23.79 | -340.11 |
| NY - Withholding | -82.60 | -1,168.41 |
| NY - Disability | -0.60 | -9.60 |
| | -450.02 | -6,230.42 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -207.00 |

| **Net Pay** | **1,172.21** | **17,018.24** |
|---|---|---|

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA



---

**Employee Pay Stub**          Check number:                    Pay Period: 10/18/2021 - 10/24/2021        Pay Date: 10/24/2021

**Employee**                                                    **SSN**

NINO  MARTINENKO SILVA, ███████████████████        ███████

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 43:30 | 10.00 | 435.00 | 5,904.83 |
| Reported Cash Tips | | | 1,665.35 | 21,279.20 |
| | 43:30 | | 2,100.35 | 27,184.03 |

| Taxes | | Current | YTD Amount |
|---|---|---|---|
| NY - City Resident | | -81.44 | -994.06 |
| NY - Paid Family Leave | | -10.73 | -138.90 |
| Medicare Employee Addl Tax | | 0.00 | 0.00 |
| Federal Withholding | | -274.00 | -2,729.00 |
| Social Security Employee | | -130.22 | -1,685.41 |
| Medicare Employee | | -30.46 | -394.17 |
| NY - Withholding | | -112.01 | -1,362.29 |
| NY - Disability | | -0.60 | -10.80 |
| | | -639.46 | -7,314.63 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -15.00 | -237.00 |

| **Net Pay** | **1,445.89** | **19,632.40** |
|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

D1004

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA



---

**Employee Pay Stub**          Check number:                    Pay Period: 10/25/2021 - 10/31/2021          Pay Date: 10/31/2021

**Employee**                                                      **SSN**

NINO  MARTINENKO SILVA, ███████████████

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 44:34 | 10.00 | 445.67 | 6,350.50 |
| Reported Cash Tips | | | 1,464.08 | 22,743.28 |
| | 44:34 | | 1,909.75 | 29,093.78 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -72.96 | -1,067.02 |
| NY - Paid Family Leave | -9.76 | -148.66 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -231.00 | -2,960.00 |
| Social Security Employee | -118.40 | -1,803.81 |
| Medicare Employee | -27.69 | -421.86 |
| NY - Withholding | -99.33 | -1,461.62 |
| NY - Disability | -0.60 | -11.40 |
| | -559.74 | -7,874.37 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -15.00 | -252.00 |

| **Net Pay** | **1,335.01** | **20,967.41** |

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

D1005

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA



---

**Employee Pay Stub**          Check number:                    Pay Period: 11/01/2021 - 11/07/2021          Pay Date: 11/07/2021

**Employee**                                                     **SSN**

NINO  MARTINENKO SILVA, ██████████████████

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 41:25 | 10.00 | 414.17 | 6,764.67 |
| Reported Cash Tips | | | 1,399.72 | 24,143.00 |
| | 41:25 | | 1,813.89 | 30,907.67 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -68.69 | -1,135.71 |
| NY - Paid Family Leave | | | -9.27 | -157.93 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -210.00 | -3,170.00 |
| Social Security Employee | | | -112.47 | -1,916.28 |
| Medicare Employee | | | -26.30 | -448.16 |
| NY - Withholding | | | -93.26 | -1,554.88 |
| NY - Disability | | | -0.60 | -12.00 |
| | | | -520.59 | -8,394.96 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| meals contribution | | | -15.00 | -267.00 |

| **Net Pay** | | | **1,278.30** | **22,245.71** |

D1006

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA



---

**Employee Pay Stub**           Check number:                    Pay Period: 11/08/2021 - 11/14/2021            Pay Date: 11/14/2021

**Employee**                                                      SSN

NINO  MARTINENKO SILVA, ███████████████

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 58:20 | 10.00 | 583.33 | 7,348.00 |
| Reported Cash Tips | | | 2,556.83 | 26,699.83 |
| | 58:20 | | 3,140.16 | 34,047.83 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -127.71 | -1,263.42 |
| NY - Paid Family Leave | -16.05 | -173.98 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -524.00 | -3,694.00 |
| Social Security Employee | -194.69 | -2,110.97 |
| Medicare Employee | -45.53 | -493.69 |
| NY - Withholding | -193.19 | -1,748.07 |
| NY - Disability | -0.60 | -12.60 |
| | -1,101.77 | -9,496.73 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -285.00 |

| **Net Pay** | **2,020.39** | **24,266.10** |

D1007

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA



---

**Employee Pay Stub**　　　　Check number:　　　　　　Pay Period: 11/15/2021 - 11/21/2021　　　　Pay Date: 11/21/2021

**Employee**　　　　　　　　　　　　　　　　　　　**SSN**

NINO  MARTINENKO SILVA,

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 52:00 | 10.00 | 520.00 | 7,868.00 |
| Reported Cash Tips | | | 2,181.63 | 28,881.46 |
| | 52:00 | | 2,701.63 | 36,749.46 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -108.19 | -1,371.61 |
| NY - Paid Family Leave | -13.81 | -187.79 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -419.00 | -4,113.00 |
| Social Security Employee | -167.50 | -2,278.47 |
| Medicare Employee | -39.18 | -532.87 |
| NY - Withholding | -158.63 | -1,906.70 |
| NY - Disability | -0.60 | -13.20 |
| | -906.91 | -10,403.64 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -303.00 |

| **Net Pay** | **1,776.72** | **26,042.82** |
|---|---|---|

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA

---

**Employee Pay Stub**          Check number:          Pay Period: 11/22/2021 - 11/28/2021          Pay Date: 11/28/2021

**Employee**                                                        **SSN**

NINO  MARTINENKO SILVA,

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 48:35 | 10.00 | 485.83 | 8,353.83 |
| Reported Cash Tips | | | 1,469.40 | 30,350.86 |
| | 48:35 | | 1,955.23 | 38,704.69 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -74.98 | -1,446.59 |
| NY - Paid Family Leave | | | -9.99 | -197.78 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -241.00 | -4,354.00 |
| Social Security Employee | | | -121.22 | -2,399.69 |
| Medicare Employee | | | -28.35 | -561.22 |
| NY - Withholding | | | -102.21 | -2,008.91 |
| NY - Disability | | | -0.60 | -13.80 |
| | | | -578.35 | -10,981.99 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| meals contribution | | | -18.00 | -321.00 |

| **Net Pay** | | | **1,358.88** | **27,401.70** |

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

D1009

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA



---

**Employee Pay Stub**          Check number:                    Pay Period: 11/29/2021 - 12/05/2021          Pay Date: 12/05/2021

**Employee**                                                          SSN

NINO  MARTINENKO SILVA,

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 46:06 | 10.00 | 461.00 | 8,814.83 |
| Reported Cash Tips | | | 2,022.85 | 32,373.71 |
| | 46:06 | | 2,483.85 | 41,188.54 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -98.50 | -1,545.09 |
| NY - Paid Family Leave | | | -12.69 | -210.47 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -366.00 | -4,720.00 |
| Social Security Employee | | | -154.00 | -2,553.69 |
| Medicare Employee | | | -36.01 | -597.23 |
| NY - Withholding | | | -141.47 | -2,150.38 |
| NY - Disability | | | -0.60 | -14.40 |
| | | | -809.27 | -11,791.26 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| meals contribution | | | -15.00 | -336.00 |

| **Net Pay** | | | **1,659.58** | **29,061.28** |

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

D1010