# Exhibit 1

# 212
## STEAKHOUSE

DATE: 03/20/21                                    CLOSING SERVER: Nino

CC TIP 717.38          CC DISCOUNT 19.72.          CC TOTAL 697.65

**SERVERS**
- Sasha
- Nino
- ILYA

**SERVER POINTS**
| 1 | 142.38 |
| 1 | 142.38 |
| 1 | 142.38 |

**RUNNERS**
- Paco

**RUNNER POINTS**
0.7    99.66

**BUSSERS**
- Sami
- Xavier

**BUSSER POINTS**
| 0.6 | 85.42 |
| 0.6 | 85.42 |

D1280

# 212 STEAKHOUSE

DATE: 06/11/21     CLOSING SERVER: D+G

CC TIP 809.98     CC DISCOUNT 22.27     CC TOTAL 787.71

SERVER POINTS (4.9)

**SERVERS**
| Name | Points | Amount |
|---|---|---|
| SASHA | 1 | 160.35 |
| PACO | 1 | 160.35 |
| DAG | 1 | 160.35 |
| GC | 0.7 | 112.71 |

**RUNNERS**
| Name | Points | Amount |
|---|---|---|
| SAMMIE | 0.6 | 96.35 |
| XAVIER | 0.6 | 96.35 |

**BUSSERS**

BUSSER POINTS

D1269