# Exhibit 3

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022



ALEXANDER L RYNKOVSKY

| Employee Pay Stub | | Check number: | | | Pay Period: 03/22/2021 - 03/28/2021 | Pay Date: 03/28/2021 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| ALEXANDER L RYNKOVSKY, | | | | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 53:16 | 10.00 | 532.67 | 4,546.32 |
| Reported Cash Tips | | | 1,894.14 | 11,578.89 |
| | 53:16 | | 2,426.81 | 16,125.21 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -96.82 | -587.08 |
| NY - Paid Family Leave | -12.40 | -82.38 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -410.00 | -2,032.00 |
| Social Security Employee | -150.46 | -999.76 |
| Medicare Employee | -35.19 | -233.82 |
| NY - Withholding | -140.39 | -814.98 |
| NY - Disability | -0.60 | -7.20 |
| | -845.86 | -4,757.22 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -204.00 |

| Net Pay | 1,562.95 | 11,163.99 |
|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

Plaintiff0001

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

EVERARDO PEREZ

| Employee Pay Stub | | Check number: | | | Pay Period: 03/22/2021 - 03/28/2021 | Pay Date: 03/28/2021 |
|---|---|---|---|---|---|---|

Employee
EVERARDO PEREZ,

SSN

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 48:54 | 10.00 | 489.00 | 4,923.34 |
| Reported Cash Tips | | | 1,275.15 | 8,897.40 |
| | 48:54 | | 1,764.15 | 13,820.74 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -61.77 | -417.93 |
| NY - Paid Family Leave | -9.01 | -70.59 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -116.00 | -561.00 |
| Social Security Employee | -109.38 | -856.89 |
| Medicare Employee | -25.58 | -200.40 |
| NY - Withholding | -84.90 | -571.54 |
| NY - Disability | -0.60 | -7.20 |
| | -407.24 | -2,685.55 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -204.00 |

| Net Pay | 1,338.91 | 10,931.19 |
|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

Plaintiff0002

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022



SAMUEL GARCIA'

| Employee Pay Stub | | Check number: | | Pay Period: 03/22/2021 - 03/28/2021 | Pay Date: 03/28/2021 |
|---|---|---|---|---|---|

| Employee | | | | SSN | |
|---|---|---|---|---|---|
| SAMUEL GARCIA' | | | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 47:05 | 10.00 | 470.83 | 2,131.50 |
| Reported Cash Tips | | | 1,036.67 | 3,928.22 |
| | 47:05 | | 1,507.50 | 6,059.72 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -47.78 | -141.46 |
| NY - Paid Family Leave | -7.70 | -30.96 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -93.46 | -375.70 |
| Medicare Employee | -21.86 | -87.87 |
| NY - Withholding | -65.76 | -190.59 |
| NY - Disability | -0.60 | -4.20 |
| | -237.16 | -830.78 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -93.00 |

| Net Pay | 1,252.34 | 5,135.94 |
|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

Plaintiff0004

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022



ALEXANDER L RYNKOVSKY

| Employee Pay Stub | | Check number: | | | Pay Period: 11/15/2021 - 11/21/2021 | Pay Date: 11/21/2021 |
|---|---|---|---|---|---|---|

| Employee | | | | | SSN | |
|---|---|---|---|---|---|---|
| ALEXANDER L RYNKOVSKY | | | | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 43:15 | 10.00 | 432.50 | 17,934.49 |
| Reported Cash Tips | | | 2,130.31 | 56,884.71 |
| | 43:15 | | 2,562.81 | 74,819.20 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -102.87 | -2,820.72 |
| NY - Paid Family Leave | -13.10 | -382.29 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -442.00 | -10,524.00 |
| Social Security Employee | -158.89 | -4,638.79 |
| Medicare Employee | -37.16 | -1,084.88 |
| NY - Withholding | -149.21 | -3,917.34 |
| NY - Disability | -0.60 | -27.60 |
| | -903.83 | -23,395.62 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -15.00 | -717.00 |

| Net Pay | 1,643.98 | 50,706.58 |
|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

Plaintiff0005

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

EVERARDO PEREZ

| Employee Pay Stub | | Check number: | | | Pay Period: 11/15/2021 - 11/21/2021 | Pay Date: 11/21/2021 |
|---|---|---|---|---|---|---|

| Employee | | | | | SSN | |
|---|---|---|---|---|---|---|
| EVERARDO PEREZ, | | | | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 57:06 | 10.00 | 571.00 | 19,138.51 |
| Reported Cash Tips | | | 2,224.62 | 55,589.41 |
| | 57:06 | | 2,795.62 | 74,727.92 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -107.67 | -2,559.47 |
| NY - Paid Family Leave | -14.29 | -381.82 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -291.00 | -4,781.00 |
| Social Security Employee | -173.33 | -4,633.13 |
| Medicare Employee | -40.53 | -1,083.55 |
| NY - Withholding | -156.98 | -3,537.76 |
| NY - Disability | -0.60 | -27.60 |
| | -784.40 | -17,004.33 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -747.00 |

| Net Pay | 1,993.22 | 56,976.59 |
|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

