# Exhibit 1

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

ALEXANDER L RYNKOVSKY



---

**Employee Pay Stub**   Check number:         Pay Period: 02/22/2021 - 02/28/2021    Pay Date: 02/28/2021

**Employee**                                                     **SSN**

ALEXANDER L RYNKOVSKY,

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 46:15 | 10.00 | 462.50 | 2,681.99 |
| Reported Cash Tips | | | 1,156.98 | 6,048.74 |
| | 46:15 | | 1,619.48 | 8,730.73 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -60.89 | -302.65 |
| NY - Paid Family Leave | -8.28 | -44.60 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -221.00 | -931.00 |
| Social Security Employee | -100.41 | -541.31 |
| Medicare Employee | -23.49 | -126.60 |
| NY - Withholding | -83.76 | -415.35 |
| NY - Disability | -0.60 | -4.80 |
| | -498.43 | -2,366.31 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -123.00 |

| **Net Pay** | **1,103.05** | **6,241.42** |

---

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

DAMGMARA M HUK



| **Employee Pay Stub** | Check number: | | | Pay Period: 02/22/2021 - 02/28/2021 | Pay Date: 02/28/2021 |

| **Employee** | | | | **SSN** |
|---|---|---|---|---|
| DAMGMARA M HUK, | | | | * |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 42:46 | 10.00 | 427.67 | 2,225.00 |
| Reported Cash Tips | | | 1,026.80 | 5,992.20 |
| | 42:46 | | 1,454.47 | 8,217.20 |
| **Taxes** | | | **Current** | **YTD Amount** |
| NY - City Resident | | | -52.70 | -279.95 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -185.00 | -904.00 |
| Social Security Employee | | | -90.18 | -509.47 |
| Medicare Employee | | | -21.09 | -119.15 |
| NY - Withholding | | | -72.54 | -384.53 |
| NY - Disability | | | -0.60 | -4.55 |
| | | | -422.11 | -2,201.65 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| meals contribution | | | -18.00 | -99.00 |
| **Net Pay** | | | 1,014.36 | 5,916.55 |

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

ALEXANDER L RYNKOVSKY



---

**Employee Pay Stub**       Check number:                    Pay Period: 06/07/2021 - 06/13/2021       Pay Date: 06/13/2021

**Employee**                                                  **SSN**
ALEXANDER L RYNKOVSKY,                                        *

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 45:32 | 10.00 | 455.33 | 8,692.64 |
| Reported Cash Tips | | | 1,401.06 | 25,673.96 |
| | 45:32 | | 1,856.39 | 34,366.60 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -71.44 | -1,276.57 |
| NY - Paid Family Leave | -9.49 | -175.59 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -274.00 | -4,611.00 |
| Social Security Employee | -115.10 | -2,130.73 |
| Medicare Employee | -26.92 | -498.32 |
| NY - Withholding | -98.65 | -1,770.11 |
| NY - Disability | -0.60 | -13.80 |
| | -596.20 | -10,476.12 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -372.00 |

**Net Pay**                           1,242.19       23,518.48

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

EVERARDO PEREZ



| **Employee Pay Stub** | Check number: | | | **Pay Period:** 06/07/2021 - 06/13/2021 | **Pay Date:** 06/13/2021 |

**Employee**  **SSN**
EVERARDO PEREZ,

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 47:27 | 10.00 | 474.50 | 10,128.68 |
| Reported Cash Tips | | | 1,452.55 | 24,829.19 |
| | 47:27 | | 1,927.05 | 34,957.87 |

| **Taxes** | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -69.02 | -1,174.45 |
| NY - Paid Family Leave | -9.85 | -178.60 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -136.00 | -2,082.00 |
| Social Security Employee | -119.48 | -2,167.39 |
| Medicare Employee | -27.94 | -506.89 |
| NY - Withholding | -95.11 | -1,624.26 |
| NY - Disability | -0.60 | -13.80 |
| | -458.00 | -7,747.39 |

| **Adjustments to Net Pay** | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -399.00 |

| **Net Pay** | | 1,451.05 | 26,811.48 |

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

SAMUEL GARCIA'



| **Employee Pay Stub** | Check number: | | Pay Period: 06/07/2021 - 06/13/2021 | Pay Date: 06/13/2021 |
|---|---|---|---|---|

**Employee**  
SAMUEL GARCIA',

**SSN**

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 46:17 | 10.00 | 462.83 | 6,126.84 |
| Reported Cash Tips | | | 763.03 | 12,374.65 |
| | 46:17 | | 1,225.86 | 18,501.49 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -35.46 | -486.20 |
| NY - Paid Family Leave | -6.26 | -94.53 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -76.00 | -1,147.09 |
| Medicare Employee | -17.77 | -268.27 |
| NY - Withholding | -48.61 | -661.79 |
| NY - Disability | -0.60 | -10.80 |
| | -184.70 | -2,668.68 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -252.00 |

| **Net Pay** | **1,023.16** | **15,580.81** |
|---|---|---|

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

ALEXANDER L RYNKOVSKY



| **Employee Pay Stub** | Check number: | | | Pay Period: 09/13/2021 - 09/19/2021 | Pay Date: 09/19/2021 |
|---|---|---|---|---|---|

**Employee**  
ALEXANDER L RYNKOVSKY,

**SSN**

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:24 | 10.00 | 404.00 | 13,647.99 |
| Reported Cash Tips | | | 1,232.42 | 42,017.99 |
| | 40:24 | | 1,636.42 | 55,665.98 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -61.65 | -2,068.95 |
| NY - Paid Family Leave | -8.36 | -284.43 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -225.00 | -7,467.00 |
| Social Security Employee | -101.46 | -3,451.29 |
| Medicare Employee | -23.73 | -807.16 |
| NY - Withholding | -83.52 | -2,857.51 |
| NY - Disability | -0.60 | -22.20 |
| | -504.32 | -16,958.54 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -12.00 | -573.00 |

| **Net Pay** | **1,120.10** | **38,134.44** |
|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022