UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

NINO MARTINENKO, on behalf of                    CASE NO. 22 CV 518 (LJL)
herself and others similarly situated,

           **Plaintiff,**

    **v.**

212 STEAKHOUSE, INC., and
NIKOLAY VOLPER,

           **Defendants.**

-------------------------------------------------------x

## DECLARATION OF NIKOLAY VOLPER

I, NIKOLAY VOLPER, under penalty of perjury, affirm as follows:

1. I am the Named Defendant in this action. I am familiar with the facts and circumstances set forth herein.

2. I submit this declaration in opposition of Plaintiff's motion for class certification pursuant to Federal Rule of Civil Procedure 23.

3. The declaration of Dagmara Huk states nothing that supports a Rule 23 class action. She worked at the restaurant for a very short period of time.

4. She mentions nothing about the restaurants policies, employees that she talked to, commonality amongst any employees, in addition to any knowledge of violations of payroll practices over the liability period.

1

5. Her declaration has as an Exhibit, 3 weeks of paystubs which reveal nothing related to class action requirements.  She stole these paystubs from the restaurant office. Additionally, she never reported her cash tips as part of the tip sheets which she was required to do.

6. I have also reviewed the Declaration of Nino Martinenko.

7. She also supplied tip sheets which did not include any of the cash tips she received, all of which went unreported.

8. Other than reviewing the front of the house employee list supplied by her attorney, she mentions nothing about the restaurants policies, employees that she talked to, conversations that she had concerning amongst these employees concerning the restaurants payroll policies in addition to any knowledge of violations of payroll practices over the liability period.

9. Neither of these Plaintiffs should be declared a class action representative.

10. The Declaration of Michael Digiulio, Esq.  seems to be an affidavit in support of the prior improper sanction motion filed as opposed to a declaration supporting class action certification.

11. I respectfully request the Court to deny class action certification.

2

Dated:  New York, New York
       December 23, 2022

NIKOLAY VOLPER

On the 23rd day of December, 2022, before me personally came NIKOLAY VOLPER, to me known and known to me to be the individual described herein and who executed the foregoing Affidavit in Opposition, and who duly acknowledged to me the execution thereof.

Notary Public

12/23/2022

**NOTARY PUBLIC**
STATE OF NEW YORK
COUNTY OF QUEENS

**SAYED A. MOUSTAFA**
NOTARY PUBLIC - STATE OF NEW YORK
No. 01MO6260962
Qualified in Queens County
My commission expires May 07,2024