

+1 (718) 501-4730

iMessage
Tue, May 10, 11:14 AM

If you worked as a server, runner, busser, or bartender at 212 Steakhouse at any time on or after January 20, 2019, you may be entitled to join a lawsuit claiming unpaid overtime wages. For additional information about the case, including how to join, please call the employees' attorneys at (212) 688-5640 or visit

https://www.jhllp.com/files/212-steakhouse-216b-notice-for-mailing.pdf

The sender is not in your contact list.
Report Junk