UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NINO MATINENKO, on behalf of herself and
others similarly situated,

                      Plaintiff,

     - against -

212 STEAKHOUSE, INC., and NIKOLAY
VOLPER,

                      Defendants.
-----------------------------------------------------------------X

Case No. : 1:22-cv-00518-JLR-RWL

**AFFIDAVIT OF
BONIFACIO RAMOS**

STATE OF NEW YORK   )
                    )ss.:
COUNTY OF NEW YORK )

    I, **BONIFACIO RAMOS,** being duly sworn, deposes, and swears to affirm the truth

under penalties of perjury:

1. I, BONIFACIO RAMOS, am not a party of this action.

2. I currently reside at 1910 Grand Concourse, Bronx, New York 10457.

3. In or about March 2022, I began working for Defendant, 212 Steakhouse, Inc., as a
   runner.

4. I still currently work for Defendant, 212 Steakhouse, Inc.

5. Throughout my tenure while working for Defendant(s), I have had no negative
   interactions with Defendant(s).

6. In or about May 2022, I received a text message from a phone number of "718-501-
   4730", which appears to be soliciting information and/or recruiting employees regarding
   this lawsuit.

7. This text message advised me to call "212-688-5640". See Exhibit A.

8. Upon information and research, it appears that the text message that came from "718-501-4730" and the phone number listed in the text message "212-688-5640" are both associated with Joseph & Kirschenbaum LLC.

9. It is my position that I would not like to take part in this lawsuit against Defendants.

DATED:  New York, New York
        March __ 2023

_____
BONIFACIO RAMOS

STATE OF NEW YORK, COUNTY OF NEW YORK, ss.

On the ___ day of March, 2023, before me, the undersigned notary public, personally appeared BONIFACIO RAMOS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NINO MATINENKO, on behalf of herself and
others similarly situated,

                    Plaintiff,          Case No. : 1:22-cv-00518-JLR-RWL

- against -                  **AFFIDAVIT OF**
                                        **ALEXANDER RYNKOVSKY**


212 STEAKHOUSE, INC., and NIKOLAY
VOLPER,

                    Defendants.
------------------------------------------------------------X


STATE OF NEW YORK  )
                  )ss.:
COUNTY OF NEW YORK )

      I, **ALEXANDER RYNKOVSKY,** being duly sworn, deposes, and swears to affirm the

truth under penalties of perjury:

1.  I, ALEXANDER RYNKOVSKY, am not a party to this action.

2.  I currently reside at 65 Oriental Blvd., Apt. 8B, Brooklyn, New York 11235.

3.  In or about October of 2015, I began working for Defendant, 212 Steakhouse, Inc., as server.

4.  I am still currently employed by Defendant, 212 Steakhouse, Inc., as a server.

5.  Throughout my tenure while working for Defendant(s), I have had no negative interactions with Defendant(s).

6.  In or about May 2022, I received a text message from a phone number of "718-501-4730", which appears to be soliciting information and/or recruiting employees regarding this lawsuit.

7. This text message advised me to call "212-688-5640". See Exhibit A.

8. Upon information and research, it appears that the text message that came from "718-501-4730" and the phone number listed in the text message "212-688-5640" are both associated with Joseph & Kirschenbaum LLC.

9. It is my position that I would not like to take part in this lawsuit against Defendants.

DATED:  New York, New York
        March 6, 2023

_____
ALEXANDER RYNKOVSKY

STATE OF NEW YORK, COUNTY OF NEW YORK, ss.

On the 6 day of March 2023, before me, the undersigned notary public, personally appeared ALEXANDER RYNKOVSKY, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

MARINA VAYSBAUM
Notary Public, State of New York
No. 01VA6120545
Qualified in Richmond County
Commission Expires Dec. 20, 2024



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NINO MATINENKO, on behalf of herself and
others similarly situated,

                    Plaintiff,           Case No. : 1:22-cv-00518-JLR-RWL

    - against -                   **AFFIDAVIT OF**
                                           **LUIS FERNANDEZ**


212 STEAKHOUSE, INC., and NIKOLAY
VOLPER,

                    Defendants.
-------------------------------------------------------------X


STATE OF NEW YORK   )
                       )ss.:
COUNTY OF NEW YORK )

     I, **LUIS FERNANDEZ,** being duly sworn, deposes, and swears to affirm the truth under

penalties of perjury:

1.  I, LUIS FERNANDEZ, am not a party to this action.

2.  I currently reside at 6209 Palisades Ave. G, West New York, New Jersey. 07093

3.  In or about February 2022, I began working for Defendant, 212 Steakhouse, Inc., as a
    server.

4.  I am still currently employed by Defendant, 212 Steakhouse, Inc., as a server.

5.  Throughout my tenure while working for Defendant(s), I have had no negative
    interactions with Defendant(s).

6.  In or about May 2022, I received a text message from a phone number of "718-501-
    4730", which appears to be soliciting information and/or recruiting employees regarding
    this lawsuit.

