```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
NINO MARTINENKO, on behalf of herself and
Others similarly situated,

                              Plaintiff,


           -against-         Case No:   22-CV-518



212 STEAKHOUSE, INC., and NIKOLAY VOLPER,

                              Defendants.
------------------------------------------------x
```

EXAMINATION of a Non-Party Witness

DAGMARA HUK

December 20, 2022

TENEJA THWEATT, Notary Public
489178



**BARKLEY**
Court Reporters
barkley.com

(310) 207-8000 Los Angeles      (415) 433-5777 San Francisco   (949) 955-0400 Irvine          (858) 455-5444 San Diego
(310) 207-8000 Century City     (408) 885-0550 San Jose        (760) 322-2240 Palm Springs    (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento       (800) 222-1231 Martinez        (702) 366-0500 Las Vegas       (800) 222-1231 Monterey
(951) 686-0606 Riverside        (818) 702-0202 Woodland Hills  (702) 366-0500 Henderson       (516) 277-9494 Garden City
(212) 808-8500 New York City    (347) 821-4611 Brooklyn        (518) 490-1910 Albany          (914) 510-9110 White Plains
(312) 379-5566 Chicago          00+1+800 222 1231 Paris        00+1+800 222 1231 Dubai        001+1+800 222 1231 Hong Kong

```
 1                          D. Huk
 2   A.      I'm not sure.
 3   Q.      How did you find out about this lawsuit,
 4   craigslist?
 5   A.      No.  I don't think it was on craigslist.
 6   Q.      How did you find out?
 7   A.      Through my lawyer.
 8   Q.      Through your lawyer?
 9   A.      Yes.  I got contacted by my lawyer.
10   Q.      Your lawyer contacted you about the
11   lawsuit?
12   A.      (No verbal response.)
13   Q.      And what did your lawyer say?
14               MR. DiGIULIO:  Objection.  Don't
15           answer that.
16   Q.      Okay.  That's interesting.
17           Did you clock -- well, let's go back for a
18   second.
19           So when you were paid, you received payroll
20   checks?
21   A.      You mean the printout?
22   Q.      Yeah.
23   A.      Not all the time.  Most of the time we
24   didn't.
25   Q.      The checks that you received, were they
```