```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
:
NINO MARTINEKO, On behalf of herself :
and others similarly situated,       :          22-CV-518 (JLR) (RWL)
                                     :
                    Plaintiff,       :          **ORDER**
                                     :
       - against -                   :
                                     :
212 STEAKHOUSE, INC., and            :
NIKOLAY VOLPER,                      :
                                     :
                    Defendants.      :
_____:

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the hearing held on April 4, 2023, Defendants' letter motion at Dkt. 84 regarding disqualification of Plaintiff's counsel and imposing sanctions is DENIED. The text communication, and the communication with Huk, both were authorized pursuant to the Court's earlier order granting conditional certification of the collective and approving notice by text and other means.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 4, 2023
       New York, New York