AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
Southern District of New York

| | |
|---|---|
| NINO MARTINENKO )<br>*Plaintiff* )<br>v. )<br>212 STEAKHOUSE, INC., and NIKOLAY VOLPER )<br>*Defendant* ) | Case No.   22-CV-518 (JLR) (RWL) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

212 Steakhouse, Inc. and Nikolay Volper.

Date:      04/27/2023

*Attorney's signature*

Jonathan W. Greenbaum  (6357)
*Printed name and bar number*
Coburn & Greenbaum, PLLC
Second Floor
1710 Rhode Island Avenue, NW
Washington, DC  20036

*Address*

jg@coburngreenbaum.com
*E-mail address*

(202) 744-5003
*Telephone number*

(866) 561-9712
*FAX number*