**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NINO MARTINENKO, on behalf of herself
and others similarly situated,

                            Plaintiff,

-against-

212 STEAKHOUSE, INC., and
NIKOLAY VOLPER,

                            Defendants.

---

Case No.: 22-CV-518 (JLR) (RWL)

**AFFIDAVIT OF NIKOLAY VOLPER**

NIKOLAY VOLPER, being duly sworn, deposes and states as follows:

1. I am an individual Defendant in this action. I make this Affidavit pursuant to the Court's Order of April 12, 2022, which required Defendants, myself and 212 Steakhouse to provide an affidavit attesting to the reasonable search of the documents it has produced in response to the Order and the steps it took to search and collect such documents.
2. In the Order dated April 12, 2022 the Court ordered Defendants to produce to Plaintiffs "all tip sheets and time records for the putative class that are within Defendants' possession, custody and control, along with an affidavit attesting to the reasonable steps Defendants took to search for, collect and produce such responsive documents.
3. I undertook this search myself. The only assistance I received was from several employees who verified which positions certain employees held, specifically whether they were front of the house or back of the house (tipped or non tipped positions).
4. My search for the time records consisted of reviewing the Point of Sale ("POS") system which shows the hours the employees worked with their clock-in/out times. I undertook this search myself, without assistance. My accountant does not have access to this POS system. The time records for the class of emoloyees I found was produced to the Plaintiffs.
5. I searched my office at the restaurant for tip sheets. I do not prepare these sheets and have no involvement with them. My understanding is they are prepared by the employees themselves. I did find some tip sheets at the office in the restaurant and produced the tip sheets I found. I also searched records I had stored in boxes at my home and I did find some tip sheets for the time period requested. I produced all of the tip sheets I found to the Plaintiffs.

6. The search of the POS system and for the tip sheets took much more time than I anticipated and I was thourough in my search.

The foregoing is true to the best of my knowledge, information and belief.

Nikolay Volper

Notary Public
Sworn before me this 12 day of July, 2023

**MARIA C. AIDONIS**
Notary Public, State of New York
No. 01AI6103887
Qualified in Queens County
Commission Expires: 03/17/20 24