

jg@coburngreenbaum.com
Direct: 202.744.5003

August 30, 2023

**VIA ECF FILING**
Honorable Magistrate Judge Robert Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    **RE:**    **Martinenko et al v. 212 Steakhouse, Inc. et al.**
            **Case No.: 1:22-cv-00518-JLR-RWL**
            **Request for Pre-Motion Conference**

Dear Judge Lehrburger:

    Pursuant to your individual rule III D, we respectfully request a pre-motion conference based on issues we presented in our August 18, 2023, letter, and Plaintiff's August 25, 2023, letter. We believe more formal briefing is warranted on these issues. The issues presented in our August 18 letter include Defendant's contemplated Motion to Decertify the Rule 23 Class Action; decertification and dismissal of the Wage Notice and Wage Statement claims.

    Based on the arguments made in Plaintiff's August 25 letter, we believe more formal briefing is warranted in order to provide an appropriate response. These issues are related to whether numerosity of the class is satisfied, whether Plaintiff and the class has standing to bring the Wage Notice and Wage Statement Violation claims in Federal Court, and whether Plaintiff has alleged any harm in relation to the allegations of Wage Notice and Wage Statement Violations. The cases cited by Plaintiff regarding the Wage Notice and Wage Statement Violations are based on different circumstances than presented here, and can be distinguished more fully in a full brief. There are also issues as to whether a Rule 23 class can be maintained with respect to penalties, and the individualized issues.

    In addition, there were new issues raised and attachments in Plaintiff's response which warrant a full briefing.

1710 Rhode Island Ave. NW, 2nd Floor Washington DC 20036
202.657.4490.   fax 866.561.9712   coburnandgreenbaum.com

2

Based on the foregoing, these are the issues we would address in a pre-motion conference.

                Respectfully,

                Coburn & Greenbaum, PLLC
                By: /s/ Jonathan Greenbaum
                Jonathan W. Greenbaum, Esq.
                Natalie Nehls, Esq.
                1710 Rhode Island Ave, NW, 2nd Floor
                Washington, D.C. 20036
                Telephone: (202) 657-5006
                Facisimile: (866) 561-9712
                jg@coburngreenbaum.com
                natalie@coburngreenbaumn.com
                *Attorneys for 212 Steakhouse Inc.*