**EXHIBIT 2**

## 212 Steakhouse Recorded Hours

| Name | Total overtime |
|---|---|
| Juan Aguilar | 8.81 total overtime hours (5 out of 27 weeks had overtime hours) |
| Angel Hernandez | .89 total overtime hours (1 out of 45 weeks had overtime hours) |
| Hector Conoz | 2.9 total overtime hours (1 out of 19 weeks had overtime hours) |
| Miguel Torres | 6.3 total overtime hours (1 out of 29 weeks had overtime hours) |
| Juan Deluna | 26.5 total overtime hours (3 out of 21 weeks had overtime hours) |
| Jake Willis | 6.8 total overtime hours (1 out of 22 weeks had overtime hours) |
| Jaime Tovar | 12.2. total overtime hours (4 out of 28 weeks had overtime hours) |
| Mark Smith | No overtime |
| Stefana Manzano | No overtime |
| Deirde Cora Bethea | No overtime |
| Iroel Vazguez | No overtime |
| Vivian Peng | No overtime |
| Tela Witting | No overtime |
| Radzivon Babniyazav | No overtime |
| Kelsey Foley | No overtime |
| Raul Romero | No overtime |
| Benny Torres | No overtime |
| Jose Pena | No overtime |
| Shonda Williams | No overtime |
| Jose Garcia | No overtime |
| Gisely Rosa | No overtime |