**EXHIBIT 1**

## Class List

Nadia Paputnikava- Bartender
2750 E 12th street apt 3C
Brooklyn, NY 11235
tel 347-377-1402

Alexander Rynkovsky Server
65 Oriental Blvd Apt 8B
Brooklyn NY 11235
347-707-5410

Everardo Perez -Server
3721 59th street Apt 1F
Woodside, NY 11377
929-435-7300

Samuel Garcia -Runner
703 E 137 street Apt 4B
Bronx NY 10454
646-248-1753

Javier Clemente- Busser
2798 Frederick Douglas Blvd Apt 6C
New York, NY 10039
646-309-6362

Bonafacio Ramos - Runner
419 W 129 street Apt 5Z
New York, NY 10027
347-864-3863

Jose Paul Roque -Busser
101-01 34TH Ave BSMT
Corona NY 11368
347-605-7271

Oscar Bravo Morales -Server

3347 96th Street Apt 1
Corona NY 11368
347-361-4025

Luis Fernandez- Server
6208 Palisades Ave Apt 6
West New York ,NJ 07093
347-737-7126

Alexander Arague Porras -server
171 Crescent Pl
Yonkers, NY 10704
347-682-9779

Juan Aguilar- Busser
30-77 14th Street
Astoria, NY 11102

Angel Hernandez -Runner
8528 Grand Ave Apt 1B
Elmhurst ,NY 11373

Mariken Tan-server
464 West 27 street Apt 2F
Chicago ,Illinois 60616
347-547-4202

Mark Smith -Busser
31-23 49th street Apt2A
Woodside NY 11377
929-224-6931

Deirde Cora Bethea - Bartender

960 Willoughby 1 E
Brooklyn NY 11221

Radzivon Babniyazav -Runner

380 Avenue O Apt 4A
Brooklyn ,NY 11223
929-430-1380

Raul Romero -Runner
980 Simpson street
Bronx ,NY 10459
518-417-0906

Gisely Rosa- Server
2344 27th street
Astoria ,NY 11105

Hector Conoz - Busser
11129 Roosevelt ave
Corona ,NY 11368
917-517-6105

Alessandro Ardueni -Bartender
43-33 48 street Apt 6D
Astoria ,NY 11104
646-384-7320

Dimitry Zarodin -Server
8645 20th Ave
Brooklyn NY   11214
516-850-6236

Stefana Manzano -Server

3041 Gruger Ave
Bronx NY 10467

Miguel Torres -Runner
416 72nd street apt 2
North Bergen,NJ 07047

Iroel Vazguez -Busser

33-45 72nd Street 1 floor
Jackson Heights NY 11372

Lautz Barbara - Busser
237 16th street apt 406
Jersey City ,NJ 07310

Vivain Peng-Server
214 Hidden woods ct
Piscataway, NJ 08854

Tela Witting -Server
234 East 52nd street
New York NY 10022

Juan Deluna -Server
69-68 street
Guttenberg NJ 07093

Adrian Pizarro - Busser
11659 121 street #1
S Ozone Park NY 11420

Haley Melendez -Bartender
510 W 190 street
New York NY 10033

Tristian Collazo -Busser
3000 Bronx Park east Apt 3B
Bronx NY 10467

Kelsey Foley -server
204 Macdonough street Apt3B
Brooklyn, NY 11216

Noel Lora -busser
760 Grand Concourse Ave apt 2N
Bronx NY 10451

Gabriel Charles -Runner
224 West 135 street Apt 1
New York NY 10030

Jake Willis -Busser

Newburry Park, CA 91320

## No address/contact information:

Benny Torres

Kaye Rocaverte

Assel Ivanskaya

Jose Pena

Shonda Williams

Jose Garcia

Jaime Tovar