# EXHIBIT 2

## 212 Steakhouse Class List (Annotated)

| Name | Status |
| --- | --- |
| Nadia Paputnikava | Opt out |
| Alexander Rynkovsky | Opt out |
| Everardo Perez | Opt out |
| Samuel Garcia | Opt out |
| Javier Clemente | Opt out |
| Bonafacio Ramos | Opt out |
| Jose Paul Roque | Opt out |
| Oscar Bravo Morales | Opt out |
| Alexander Araque Porras | Opt out |
| Juan Aguilar | |
| Angel Hernandez | |
| Mariken Tan | Opt out |
| Mark Smith | |
| Deirde Cora Bethea | |
| Radzivon Babniyazav | |
| Raul Romero | |
| Gisely Rosa | |
| Hector Conoz | |
| Alessandro Ardueni | Opt out |
| Dimitry Zarodin | |
| Stefana Manzano | |
| Miguel Torres | |
| Iroel Vazguez | |
| Laluz Barbara | No information |
| Vivian Peng | |
| Tela Witting | |
| Juan Deluna | |
| Adrian Pizarro | Not eligible- back of house |
| Haley Melendez | Undeliverable |
| Tristian Collazo | Undeliverable |
| Kelsey Foley | |
| Noel Lora | Undeliverable |
| Gabriel Charles | Undeliverable |
| Jake Willis | |
| Benny Torres | |
| Kaye Rocaverte | Undeliverable |
| Assel Ivanskaya | Not eligible- host |
| Jose Pena | |
| Shonda Williams | |
| Jose Garcia | |
| Jaime Tovar | |
| Luis Fernandez | Opt out |

| Nino Martinako | |
| --- | --- |
| Dagmora Huk | |