# EXHIBIT 3

212 STEAKHOUSE INC
3|6 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA
8309 3RD AVE FL2
BROOKLYN, NY 11209

| Employee Pay Stub | Check number: | | | | Pay Period: 04/12/2021 - 04/18/2021 | | Pay Date: 04/18/2021 |

**Employee**      **SSN**

NINO  MARTINENKO SILVA, 8309 3RD AVE FL2, BROOKLYN, NY 11209     \*\*\*-\*\*-5311

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 28:08 | 10.00 | 281.33 | 281.33 |
| Reported Cash Tips | | | 906.83 | 906.83 |
| | 28:08 | | 1,188.16 | 1,188.16 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -40.94 | -40.94 |
| NY - Paid Family Leave | | | -6.07 | -6.07 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -94.00 | -94.00 |
| Social Security Employee | | | -73.67 | -73.67 |
| Medicare Employee | | | -17.23 | -17.23 |
| NY - Withholding | | | -56.33 | -56.33 |
| NY - Disability | | | -0.60 | -0.60 |
| | | | -288.84 | -288.84 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| meals contribution | | | -12.00 | -12.00 |

| Net Pay | | | 887.32 | 887.32 |

212 STEAKHOUSE INC
3,16 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA
8309 3RD AVE FL2
BROOKLYN, NY 11209

| Employee Pay Stub | | Check number: | | | Pay Period: 04/19/2021 - 04/25/2021 | | Pay Date: 04/25/2021 |

**Employee**

NINO  MARTINENKO SILVA, 8309 3RD AVE FL2, BROOKLYN, NY 11209

**SSN**

***-**-5311

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 22:47 | 10.00 | 227.83 | 509.16 |
| Reported Cash Tips | | | 1,070.81 | 1,977.64 |
| | 22:47 | | 1,298.64 | 2,486.80 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -45.76 | -86.70 |
| NY - Paid Family Leave | | | -6.64 | -12.71 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -107.00 | -201.00 |
| Social Security Employee | | | -80.51 | -154.18 |
| Medicare Employee | | | -18.83 | -36.06 |
| NY - Withholding | | | -63.05 | -119.38 |
| NY - Disability | | | -0.60 | -1.20 |
| | | | -322.39 | -611.23 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| meals contribution | | | -9.00 | -21.00 |

| Net Pay | | | 967.25 | 1,854.57 |

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022


NINO  MARTINENKO SILVA
8309 3RD AVE FL2
BROOKLYN, NY 11209

| Employee Pay Stub | | Check number: | | | Pay Period: 04/26/2021 - 05/02/2021 | | Pay Date: 05/02/2021 |
|---|---|---|---|---|---|---|---|

**Employee**

NINO  MARTINENKO SILVA, 8309 3RD AVE FL2, BROOKLYN, NY 11209

**SSN**

***-**-5311

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 29:37 | 10.00 | 296.17 | 805.33 |
| Reported Cash Tips | | | 1,286.62 | 3,244.26 |
| | 29:37 | | 1,582.79 | 4,049.59 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -57.52 | -144.22 |
| NY - Paid Family Leave | -7.99 | -20.70 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -155.00 | -356.00 |
| Social Security Employee | -96.89 | -251.07 |
| Medicare Employee | -22.66 | -58.72 |
| NY - Withholding | -79.14 | -198.52 |
| NY - Disability | -0.60 | -1.80 |
| | -419.80 | -1,031.03 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -12.00 | -33.00 |

| Net Pay | 1,130.99 | 2,985.56 |
|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA
8309 3RD AVE FL2
BROOKLYN, NY 11209

| Employee Pay Stub | | Check number: | | | Pay Period: 05/03/2021 - 05/09/2021 | Pay Date: 05/09/2021 |
|---|---|---|---|---|---|---|

