# EXHIBIT 4



# 212 Steakhouse

All classes

| Level | Name | Class |
|---|---|---|
| Level 1 | Javier Clemente | No class |
| Level 0 | Jose Raul Roque | No class |
| Level 1 | Luis Fernandez | No class |
| Level 3 | Nikolay Volper | No class |
| Level 3 | Nino Martinenko | No class |
| Level 1 | Oscar Morales | No class |
| Level 0 | Pedro Morales | No class |
| Level 0 | Romy Lucero | No class |
| Level 1 | Samuel Garcia | No class |
| Level 0 | Ulises Castro Maldonado | No class |

Sidebar: Home, End of Day, Overview, Tips & CC Batching, Manage Time Cards, Workforce, Manage Time Cards, Manage Users, Scheduling, Settings, Transactions, Orders, Payments, Gift & Loyalty Cards, Reports, Sales & Payments, Labor, Inventory