**EXHIBIT 5**

Day                            Month


◀ 2022▼ ▶

| USER | COUNT | TIME |
|---|---|---|
| | 1 | 01-01- 2022 19:04:07 |
| | 1 | 01-01- 2022 19:04:45 |
| | 1 | 01-01- 2022 23:10:20 |
| | 1 | 01-06- 2022 21:00:41 |
| | 1 | 01-06- 2022 21:01:08 |
| | 1 | 01-08- 2022 20:23:43 |