UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
NINO MARTINENKO, on behalf of herself and others similarly situated,   Civil Action No.: 22 CV 518

Plaintiff,

-against-

212 STEAKHOUSE, INC., and NIKOLAY VOLPER

Defendants.
-----------------------------------------------------------------------X

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law; Plaintiffs' Statement of Undisputed Facts Pursuant to Local Rule 56.1; and Declarations of Michael DiGiulio, Denise A. Schulman, and Nino Martinenko and exhibits thereto, Class Representatives Nino Martinenko and Dagmara Huk shall move the Court under Federal Rule of Civil Procedure 56 for summary judgment as to liability and damages in the amount described in the accompanying Memorandum of Law.

Dated: New York, NY
       November 16, 2023

By: */s/ Michael DiGiulio*
D. Maimon Kirschenbaum
Denise A. Schulman
Michael DiGiulio
**JOSEPH & KIRSCHENBAUM LLP**
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640 Phone
(212) 981-9587 Fax

*Attorneys for Plaintiff, Opt-In Plaintiff, and Class*

1