# Exhibit 8

New York State Department of Labor

**Part 146**

# Hospitality Industry Wage Order

Part 146 of Title 12 of the Official Compilation of Codes, Rules, and Regulations

of the State of New York (Cited as NYCRR 146)

Promulgated by the Commissioner of Labor



Effective December 31, 2015

Statutory Authority:  Labor Law Article 19, § 653 and § 656; Article 6, §199; and Article 2, § 21(11)

CR 146 (12/15)

PART 146
HOSPITALITY INDUSTRY

**Subpart 146-1 Minimum Wage Rates**
**Subpart 146-2 Regulations**
**Subpart 146-3 Definitions**

SUBPART 146-1
MINIMUM WAGE RATES

Sec.
146-1.1    Application
146-1.2    Basic minimum hourly rate
146-1.3    Tip credits
146-1.4    Overtime hourly rates
146-1.5    Call-in pay
146-1.6    Spread of hours greater than 10 in restaurants and non-resort hotels
146-1.7    Uniform maintenance pay
146-1.8    Costs of purchasing required uniforms
146-1.9    Credits for meals and lodging

## § 146-1.1.  Application.

(a)  Every employer in the hospitality industry must pay to each employee, as defined in this Part, at least the minimum wage rates provided in this Part.

(b) The rates provided herein shall apply, unless otherwise stated, on and after January 1, 2011.

## § 146-1.2.  Basic minimum hourly rate.

(a) The basic minimum hourly rate, except for fast food employees, shall be:

(1) $ 7.25 per hour on and after January 1, 2011;

(2) $ 8.00 per hour on and after December 31, 2013;

(3) $ 8.75 per hour on and after December 31, 2014;

(4) $ 9.00 per hour on and after December 31, 2015.

(b) The basic minimum hourly rate for fast food employees employed in the City of New York shall be:

(1) $10.50 per hour on and after December 31, 2015;

(2) $12.00 per hour on and after December 31, 2016;

(3) $13.50 per hour on and after December 31, 2017;

(4) $15.00 per hour on and after December 31, 2018.

(c) The basic minimum hourly rate for fast food employees employed outside of the City of New York shall be:

(1) $9.75 per hour on and after December 31, 2015;

(2) $10.75 per hour on and after December 31, 2016;

(3) $11.75 per hour on and after December 31, 2017;

(4) $12.75 per hour on and after December 31, 2018;

(5) $13.75 per hour on and after December 31, 2019;

(6) $14.50 per hour on and after December 31, 2020;

(7) $15.00 per hour on and after July 1, 2021.

(d) If a higher wage is established by federal law pursuant to 29 U.S.C. section 206 or any successor provisions, such wage shall apply.

## § 146-1.3.  Tip credits.

An employer may take a credit towards the basic minimum hourly rate if a service employee or food service worker receives enough tips and if the employee has been notified of the tip credit as required in section 146-2.2 of this Part.  Such employees shall be considered "tipped employees."

(a) *Tip credits for service employees.* (1) On and after January 1, 2011, a service employee shall receive a wage of at least $5.65 per hour, and credit for tips shall not exceed $1.60 per hour, provided that the total of tips received plus wages equals or exceeds $7.25 per hour.  FOR RESORT HOTELS ONLY, a service employee shall receive a wage of at least $4.90 per hour, and credit for tips shall not exceed $2.35 per hour, if the weekly average of tips is at least $4.10 per hour.

(2) On and after December 31, 2013, a service employee shall receive a wage of at least $5.65 per hour, and credit for tips shall not exceed $2.35 per hour, provided that the total of tips received plus wages equals or exceeds $8.00 per hour.  FOR RESORT HOTELS ONLY, a service employee shall receive a wage of at least $4.90 per hour, and credit for tips shall not exceed $3.10 per hour, if the weekly average of tips is at least $4.50 per hour.

(3) On and after December 31, 2014, a service employee shall receive a wage of at least $5.65 per hour, and credit for tips shall not exceed $3.10 per hour, provided that the total of tips received plus wages equals or exceeds $8.75 per hour.  FOR RESORT HOTELS ONLY, a service employee shall receive a wage of at least $4.90 per hour, and credit for tips shall not exceed $3.85 per hour, if the weekly average of tips is at least $4.90 per hour.

(4) On and after December 31, 2015, a service employee shall receive a wage of at least $7.50 per hour, and credit for tips shall not exceed $1.50 per hour, provided that the total of tips received plus wages equals or exceeds $9.00 per hour.  FOR RESORT HOTELS ONLY, a service employee shall receive a wage of at least $7.50 per hour, and credit for tips shall not exceed $1.50 per hour, if the tips received equal or exceed at least $5.05 per hour.

3

(b) *Tip credits for food service workers.* (1) On and after January 1, 2011, a food service worker shall receive a wage of at least $5.00 per hour, and credit for tips shall not exceed $2.25 per hour, provided that the total of tips received plus the wages equals or exceeds $7.25 per hour.

(2) On and after December 31, 2013, a food service worker shall receive a wage of at least $5.00 per hour, and credit for tips shall not exceed $3.00 per hour, provided that the total of tips received plus the wages equals or exceeds $8.00 per hour.

(3) On and after December 31, 2014, a food service worker shall receive a wage of at least $5.00 per hour, and credit for tips shall not exceed $3.75 per hour, provided that the total of tips received plus the wages equals or exceeds $8.75 per hour.

(4) On and after December 31, 2015, a food service worker shall receive a wage of at least $7.50 per hour, and credit for tips shall not exceed $1.50 per hour, provided that the total of tips received plus the wages equals or exceeds $9.00 per hour.

## § 146-1.4.  Overtime hourly rates.

An employer shall pay an employee for overtime at a wage rate of 1½ times the employee's regular rate for hours worked in excess of 40 hours in one workweek.  When an employer is taking a credit toward the basic minimum hourly rate pursuant to section 146-1.3 of this Subpart, the overtime rate shall be the employee's regular rate of pay before subtracting any tip credit, multiplied by 1½, minus the tip credit.  It is a violation of the overtime requirement for an employer to subtract the tip credit first and then multiply the reduced rate by one and one half.

*Example 1*:  Non-tipped employee
An employee regularly paid $10 per hour who works 50 hours in a workweek:

| | |
|---|---|
| Regular rate: | $10.00 per hour |
| Overtime rate: | $10.00 x 1.5 = $15.00 per hour |
| Wage for 40 hours: | $10.00 x 40 = $400.00 |
| Wage for 10 hours: | $15.00 x 10 = $150 |
| | Total $550.00 |

*Example 2*:  Tipped employee (on and after January 1, 2011, and prior to December 31, 2013)
A food service worker regularly paid $7.25 per hour minus a tip credit of $2.25 per hour, for a wage rate of $5.00 per hour, who works 50 hours in a workweek:

| | |
|---|---|
| Regular rate: | $7.25 per hour |
| Overtime rate: | $7.25 x 1.5 = $10.875 per hour |
| Wage rate for 40 hours: | $7.25 - $2.25 = $5.00 per hour |
| Wage rate for 10 hours: | $10.875 - $2.25 = $8.625 per hour |
| Wages for the workweek: | $5.00   x 40 hours = $200.00 |
| | $8.625 x 10 hours = $  86.25 |
| | Total $286.25 |

4