# Exhibit 13



This document states that I have been paid for the following dates July 19-July 25, 2021

| Name | Signature |
| --- | --- |
| Alexander Rynkovsky | |
| Pedro Morales | |
| Perez Everardo | |
| Dagmara M Huk | |
| Samuel Garcia | |
| Nino Martinenko | |
| Daniel Bonilla | |
| Carlos Chusan | |
| Javier Clemente | |
| Ricardo Garcia | |
| Gonzalo Amaro | |
| Hector Conoz | |

Plaintiff0025

July 19-25 2021

| NAME | HOURS | TIP | MEAL PREP |
|---|---|---|---|
| Perez Everardo | 31.57 | $1,504.64 | -12 |
| Alexander Rynksovky* | 30.27 | $1,182.97 | -12 |
| Damgmara M Huk | 37.01 | $1,493.86 | -15 |
| Samuel Garcia | 34.53 | $902.77 | -15 |
| Javier Clemente | 22.12 | $533.27 | -9 |
| Nino Martinenko | 34.42 | $1,412.01 | -15 |
| Hector Conoz | 30.00 | $847.21 | -15 |

| **Kitchen:** | **HOURS** | | **TOTAL:** |
|---|---|---|---|
| Pedro Morales | 55.00 | | $937.50 |
| Carlos Husan | 46.13 | | $1,060.99 |
| Daniel Bonilla | 54.12 | | $917.70 |
| Gonzalo Amaro | 16.00 | | $368.00 |
| Abel | 16.00 | | $384.00 |
| Romy Lucero | 59.28 | | $1,033.80 |

Plaintiff0026

POSLavu Admin Control Panel                                                                                                                      7/27/21, 3:03 PM

Lavu Control Panel has a fresh new look.

Go to the new Control Panel                                                                                                       212 Steakhouse
                                                                                                                                   212_steak_

Time Cards

Register Sales

**Time Cards: 212 Steakhouse**
**07/19/2021 - 07/25/2021**

07/19/2021 to 07/25/2021 (7 days)
List Totals Only

Click for the report with the Hours as a Decimal. Please note that you may encounter a loss of precision.

**NOTICE:** If you do not see time for the punches, please navigate to Overtime Settings and click 'submit', even if you do not modify anything.

| ID | Server | Class | Pay Rate | Time In | Time Out | Total Hrs | Reg Hrs | OT Hrs | DT Hrs | Total Paid | Reg Paid | OT Paid | DT Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 166 | Bonilla, Daniel | | $0.00 | 07/19 02:07PM | 07/19 10:36PM | 8:29 | 8:29 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 166 | Bonilla, Daniel | | $0.00 | 07/20 02:10PM | 07/20 11:06PM | 8:56 | 8:56 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 166 | Bonilla, Daniel | | $0.00 | 07/21 02:01PM | 07/21 10:47PM | 8:46 | 8:46 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 166 | Bonilla, Daniel | | $0.00 | 07/23 02:02PM | 07/23 11:04PM | 9:02 | 9:02 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 166 | Bonilla, Daniel | | $0.00 | 07/24 01:56PM | 07/24 11:57PM | 10:01 | 10:01 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 166 | Bonilla, Daniel | | $0.00 | 07/25 02:03PM | 07/25 11:01PM | 8:58 | 8:58 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | 54:12 | 54:12 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bonilla, Daniel | | | | | 54:12 | 54:12 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 165 | Clemente, Javier | | $0.00 | 07/22 04:20PM | 07/22 11:38PM | 7:18 | 7:18 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 165 | Clemente, Javier | | $0.00 | 07/23 04:12PM | 07/23 11:11PM | 6:59 | 6:59 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 165 | Clemente, Javier | | $0.00 | 07/24 04:48PM | 07/25 12:43AM | 7:55 | 7:55 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | 22:12 | 22:12 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Clemente, Javier | | | | | 22:12 | 22:12 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 137 | Garcia, Samuel | | $0.00 | 07/19 04:10PM | 07/19 10:33PM | 6:23 | 6:23 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 137 | Garcia, Samuel | | $0.00 | 07/20 04:02PM | 07/20 11:34PM | 7:32 | 7:32 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 137 | Garcia, Samuel | | $0.00 | 07/23 04:10PM | 07/23 11:10PM | 7:00 | 7:00 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 137 | Garcia, Samuel | | $0.00 | 07/24 05:26PM | 07/25 12:45AM | 7:19 | 7:19 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 137 | Garcia, Samuel | | $0.00 | 07/25 04:18PM | 07/25 10:57PM | 6:39 | 6:39 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | 34:53 | 34:53 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Garcia, Samuel | | | | | 34:53 | 34:53 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 161 | Huk, Dagmara | | $0.00 | 07/19 04:01PM | 07/19 10:40PM | 6:39 | 6:39 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 161 | Huk, Dagmara | | $0.00 | 07/20 04:01PM | 07/20 11:18PM | 7:17 | 7:17 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 161 | Huk, Dagmara | | $0.00 | 07/22 04:05PM | 07/22 11:36PM | 7:31 | 7:31 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |

http://admin.poslavu.com/cp/index.php?mode=reports_time_cards&setdate=2021-07-19&day_duration=7&user=all                                    Page 1 of 3

