Exhibit 1 - Damages summary

| Name | Tip credit/ minimum wage compensatory damages | Tip credit/ minimum wage liquidated damages | Spread of hours compensatory damages | Spread of hours liquidated damages | Overtime compensatory damages | Overtime liquidated damages | NYLL 195(1) damages | NYLL 195(3) damages | Total: |
|---|---|---|---|---|---|---|---|---|---|
| Adrian Pizarro | $707.50 | $707.50 | $30.00 | $30.00 | $101.25 | $101.25 | $850.00 | $4,250.00 | $6,777.50 |
| Angel Hernandez | $5,611.92 | $5,611.92 | $13.00 | $13.00 | $8.25 | $8.25 | $5,000.00 | $5,000.00 | $21,266.34 |
| Benny Torres | $60.96 | $60.96 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | $1,500.00 | $1,921.92 |
| Charles Gabriel | $1,251.24 | $1,251.24 | $27.00 | $27.00 | $20.79 | $20.79 | $5,000.00 | $5,000.00 | $12,598.06 |
| Cora Bethea | $2,001.00 | $2,001.00 | $15.00 | $15.00 | $0.00 | $0.00 | $2,750.00 | $5,000.00 | $11,782.00 |
| Dagmara Huk | $8,051.42 | $8,051.42 | $45.00 | $45.00 | $247.88 | $247.88 | $5,000.00 | $5,000.00 | $26,688.58 |
| Damian Zabrodin | $1,190.68 | $1,190.68 | $75.00 | $75.00 | $106.62 | $106.62 | $1,600.00 | $5,000.00 | $9,344.62 |
| Danny Birlandeau | $1,662.18 | $1,662.18 | $54.00 | $54.00 | $148.13 | $148.13 | $5,000.00 | $5,000.00 | $13,728.60 |
| Gisely Rosa | $216.70 | $216.70 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $1,750.00 | $2,533.40 |
| Haley Melendez | $503.90 | $503.90 | $30.00 | $30.00 | $0.00 | $0.00 | $700.00 | $3,500.00 | $5,267.80 |
| Hector Conoz | $3,181.15 | $3,181.15 | $15.00 | $15.00 | $31.05 | $31.05 | $4,300.00 | $5,000.00 | $15,754.40 |
| Iroel Vazquez | $542.81 | $542.81 | $0.00 | $0.00 | $0.00 | $0.00 | $2,600.00 | $5,000.00 | $8,685.61 |
| Jake Willis | $936.27 | $936.27 | $63.00 | $63.00 | $17.01 | $17.01 | $4,500.00 | $5,000.00 | $11,532.56 |
| Jamie Tovar | $4,159.47 | $4,159.47 | $0.00 | $0.00 | $62.21 | $62.21 | $5,000.00 | $5,000.00 | $18,443.35 |
| Jose Garcia | $26.10 | $26.10 | $0.00 | $0.00 | $0.00 | $0.00 | $50.00 | $250.00 | $352.20 |
| Jose Pena | $213.74 | $213.74 | $0.00 | $0.00 | $0.00 | $0.00 | $1,050.00 | $5,000.00 | $6,477.47 |
| Juan Aguilar | $4,417.49 | $4,417.49 | $54.00 | $54.00 | $111.56 | $111.56 | $5,000.00 | $5,000.00 | $19,166.09 |
| Juan Deluna | $1,298.27 | $1,298.27 | $63.00 | $63.00 | $146.57 | $146.57 | $5,000.00 | $5,000.00 | $13,015.66 |
| Kelsey Foley | $2,417.07 | $2,417.07 | $18.00 | $18.00 | $22.23 | $22.23 | $5,000.00 | $5,000.00 | $14,914.60 |
| Keya Rocaverte | $245.81 | $245.81 | $0.00 | $0.00 | $0.00 | $0.00 | $450.00 | $2,250.00 | $3,191.61 |
| Lytchez Lazarov | $10,262.60 | $10,262.60 | $780.00 | $780.00 | $499.75 | $499.75 | $5,000.00 | $5,000.00 | $33,084.69 |
| Mark Smith | $4,188.46 | $4,188.46 | $58.00 | $58.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | $18,492.93 |
| Michelle Marquez | $184.55 | $184.55 | $0.00 | $0.00 | $0.00 | $0.00 | $850.00 | $4,250.00 | $5,469.09 |
| Miguel Torress | $3,016.01 | $3,016.01 | $9.00 | $9.00 | $1.13 | $1.13 | $5,000.00 | $5,000.00 | $16,052.27 |
| Nino Martinenko | $20,162.39 | $20,162.39 | $888.00 | $888.00 | $829.10 | $829.10 | $10,000.00 | $5,000.00 | $58,758.98 |
| Noel Lora | $7,744.79 | $7,744.79 | $100.00 | $100.00 | $180.80 | $180.80 | $5,000.00 | $5,000.00 | $26,051.17 |
| Radzivon Babaniyazav | $3,253.75 | $3,253.75 | $30.00 | $30.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | $16,567.50 |
| Raul Romero | $1,546.70 | $1,546.70 | $0.00 | $0.00 | $0.00 | $0.00 | $2,300.00 | $5,000.00 | $10,393.40 |
| Shonda Williams | $88.91 | $88.91 | $0.00 | $0.00 | $0.00 | $0.00 | $450.00 | $2,250.00 | $2,877.81 |
| Stefana Marzano | $1,733.73 | $1,733.73 | $11.00 | $11.00 | $4.02 | $4.02 | $3,650.00 | $5,000.00 | $12,147.48 |
| Tela Wittig | $1,351.40 | $1,351.40 | $0.00 | $0.00 | $0.00 | $0.00 | $1,700.00 | $5,000.00 | $9,402.80 |
| Tristian Collazzo | $3,891.92 | $3,891.92 | $29.00 | $29.00 | $93.67 | $93.67 | $5,000.00 | $5,000.00 | $18,029.20 |
| Vivian Peng | $1,195.01 | $1,195.01 | $11.00 | $11.00 | $0.00 | $0.00 | $2,450.00 | $5,000.00 | $9,862.01 |
| **Total:** | **$97,315.85** | **$97,315.85** | **$2,418.00** | **$2,418.00** | **$2,632.00** | **$2,632.00** | **$110,900.00** | **$145,000.00** | **$460,631.70** |