**Exhibit 2 - Class representatives' tip credit/minimum wage damages**

| Bates numbers | Year | Plaintiff | Tip credit minimum wage | Full minimum wage | Tip credit taken | Hours worked | Unpaid tip credit |
|---|---|---|---|---|---|---|---|
| D1221 | 2016 | Martinenko | $7.50 | $9.00 | $1.50 | 1551.02 | $2,326.53 |
| D1227 | 2017 | Martinenko | $7.50 | $11.00 | $3.50 | 1473.87 | $5,158.53 |
| D1232 | 2018 | Martinenko | $8.65 | $13.00 | $4.35 | 1682.57 | $7,319.17 |
| D1236 | 2021 | Martinenko | $10.00 | $15.00 | $5.00 | 1071.63 | $5,358.17 |
| | | | | | | **Martinenko total:** | **$20,162.39** |
| D1212 | 2020 | Huk | $10.00 | $15.00 | $5.00 | 474.48 | $2,372.42 |
| D1215 | 2021 | Huk | $10.00 | $15.00 | $5.00 | 1135.80 | $5,679.00 |
| | | | | | | **Huk total:** | **$8,051.42** |
| | | | | | | | |
| | | | | | | *Starts 1/21/16 | |