**Exhibit 3 - Class representatives' spread of hours damages**

| Bates numbers | Plaintiff | Date of spread of hours shift | Spread of hours pay due |
|---|---|---|---|
| D1212 | Huk | 10/3/2020 | $15.00 |
| D1212 | Huk | 12/18/2020 | $15.00 |
| D1215 | Huk | 9/21/2021 | $15.00 |
| | | **Huk total:** | **$45.00** |
| D1216 | Martinenko | 2/14/2016 | $9.00 |
| D1216 | Martinenko | 2/21/2016 | $9.00 |
| D1217 | Martinenko | 2/28/2016 | $9.00 |
| D1217 | Martinenko | 3/13/2016 | $9.00 |
| D1219 | Martinenko | 7/18/2016 | $9.00 |
| D1220 | Martinenko | 11/24/2016 | $9.00 |
| D1221 | Martinenko | 12/25/2016 | $9.00 |
| D1225 | Martinenko | 8/11/2017 | $11.00 |
| D1227 | Martinenko | 11/23/2017 | $11.00 |
| D1228 | Martinenko | 1/24/2018 | $13.00 |
| D1228 | Martinenko | 2/19/2018 | $13.00 |
| D1228 | Martinenko | 2/20/2018 | $13.00 |
| D1228 | Martinenko | 3/9/2018 | $13.00 |
| D1229 | Martinenko | 3/13/2018 | $13.00 |
| D1229 | Martinenko | 3/20/2018 | $13.00 |
| D1229 | Martinenko | 4/28/2018 | $13.00 |
| D1229 | Martinenko | 5/1/2018 | $13.00 |
| D1229 | Martinenko | 5/7/2018 | $13.00 |
| D1229 | Martinenko | 5/8/2018 | $13.00 |
| D1229 | Martinenko | 5/14/2018 | $13.00 |
| D1229 | Martinenko | 5/15/2018 | $13.00 |
| D1229 | Martinenko | 5/21/2018 | $13.00 |
| D1230 | Martinenko | 6/4/2018 | $13.00 |
| D1230 | Martinenko | 6/12/2018 | $13.00 |
| D1230 | Martinenko | 7/2/2018 | $13.00 |
| D1230 | Martinenko | 7/3/2018 | $13.00 |
| D1230 | Martinenko | 7/9/2018 | $13.00 |
| D1230 | Martinenko | 7/19/2018 | $13.00 |
| D1230 | Martinenko | 7/23/2018 | $13.00 |
| D1230 | Martinenko | 7/30/2018 | $13.00 |
| D1230 | Martinenko | 7/31/2018 | $13.00 |
| D1230 | Martinenko | 8/7/2018 | $13.00 |
| D1230 | Martinenko | 8/13/2018 | $13.00 |
| D1230 | Martinenko | 8/14/2018 | $13.00 |
| D1230 | Martinenko | 8/20/2018 | $13.00 |
| D1230 | Martinenko | 8/21/2018 | $13.00 |
| D1231 | Martinenko | 8/27/2018 | $13.00 |
| D1231 | Martinenko | 8/28/2018 | $13.00 |
| D1231 | Martinenko | 9/10/2018 | $13.00 |
| D1231 | Martinenko | 9/26/2018 | $13.00 |

**Exhibit 3 - Class representatives' spread of hours damages**

| Bates numbers | Plaintiff | Date of spread of hours shift | Spread of hours pay due |
|---|---|---|---|
| D1231 | Martinenko | 10/2/2018 | $13.00 |
| D1231 | Martinenko | 10/3/2018 | $13.00 |
| D1231 | Martinenko | 10/25/2018 | $13.00 |
| D1231 | Martinenko | 11/11/2018 | $13.00 |
| D1232 | Martinenko | 11/15/2018 | $13.00 |
| D1232 | Martinenko | 11/17/2018 | $13.00 |
| D1232 | Martinenko | 12/1/2018 | $13.00 |
| D1232 | Martinenko | 12/6/2018 | $13.00 |
| D1232 | Martinenko | 12/11/2018 | $13.00 |
| D1232 | Martinenko | 12/12/2018 | $13.00 |
| D1233 | Martinenko | 5/8/2021 | $15.00 |
| D1234 | Martinenko | 9/23/2021 | $15.00 |
| D1234 | Martinenko | 9/29/2021 | $15.00 |
| D1234 | Martinenko | 9/30/2021 | $15.00 |
| D1234 | Martinenko | 10/5/2021 | $15.00 |
| D1234 | Martinenko | 10/7/2021 | $15.00 |
| D1234 | Martinenko | 10/14/2021 | $15.00 |
| D1234 | Martinenko | 10/19/2021 | $15.00 |
| D1234 | Martinenko | 10/27/2021 | $15.00 |
| D1234 | Martinenko | 11/2/2021 | $15.00 |
| D1234 | Martinenko | 11/9/2021 | $15.00 |
| D1234 | Martinenko | 11/11/2021 | $15.00 |
| D1234 | Martinenko | 11/16/2021 | $15.00 |
| D1234 | Martinenko | 11/18/2021 | $15.00 |
| D1234 | Martinenko | 11/23/2021 | $15.00 |
| D1234 | Martinenko | 11/30/2021 | $15.00 |
| D1234 | Martinenko | 12/1/2021 | $15.00 |
| D1234 | Martinenko | 12/7/2021 | $15.00 |
| | | **Martinenko total:** | **$888.00** |