**Exhibit 4 - Class representatives' overtime damages**

| Bates numbers | Plaintiff | Week end date | Total hours | Minimum wage | OT premium | Unpaid OT premium* |
|---|---|---|---|---|---|---|
| D1212 | Huk | 10/18/2020 | 43.25 | $15.00 | $7.50 | $24.38 |
| D1212 | Huk | 11/8/2020 | 46.10 | $15.00 | $7.50 | $45.75 |
| D1212 | Huk | 12/13/2020 | 43.38 | $15.00 | $7.50 | $25.38 |
| D1213 | Huk | 2/28/2021 | 42.77 | $15.00 | $7.50 | $20.75 |
| D1213 | Huk | 3/7/2021 | 44.70 | $15.00 | $7.50 | $35.25 |
| D1213 | Huk | 3/14/2021 | 47.95 | $15.00 | $7.50 | $59.63 |
| D1214 | Huk | 5/9/2021 | 40.85 | $15.00 | $7.50 | $6.38 |
| D1214 | Huk | 6/20/2021 | 44.05 | $15.00 | $7.50 | $30.38 |
| | | | | | **Huk total:** | **$247.88** |
| D1217 | Martinenko | 4/3/2016 | 40.58 | $9.00 | $4.50 | $2.61 |
| D1219 | Martinenko | 8/14/2016 | 47.07 | $9.00 | $4.50 | $31.82 |
| D1221 | Martinenko | 12/25/2016 | 45.30 | $9.00 | $4.50 | $23.85 |
| D1222 | Martinenko | 3/12/2017 | 40.20 | $11.00 | $5.50 | $1.10 |
| D1227 | Martinenko | 12/24/2017 | 40.05 | $11.00 | $5.50 | $0.27 |
| D1227 | Martinenko | 12/31/2017 | 47.15 | $11.00 | $5.50 | $39.33 |
| D1229 | Martinenko | 3/25/2018 | 41.08 | $13.00 | $6.50 | $7.02 |
| D1229 | Martinenko | 4/29/2018 | 41.87 | $13.00 | $6.50 | $12.16 |
| D1229 | Martinenko | 5/20/2018 | 44.17 | $13.00 | $6.50 | $27.11 |
| D1230 | Martinenko | 6/17/2018 | 45.10 | $13.00 | $6.50 | $33.15 |
| D1230 | Martinenko | 8/19/2018 | 42.90 | $13.00 | $6.50 | $18.85 |
| D1231 | Martinenko | 8/26/2018 | 40.17 | $13.00 | $6.50 | $1.11 |
| D1231 | Martinenko | 9/30/2018 | 42.05 | $13.00 | $6.50 | $13.33 |
| D1231 | Martinenko | 10/7/2018 | 44.55 | $13.00 | $6.50 | $29.58 |
| D1231 | Martinenko | 11/11/2018 | 42.92 | $13.00 | $6.50 | $18.98 |
| D1232 | Martinenko | 11/18/2018 | 43.77 | $13.00 | $6.50 | $24.51 |
| D1232 | Martinenko | 12/16/2018 | 45.62 | $13.00 | $6.50 | $36.53 |
| D1233 | Martinenko | 4/4/2021 | 42.93 | $15.00 | $7.50 | $21.98 |
| D1234 | Martinenko | 10/3/2021 | 45.48 | $15.00 | $7.50 | $41.10 |
| D1234 | Martinenko | 10/10/2021 | 44.80 | $15.00 | $7.50 | $36.00 |
| D1235 | Martinenko | 10/24/2021 | 43.50 | $15.00 | $7.50 | $26.25 |
| D1235 | Martinenko | 10/31/2021 | 44.57 | $15.00 | $7.50 | $34.28 |
| D1235 | Martinenko | 11/7/2021 | 41.42 | $15.00 | $7.50 | $10.65 |
| D1235 | Martinenko | 11/14/2021 | 58.33 | $15.00 | $7.50 | $137.48 |
| D1235 | Martinenko | 11/21/2021 | 52.00 | $15.00 | $7.50 | $90.00 |
| D1235 | Martinenko | 11/28/2021 | 48.58 | $15.00 | $7.50 | $64.35 |
| D1235 | Martinenko | 12/4/2021 | 46.10 | $15.00 | $7.50 | $45.75 |
| | | | | | **Martinenko total:** | **$829.10** |
| | | | * Tip credit already accounted for in tip credit damages section | | | |