**Exhibit 7 - NYLL 195 damages for class members who worked at least 100 days**

| Class members who worked more than 100 days | NYLL 195(1) damages | NYLL 195(3) damages |
|---|---|---|
| Angel Hernandez | $5,000.00 | $5,000.00 |
| Charles Gabriel | $5,000.00 | $5,000.00 |
| Dagmara Huk | $5,000.00 | $5,000.00 |
| Danny Birladeanu | $5,000.00 | $5,000.00 |
| Jaime Tovar | $5,000.00 | $5,000.00 |
| Juan Aguilar | $5,000.00 | $5,000.00 |
| Juan Deluna | $5,000.00 | $5,000.00 |
| Kelsey Foley | $5,000.00 | $5,000.00 |
| Lytchez Lazarov | $5,000.00 | $5,000.00 |
| Mark Smith | $5,000.00 | $5,000.00 |
| Miguel Torres | $5,000.00 | $5,000.00 |
| Nino Martinenko* | $10,000.00 | $5,000.00 |
| Noel Lora | $5,000.00 | $5,000.00 |
| Radzivon Babaniyazav | $5,000.00 | $5,000.00 |
| Tristian Collazo | $5,000.00 | $5,000.00 |
|  |  |  |
| * Martinenko had two separate periods of employment and has separate NYLL 195(1) claims and damages for each period |  |  |