Exhibit 8 - NYLL 195 damages for class members who worked less than 100 days

| Adrian Pizarro unique days | Benny Torres unique days | Cora Bethea unique days | Damian Zabrodin unique days | Gisely Rosa unique days | Haley Melendez unique days |
|---|---|---|---|---|---|
| Wednesday, January 12, 2022 | Saturday, August 20, 2016 | Thursday, January 13, 2022 | Thursday, January 06, 2022 | Wednesday, July 29, 2020 | Sunday, August 21, 2022 |
| Thursday, January 13, 2022 | Tuesday, August 23, 2016 | Friday, January 14, 2022 | Sunday, January 09, 2022 | Thursday, July 30, 2020 | Thursday, August 25, 2022 |
| Friday, January 14, 2022 | Wednesday, August 24, 2016 | Saturday, January 15, 2022 | Wednesday, January 12, 2022 | Friday, July 31, 2020 | Friday, August 26, 2022 |
| Saturday, January 15, 2022 | Thursday, August 25, 2016 | Tuesday, January 18, 2022 | Thursday, January 13, 2022 | Saturday, August 01, 2020 | Wednesday, August 31, 2022 |
| Sunday, January 16, 2022 | Friday, August 26, 2016 | Thursday, January 20, 2022 | Sunday, January 16, 2022 | Monday, August 03, 2020 | Thursday, September 01, 2022 |
| Monday, January 17, 2022 | Saturday, August 27, 2016 | Friday, January 21, 2022 | Wednesday, January 19, 2022 | Tuesday, August 04, 2020 | Friday, September 09, 2022 |
| Tuesday, January 18, 2022 | | Saturday, January 22, 2022 | Thursday, January 20, 2022 | Thursday, August 06, 2020 | Saturday, September 10, 2022 |
| Wednesday, January 19, 2022 | | Monday, January 24, 2022 | Friday, January 21, 2022 | | Thursday, September 15, 2022 |
| Thursday, January 20, 2022 | | Tuesday, January 25, 2022 | Sunday, December 12, 2021 | | Thursday, September 29, 2022 |
| Friday, January 21, 2022 | | Thursday, January 27, 2022 | Saturday, December 18, 2021 | | Friday, September 30, 2022 |
| Saturday, January 22, 2022 | | Friday, January 28, 2022 | Thursday, December 16, 2021 | | Thursday, October 06, 2022 |
| Monday, January 24, 2022 | | Saturday, January 29, 2022 | Friday, December 17, 2021 | | Friday, October 07, 2022 |
| Tuesday, January 25, 2022 | | Thursday, February 03, 2022 | Monday, December 13, 2021 | | Wednesday, October 12, 2022 |
| Wednesday, January 26, 2022 | | Friday, February 04, 2022 | Monday, December 20, 2021 | | Thursday, October 13, 2022 |
| Thursday, January 27, 2022 | | Sunday, February 06, 2022 | Wednesday, December 22, 2021 | | |
| Friday, January 28, 2022 | | Thursday, February 10, 2022 | Friday, December 31, 2021 | | |
| Tuesday, February 01, 2022 | | Friday, February 11, 2022 | Saturday, December 11, 2021 | | |
| | | Saturday, February 12, 2022 | Thursday, November 25, 2021 | | |
| | | Monday, February 14, 2022 | Thursday, December 23, 2021 | | |
| | | Thursday, February 17, 2022 | Friday, December 10, 2021 | | |
| | | Friday, February 18, 2022 | Thursday, December 09, 2021 | | |
| | | Saturday, February 19, 2022 | Wednesday, December 08, 2021 | | |
| | | Thursday, February 24, 2022 | Monday, December 06, 2021 | | |
| | | Friday, February 25, 2022 | Sunday, December 05, 2021 | | |
| | | Saturday, February 26, 2022 | Saturday, December 04, 2021 | | |
| | | Thursday, March 03, 2022 | Friday, December 03, 2021 | | |
| | | Friday, March 04, 2022 | Thursday, December 02, 2021 | | |
| | | Saturday, March 05, 2022 | Monday, November 29, 2021 | | |
| | | Thursday, March 10, 2022 | Sunday, November 28, 2021 | | |
| | | Friday, March 11, 2022 | Friday, November 26, 2021 | | |
| | | Saturday, March 12, 2022 | Wednesday, November 24, 2021 | | |
| | | Friday, March 18, 2022 | Saturday, November 27, 2021 | | |
| | | Saturday, March 19, 2022 | | | |
| | | Thursday, March 24, 2022 | | | |
| | | Friday, March 25, 2022 | | | |
| | | Saturday, March 26, 2022 | | | |
| | | Thursday, March 31, 2022 | | | |

