DocuSign Envelope ID: BB73D8E1-6B95-4770-BA69-361E3FFE44FA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

NINO MARTINENKO, on behalf of herself and others similarly situated,

        **Plaintiff,**

v.

212 STEAKHOUSE, INC., and
NIKOLAY VOLPER,

        **Defendants.**

-----------------------------------------------------x

CASE NO. 22 CV 518 (LJL)

### DECLARATION OF NINO MARTINENKO

I, Nino Martinenko, under penalty of perjury, affirm as follows:

1. I am the Named Plaintiff in this action. I am familiar with the facts and circumstances set forth herein.

2. I submit this declaration in support of Plaintiff's motion for summary judgment pursuant to Fed. R. Civ. P. 56.

3. I worked at 212 Steakhouse (the "Restaurant") as a server from 2016 through 2018, and then again from early 2021 through December 2021.

4. During my entire employment, at any given time, Defendants employed at least 11 individuals to work at the Restaurant.

I declare under penalty of perjury of the law of the United States that the foregoing is true and correct.

Dated: 11/16/2023

By: /s/ Nino Martinenko
Nino Martinenko