# EXHIBIT 1

# Time cards report - 01/01/2022 - 12/31/2022

| ID | Person | Class | Pay Rate | Time In | Time Out | Reg | OT | Dbl OT | Hol Hr | Hol Pay | Reg Paid | OT Paid | Dbl Paid | Hol Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 175 | Adrian pizarro | Unclassified | $0.00 | 01/12/2022 02:00 PM | 01/12/2022 10:00 PM | 08:00 | 08:00 | 00:00 | 00:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 175 | Adrian pizarro | Unclassified | $0.00 | 01/13/2022 02:00 PM | 01/13/2022 09:30 PM | 07:30 | 07:30 | 00:00 | 00:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 175 | Adrian pizarro | Unclassified | $0.00 | 01/14/2022 12:00 PM | 01/14/2022 11:00 PM | 11:00 | 11:00 | 00:00 | 00:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 175 | Adrian pizarro | Unclassified | $0.00 | 01/15/2022 02:00 PM | 01/15/2022 11:00 PM | 09:00 | 09:00 | 00:00 | 00:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 175 | Adrian pizarro | Unclassified | $0.00 | 01/16/2022 02:00 PM | 01/16/2022 10:00 PM | 08:00 | 08:00 | 00:00 | 00:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 175 | Adrian pizarro | Unclassified | $0.00 | 01/17/2022 02:00 PM | 01/17/2022 09:00 PM | 07:00 | 07:00 | 00:00 | 00:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 175 | Adrian pizarro | Unclassified | $0.00 | 01/18/2022 02:00 PM | 01/18/2022 10:00 PM | 08:00 | 08:00 | 00:00 | 00:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 175 | Adrian pizarro | Unclassified | $0.00 | 01/19/2022 02:00 PM | 01/19/2022 10:00 PM | 08:00 | 08:00 | 00:00 | 00:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 175 | Adrian pizarro | Unclassified | $0.00 | 01/20/2022 02:00 PM | 01/20/2022 10:00 PM | 08:00 | 08:00 | 00:00 | 00:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 175 | Adrian pizarro | Unclassified | $0.00 | 01/21/2022 02:00 PM | 01/21/2022 10:00 PM | 08:00 | 08:00 | 00:00 | 00:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 175 | Adrian pizarro | Unclassified | $0.00 | 01/22/2022 02:00 PM | 01/22/2022 11:00 PM | 09:00 | 09:00 | 00:00 | 00:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 175 | Adrian pizarro | Unclassified | $0.00 | 01/24/2022 02:00 PM | 01/24/2022 09:00 PM | 07:00 | 07:00 | 00:00 | 00:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 175 | Adrian pizarro | Unclassified | $0.00 | 01/25/2022 02:00 PM | 01/25/2022 10:00 PM | 08:00 | 08:00 | 00:00 | 00:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 175 | Adrian pizarro | Unclassified | $0.00 | 01/26/2022 02:00 PM | 01/26/2022 10:00 PM | 08:00 | 08:00 | 00:00 | 00:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 175 | Adrian pizarro | Unclassified | $0.00 | 01/27/2022 02:00 PM | 01/27/2022 10:00 PM | 08:00 | 08:00 | 00:00 | 00:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 175 | Adrian pizarro | Unclassified | $0.00 | 01/28/2022 01:00 PM | 01/29/2022 12:00 AM | 11:00 | 11:00 | 00:00 | 00:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 175 | Adrian pizarro | Unclassified | $0.00 | 02/01/2022 02:00 PM | 02/01/2022 10:00 PM | 08:00 | 08:00 | 00:00 | 00:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Summary by Class | Adrian pizarro | Unclassified | | | | 141:30 | 141:30 | 00:00 | 00:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Summary by Employee | Adrian pizarro | | | | | 141:30 | 141:30 | 00:00 | 00:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

39
39
39
39
39
39
39
39