Plaintiff0006

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO MARTINENKO SILVA



| Employee Pay Stub | | Check number: | | Pay Period: 11/15/2021 - 11/21/2021 | Pay Date: 11/21/2021 |
|---|---|---|---|---|---|
| **Employee** | | | | **SSN** | |
| NINO MARTINENKO SILVA | | | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 52:00 | 10.00 | 520.00 | 7,868.00 |
| Reported Cash Tips | | | 2,181.63 | 28,881.46 |
| | 52:00 | | 2,701.63 | 36,749.46 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -108.19 | -1,371.61 |
| NY - Paid Family Leave | -13.81 | -187.79 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -419.00 | -4,113.00 |
| Social Security Employee | -167.50 | -2,278.47 |
| Medicare Employee | -39.18 | -532.87 |
| NY - Withholding | -158.63 | -1,906.70 |
| NY - Disability | -0.60 | -13.20 |
| | -906.91 | -10,403.64 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -303.00 |

| Net Pay | 1,776.72 | 26,042.82 |
|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

Plaintiff0009
Plaintiff0009

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022



SAMUEL GARCIA'

| Employee Pay Stub | | Check number: | | | Pay Period: 11/15/2021 - 11/21/2021 | Pay Date: 11/21/2021 |
|---|---|---|---|---|---|---|
| Employee | | | | | SSN | |
| SAMUEL GARCIA', | | | | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:39 | 10.00 | 406.50 | 14,248.33 |
| Reported Cash Tips | | | 1,298.27 | 29,913.70 |
| | 40:39 | | 1,704.77 | 44,162.03 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -56.56 | -1,193.16 |
| NY - Paid Family Leave | -8.71 | -225.67 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | -10.00 |
| Social Security Employee | -105.70 | -2,738.05 |
| Medicare Employee | -24.72 | -640.35 |
| NY - Withholding | -76.64 | -1,618.74 |
| NY - Disability | -0.60 | -24.60 |
| | -272.93 | -6,450.57 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -15.00 | -585.00 |

| Net Pay | 1,416.84 | 37,126.46 |
|---|---|---|

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

ALEXANDER L RYNKOVSKY



| Employee Pay Stub | | Check number: | | Pay Period: 11/29/2021 - 12/05/2021 | Pay Date: 12/05/2021 |
|---|---|---|---|---|---|

| Employee | SSN |
|---|---|
| ALEXANDER L RYNKOVSKY, | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 53:44 | 10.00 | 537.33 | 18,976.32 |
| Reported Cash Tips | | | 2,325.38 | 60,769.74 |
| | 53:44 | | 2,862.71 | 79,746.06 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -116.22 | -3,017.62 |
| NY - Paid Family Leave | 0.00 | -385.34 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -514.00 | -11,360.00 |
| Social Security Employee | -177.49 | -4,944.26 |
| Medicare Employee | -41.51 | -1,156.32 |
| NY - Withholding | -172.84 | -4,200.93 |
| NY - Disability | -0.60 | -28.80 |
| | -1,022.66 | -25,093.27 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -753.00 |

| Net Pay | 1,822.05 | 53,899.79 |
|---|---|---|

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

EVERARDO PEREZ



| Employee Pay Stub | | Check number: | | | Pay Period: 11/29/2021 - 12/05/2021 | Pay Date: 12/05/2021 |
|---|---|---|---|---|---|---|
| **Employee** EVERARDO PEREZ | | | | | **SSN** | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 52:17 | 10.00 | 522.83 | 20,143.84 |
| Reported Cash Tips | | | 2,584.54 | 59,756.86 |
| | 52:17 | | 3,107.37 | 79,900.70 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -121.54 | -2,756.19 |
| NY - Paid Family Leave | 0.00 | -385.34 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -359.00 | -5,293.00 |
| Social Security Employee | -192.65 | -4,953.84 |
| Medicare Employee | -45.06 | -1,158.56 |
| NY - Withholding | -181.24 | -3,821.43 |
| NY - Disability | -0.60 | -28.80 |
| | -900.09 | -18,397.16 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -783.00 |

| Net Pay | 2,189.28 | 60,720.54 |
|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

Plaintiff0013

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO MARTINENKO SILVA

---

| Employee Pay Stub | | Check number: | | Pay Period: 11/29/2021 - 12/05/2021 | Pay Date: 12/05/2021 |
|---|---|---|---|---|---|