7. This text message advised me to call "212-688-5640". See Exhibit A.

8. Upon information and research, it appears that the text message that came from "718-501-4730" and the phone number listed in the text message "212-688-5640" are both associated with Joseph & Kirschenbaum LLC.

9. It is my position that I would not like to take part in this lawsuit against Defendants.

DATED:  New York, New York
       March 4, 2023

                                 LUIS FERNANDEZ

STATE OF NEW YORK, COUNTY OF NEW YORK, ss.

       On the 04 day of March 2023, before me, the undersigned notary public, personally appeared LUIS FERNANDEZ, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                              Notary Public

ANDY W TORO
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES   SEPT. 25, 2025





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NINO MATINENKO, on behalf of herself and
others similarly situated,

                         Plaintiff,                Case No. : 1:22-cv-00518-JLR-RWL

    - against -                       **AFFIDAVIT OF**
                                  **MARIKÉN TAN**

212 STEAKHOUSE, INC., and NIKOLAY
VOLPER,

                        Defendants.
------------------------------------------------------------X

STATE OF NEW YORK   )
                      )ss.:
COUNTY OF NEW YORK )

      I, **MARIKÉN TAN,** being duly sworn, deposes, and swears to affirm the truth under

penalties of perjury:

1. I, MARIKÉN TAN, am not a party to this action.

2. On or about ___3|2017___, I resided at ____ (FORMER ADDRESS). 338 Jericho turnpike Floral Park NY 11001

3. I currently reside at 464 W. 27th Street, Apt. 2F, Chicago, Illinois 60616 since _____.

4. In or about September 2015, I worked for Defendant, 212 Steakhouse, Inc., as a server.

5. In or about March 2020, I ceased working for Defendant, 212 Steakhouse, Inc., in any and all capacities.

6. Throughout my tenure while working for Defendant(s), I have had no negative interactions with Defendant(s).

7.  In or about May 2022, I received a text message from a phone number of "718-501-4730", which appears to be soliciting information and/or recruiting employees regarding this lawsuit.

8.  This text message advised me to call "212-688-5640". See Exhibit A.

9.  Upon information and research, it appears that the text message that came from "718-501-4730" and the phone number listed in the text message "212-688-5640" are both associated with Joseph & Kirschenbaum LLC.

10. It is my position that I would not like to take part in this lawsuit against Defendants.

DATED:  New York, New York
          March 6, 2023

_____
MARIKAN TAN

STATE OF NEW YORK, COUNTY OF NEW YORK, ss.

On the ___ day of March 2023, before me, the undersigned notary public, personally appeared MARIKAN TAN, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

Official Seal
Zachary Richard Raber
Notary Public State of Illinois
My Commission Expires 3/29/2026





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NINO MATINENKO, on behalf of herself and
others similarly situated,

                 Plaintiff,            Case No. : 1:22-cv-00518-JLR-RWL

- against -                **AFFIDAVIT OF**
                               **EVERARDO PEREZ**

212 STEAKHOUSE, INC., and NIKOLAY
VOLPER,

                 Defendants.
-----------------------------------------------------------X

STATE OF NEW YORK  )
                      )ss.:
COUNTY OF NEW YORK )

    I, **EVERARDO PEREZ,** being duly sworn, deposes, and swears to affirm the truth

under penalties of perjury:

1.  I, EVERARDO PEREZ, am not a party to this action.

2.  I currently reside at 3721 59th Street, Queens, New York 11377.

3.  In or about November 2019, I began working as a server for Defendant, 212 Steakhouse,

    Inc.

4.  I currently still work as a server for Defendant, 212 Steakhouse Inc.

5.  Throughout my tenure while working for Defendant(s), I have had no negative
    interactions with Defendant(s).

6.  In or about May 2022, I received a text message from a phone number of "718-501-
    4730", which appears to be soliciting information and/or recruiting employees regarding
    this lawsuit.

7. This text message advised me to call "212-688-5640". See Exhibit A.

8. Upon information and research, it appears that the text message that came from "718-501-4730" and the phone number listed in the text message "212-688-5640" are both associated with Joseph & Kirschenbaum LLC.