**Employee**

NINO  MARTINENKO SILVA, 8309 3RD AVE FL2, BROOKLYN, NY 11209

**SSN**

\*\*\*-\*\*-5311

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 33:12 | 10.00 | 332.00 | 1,137.33 |
| Reported Cash Tips | | | 1,201.89 | 4,446.15 |
| | 33:12 | | 1,533.89 | 5,583.48 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -56.23 | -200.45 |
| NY - Paid Family Leave | -7.84 | -28.54 |
| Medicare Employee Add'l Tax | 0.00 | 0.00 |
| Federal Withholding | -148.00 | -504.00 |
| Social Security Employee | -95.11 | -346.18 |
| Medicare Employee | -22.24 | -80.98 |
| NY - Withholding | -77.38 | -275.90 |
| NY - Disability | -0.60 | -2.40 |
| | -407.40 | -1,438.43 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -12.00 | -45.00 |

| Net Pay | 1,114.49 | 4,100.05 |
|---|---|---|

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA
8309 3RD AVE FL2
BROOKLYN, NY 11209

| Employee Pay Stub | | Check number: | | | Pay Period: 05/10/2021 - 05/16/2021 | | Pay Date: 05/16/2021 |
|---|---|---|---|---|---|---|---|

**Employee**

NINO  MARTINENKO SILVA, 8309 3RD AVE FL2, BROOKLYN, NY 11209

**SSN**

***-**-5311

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 32:27 | 10.00 | 324.50 | 1,461.83 |
| Reported Cash Tips | | | 1,409.53 | 5,855.68 |
| | 32:27 | | 1,734.03 | 7,317.51 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -65.14 | -265.59 |
| NY - Paid Family Leave | | | -8.86 | -37.40 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -192.00 | -696.00 |
| Social Security Employee | | | -107.51 | -453.69 |
| Medicare Employee | | | -25.14 | -106.10 |
| NY - Withholding | | | -89.58 | -365.48 |
| NY - Disability | | | -0.60 | -3.00 |
| | | | -488.83 | -1,927.26 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| meals contribution | | | -15.00 | -60.00 |

| Net Pay | | | 1,230.20 | 5,330.25 |
|---|---|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA
8309 3RD AVE FL2
BROOKLYN, NY 11209

| Employee Pay Stub | | Check number: | | | Pay Period: 05/17/2021 - 05/23/2021 | | Pay Date: 05/23/2021 |
|---|---|---|---|---|---|---|---|

**Employee**

NINO  MARTINENKO SILVA, 8309 3RD AVE FL2, BROOKLYN, NY 11209

**SSN**

***-**-5311

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 30:36 | 10.00 | 306.00 | 1,767.83 |
| Reported Cash Tips | | | 921.95 | 6,777.63 |
| | 30:36 | | 1,227.95 | 8,545.46 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -42.67 | -308.26 |
| NY - Paid Family Leave | -6.27 | -43.67 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -99.00 | -795.00 |
| Social Security Employee | -76.13 | -529.82 |
| Medicare Employee | -17.81 | -123.91 |
| NY - Withholding | -58.75 | -424.23 |
| NY - Disability | -0.60 | -3.60 |
| | -301.23 | -2,228.49 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -12.00 | -72.00 |

| Net Pay | 914.72 | 6,244.97 |
|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA
8309 3RD AVE FL2
BROOKLYN, NY 11209

| Employee Pay Stub | | Check number: | | | Pay Period: 05/24/2021 - 05/30/2021 | | Pay Date: 05/30/2021 |
|---|---|---|---|---|---|---|---|