Plaintiff0027

| # | Name | Pay | Clock In | Clock Out | Hours | Reg Hrs | OT | DT | Total Paid | Reg Paid | OT Paid | DT Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 161 | Huk, Dagmara | $0.00 | 07/23 04:03PM | 07/23 11:28PM | 7:25 | 7:25 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 161 | Huk, Dagmara | $0.00 | 07/24 04:06PM | 07/25 12:15AM | 8:09 | 8:09 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
|   |   |   |   |   | 37:01 | 37:01 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
|   | Huk, Dagmara |   |   |   | 37:01 | 37:01 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 163 | Husan, Carlos | $0.00 | 07/21 01:59PM | 07/21 10:26PM | 8:27 | 8:27 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 163 | Husan, Carlos | $0.00 | 07/22 01:44PM | 07/22 10:38PM | 8:54 | 8:54 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 163 | Husan, Carlos | $0.00 | 07/23 01:59PM | 07/23 11:15PM | 9:16 | 9:16 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 163 | Husan, Carlos | $0.00 | 07/24 01:55PM | 07/24 11:31PM | 9:36 | 9:36 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
|   |   |   |   |   | 36:13 | 36:13 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
|   | Husan, Carlos |   |   |   | 36:13 | 36:13 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 168 | Lucero, Romy | $0.00 | 07/19 02:04PM | 07/19 10:37PM | 8:33 | 8:33 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 168 | Lucero, Romy | $0.00 | 07/20 02:01PM | 07/20 11:08PM | 9:07 | 9:07 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 168 | Lucero, Romy | $0.00 | 07/21 02:00PM | 07/21 10:47PM | 8:47 | 8:47 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 168 | Lucero, Romy | $0.00 | 07/22 01:45PM | 07/22 11:15PM | 9:30 | 9:30 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 168 | Lucero, Romy | $0.00 | 07/23 01:59PM | 07/23 11:12PM | 9:13 | 9:13 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 168 | Lucero, Romy | $0.00 | 07/24 08:52AM | 07/24 11:10PM | 14:18 | 14:18 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
|   |   |   |   |   | 59:28 | 59:28 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
|   | Lucero, Romy |   |   |   | 59:28 | 59:28 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 164 | Martinenko, Nino | $0.00 | 07/21 04:15PM | 07/21 10:47PM | 6:32 | 6:32 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
|   |   |   | Break | 17:10 |   |   |   |   |   |   |   |   |
| 164 | Martinenko, Nino | $0.00 | 07/22 03:57PM | 07/22 11:34PM | 7:37 | 7:37 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 164 | Martinenko, Nino | $0.00 | 07/23 04:32PM | 07/23 11:23PM | 6:51 | 6:51 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 164 | Martinenko, Nino | $0.00 | 07/24 04:00PM | 07/24 11:00PM | 7:00 | 7:00 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 164 | Martinenko, Nino | $0.00 | 07/25 04:29PM | 07/25 11:11PM | 6:42 | 6:42 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
|   |   |   | Break | 17:10 | 34:42 | 34:42 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
|   | Martinenko, Nino |   | Break | 17:10 | 34:42 | 34:42 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 159 | Morales, Pedro | $0.00 | 07/19 02:04PM | 07/19 10:36PM | 8:32 | 8:32 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 159 | Morales, Pedro | $0.00 | 07/20 02:01PM | 07/20 11:06PM | 9:05 | 9:05 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 159 | Morales, Pedro | $0.00 | 07/22 02:05PM | 07/22 11:03PM | 8:58 | 8:58 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 159 | Morales, Pedro | $0.00 | 07/23 02:00PM | 07/23 11:04PM | 9:04 | 9:04 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 159 | Morales, Pedro | $0.00 | 07/24 12:59PM | 07/24 11:22PM | 10:23 | 10:23 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 159 | Morales, Pedro | $0.00 | 07/25 02:03PM | 07/25 11:01PM | 8:58 | 8:58 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
|   |   |   |   |   | 55:00 | 55:00 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
|   | Morales, Pedro |   |   |   | 55:00 | 55:00 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 158 | Perez, Everardo | $0.00 | 07/19 03:05PM | 07/19 10:35PM | 7:30 | 7:30 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 158 | Perez, Everardo | $0.00 | 07/20 03:00PM | 07/20 11:33PM | 8:33 | 8:33 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 158 | Perez, Everardo | $0.00 | 07/23 02:49PM | 07/23 11:19PM | 8:30 | 8:30 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 158 | Perez, Everardo | $0.00 | 07/25 03:38PM | 07/25 11:02PM | 7:24 | 7:24 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
|   |   |   |   |   | 31:57 | 31:57 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
|   | Perez, Everardo |   |   |   | 31:57 | 31:57 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | Rynkovsky, Alex | $0.00 | 07/21 04:10PM | 07/21 10:50PM | 6:40 | 6:40 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | Rynkovsky, Alex | $0.00 | 07/23 04:08PM | 07/23 11:41PM | 7:33 | 7:33 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | Rynkovsky, Alex | $0.00 | 07/24 04:28PM | 07/25 01:13AM | 8:45 | 8:45 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | Rynkovsky, Alex | $0.00 | 07/25 04:01PM | 07/25 11:30PM | 7:29 | 7:29 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
|   |   |   |   |   | 30:27 | 30:27 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
|   | Rynkovsky, Alex |   |   |   | 30:27 | 30:27 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Class | Total Hrs | Reg Hrs | OT Hrs | DT Hrs | Total Paid | Reg Paid | OT Paid | DT Paid |
|---|---|---|---|---|---|---|---|---|
|   | 396:05 | 396:05 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
|   | 0:00 | 0:00 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |

Export To Comma Delimited ".csv" file for import into MS Excel

Export To Tab Delimited ".txt" file

This document states that I have been paid for the following dates September 27 - October 3, 2021

| Name | Signature |
| --- | --- |
| Alexander Rynkovsky | |
| Pedro Morales | |
| Perez Everardo | |
| Samuel Garcia | |
| Nino Martinenko | |
| Daniel Bonilla | |
| Carlos Chusan | |
| Javier Clemente | |
| Hector Conoz | |
| Alessandro Ardueni | |

Plaintiff0029

September 27- October 3

| NAME | HOURS | TIP | MEAL PREP |
|---|---|---|---|
| Perez Everardo | 47.25 | $807.36 | -15 |
| Alexander Rynksovky | 44.06 | $1,317.18 | -18 |
| Alessandro Ardueni | 40.55 | $1,327.28 | -15 |
| Samuel Garcia | 26.56 | $447.75 | -12 |
| Javier Clemente | 19.11 | $345.85 | -9 |
| Nino Martinenko | 45.29 | $1,070.11 | -15 |
| Hector Conoz | 22.20 | $446.94 | -9 |

| Kitchen: | HOURS | TOTAL: |
|---|---|---|
| Pedro Morales | 43.26 | $718.24 |
| Carlos Husan | 56.00 | $1,344.00 |
| Daniel Bonilla | 41.18 | $668.32 |
| Abel Mendoza | - | - |
| Romy Lucero | 44.51 | $701.47 |

POSLavu Admin Control Panel                                                                                               10/5/21, 9:44 AM

## Lavu Control Panel has a fresh new look.

Go to the new Control Panel                                                          212 Steakhou
                                                                                     212_steak_

Time Cards

**Time Cards: 212 Steakhouse**
**09/27/2021 - 10/03/2021**

09/27/2021 to 10/03/2021 (7 days)
List Totals Only

Click for the report with the Hours as a Decimal. Please note that you may encounter a loss of precision.

**NOTICE:** If you do not see time for the punches, please navigate to Overtime Settings and click 'submit', even if you do not modify anything.

| ID | Server | Class | Pay Rate | Time In | Time Out | Total Hrs | Reg Hrs | OT Hrs | DT Hrs | Total Paid | Reg Paid | OT Paid | DT Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 169 | Ardueni, Alessandro | | $0.00 | 09/29 11:56AM | 09/29 11:48PM | 11:52 | 11:52 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 169 | Ardueni, Alessandro | | $0.00 | 09/30 03:51PM | 09/30 11:13PM | 7:22 | 7:22 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 169 | Ardueni, Alessandro | | $0.00 | 10/01 04:23PM | 10/01 11:00PM | 6:37 | 6:37 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 169 | Ardueni, Alessandro | | $0.00 | 10/02 04:04PM | 10/02 11:57PM | 7:53 | 7:53 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 169 | Ardueni, Alessandro | | $0.00 | 10/03 03:49PM | 10/03 11:00PM | 7:11 | 7:11 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | 40:55 | 40:55 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Ardueni, Alessandro | | | | | 40:55 | 40:55 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 166 | Bonilla, Daniel | | $0.00 | 09/27 03:04PM | 09/27 10:25PM | 7:21 | 7:21 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 166 | Bonilla, Daniel | | $0.00 | 09/28 03:06PM | 09/28 11:45PM | 8:39 | 8:39 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 166 | Bonilla, Daniel | | $0.00 | 10/01 02:59PM | 10/01 11:34PM | 8:35 | 8:35 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 166 | Bonilla, Daniel | | $0.00 | 10/02 03:00PM | 10/02 11:37PM | 8:37 | 8:37 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 166 | Bonilla, Daniel | | $0.00 | 10/03 03:03PM | 10/03 11:09PM | 8:06 | 8:06 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | 41:18 | 41:18 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bonilla, Daniel | | | | | 41:18 | 41:18 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 165 | Clemente, Javier | | $0.00 | 10/01 04:12PM | 10/01 08:40PM | 4:28 | 4:28 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 165 | Clemente, Javier | | $0.00 | 10/02 03:50PM | 10/02 11:59PM | 8:09 | 8:09 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 165 | Clemente, Javier | | $0.00 | 10/03 04:26PM | 10/03 11:00PM | 6:34 | 6:34 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | 19:11 | 19:11 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Clemente, Javier | | | | | 19:11 | 19:11 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 167 | Conoz, Hector | | $0.00 | 09/29 05:21PM | 09/30 12:06AM | 6:45 | 6:45 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 167 | Conoz, Hector | | $0.00 | 10/01 03:54PM | 10/02 12:00AM | 8:06 | 8:06 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 167 | Conoz, Hector | | $0.00 | 10/02 04:10PM | 10/02 11:39PM | 7:29 | 7:29 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | 22:20 | 22:20 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |

http://admin.poslavu.com/cp/index.php?mode=reports_time_cards&setdate=2021-09-27&day_duration=7&user=all                Page 1 of 3