| Adrian Pizarro unique days | Benny Torres unique days | Cora Bethea unique days | Damian Zabrodin unique days | Gisely Rosa unique days | Haley Melendez unique days |
|---|---|---|---|---|---|
| | | Friday, April 01, 2022 | | | |
| | | Saturday, April 02, 2022 | | | |
| | | Thursday, April 07, 2022 | | | |
| | | Friday, April 08, 2022 | | | |
| | | Saturday, April 09, 2022 | | | |
| | | Friday, April 15, 2022 | | | |
| | | Thursday, April 21, 2022 | | | |
| | | Friday, April 22, 2022 | | | |
| | | Saturday, April 23, 2022 | | | |
| | | Thursday, April 28, 2022 | | | |
| | | Friday, April 29, 2022 | | | |
| | | Saturday, April 30, 2022 | | | |
| | | Thursday, May 05, 2022 | | | |
| | | Friday, May 06, 2022 | | | |
| | | Saturday, May 07, 2022 | | | |
| | | Thursday, May 12, 2022 | | | |
| | | Friday, May 13, 2022 | | | |
| | | Saturday, May 14, 2022 | | | |

Exhibit 8 - NYLL 195 damages for class members who worked less than 100 days

|  | Adrian Pizarro unique days | Benny Torres unique days | Cora Bethea unique days | Damian Zabrodin unique days | Gisely Rosa unique days | Haley Melendez unique days |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
| Total days worked: | 17 | 6 | 55 | 32 | 7 | 14 |
| NYLL 195(1) damages: | $850.00 | $300.00 | $2,750.00 | $1,600.00 | $350.00 | $700.00 |
| NYLL 195(3) damages: | $4,250.00 | $1,500.00 | $5,000.00 | $5,000.00 | $1,750.00 | $3,500.00 |