**Employee**
NINO MARTINENKO SILVA

**SSN**

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 46:06 | 10.00 | 461.00 | 8,814.83 |
| Reported Cash Tips | | | 2,022.85 | 32,373.71 |
| | 46:06 | | 2,483.85 | 41,188.54 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -98.50 | -1,545.09 |
| NY - Paid Family Leave | -12.69 | -210.47 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -366.00 | -4,720.00 |
| Social Security Employee | -154.00 | -2,553.69 |
| Medicare Employee | -36.01 | -597.23 |
| NY - Withholding | -141.47 | -2,150.38 |
| NY - Disability | -0.60 | -14.40 |
| | -809.27 | -11,791.26 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -15.00 | -336.00 |

| Net Pay | 1,659.58 | 29,061.28 |
|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

Plaintiff0016

Case 1:22-cv-00518-JLR-RWL   Document 73-3   Filed 12/09/22   Page 12 of 15

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

SAMUEL GARCIA'



| Employee Pay Stub | | Check number: | | | Pay Period: 11/29/2021 - 12/05/2021 | Pay Date: 12/05/2021 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| SAMUEL GARCIA' | | | | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 45:00 | 10.00 | 450.00 | 15,127.33 |
| Reported Cash Tips | | | 1,297.06 | 32,379.44 |
| | 45:00 | | 1,747.06 | 47,506.77 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -58.44 | -1,303.39 |
| NY - Paid Family Leave | -8.93 | -242.76 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | -10.00 |
| Social Security Employee | -108.32 | -2,945.42 |
| Medicare Employee | -25.33 | -688.85 |
| NY - Withholding | -79.16 | -1,768.14 |
| NY - Disability | -0.60 | -25.80 |
| | -280.78 | -6,984.36 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -12.00 | -612.00 |

| Net Pay | | 1,454.28 | 39,910.41 |
|---|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

Plaintiff0017

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

ALESSANDRO ARDUINI



| Employee Pay Stub | | Check number: | | Pay Period: 09/27/2021 - 10/03/2021 | Pay Date: 10/03/2021 |
|---|---|---|---|---|---|

Employee
ALESSANDRO ARDUINI

SSN

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:55 | 10.00 | 409.17 | 3,766.85 |
| Reported Cash Tips | | | 1,327.28 | 9,052.66 |
| | 40:55 | | 1,736.45 | 12,819.51 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| NY - Paid Family Leave | -8.87 | -65.49 |
| NY - City Resident | -61.39 | -415.14 |
| Federal Withholding | -247.00 | -1,544.00 |
| Social Security Employee | -107.66 | -794.81 |
| Medicare Employee | -25.18 | -185.88 |
| NY - Withholding | -83.12 | -562.29 |
| NY - Disability | -0.60 | -6.00 |
| | -533.82 | -3,573.61 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -15.00 | -135.00 |

| Net Pay | 1,187.63 | 9,110.90 |
|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

Plaintiff0018

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

ALEXANDER L RYNKOVSKY



---

**Employee Pay Stub**   Check number:   Pay Period: 09/27/2021 - 10/03/2021   Pay Date: 10/03/2021

**Employee**   SSN
ALEXANDER L RYNKOVSKY

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 44:06 | 10.00 | 441.00 | 14,440.66 |
| Reported Cash Tips | | | 1,317.18 | 44,253.95 |
| | 44:06 | | 1,758.18 | 58,694.61 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -67.07 | -2,181.38 |
| NY - Paid Family Leave | -8.98 | -299.90 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -252.00 | -7,864.00 |
| Social Security Employee | -109.01 | -3,639.07 |
| Medicare Employee | -25.49 | -851.07 |
| NY - Withholding | -90.95 | -3,010.13 |
| NY - Disability | -0.60 | -23.40 |
| | -554.10 | -17,868.95 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -603.00 |

| Net Pay | 1,186.08 | 40,222.66 |
|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

Plaintiff0019

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

EVERARDO PEREZ

| Employee Pay Stub | | Check number: | | | Pay Period: 09/27/2021 - 10/03/2021 | Pay Date: 10/03/2021 |
|---|---|---|---|---|---|---|

Employee
EVERARDO PEREZ

SSN

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 47:25 | 10.00 | 474.17 | 15,877.34 |
| Reported Cash Tips | | | 807.36 | 44,010.39 |
| | 47:25 | | 1,281.53 | 59,887.73 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -40.40 | -2,016.22 |
| NY - Paid Family Leave | -6.55 | -305.99 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -58.00 | -3,546.00 |
| Social Security Employee | -79.46 | -3,713.04 |
| Medicare Employee | -18.58 | -868.37 |
| NY - Withholding | -54.81 | -2,772.51 |
| NY - Disability | -0.60 | -23.40 |
| | -258.40 | -13,245.53 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -15.00 | -642.00 |

| Net Pay | 1,008.13 | 46,000.20 |
|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

Plaintiff0020