9. It is my position that I would not like to take part in this lawsuit against Defendants.

DATED:  New York, New York
          March 7, 2023

_____
          EVERARDO PEREZ

STATE OF NEW YORK, COUNTY OF NEW YORK, ss.

       On the 7 day of March 2023, before me, the undersigned notary public, personally appeared EVERARDO PEREZ, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
          Notary Public

RUBY G CAMPOVERDE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CA6441059
Qualified in Queens County
My Commission Expires 09-19-2026



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
NINO MATINENKO, on behalf of herself and
others similarly situated,

                     Plaintiff,                 Case No. : 1:22-cv-00518-JLR-RWL

    - against -                     **AFFIDAVIT OF**
                                        **NADIA PAPUTNIKOVA**

212 STEAKHOUSE, INC., and NIKOLAY
VOLPER,

                     Defendants.
--------------------------------------------------------X

STATE OF NEW YORK   )
                     )ss.:
COUNTY OF NEW YORK )

    I, **NADIA PAPUTNIKOVA,** being duly sworn, deposes, and swears to affirm the truth
under penalties of perjury:

1. I, NADIA PAPUTNIKOVA, am not a party to this action.

2. I currently reside at 2750 E 12th Street, Apt. 3C, Brooklyn, New York 11235.

3. In or about July 2016, I began my employment with Defendant, 212 Steakhouse, Inc., as
a bartender.

4. In or about March 2020, I ceased my employment relationship with Defendant, 212
Steakhouse, Inc., in any and all capacities.

5. Throughout my tenure while working for Defendant(s), I have had no negative
interactions with Defendant(s).

6. In or about May 2022, I received a text message from a phone number of "718-501-4730", which appears to be soliciting information and/or recruiting employees regarding this lawsuit.

7. This text message advised me to call "212-688-5640". See Exhibit A.

8. Upon information and research, it appears that the text message that came from "718-501-4730" and the phone number listed in the text message "212-688-5640" are both associated with Joseph & Kirschenbaum LLC.

9. It is my position that I would not like to take part in this lawsuit against Defendants.

DATED:  New York, New York
       March 6, 2023

                                                  NADIA PAPUTNIKOVA

STATE OF NEW YORK, COUNTY OF NEW YORK, ss.

       On the 6th day of March 2023, before me, the undersigned notary public, personally appeared NADIA PAPUTNIKOVA, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                                           Notary Public

MARINA VAYSBAUM
Notary Public, State of New York
No. 01VA6120545
Qualified in Richmond County
Commission Expires Dec. 20, 2024



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NINO MATINENKO, on behalf of herself and
others similarly situated,

                               Plaintiff,                  Case No. : 1:22-cv-00518-JLR-RWL

      - against -                             **AFFIDAVIT OF**
                                                  **SAMUEL GARCIA**

212 STEAKHOUSE, INC., and NIKOLAY
VOLPER,

                              Defendants.
-------------------------------------------------------------X

STATE OF NEW YORK   )
                         )ss.:
COUNTY OF NEW YORK )

      I, **SAMUEL GARCIA,** being duly sworn, deposes, and swears to affirm the truth under

penalties of perjury:

1.    I, SAMUEL GARCIA, am not a party to this action.

2.    I currently reside at 703 E. 137th Street, Apt. 4B, Bronx, New York 10454.

3.    In or about June 2018, I began working for Defendant, 212 Steakhouse, Inc., as a runner.

4.    I am still currently employed by Defendant, 212 Steakhouse, Inc., as a runner.

5.    Throughout my tenure while working for Defendant(s), I have had no negative interactions with Defendant(s).

6.    In or about May 2022, I received a text message from a phone number of "718-501-4730", which appears to be soliciting information and/or recruiting employees regarding this lawsuit.

7. This text message advised me to call "212-688-5640". See Exhibit A.

8. Upon information and research, it appears that the text message that came from "718-501-4730" and the phone number listed in the text message "212-688-5640" are both associated with Joseph & Kirschenbaum LLC.

9. It is my position that I would not like to take part in this lawsuit against Defendants.

DATED: New York, New York
      March 3, 2023

_____
SAMUEL GARCIA

STATE OF NEW YORK, COUNTY OF NEW YORK, ss.