**Employee**

NINO  MARTINENKO SILVA, 8309 3RD AVE FL2, BROOKLYN, NY 11209

**SSN**

\*\*\*-\*\*-5311

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 27:52 | 10.00 | 278.67 | 2,046.50 |
| Reported Cash Tips | | | 1,073.44 | 7,851.07 |
| | 27:52 | | 1,352.11 | 9,897.57 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -48.14 | -356.40 |
| NY - Paid Family Leave | -6.91 | -50.58 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -113.00 | -908.00 |
| Social Security Employee | -83.83 | -613.65 |
| Medicare Employee | -19.60 | -143.51 |
| NY - Withholding | -66.31 | -490.54 |
| NY - Disability | -0.60 | -4.20 |
| | -338.39 | -2,566.88 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -9.00 | -81.00 |

| Net Pay | 1,004.72 | 7,249.69 |
|---|---|---|

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022


NINO  MARTINENKO SILVA
8309 3RD AVE FL2
BROOKLYN, NY 11209

---

| Employee Pay Stub | | Check number: | | | Pay Period: 06/21/2021 - 06/27/2021 | | Pay Date: 06/27/2021 |
|---|---|---|---|---|---|---|---|

**Employee** — SSN

NINO  MARTINENKO SILVA, 8309 3RD AVE FL2, BROOKLYN, NY 11209 — ***-**-5311

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 32:40 | 10.00 | 326.67 | 2,373.17 |
| Reported Cash Tips | | | 1,261.81 | 9,112.88 |
| | 32:40 | | 1,588.48 | 11,486.05 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -58.66 | -415.06 |
| NY - Paid Family Leave | -8.12 | -58.70 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -160.00 | -1,068.00 |
| Social Security Employee | -98.49 | -712.14 |
| Medicare Employee | -23.04 | -166.55 |
| NY - Withholding | -80.71 | -571.25 |
| NY - Disability | -0.60 | -4.80 |
| | -429.62 | -2,996.50 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -15.00 | -96.00 |

| Net Pay | 1,143.86 | 8,393.55 |

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA
8309 3RD AVE FL2
BROOKLYN, NY 11209

| Employee Pay Stub | | Check number: | | | Pay Period: 06/28/2021 - 07/04/2021 | | Pay Date: 07/04/2021 |
|---|---|---|---|---|---|---|---|

**Employee**

NINO  MARTINENKO SILVA, 8309 3RD AVE FL2, BROOKLYN, NY 11209

**SSN**

***-**-5311

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 12:59 | 10.00 | 129.83 | 2,503.00 |
| Reported Cash Tips | | | 632.94 | 9,745.82 |
| | 12:59 | | 762.77 | 12,248.82 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -22.43 | -437.49 |
| NY - Paid Family Leave | | | -3.90 | -62.60 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -43.00 | -1,111.00 |
| Social Security Employee | | | -47.29 | -759.43 |
| Medicare Employee | | | -11.06 | -177.61 |
| NY - Withholding | | | -30.42 | -601.67 |
| NY - Disability | | | -0.60 | -5.40 |
| | | | -158.70 | -3,155.20 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| meals contribution | | | -6.00 | -102.00 |

| Net Pay | | | 598.07 | 8,991.62 |
|---|---|---|---|---|

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA
8309 3RD AVE FL2
BROOKLYN, NY 11209

| Employee Pay Stub | | Check number: | | | Pay Period: 07/05/2021 - 07/11/2021 | | Pay Date: 07/11/2021 |
|---|---|---|---|---|---|---|---|

**Employee** | | | | | **SSN**
NINO  MARTINENKO SILVA, 8309 3RD AVE FL2, BROOKLYN, NY 11209 | | | | | ***-**-5311

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 34:29 | 10.00 | 344.83 | 2,847.83 |
| Reported Cash Tips | | | 1,159.05 | 10,904.87 |
| | 34:29 | | 1,503.88 | 13,752.70 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -54.89 | -492.38 |
| NY - Paid Family Leave | -7.68 | -70.28 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -142.00 | -1,253.00 |
| Social Security Employee | -93.24 | -852.67 |
| Medicare Employee | -21.80 | -199.41 |
| NY - Withholding | -75.55 | -677.22 |
| NY - Disability | -0.60 | -6.00 |
| | -395.76 | -3,550.96 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -15.00 | -117.00 |

| Net Pay | 1,093.12 | 10,084.74 |
|---|---|---|

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA
8309 3RD AVE FL2
BROOKLYN, NY 11209

| Employee Pay Stub | | Check number: | | | Pay Period: 07/12/2021 - 07/18/2021 | | Pay Date: 07/18/2021 |
|---|---|---|---|---|---|---|---|