Plaintiff0031

POSLavu Admin Control Panel

10/5/21, 9:44 AM

| Class | | Total Hrs | Reg Hrs | OT Hrs | DT Hrs | Total Paid | | Reg Paid | OT Paid | DT Paid | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Conoz, Hector | | | | 22:20 | 22:20 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 137 Garcia, Samuel | $0.00 | 09/27 04:19PM | 09/27 10:00PM | 5:41 | 5:41 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 137 Garcia, Samuel | $0.00 | 09/28 03:57PM | 09/29 12:07AM | 8:10 | 8:10 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 137 Garcia, Samuel | $0.00 | 09/30 05:53PM | 09/30 11:16PM | 5:23 | 5:23 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 137 Garcia, Samuel | $0.00 | 10/02 03:55PM | 10/02 11:37PM | 7:42 | 7:42 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | 26:56 | 26:56 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Garcia, Samuel | | | | 26:56 | 26:56 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 163 Husan, Carlos | $0.00 | 09/29 11:56AM | 09/29 11:03PM | 11:07 | 11:07 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 163 Husan, Carlos | $0.00 | 09/30 11:29AM | 09/30 10:34PM | 11:05 | 11:05 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 163 Husan, Carlos | $0.00 | 10/01 11:33AM | 10/01 10:24PM | 10:51 | 10:51 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 163 Husan, Carlos | $0.00 | 10/02 11:31AM | 10/02 11:04PM | 11:33 | 11:33 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 163 Husan, Carlos | $0.00 | 10/03 11:36AM | 10/03 11:00PM | 11:24 | 11:24 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | 56:00 | 56:00 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Husan, Carlos | | | | 56:00 | 56:00 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 168 Lucero, Romy | $0.00 | 09/27 02:56PM | 09/27 10:23PM | 7:27 | 7:27 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 168 Lucero, Romy | $0.00 | 09/28 02:56PM | 09/28 11:46PM | 8:50 | 8:50 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 168 Lucero, Romy | $0.00 | 09/29 02:51PM | 09/29 11:27PM | 8:36 | 8:36 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 168 Lucero, Romy | $0.00 | 09/30 11:59AM | 09/30 11:17PM | 11:18 | 11:18 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 168 Lucero, Romy | $0.00 | 10/01 02:54PM | 10/01 11:34PM | 8:40 | 8:40 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | 44:51 | 44:51 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lucero, Romy | | | | 44:51 | 44:51 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 164 Martinenko, Nino | $0.00 | 09/28 11:24AM | 09/29 12:30AM | 13:06 | 13:06 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 164 Martinenko, Nino | $0.00 | 09/30 11:39AM | 09/30 10:54PM | 11:15 | 11:15 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 164 Martinenko, Nino | $0.00 | 10/01 03:56PM | 10/01 09:54PM | 5:58 | 5:58 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 164 Martinenko, Nino | $0.00 | 10/02 03:56PM | 10/02 11:58PM | 8:02 | 8:02 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 164 Martinenko, Nino | $0.00 | 10/03 04:00PM | 10/03 11:08PM | 7:08 | 7:08 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | 45:29 | 45:29 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Martinenko, Nino | | | | 45:29 | 45:29 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 159 Morales, Pedro | $0.00 | 09/27 03:02PM | 09/27 10:24PM | 7:22 | 7:22 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 159 Morales, Pedro | $0.00 | 09/28 03:02PM | 09/28 11:45PM | 8:43 | 8:43 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 159 Morales, Pedro | $0.00 | 10/01 02:59PM | 10/01 11:34PM | 8:35 | 8:35 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 159 Morales, Pedro | $0.00 | 10/02 01:07PM | 10/02 11:47PM | 10:40 | 10:40 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 159 Morales, Pedro | $0.00 | 10/03 03:03PM | 10/03 11:09PM | 8:06 | 8:06 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | 43:26 | 43:26 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Morales, Pedro | | | | 43:26 | 43:26 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 158 Perez, Everardo | $0.00 | 09/27 11:31AM | 09/27 10:23PM | 10:52 | 10:52 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 158 Perez, Everardo | $0.00 | 09/28 03:40PM | 09/29 12:23AM | 8:43 | 8:43 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 158 Perez, Everardo | $0.00 | 10/01 11:50AM | 10/01 11:59PM | 12:09 | 12:09 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 158 Perez, Everardo | $0.00 | 10/02 03:20PM | 10/02 11:53PM | 8:33 | 8:33 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 158 Perez, Everardo | $0.00 | 10/03 03:52PM | 10/03 11:00PM | 7:08 | 7:08 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | 47:25 | 47:25 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Perez, Everardo | | | | 47:25 | 47:25 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 Rynkovsky, Alex | $0.00 | 09/27 04:16PM | 09/27 10:15PM | 5:59 | 5:59 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 Rynkovsky, Alex | $0.00 | 09/29 04:19PM | 09/30 12:19AM | 8:00 | 8:00 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 Rynkovsky, Alex | $0.00 | 09/30 04:11PM | 09/30 11:33PM | 7:22 | 7:22 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 Rynkovsky, Alex | $0.00 | 10/01 04:01PM | 10/02 12:01AM | 8:00 | 8:00 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 Rynkovsky, Alex | $0.00 | 10/02 11:56AM | 10/02 11:00PM | 11:04 | 11:04 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 Rynkovsky, Alex | $0.00 | 10/03 12:16PM | 10/03 03:57PM | 3:41 | 3:41 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | 44:06 | 44:06 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rynkovsky, Alex | | | | 44:06 | 44:06 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |

http://admin.poslavu.com/cp/index.php?mode=reports_time_cards&setdate=2021-09-27&day_duration=7&user=all

Page 2 of 3

Plaintiff0032

212
STEAKHOUSE

This document states that I have been paid for the following dates November 8 - November 14, 2021

| Name | Signature |
|---|---|
| Alexander Rynkovsky | |
| Pedro Morales | |
| Perez Everardo | |
| Samuel Garcia | |
| Nino Martinenko | |
| Daniel Bonilla | |
| Carlos Chusan | |
| Javier Clemente | |
| Hector Conoz | |

Plaintiff0033

November 8-14 2021

| NAME | HOURS | TIP | MEAL PREP |
|---|---|---|---|
| Perez Everardo | 45.04 | $2,542.82 | -15 |
| Alexander Rynksovky | 53.59 | $2,505.55 | -18 |
| Samuel Garcia | 50.50 | $1,643.93 | -18 |
| Javier Clemente | 32.50 | $1,193.15 | -12 |
| Nino Martinenko | 58.20 | $2,556.83 | -18 |
| Hector Conoz | 17.10 | $436.52 | -6 |

| Kitchen: | HOURS | | TOTAL: |
|---|---|---|---|
| Pedro Morales | 57.00 | | $1,048.00 |
| Carlos Husan | 55.00 | | $1,320.00 |
| Daniel Bonilla | 64.40 | | $1,225.60 |
| Abel Mendoza | ------- | | |
| Romy Lucero | 56.49 | | $746.25 |
| German Giambiaggi | | | |

Plaintiff0034

POSLavu Admin Control Panel

11/18/21, 5:43 PM

Time Cards

Time Cards: **212 Steakhouse**
11/08/2021 - 11/14/2021

11/08/2021 to 11/14/2021 (7 days)
List Totals Only

Click for the report with the Hours as a Decimal. Please note that you may encounter a loss of precision.
NOTICE: If you do not see time for the punches, please navigate to Overtime Settings and click 'submit', even if you do not modify anything.

| ID  | Server          | Class | Pay Rate | Time In         | Time Out        | Total Hrs | Reg Hrs | OT Hrs | DT Hrs | Total Paid | Reg Paid | OT Paid | DT Paid |
|-----|-----------------|-------|----------|-----------------|-----------------|-----------|---------|--------|--------|------------|----------|---------|---------|
| 166 | Bonilla, Daniel |       | $0.00    | 11/08 02:38PM   | 11/08 11:04PM   | 8:26      | 8:26    | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
| 166 | Bonilla, Daniel |       | $0.00    | 11/09 02:18PM   | 11/09 11:45PM   | 9:27      | 9:27    | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
| 166 | Bonilla, Daniel |       | $0.00    | 11/10 02:29PM   | 11/10 11:31PM   | 9:02      | 9:02    | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
| 166 | Bonilla, Daniel |       | $0.00    | 11/11 02:21PM   | 11/11 11:24PM   | 9:03      | 9:03    | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
| 166 | Bonilla, Daniel |       | $0.00    | 11/12 02:41PM   | 11/12 11:26PM   | 8:45      | 8:45    | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
| 166 | Bonilla, Daniel |       | $0.00    | 11/13 01:54PM   | 11/13 11:13PM   | 9:19      | 9:19    | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
| 166 | Bonilla, Daniel |       | $0.00    | 11/14 12:53PM   | 11/14 11:31PM   | 10:38     | 10:38   | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
|     |                 |       |          |                 |                 | 64:40     | 64:40   | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
|     | Bonilla, Daniel |       |          |                 |                 | 64:40     | 64:40   | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
| 165 | Clemente, Javier|       | $0.00    | 11/11 04:16PM   | 11/11 11:46PM   | 7:30      | 7:30    | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
| 165 | Clemente, Javier|       | $0.00    | 11/12 03:48PM   | 11/13 12:05AM   | 8:17      | 8:17    | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
| 165 | Clemente, Javier|       | $0.00    | 11/13 04:06PM   | 11/14 02:31AM   | 10:25     | 10:25   | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
| 165 | Clemente, Javier|       | $0.00    | 11/14 04:22PM   | 11/14 11:00PM   | 6:38      | 6:38    | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
|     |                 |       |          |                 |                 | 32:50     | 32:50   | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
|     | Clemente, Javier|       |          |                 |                 | 32:50     | 32:50   | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
| 167 | Conoz, Hector   |       | $0.00    | 11/10 03:41PM   | 11/10 11:34PM   | 7:53      | 7:53    | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
| 167 | Conoz, Hector   |       | $0.00    | 11/12 03:13PM   | 11/13 12:30AM   | 9:17      | 9:17    | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
|     |                 |       |          |                 |                 | 17:10     | 17:10   | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
|     | Conoz, Hector   |       |          |                 |                 | 17:10     | 17:10   | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
| 137 | Garcia, Samuel  |       | $0.00    | 11/08 02:45PM   | 11/08 11:01PM   | 8:16      | 8:16    | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
| 137 | Garcia, Samuel  |       | $0.00    | 11/09 03:54PM   | 11/09 11:00PM   | 7:06      | 7:06    | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
| 137 | Garcia, Samuel  |       | $0.00    | 11/10 03:04PM   | 11/10 11:39PM   | 8:35      | 8:35    | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
| 137 | Garcia, Samuel  |       | $0.00    | 11/12 03:39PM   | 11/13 12:05AM   | 8:26      | 8:26    | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
| 137 | Garcia, Samuel  |       | $0.00    | 11/13 02:54PM   | 11/14 01:55AM   | 11:01     | 11:01   | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
| 137 | Garcia, Samuel  |       | $0.00    | 11/14 03:46PM   | 11/14 11:12PM   | 7:26      | 7:26    | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
|     |                 |       |          |                 |                 | 50:50     | 50:50   | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
|     | Garcia, Samuel  |       |          |                 |                 | 50:50     | 50:50   | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
| 168 | Lucero, Romy    |       | $0.00    | 11/08 09:59AM   | 11/08 10:41PM   | 12:42     | 12:42   | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
| 168 | Lucero, Romy    |       | $0.00    | 11/09 01:47PM   | 11/09 11:45PM   | 9:58      | 9:58    | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
| 168 | Lucero, Romy    |       | $0.00    | 11/10 01:36PM   | 11/10 11:18PM   | 9:42      | 9:42    | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
| 168 | Lucero, Romy    |       | $0.00    | 11/11 12:49PM   | 11/11 11:27PM   | 10:38     | 10:38   | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
| 168 | Lucero, Romy    |       | $0.00    | 11/12 10:11AM   | 11/13 12:00AM   | 13:49     | 13:49   | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
|     |                 |       |          |                 |                 | 56:49     | 56:49   | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |
|     | Lucero, Romy    |       |          |                 |                 | 56:49     | 56:49   | 0:00   | 0:00   | $0.00      | $0.00    | $0.00   | $0.00   |