| Hector Conoz unique days | Iroel Vazquez unique days | Jake Willis unique days | Jose Garcia | Jose Pena unique days | Keya Rocaverte |
|---|---|---|---|---|---|
| Saturday, August 07, 2021 | Wednesday, September 14, 2016 | Wednesday, February 17, 2016 | Saturday, April 07, 2018 | Saturday, August 06, 2016 | Sunday, January 29, 2017 |
| Tuesday, August 10, 2021 | Thursday, September 15, 2016 | Thursday, February 18, 2016 | | Sunday, August 07, 2016 | Monday, January 30, 2017 |
| Wednesday, August 11, 2021 | Saturday, September 17, 2016 | Friday, February 19, 2016 | | Friday, August 12, 2016 | Saturday, February 04, 2017 |
| Thursday, August 12, 2021 | Sunday, September 18, 2016 | Monday, February 22, 2016 | | Saturday, August 13, 2016 | Sunday, February 05, 2017 |
| Friday, August 13, 2021 | Monday, September 26, 2016 | Thursday, February 25, 2016 | | Sunday, August 14, 2016 | Monday, February 06, 2017 |
| Sunday, August 15, 2021 | Tuesday, September 27, 2016 | Friday, February 26, 2016 | | Sunday, August 28, 2016 | Tuesday, February 07, 2017 |
| Wednesday, August 18, 2021 | Wednesday, September 28, 2016 | Saturday, February 27, 2016 | | Friday, September 02, 2016 | Wednesday, February 08, 2017 |
| Thursday, August 19, 2021 | Friday, September 30, 2016 | Sunday, February 28, 2016 | | Saturday, September 03, 2016 | Saturday, February 11, 2017 |
| Friday, August 20, 2021 | Saturday, October 01, 2016 | Tuesday, March 01, 2016 | | Sunday, September 04, 2016 | Tuesday, February 14, 2017 |
| Saturday, August 21, 2021 | Monday, October 03, 2016 | Thursday, March 03, 2016 | | Friday, September 09, 2016 | |
| Wednesday, August 25, 2021 | Tuesday, October 04, 2016 | Friday, March 04, 2016 | | Saturday, September 10, 2016 | |
| Thursday, August 26, 2021 | Thursday, October 06, 2016 | Saturday, March 05, 2016 | | Sunday, September 11, 2016 | |
| Friday, August 27, 2021 | Friday, October 07, 2016 | Sunday, March 06, 2016 | | Friday, September 16, 2016 | |
| Saturday, August 28, 2021 | Saturday, October 08, 2016 | Tuesday, March 08, 2016 | | Saturday, September 17, 2016 | |
| Sunday, August 29, 2021 | Tuesday, October 11, 2016 | Wednesday, March 09, 2016 | | Sunday, September 18, 2016 | |
| Tuesday, August 31, 2021 | Wednesday, October 12, 2016 | Friday, March 11, 2016 | | Friday, September 23, 2016 | |
| Wednesday, September 01, 2021 | Thursday, October 13, 2016 | Saturday, March 12, 2016 | | Saturday, September 24, 2016 | |
| Friday, September 03, 2021 | Friday, October 14, 2016 | Sunday, March 13, 2016 | | Sunday, September 25, 2016 | |
| Saturday, September 04, 2021 | Saturday, October 15, 2016 | Wednesday, March 16, 2016 | | Friday, September 30, 2016 | |
| Tuesday, September 07, 2021 | Tuesday, October 18, 2016 | Thursday, March 17, 2016 | | Saturday, October 01, 2016 | |
| Wednesday, September 08, 2021 | Wednesday, October 19, 2016 | Friday, March 18, 2016 | | Sunday, October 02, 2016 | |
| Friday, September 10, 2021 | Thursday, October 20, 2016 | Saturday, March 19, 2016 | | | |
| Saturday, September 11, 2021 | Friday, October 21, 2016 | Sunday, March 20, 2016 | | | |
| Sunday, September 12, 2021 | Saturday, October 22, 2016 | Wednesday, March 23, 2016 | | | |
| Wednesday, September 15, 2021 | Monday, October 24, 2016 | Thursday, March 24, 2016 | | | |
| Friday, September 17, 2021 | Tuesday, October 25, 2016 | Friday, March 25, 2016 | | | |
| Saturday, September 18, 2021 | Wednesday, October 26, 2016 | Saturday, March 26, 2016 | | | |
| Wednesday, September 22, 2021 | Friday, October 28, 2016 | Sunday, March 27, 2016 | | | |
| Thursday, September 23, 2021 | Saturday, October 29, 2016 | Wednesday, March 30, 2016 | | | |
| Friday, September 24, 2021 | Tuesday, November 01, 2016 | Thursday, March 31, 2016 | | | |
| Saturday, September 25, 2021 | Wednesday, November 02, 2016 | Saturday, April 02, 2016 | | | |
| Wednesday, September 29, 2021 | Friday, November 04, 2016 | Wednesday, April 06, 2016 | | | |
| Friday, October 01, 2021 | Saturday, November 05, 2016 | Thursday, April 07, 2016 | | | |
| Saturday, October 02, 2021 | Tuesday, November 08, 2016 | Friday, April 08, 2016 | | | |
| Wednesday, October 06, 2021 | Thursday, November 10, 2016 | Saturday, April 09, 2016 | | | |
| Thursday, October 07, 2021 | Friday, November 11, 2016 | Sunday, April 10, 2016 | | | |
| Friday, October 08, 2021 | Saturday, November 12, 2016 | Monday, April 11, 2016 | | | |