      On the 3 day of March, 2023, before me, the undersigned notary public, personally appeared SAMUEL GARCIA, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

JOHANNA DISLA
STATE
OF NEW YORK
NOTARY PUBLIC
Qualified in New York County
#01DI8269614
MY COMMISSION EXPIRES 10-01-2024



10:51

+1 (718) 501-4730

iMessage
Tue, May 10, 11:14 AM

If you worked as a server, runner, busser, or bartender at 212 Steakhouse at any time on or after January 20, 2019, you may be entitled to join a lawsuit claiming unpaid overtime wages. For additional information about the case, including how to join, please call the employees' attorneys at (212) 688-5640 or visit

https://www.jhllp.com/files/212-steakhouse-216b-notice-for-mailing.pdf

The sender is not in your contact list.
Report Junk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NINO MATINENKO, on behalf of herself and
others similarly situated,

                     Plaintiff,                Case No. : 1:22-cv-00518-JLR-RWL

    - against -                   **AFFIDAVIT OF**
                                       **OSCAR MORALES**

212 STEAKHOUSE, INC., and NIKOLAY
VOLPER,

                     Defendants.
-------------------------------------------------------------X

STATE OF NEW YORK   )
                   )ss.:
COUNTY OF NEW YORK )

    I, **OSCAR MORALES,** being duly sworn, deposes, and swears to affirm the truth under

penalties of perjury:

1. I, OSCAR MORALES, am not a party to this action.

2. I currently reside at 5501 98th Street, Apt. 1, Corona, New York 11368.

3. In or about March 2022, I began working for Defendant, 212 Steakhouse, Inc., as a
   server.

4. I am currently still employed by Defendant, 212 Steakhouse, Inc., as a server.

5. Throughout my tenure while working for Defendant(s), I have had no negative
   interactions with Defendant(s).

6. In or about May 2022, I received a text message from a phone number of "718-501-
   4730", which appears to be soliciting information and/or recruiting employees regarding
   this lawsuit.

7. This text message advised me to call "212-688-5640". See Exhibit A.

8. Upon information and research, it appears that the text message that came from "718-501-4730" and the phone number listed in the text message "212-688-5640" are both associated with Joseph & Kirschenbaum LLC.

9. It is my position that I would not like to take part in this lawsuit against Defendants.

DATED:  New York, New York
       March __, 2023

_____
OSCAR MORALES

STATE OF NEW YORK, COUNTY OF NEW YORK, ss.

       On the ____ day of March, 2023, before me, the undersigned notary public, personally appeared OSCAR MORALES, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

GELEN YADIRA RIOS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RI6410897
QUALIFIED IN QUEENS COUNTY
MY COMMISSION EXPIRES NOV 2, 202_



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
NINO MATINENKO, on behalf of herself and
others similarly situated,

      Plaintiff,     Case No. : 1:22-cv-00518-JLR-RWL

  - against -       **AFFIDAVIT OF**
             **ALEXANDER PORRAS**


212 STEAKHOUSE, INC., and NIKOLAY
VOLPER,

      Defendants.
----------------------------------------------------------X


STATE OF NEW YORK )
        )ss.:
COUNTY OF NEW YORK )

   I, **ALEXANDER PORRAS,** being duly sworn, deposes, and swears to affirm the truth

under penalties of perjury:

1. I, ALEXANDER PORRAS, am not a party to this action.

2. I currently reside at _____.

3. On or about _____, I began working for Defendant, 212 Steakhouse, Inc., as a _____.

4. On or about _____, I ceased working for Defendant, 212 Steakhouse, Inc., completely.

5. Throughout my tenure while working for Defendant(s), I have had no negative interactions with Defendant(s).

6. In or about May 2022, I received a text message from a phone number of "718-501-4730", which appears to be soliciting information and/or recruiting employees regarding this lawsuit.

7. This text message advised me to call "212-688-5640". See Exhibit A.

8. Upon information and research, it appears that the text message that came from "718-501-4730" and the phone number listed in the text message "212-688-5640" are both associated with Joseph & Kirschenbaum LLC.

9. It is my position that I would not like to take part in this lawsuit against Defendants.


DATED:  New York, New York
        March __, 2023

ALEXANDER PORRAS

STATE OF NEW YORK, COUNTY OF NEW YORK, ss.

On the ___ day of March, 2023, before me, the undersigned notary public, personally appeared ALEXANDER PORRAS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Notary Public

DANIEL GUY LONG
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LO6425444
Qualified in Westchester County
My Commission Expires 11-22-2025









10:51

+1 (718) 501-4730

Message
Tue, May 10, 11:14 AM

if you worked as a server, runner,
busser, or bartender at 212
Steakhouse at any time on or after
January 20, 2019, you may be
entitled to join a lawsuit claiming
unpaid overtime wages. For
additional information about the
case, including how to join, please
call the employees' attorneys at
(212) 688-5640 or visit

https://www.jhllp.com/files/212-
steakhouse-216b-notice-for-
mailing.pdf

The sender is not in your contact list.
Report Junk