**Employee**

SSN

NINO  MARTINENKO SILVA, 8309 3RD AVE FL2, BROOKLYN, NY 11209

***-**-5311

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 34:33 | 10.00 | 345.50 | 3,193.33 |
| Reported Cash Tips | | | 1,510.30 | 12,415.17 |
| | 34:33 | | 1,855.80 | 15,608.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -70.55 | -562.93 |
| NY - Paid Family Leave | | | -9.48 | -79.76 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -219.00 | -1,472.00 |
| Social Security Employee | | | -115.06 | -967.73 |
| Medicare Employee | | | -26.91 | -226.32 |
| NY - Withholding | | | -97.38 | -774.60 |
| NY - Disability | | | -0.60 | -6.60 |
| | | | -538.98 | -4,089.94 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| meals contribution | | | -15.00 | -132.00 |

| Net Pay | | | 1,301.82 | 11,386.56 |
|---|---|---|---|---|

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA
8309 3RD AVE FL2
BROOKLYN, NY 11209

| Employee Pay Stub | | Check number: | | | Pay Period: 07/19/2021 - 07/25/2021 | | Pay Date: 07/25/2021 |
|---|---|---|---|---|---|---|---|

**Employee** — NINO  MARTINENKO SILVA, 8309 3RD AVE FL2, BROOKLYN, NY 11209

**SSN** — ***-**-5311

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 34:42 | 10.00 | 347.00 | 3,540.33 |
| Reported Cash Tips | | | 1,412.01 | 13,827.18 |
| | 34:42 | | 1,759.01 | 17,367.51 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -66.25 | -629.18 |
| NY - Paid Family Leave | -8.99 | -88.75 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -198.00 | -1,670.00 |
| Social Security Employee | -109.06 | -1,076.79 |
| Medicare Employee | -25.51 | -251.83 |
| NY - Withholding | -91.18 | -865.78 |
| NY - Disability | -0.60 | -7.20 |
| | -499.59 | -4,589.53 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -15.00 | -147.00 |

| Net Pay | 1,244.42 | 12,630.98 |
|---|---|---|

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022


NINO  MARTINENKO SILVA
8309 3RD AVE FL2
BROOKLYN, NY 11209

---

| Employee Pay Stub | | Check number: | | | Pay Period: 09/13/2021 - 09/19/2021 | | Pay Date: 09/19/2021 |
|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN | | |
|---|---|---|---|---|---|---|---|
| NINO  MARTINENKO SILVA, 8309 3RD AVE FL2, BROOKLYN, NY 11209 | | | | | ***-**-5311 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 37:13 | 10.00 | 372.17 | 3,912.50 |
| Reported Cash Tips | | | 1,483.97 | 15,311.15 |
| | 37:13 | | 1,856.14 | 19,223.65 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -70.57 | -699.75 |
| NY - Paid Family Leave | | | -9.48 | -98.23 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -219.00 | -1,889.00 |
| Social Security Employee | | | -115.08 | -1,191.87 |
| Medicare Employee | | | -26.91 | -278.74 |
| NY - Withholding | | | -95.94 | -961.72 |
| NY - Disability | | | -0.60 | -7.80 |
| | | | -537.58 | -5,127.11 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -165.00 |

| Net Pay | 1,300.56 | 13,931.54 |
|---|---|---|

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA
8309 3RD AVE FL2
BROOKLYN, NY 11209

| Employee Pay Stub | | Check number: | | | Pay Period: 09/20/2021 - 09/26/2021 | | Pay Date: 09/26/2021 |
|---|---|---|---|---|---|---|---|