https://admin.poslavu.com/cp/index.php?mode=reports_time_cards&setdate=2021-11-08&day_duration=7&user=all

Page 1 of 2

Plaintiff0035

POSLavu Admin Control Panel

11/18/21, 5:43 PM

| Employee | | Pay | In | Out | Hours | Reg | OT | DT | Total | Reg $ | OT $ | DT $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 164 | Martinenko, Nino | $0.00 | 11/09 11:40AM | 11/10 01:42AM | 14:02 | 14:02 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 164 | Martinenko, Nino | $0.00 | 11/10 04:08PM | 11/10 11:34PM | 7:26 | 7:26 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 164 | Martinenko, Nino | $0.00 | 11/11 11:39AM | 11/11 11:48PM | 12:09 | 12:09 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 164 | Martinenko, Nino | $0.00 | 11/12 03:57PM | 11/13 12:20AM | 8:23 | 8:23 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 164 | Martinenko, Nino | $0.00 | 11/13 04:19PM | 11/14 01:53AM | 9:34 | 9:34 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 164 | Martinenko, Nino | $0.00 | 11/14 04:49PM | 11/14 11:35PM | 6:46 | 6:46 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | 58:20 | 58:20 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Martinenko, Nino | | | | 58:20 | 58:20 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 159 | Morales, Pedro | $0.00 | 11/08 02:05PM | 11/08 10:59PM | 8:54 | 8:54 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 159 | Morales, Pedro | $0.00 | 11/09 02:05PM | 11/09 11:33PM | 9:28 | 9:28 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 159 | Morales, Pedro | $0.00 | 11/10 02:05PM | 11/10 11:18PM | 9:13 | 9:13 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 159 | Morales, Pedro | $0.00 | 11/12 01:54PM | 11/12 11:22PM | 9:28 | 9:28 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 159 | Morales, Pedro | $0.00 | 11/13 01:54PM | 11/13 11:13PM | 9:19 | 9:19 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 159 | Morales, Pedro | $0.00 | 11/14 12:53PM | 11/14 11:31PM | 10:38 | 10:38 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | 57:00 | 57:00 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Morales, Pedro | | | | 57:00 | 57:00 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 158 | Perez, Everardo | $0.00 | 11/08 11:26AM | 11/08 11:23PM | 11:57 | 11:57 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 158 | Perez, Everardo | $0.00 | 11/09 03:13PM | 11/10 12:37AM | 9:24 | 9:24 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 158 | Perez, Everardo | $0.00 | 11/10 04:00PM | 11/10 11:00PM | 7:00 | 7:00 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | Break: | 41:00 | | | | | | | | |
| 158 | Perez, Everardo | $0.00 | 11/12 04:00PM | 11/13 12:23AM | 8:23 | 8:23 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 158 | Perez, Everardo | $0.00 | 11/14 03:28PM | 11/14 11:48PM | 8:20 | 8:20 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | Break: | 41:00 | 45:04 | 45:04 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Perez, Everardo | | Break: | 41:00 | 45:04 | 45:04 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | Rynkovsky, Alex | $0.00 | 11/08 04:12PM | 11/08 11:00PM | 6:48 | 6:48 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | Rynkovsky, Alex | $0.00 | 11/10 04:08PM | 11/10 11:32PM | 7:24 | 7:24 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | Rynkovsky, Alex | $0.00 | 11/11 04:03PM | 11/11 11:49PM | 7:46 | 7:46 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | Rynkovsky, Alex | $0.00 | 11/12 04:00PM | 11/12 11:00PM | 7:00 | 7:00 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | Rynkovsky, Alex | $0.00 | 11/13 12:28PM | 11/14 01:52AM | 13:24 | 13:24 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | Rynkovsky, Alex | $0.00 | 11/14 11:57AM | 11/14 11:34PM | 11:37 | 11:37 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | 53:59 | 53:59 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Rynkovsky, Alex | | | | 53:59 | 53:59 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Class | Total Hrs | Reg Hrs | OT Hrs | DT Hrs | Total Paid | Reg Paid | OT Paid | DT Paid |
|---|---|---|---|---|---|---|---|---|
| | 436:42 | 436:42 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 0:00 | 0:00 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |

Export To Comma Delimited ".csv" file for import into MS Excel

Export To Tab Delimited ".txt" file

https://admin.poslavu.com/cp/index.php?mode=reports_time_cards&setdate=2021-11-08&day_duration=7&user=all

Plaintiff0036

This document states that I have been paid for the following dates November 22 - November 28, 2021

| Name | Signature |
|---|---|
| Alexander Rynkovsky | |
| Pedro Morales | |
| Perez Everardo | |
| Samuel Garcia | |
| Nino Martinenko | |
| Daniel Bonilla | |
| Javier Clemente | |
| Hector Conoz | |

November 22-28 2021

| NAME | HOURS | TIP | MEAL PREP |
|---|---|---|---|
| Perez Everardo | 48.15 | $1,582.91 | -18 |
| Alexander Rynksovky | 50.27 | $1,559.65 | -18 |
| Samuel Garcia | 42.54 | $1,168.68 | -15 |
| Javier Clemente | 20.41 | $482.73 | -15 |
| Nino Martinenko | 48.35 | $1,469.40 | -18 |
| Hector Conoz | 26.55 | $605.75 | -15 |
| Zabrodin Dmitry | 42.17 | $1,384.66 | -15 |

| Kitchen: | HOURS | | TOTAL: |
|---|---|---|---|
| Pedro Morales | 53.48 | | $923.30 |
| Daniel Bonilla | 65.41 | | $1,249.84 |
| Romy Lucero | 47.45 | | $767.62 |
| German Giambiaggi | 29.00 | | $580.00 |

Plaintiff0038

This document states that I have been paid for the following dates November 29 - December 5, 2021

| Name | Signature |
| --- | --- |
| Alexander Rynkovsky | |
| Pedro Morales | |
| Perez Everardo | |
| Samuel Garcia | |
| Nino Martinenko | |
| Daniel Bonilla | |
| Javier Clemente | |
| Hector Conoz | |

Plaintiff0039

November 29-December 5 2021

| NAME | HOURS | TIP | MEAL PREP |
|---|---|---|---|
| Perez Everardo | 52.17 | $2,584.54 | -18 |
| Alexander Rynksovky | 53.44 | $2,325.38 | -18 |
| Samuel Garcia | 45.00 | $1,297.06 | -12 |
| Javier Clemente | 21.28 | $554.95 | -9 |
| Nino Martinenko | 46.06 | $2,022.85 | -15 |
| Hector Conoz | 30.03 | $1,175.66 | -12 |
| Damian Zabrodin | 35.17 | $1,421.31 | -15 |

| Kitchen: | HOURS | | TOTAL: |
|---|---|---|---|
| Pedro Morales | 65.57 | | $1,247.68 |
| Daniel Bonilla | 53.47 | | $963.28 |
| Romy Lucero | 54.48 | | $925.80 |

Plaintiff0040

212
ATELIERHOUSE

This document states that I have been paid for the following dates December 6 - December 12, 2021

| Name | Signature |
| --- | --- |
| Alexander Rynkovsky | |
| Pedro Morales | |
| Perez Everardo | |
| Samuel Garcia | |
| Nino Martinenko | |
| Daniel Bonilla | |
| Javier Clemente | |
| Hector Conoz | |

Plaintiff0041

December 6-12 2021

| NAME | HOURS | TIP | MEAL PREP |
|---|---|---|---|
| Perez Everardo | 53.27 | $2,136.82 | -18 |
| Alexander Rynksovky | 46.58 | $1,675.50 | -15 |
| Samuel Garcia | 50.37 | $1,262.38 | -18 |
| Javier Clemente | 29.40 | $719.34 | -15 |
| Nino Martinenko | 34.21 | $1,442.24 | =15 |
| Hector Conoz | 44.08 | $1,009.38 | -12 |
| Damian Zabrodin | 54.00 | $1,910.38 | -18 |

| **Kitchen:** | **HOURS** | | **TOTAL:** |
|---|---|---|---|
| Pedro Morales | 65.19 | | $1,322.34 |
| Daniel Bonilla | 60.29 | | $1,197.39 |
| Romy Lucero | 56.02 | | $960.45 |

Plaintiff0042

Time Cards

**Time Cards: 212 Steakhouse**
**12/06/2021 - 12/12/2021**

12/06/2021 to 12/12/2021 (7 days)
List Totals Only

Click for the report with the Hours as a Decimal. Please note that you may encounter a loss of precision.