Exhibit 8 - NYLL 195 damages for class members who worked less than 100 days

| | Hector Conoz unique days | Iroel Vazquez unique days | Jake Willis unique days | Jose Garcia | Jose Pena unique days | Keya Rocaverte |
|---|---|---|---|---|---|---|
| | Saturday, October 09, 2021 | Wednesday, November 16, 2016 | Thursday, April 14, 2016 | | | |
| | Wednesday, October 13, 2021 | Thursday, November 17, 2016 | Friday, April 15, 2016 | | | |
| | Thursday, October 14, 2021 | Friday, November 18, 2016 | Saturday, April 16, 2016 | | | |
| | Friday, October 15, 2021 | Tuesday, November 22, 2016 | Thursday, April 21, 2016 | | | |
| | Saturday, October 16, 2021 | Wednesday, November 23, 2016 | Friday, April 22, 2016 | | | |
| | Wednesday, October 20, 2021 | Thursday, November 24, 2016 | Saturday, April 23, 2016 | | | |
| | Thursday, October 21, 2021 | Friday, November 25, 2016 | Sunday, April 24, 2016 | | | |
| | Friday, October 22, 2021 | Saturday, November 26, 2016 | Wednesday, April 27, 2016 | | | |
| | Saturday, October 23, 2021 | Tuesday, November 29, 2016 | Friday, April 29, 2016 | | | |
| | Wednesday, October 27, 2021 | Wednesday, November 30, 2016 | Saturday, April 30, 2016 | | | |
| | Thursday, October 28, 2021 | Friday, December 02, 2016 | Monday, May 02, 2016 | | | |
| | Friday, October 29, 2021 | Saturday, December 03, 2016 | Tuesday, May 03, 2016 | | | |
| | Saturday, October 30, 2021 | Tuesday, December 06, 2016 | Friday, May 06, 2016 | | | |
| | Monday, November 01, 2021 | Wednesday, December 07, 2016 | Saturday, May 07, 2016 | | | |
| | Tuesday, November 02, 2021 | Thursday, December 08, 2016 | Sunday, May 08, 2016 | | | |
| | Wednesday, November 03, 2021 | | Monday, May 09, 2016 | | | |
| | Thursday, November 04, 2021 | | Thursday, May 12, 2016 | | | |
| | Saturday, November 06, 2021 | | Friday, May 13, 2016 | | | |
| | Wednesday, November 10, 2021 | | Saturday, May 14, 2016 | | | |
| | Friday, November 12, 2021 | | Monday, May 16, 2016 | | | |
| | Monday, November 15, 2021 | | Tuesday, May 17, 2016 | | | |
| | Wednesday, November 17, 2021 | | Wednesday, May 18, 2016 | | | |
| | Thursday, November 18, 2021 | | Friday, May 20, 2016 | | | |
| | Friday, November 19, 2021 | | Monday, May 23, 2016 | | | |
| | Saturday, November 20, 2021 | | Tuesday, May 24, 2016 | | | |
| | Wednesday, November 24, 2021 | | Tuesday, May 31, 2016 | | | |
| | Thursday, November 25, 2021 | | Wednesday, June 01, 2016 | | | |
| | Friday, November 26, 2021 | | Friday, June 03, 2016 | | | |
| | Saturday, November 27, 2021 | | Saturday, June 04, 2016 | | | |
| | Wednesday, December 01, 2021 | | Wednesday, June 08, 2016 | | | |
| | Thursday, December 02, 2021 | | Friday, June 10, 2016 | | | |
| | Saturday, December 04, 2021 | | Saturday, June 11, 2016 | | | |
| | Sunday, December 05, 2021 | | Sunday, June 12, 2016 | | | |
| | Wednesday, December 08, 2021 | | Monday, June 13, 2016 | | | |
| | Thursday, December 09, 2021 | | Tuesday, June 14, 2016 | | | |
| | Friday, December 10, 2021 | | Wednesday, June 15, 2016 | | | |
| | Saturday, December 11, 2021 | | Thursday, June 16, 2016 | | | |