| Employee | SSN |
|---|---|
| NINO  MARTINENKO SILVA, 8309 3RD AVE FL2, BROOKLYN, NY 11209 | ***-**-5311 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 27:39 | 10.00 | 276.50 | 4,189.00 |
| Reported Cash Tips | | | 790.34 | 16,101.49 |
| | 27:39 | | 1,066.84 | 20,290.49 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -35.66 | -735.41 |
| NY - Paid Family Leave | -5.45 | -103.68 |
| Medicare Employee Add'l Tax | 0.00 | 0.00 |
| Federal Withholding | -79.00 | -1,968.00 |
| Social Security Employee | -66.14 | -1,258.01 |
| Medicare Employee | -15.47 | -294.21 |
| NY - Withholding | -48.37 | -1,010.09 |
| NY - Disability | -0.60 | -8.40 |
| | -250.69 | -5,377.80 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -9.00 | -174.00 |

| Net Pay | 807.15 | 14,738.69 |
|---|---|---|

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

.

NINO  MARTINENKO SILVA
8309 3RD AVE FL2
BROOKLYN, NY 11209

| Employee Pay Stub | | Check number: | | | Pay Period: 09/27/2021 - 10/03/2021 | | Pay Date: 10/03/2021 |
|---|---|---|---|---|---|---|---|

**Employee**

NINO  MARTINENKO SILVA, 8309 3RD AVE FL2, BROOKLYN, NY 11209

**SSN**

***-**-5311

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 45:29 | 10.00 | 454.83 | 4,643.83 |
| Reported Cash Tips | | | 1,070.11 | 17,171.60 |
| | 45:29 | | 1,524.94 | 21,815.43 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -55.83 | -791.24 |
| NY - Paid Family Leave | | | -7.79 | -111.47 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -146.00 | -2,114.00 |
| Social Security Employee | | | -94.55 | -1,352.56 |
| Medicare Employee | | | -22.11 | -316.32 |
| NY - Withholding | | | -75.72 | -1,085.81 |
| NY - Disability | | | -0.60 | -9.00 |
| | | | -402.60 | -5,780.40 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| meals contribution | | | -15.00 | -189.00 |

| Net Pay | | | 1,107.34 | 15,846.03 |
|---|---|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA
8309 3RD AVE FL2
BROOKLYN, NY 11209

| Employee Pay Stub | | Check number: | | | Pay Period: 10/04/2021 - 10/10/2021 | | Pay Date: 10/10/2021 |
|---|---|---|---|---|---|---|---|

**Employee**

NINO  MARTINENKO SILVA, 8309 3RD AVE FL2, BROOKLYN, NY 11209

**SSN**

\*\*\*-\*\*-5311

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 44:48 | 10.00 | 448.00 | 5,091.83 |
| Reported Cash Tips | | | 1,192.23 | 18,363.83 |
| | 44:48 | | 1,640.23 | 23,455.66 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -60.96 | -852.20 |
| NY - Paid Family Leave | -8.38 | -119.85 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -172.00 | -2,286.00 |
| Social Security Employee | -101.69 | -1,454.25 |
| Medicare Employee | -23.79 | -340.11 |
| NY - Withholding | -82.60 | -1,168.41 |
| NY - Disability | -0.60 | -9.60 |
| | -450.02 | -6,230.42 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -207.00 |

| Net Pay | 1,172.21 | 17,018.24 |
|---|---|---|

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA
8309 3RD AVE FL2
BROOKLYN, NY 11209

| Employee Pay Stub | | Check number: | | | Pay Period: 10/11/2021 - 10/17/2021 | | Pay Date: 10/17/2021 |
|---|---|---|---|---|---|---|---|