**NOTICE:** If you do not see time for the punches, please navigate to Overtime Settings and click 'submit', even if you do not modify anything.

| ID | Server | Class | Pay Rate | Time In | Time Out | Total Hrs | Reg Hrs | OT Hrs | DT Hrs | Total Paid | Reg Paid | OT Paid | DT Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 166 | Bonilla, Daniel | | $0.00 | 12/06 02:03PM | 12/06 10:34PM | 8:31 | 8:31 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 166 | Bonilla, Daniel | | $0.00 | 12/07 02:22PM | 12/07 11:12PM | 8:50 | 8:50 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 166 | Bonilla, Daniel | | $0.00 | 12/08 12:14PM | 12/08 11:24PM | 11:10 | 11:10 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 166 | Bonilla, Daniel | | $0.00 | 12/09 12:31PM | 12/09 11:25PM | 10:54 | 10:54 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 166 | Bonilla, Daniel | | $0.00 | 12/10 01:14PM | 12/10 10:58PM | 9:44 | 9:44 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 166 | Bonilla, Daniel | | $0.00 | 12/11 12:30PM | 12/11 11:50PM | 11:20 | 11:20 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | 60:29 | 60:29 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bonilla, Daniel | | | | | 60:29 | 60:29 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 165 | Clemente, Javier | | $0.00 | 12/09 04:43PM | 12/10 12:00AM | 7:17 | 7:17 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 165 | Clemente, Javier | | $0.00 | 12/10 04:23PM | 12/11 12:10AM | 7:47 | 7:47 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 165 | Clemente, Javier | | $0.00 | 12/11 04:13PM | 12/11 11:54PM | 7:41 | 7:41 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 165 | Clemente, Javier | | $0.00 | 12/12 04:54PM | 12/12 11:49PM | 6:55 | 6:55 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | 29:40 | 29:40 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Clemente, Javier | | | | | 29:40 | 29:40 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 167 | Conoz, Hector | | $0.00 | 12/08 03:02PM | 12/08 11:23PM | 8:21 | 8:21 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 167 | Conoz, Hector | | $0.00 | 12/09 03:50PM | 12/10 12:00AM | 8:10 | 8:10 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 167 | Conoz, Hector | | $0.00 | 12/10 04:07PM | 12/11 12:46AM | 8:39 | 8:39 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 167 | Conoz, Hector | | $0.00 | 12/11 12:42PM | 12/11 11:54PM | 11:12 | 11:12 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 167 | Conoz, Hector | | $0.00 | 12/12 04:03PM | 12/12 11:49PM | 7:46 | 7:46 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | 44:08 | 44:08 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Conoz, Hector | | | | | 44:08 | 44:08 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 137 | Garcia, Samuel | | $0.00 | 12/06 03:37PM | 12/06 11:00PM | 7:23 | 7:23 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 137 | Garcia, Samuel | | $0.00 | 12/07 03:32PM | 12/07 11:26PM | 7:54 | 7:54 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 137 | Garcia, Samuel | | $0.00 | 12/08 03:25PM | 12/08 11:24PM | 7:59 | 7:59 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 137 | Garcia, Samuel | | $0.00 | 12/09 02:06PM | 12/10 12:00AM | 9:54 | 9:54 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 137 | Garcia, Samuel | | $0.00 | 12/10 03:35PM | 12/11 12:15AM | 8:40 | 8:40 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 137 | Garcia, Samuel | | $0.00 | 12/11 02:40PM | 12/11 11:27PM | 8:47 | 8:47 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | 50:37 | 50:37 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Garcia, Samuel | | | | | 50:37 | 50:37 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 168 | Lucero, Romy | | $0.00 | 12/06 02:22PM | 12/06 10:27PM | 8:05 | 8:05 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 168 | Lucero, Romy | | $0.00 | 12/07 12:59PM | 12/07 11:12PM | 10:13 | 10:13 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 168 | Lucero, Romy | | $0.00 | 12/08 12:44PM | 12/08 11:24PM | 10:40 | 10:40 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 168 | Lucero, Romy | | $0.00 | 12/09 01:47PM | 12/09 11:37PM | 9:50 | 9:50 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 168 | Lucero, Romy | | $0.00 | 12/10 02:26PM | 12/11 12:07AM | 9:41 | 9:41 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 168 | Lucero, Romy | | $0.00 | 12/11 10:23AM | 12/11 05:56PM | 7:33 | 7:33 | 0:00 | 0:00 | $0.00 | $0.00 | $0.00 | $0.00 |

Plaintiff0043