Exhibit 8 - NYLL 195 damages for class members who worked less than 100 days

| | Hector Conoz unique days | Iroel Vazquez unique days | Jake Willis unique days | Jose Garcia | Jose Pena unique days | Keya Rocaverte |
|---|---|---|---|---|---|---|
| | Sunday, December 12, 2021 | | Friday, June 17, 2016 | | | |
| | Tuesday, December 14, 2021 | | Saturday, June 18, 2016 | | | |
| | Wednesday, December 15, 2021 | | Monday, July 11, 2016 | | | |
| | Friday, December 17, 2021 | | Wednesday, July 13, 2016 | | | |
| | Saturday, December 18, 2021 | | Thursday, July 14, 2016 | | | |
| | Wednesday, December 22, 2021 | | Friday, July 15, 2016 | | | |
| | Thursday, December 23, 2021 | | Saturday, July 16, 2016 | | | |
| | Monday, December 27, 2021 | | Sunday, July 17, 2016 | | | |
| | Tuesday, December 28, 2021 | | Wednesday, July 20, 2016 | | | |
| | Wednesday, December 29, 2021 | | Thursday, July 21, 2016 | | | |
| | Thursday, December 30, 2021 | | Friday, July 22, 2016 | | | |
| | Friday, December 31, 2021 | | Saturday, July 23, 2016 | | | |
| | | | Sunday, July 24, 2016 | | | |
| | | | Monday, July 25, 2016 | | | |
| | | | Tuesday, July 26, 2016 | | | |
| | | | Wednesday, July 27, 2016 | | | |
| **Total days worked:** | 86 | 52 | 90 | 1 | 21 | 9 |
| **NYLL 195(1) damages:** | $4,300.00 | $2,600.00 | $4,500.00 | $50.00 | $1,050.00 | $450.00 |
| **NYLL 195(3) damages:** | $5,000.00 | $5,000.00 | $5,000.00 | $250.00 | $5,000.00 | $2,250.00 |