**Employee**

SSN

NINO  MARTINENKO SILVA, 8309 3RD AVE FL2, BROOKLYN, NY 11209

***-**-5311

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 37:48 | 10.00 | 378.00 | 5,469.83 |
| Reported Cash Tips | | | 1,250.02 | 19,613.85 |
| | 37:48 | | 1,628.02 | 25,083.68 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -60.42 | -912.62 |
| NY - Paid Family Leave | | | -8.32 | -128.17 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -169.00 | -2,455.00 |
| Social Security Employee | | | -100.94 | -1,555.19 |
| Medicare Employee | | | -23.60 | -363.71 |
| NY - Withholding | | | -81.87 | -1,250.28 |
| NY - Disability | | | -0.60 | -10.20 |
| | | | -444.75 | -6,675.17 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| meals contribution | | | -15.00 | -222.00 |

| Net Pay | | | 1,168.27 | 18,186.51 |
|---|---|---|---|---|

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA
8309 3RD AVE FL2
BROOKLYN, NY 11209

| Employee Pay Stub | | Check number: | | | Pay Period: 10/18/2021 - 10/24/2021 | Pay Date: 10/24/2021 |
|---|---|---|---|---|---|---|

**Employee**

NINO  MARTINENKO SILVA, 8309 3RD AVE FL2, BROOKLYN, NY 11209

**SSN**

***-**-5311

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 43:30 | 10.00 | 435.00 | 5,904.83 |
| Reported Cash Tips | | | 1,665.35 | 21,279.20 |
| | 43:30 | | 2,100.35 | 27,184.03 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -81.44 | -994.06 |
| NY - Paid Family Leave | | | -10.73 | -138.90 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -274.00 | -2,729.00 |
| Social Security Employee | | | -130.22 | -1,685.41 |
| Medicare Employee | | | -30.46 | -394.17 |
| NY - Withholding | | | -112.01 | -1,362.29 |
| NY - Disability | | | -0.60 | -10.80 |
| | | | -639.46 | -7,314.63 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| meals contribution | | | -15.00 | -237.00 |

| Net Pay | | | 1,445.89 | 19,632.40 |
|---|---|---|---|---|

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA
8309 3RD AVE FL2
BROOKLYN, NY 11209

| Employee Pay Stub | | Check number: | | | Pay Period: 10/25/2021 - 10/31/2021 | | Pay Date: 10/31/2021 |
|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| NINO  MARTINENKO SILVA, 8309 3RD AVE FL2, BROOKLYN, NY 11209 | | | | | ***-**-5311 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 44:34 | 10.00 | 445.67 | 6,350.50 |
| Reported Cash Tips | | | 1,464.08 | 22,743.28 |
| | 44:34 | | 1,909.75 | 29,093.78 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -72.96 | -1,067.02 |
| NY - Paid Family Leave | -9.76 | -148.66 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -231.00 | -2,960.00 |
| Social Security Employee | -118.40 | -1,803.81 |
| Medicare Employee | -27.69 | -421.86 |
| NY - Withholding | -99.33 | -1,461.62 |
| NY - Disability | -0.60 | -11.40 |
| | -559.74 | -7,874.37 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -15.00 | -252.00 |

| Net Pay | 1,335.01 | 20,967.41 |
|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO MARTINENKO SILVA
8309 3RD AVE FL2
BROOKLYN, NY 11209

| Employee Pay Stub | | Check number: | | | Pay Period: 11/01/2021 - 11/07/2021 | | Pay Date: 11/07/2021 |
|---|---|---|---|---|---|---|---|