**Exhibit 8 - NYLL 195 damages for class members who worked less than 100 days**

| | Michelle Marquez unique days | Raul Romero unique days | Shonda Williams unique days | Stefana Manzano unique days | Tela Wittig unique days | Vivian Peng unique days |
|---|---|---|---|---|---|---|
| | Thursday, December 08, 2016 | Monday, August 12, 2019 | Wednesday, March 23, 2016 | Monday, June 26, 2017 | Saturday, August 20, 2022 | Monday, July 03, 2017 |
| | Friday, December 09, 2016 | Tuesday, August 13, 2019 | Thursday, March 24, 2016 | Thursday, June 29, 2017 | Sunday, August 21, 2022 | Saturday, July 08, 2017 |
| | Saturday, December 10, 2016 | Wednesday, August 14, 2019 | Friday, March 25, 2016 | Friday, June 30, 2017 | Saturday, August 27, 2022 | Thursday, July 13, 2017 |
| | Sunday, December 11, 2016 | Friday, August 16, 2019 | Saturday, March 26, 2016 | Saturday, July 01, 2017 | Sunday, August 28, 2022 | Friday, July 14, 2017 |
| | Monday, December 12, 2016 | Monday, August 19, 2019 | Wednesday, March 30, 2016 | Sunday, July 02, 2017 | Friday, September 02, 2022 | Saturday, July 15, 2017 |
| | Tuesday, December 13, 2016 | Tuesday, August 20, 2019 | Thursday, March 31, 2016 | Monday, July 03, 2017 | Saturday, September 03, 2022 | Sunday, July 23, 2017 |
| | Wednesday, December 14, 2016 | Wednesday, August 21, 2019 | Friday, April 01, 2016 | Tuesday, July 04, 2017 | Sunday, September 04, 2022 | Monday, July 24, 2017 |
| | Monday, December 19, 2016 | Friday, August 23, 2019 | Saturday, April 02, 2016 | Wednesday, July 05, 2017 | Wednesday, September 07, 2022 | Wednesday, July 26, 2017 |
| | Tuesday, December 20, 2016 | Saturday, August 24, 2019 | Wednesday, April 06, 2016 | Saturday, July 08, 2017 | Thursday, September 08, 2022 | Friday, July 28, 2017 |
| | Thursday, December 22, 2016 | Monday, August 26, 2019 | | Sunday, July 09, 2017 | Sunday, September 11, 2022 | Saturday, July 29, 2017 |
| | Friday, December 23, 2016 | Tuesday, August 27, 2019 | | Monday, July 10, 2017 | Friday, September 16, 2022 | Sunday, July 30, 2017 |
| | Saturday, December 24, 2016 | Wednesday, August 28, 2019 | | Tuesday, July 11, 2017 | Saturday, September 17, 2022 | Friday, August 04, 2017 |
| | Monday, December 26, 2016 | Thursday, August 29, 2019 | | Friday, July 14, 2017 | Sunday, September 18, 2022 | Saturday, August 05, 2017 |
| | Tuesday, December 27, 2016 | Monday, September 02, 2019 | | Saturday, July 15, 2017 | Saturday, September 24, 2022 | Sunday, August 06, 2017 |
| | Wednesday, December 28, 2016 | Wednesday, September 04, 2019 | | Sunday, July 16, 2017 | Sunday, September 25, 2022 | Thursday, August 10, 2017 |
| | Friday, December 30, 2016 | Thursday, September 05, 2019 | | Monday, July 17, 2017 | Friday, September 30, 2022 | Friday, August 11, 2017 |
| | Saturday, December 31, 2016 | Monday, September 09, 2019 | | Tuesday, July 18, 2017 | Sunday, October 02, 2022 | Wednesday, August 16, 2017 |
| | | Wednesday, September 11, 2019 | | Wednesday, July 19, 2017 | Friday, October 07, 2022 | Thursday, August 17, 2017 |
| | | Thursday, September 12, 2019 | | Saturday, July 22, 2017 | Saturday, October 08, 2022 | Friday, August 18, 2017 |
| | | Saturday, September 14, 2019 | | Monday, July 24, 2017 | Sunday, October 09, 2022 | Saturday, August 19, 2017 |
| | | Monday, September 16, 2019 | | Tuesday, July 25, 2017 | Friday, October 14, 2022 | Tuesday, August 22, 2017 |
| | | Wednesday, September 18, 2019 | | Wednesday, July 26, 2017 | Saturday, October 15, 2022 | Thursday, August 24, 2017 |
| | | Thursday, September 19, 2019 | | Thursday, July 27, 2017 | Sunday, October 16, 2022 | Saturday, August 26, 2017 |
| | | Saturday, September 21, 2019 | | Saturday, July 29, 2017 | Friday, October 21, 2022 | Tuesday, August 29, 2017 |
| | | Monday, September 23, 2019 | | Monday, July 31, 2017 | Saturday, October 22, 2022 | Friday, September 08, 2017 |
| | | Wednesday, September 25, 2019 | | Tuesday, August 01, 2017 | Sunday, October 23, 2022 | Sunday, September 10, 2017 |
| | | Thursday, September 26, 2019 | | Thursday, August 03, 2017 | Friday, October 28, 2022 | Friday, September 15, 2017 |
| | | Saturday, September 28, 2019 | | Sunday, August 06, 2017 | Saturday, October 29, 2022 | Sunday, September 17, 2017 |
| | | Monday, September 30, 2019 | | Tuesday, August 08, 2017 | Sunday, October 30, 2022 | Friday, September 22, 2017 |
| | | Tuesday, October 01, 2019 | | Wednesday, August 09, 2017 | Friday, November 04, 2022 | Saturday, September 23, 2017 |
| | | Wednesday, October 02, 2019 | | Thursday, August 10, 2017 | Saturday, November 05, 2022 | Sunday, September 24, 2017 |
| | | Thursday, October 03, 2019 | | Friday, August 11, 2017 | Friday, November 11, 2022 | Friday, September 29, 2017 |
| | | Saturday, October 05, 2019 | | Saturday, August 12, 2017 | Saturday, November 12, 2022 | Saturday, September 30, 2017 |
| | | Monday, October 07, 2019 | | Friday, August 18, 2017 | Sunday, November 13, 2022 | Sunday, October 01, 2017 |
| | | Wednesday, October 09, 2019 | | Saturday, August 19, 2017 | | Tuesday, October 03, 2017 |
| | | Thursday, October 10, 2019 | | Sunday, August 20, 2017 | | Sunday, October 08, 2017 |
| | | Saturday, October 12, 2019 | | Monday, August 21, 2017 | | Saturday, October 14, 2017 |