**Employee**

NINO MARTINENKO SILVA, 8309 3RD AVE FL2, BROOKLYN, NY 11209

**SSN**

***-**-5311

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 41:25 | 10.00 | 414.17 | 6,764.67 |
| Reported Cash Tips | | | 1,399.72 | 24,143.00 |
| | 41:25 | | 1,813.89 | 30,907.67 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -68.69 | -1,135.71 |
| NY - Paid Family Leave | | | -9.27 | -157.93 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -210.00 | -3,170.00 |
| Social Security Employee | | | -112.47 | -1,916.28 |
| Medicare Employee | | | -26.30 | -448.16 |
| NY - Withholding | | | -93.26 | -1,554.88 |
| NY - Disability | | | -0.60 | -12.00 |
| | | | -520.59 | -8,394.96 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| meals contribution | | | -15.00 | -267.00 |

| Net Pay | | | 1,278.30 | 22,245.71 |
|---|---|---|---|---|

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022


NINO  MARTINENKO SILVA
8309 3RD AVE FL2
BROOKLYN, NY 11209

---

| Employee Pay Stub | | Check number: | | | Pay Period: 11/08/2021 - 11/14/2021 | | Pay Date: 11/14/2021 |
|---|---|---|---|---|---|---|---|

**Employee**

NINO  MARTINENKO SILVA, 8309 3RD AVE FL2, BROOKLYN, NY 11209

**SSN**

***-**-5311

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 58:20 | 10.00 | 583.33 | 7,348.00 |
| Reported Cash Tips | | | 2,556.83 | 26,699.83 |
| | 58:20 | | 3,140.16 | 34,047.83 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -127.71 | -1,263.42 |
| NY - Paid Family Leave | -16.05 | -173.98 |
| Medicare Employee Addi Tax | 0.00 | 0.00 |
| Federal Withholding | -524.00 | -3,694.00 |
| Social Security Employee | -194.69 | -2,110.97 |
| Medicare Employee | -45.53 | -493.69 |
| NY - Withholding | -193.19 | -1,748.07 |
| NY - Disability | -0.60 | -12.60 |
| | -1,101.77 | -9,496.73 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -285.00 |

| Net Pay | 2,020.39 | 24,266.10 |
|---|---|---|

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA
8309 3RD AVE FL2
BROOKLYN, NY 11209

| Employee Pay Stub | | Check number: | | | Pay Period: 11/15/2021 - 11/21/2021 | | Pay Date: 11/21/2021 |
|---|---|---|---|---|---|---|---|

**Employee**

SSN

NINO  MARTINENKO SILVA, 8309 3RD AVE FL2, BROOKLYN, NY 11209

***-**-5311

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 52:00 | 10.00 | 520.00 | 7,868.00 |
| Reported Cash Tips | | | 2,181.63 | 28,881.46 |
| | 52:00 | | 2,701.63 | 36,749.46 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -108.19 | -1,371.61 |
| NY - Paid Family Leave | | | -13.81 | -187.79 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -419.00 | -4,113.00 |
| Social Security Employee | | | -167.50 | -2,278.47 |
| Medicare Employee | | | -39.18 | -532.87 |
| NY - Withholding | | | -158.63 | -1,906.70 |
| NY - Disability | | | -0.60 | -13.20 |
| | | | -906.91 | -10,403.64 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| meals contribution | | | -18.00 | -303.00 |

| Net Pay | | | 1,776.72 | 26,042.82 |
|---|---|---|---|---|

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA
8309 3RD AVE FL2
BROOKLYN, NY 11209

| Employee Pay Stub | | Check number: | | | Pay Period: 11/22/2021 - 11/28/2021 | | Pay Date: 11/28/2021 |
|---|---|---|---|---|---|---|---|

**Employee**

NINO  MARTINENKO SILVA, 8309 3RD AVE FL2, BROOKLYN, NY 11209

**SSN**

***-**-5311

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 48:35 | 10.00 | 485.83 | 8,353.83 |
| Reported Cash Tips | | | 1,469.40 | 30,350.86 |
| | 48:35 | | 1,955.23 | 38,704.69 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -74.98 | -1,446.59 |
| NY - Paid Family Leave | -9.99 | -197.78 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -241.00 | -4,354.00 |
| Social Security Employee | -121.22 | -2,399.69 |
| Medicare Employee | -28.35 | -561.22 |
| NY - Withholding | -102.21 | -2,008.91 |
| NY - Disability | -0.60 | -13.80 |
| | -578.35 | -10,981.99 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -18.00 | -321.00 |