**Exhibit 8 - NYLL 195 damages for class members who worked less than 100 days**

| | Michelle Marquez unique days | Raul Romero unique days | Shonda Williams unique days | Stefana Manzano unique days | Tela Wittig unique days | Vivian Peng unique days |
|---|---|---|---|---|---|---|
| | | Tuesday, October 15, 2019 | | Friday, August 25, 2017 | | Saturday, October 21, 2017 |
| | | Wednesday, October 16, 2019 | | Sunday, August 27, 2017 | | Friday, October 27, 2017 |
| | | Thursday, October 17, 2019 | | Monday, August 28, 2017 | | Saturday, October 28, 2017 |
| | | Saturday, October 19, 2019 | | Tuesday, August 29, 2017 | | Tuesday, October 31, 2017 |
| | | Wednesday, October 23, 2019 | | Saturday, September 02, 2017 | | Friday, November 03, 2017 |
| | | Thursday, October 24, 2019 | | Wednesday, September 06, 2017 | | Saturday, November 04, 2017 |
| | | Saturday, October 26, 2019 | | Thursday, September 07, 2017 | | Monday, November 06, 2017 |
| | | Tuesday, October 29, 2019 | | Saturday, September 09, 2017 | | Tuesday, November 07, 2017 |
| | | Wednesday, October 30, 2019 | | Sunday, September 10, 2017 | | Friday, November 10, 2017 |
| | | | | Tuesday, September 12, 2017 | | Saturday, November 11, 2017 |
| | | | | Saturday, September 16, 2017 | | Sunday, November 12, 2017 |
| | | | | Tuesday, September 19, 2017 | | Monday, November 13, 2017 |
| | | | | Friday, September 22, 2017 | | |
| | | | | Saturday, September 23, 2017 | | |
| | | | | Monday, September 25, 2017 | | |
| | | | | Friday, September 29, 2017 | | |
| | | | | Saturday, September 30, 2017 | | |
| | | | | Sunday, October 01, 2017 | | |
| | | | | Monday, October 02, 2017 | | |
| | | | | Friday, October 06, 2017 | | |
| | | | | Saturday, October 07, 2017 | | |
| | | | | Sunday, October 08, 2017 | | |
| | | | | Tuesday, October 10, 2017 | | |
| | | | | Friday, October 13, 2017 | | |
| | | | | Saturday, October 14, 2017 | | |
| | | | | Tuesday, October 17, 2017 | | |
| | | | | Friday, October 20, 2017 | | |
| | | | | Saturday, October 21, 2017 | | |
| | | | | Sunday, October 22, 2017 | | |
| | | | | Monday, October 23, 2017 | | |
| | | | | Friday, October 27, 2017 | | |
| | | | | Sunday, December 24, 2017 | | |
| | | | | Monday, December 25, 2017 | | |
| | | | | Tuesday, December 26, 2017 | | |
| | | | | Wednesday, December 27, 2017 | | |
| | | | | Friday, December 29, 2017 | | |

Exhibit 8 - NYLL 195 damages for class members who worked less than 100 days

|  | Michelle Marquez unique days | Raul Romero unique days | Shonda Williams unique days | Stefana Manzano unique days | Tela Wittig unique days | Vivian Peng unique days |
|---|---|---|---|---|---|---|
| Total days worked: | 17 | 46 | 9 | 73 | 34 | 49 |
| NYLL 195(1) damages: | $850.00 | $2,300.00 | $450.00 | $3,650.00 | $1,700.00 | $2,450.00 |
| NYLL 195(3) damages: | $4,250.00 | $5,000.00 | $2,250.00 | $5,000.00 | $5,000.00 | $5,000.00 |