| Net Pay | 1,358.88 | 27,401.70 |
|---|---|---|

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022


NINO  MARTINENKO SILVA
8309 3RD AVE FL2
BROOKLYN, NY 11209

---

| **Employee Pay Stub** | | Check number: | | | **Pay Period:** 11/29/2021 - 12/05/2021 | | **Pay Date:** 12/05/2021 |

**Employee**

NINO  MARTINENKO SILVA, 8309 3RD AVE FL2, BROOKLYN, NY 11209

**SSN**

***-**-5311

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 46:06 | 10.00 | 461.00 | 8,814.83 |
| Reported Cash Tips | | | 2,022.85 | 32,373.71 |
| | 46:06 | | 2,483.85 | 41,188.54 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -98.50 | -1,545.09 |
| NY - Paid Family Leave | | | -12.69 | -210.47 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -366.00 | -4,720.00 |
| Social Security Employee | | | -154.00 | -2,553.69 |
| Medicare Employee | | | -36.01 | -597.23 |
| NY - Withholding | | | -141.47 | -2,150.38 |
| NY - Disability | | | -0.60 | -14.40 |
| | | | -809.27 | -11,791.26 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| meals contribution | | | -15.00 | -338.00 |

| Net Pay | | | 1,659.58 | 29,061.28 |

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA
8309 3RD AVE FL2
BROOKLYN, NY 11209

| Employee Pay Stub | | Check number: | | | Pay Period: 12/06/2021 - 12/12/2021 | | Pay Date: 12/12/2021 |
|---|---|---|---|---|---|---|---|

**Employee**

SSN

NINO  MARTINENKO SILVA, 8309 3RD AVE FL2, BROOKLYN, NY 11209

***-**-5311

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 34:21 | 10.00 | 343.50 | 9,158.33 |
| Reported Cash Tips | | | 1,442.24 | 33,815.95 |
| | 34:21 | | 1,785.74 | 42,974.28 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -67.44 | -1,612.53 |
| NY - Paid Family Leave | | | -9.13 | -219.60 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -204.00 | -4,924.00 |
| Social Security Employee | | | -110.72 | -2,664.41 |
| Medicare Employee | | | -25.90 | -623.13 |
| NY - Withholding | | | -91.48 | -2,241.86 |
| NY - Disability | | | -0.60 | -15.00 |
| | | | -509.27 | -12,300.53 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| meals contribution | | | -15.00 | -351.00 |

| Net Pay | | | 1,261.47 | 30,322.75 |
|---|---|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA
8309 3RD AVE FL2
BROOKLYN, NY 11209

| Employee Pay Stub | | Check number: | | | Pay Period: 12/13/2021 - 12/19/2021 | | Pay Date: 12/19/2021 |
|---|---|---|---|---|---|---|---|

**Employee**

NINO  MARTINENKO SILVA, 8309 3RD AVE FL2, BROOKLYN, NY 11209

**SSN**

***-**-5311

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 31:30 | 10.00 | 315.00 | 9,473.33 |
| Reported Cash Tips | | | 1,215.06 | 35,031.01 |
| | 31:30 | | 1,530.06 | 44,504.34 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -56.06 | -1,668.59 |
| NY - Paid Family Leave | -7.82 | -227.42 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -147.00 | -5,071.00 |
| Social Security Employee | -94.86 | -2,759.27 |
| Medicare Employee | -22.18 | -645.31 |
| NY - Withholding | -76.02 | -2,317.88 |
| NY - Disability | -0.60 | -15.60 |
| | -404.54 | -12,705.07 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -12.00 | -363.00 |

| Net Pay | 1,113.52 | 31,436.27 |
|---|---|---|