# EXHIBIT 2

212

STEAKHOUSE

DATE: 03/08

CLOSING SERVER: _DAGMARA_

CC TIP _506.21_          CC DISCOUNT _13.92_          CC TOTAL _492.2_

| SERVERS | SERVER POINTS |
|---|---|
| DAGMARA | 182.32 |
| SASHA | 182.32 |
| | |
| | |
| | |

| RUNNERS | RUNNER POINTS |
|---|---|
| EVERARDO | 127.65 |
| | |
| | |

| BUSSERS | BUSSER POINTS |
|---|---|
| | |
| | |
| | |

212

STEAKHOUSE

DATE: 03/09/21

CLOSING SERVER: DAGMARA

CC TIP 547.57

CC DISCOUNT 15.05

CC TOTAL 532.52

**SERVERS**

SASHA

DAGMARA

**SERVER POINTS**

204.81

204.81

2.6

**RUNNERS**

**RUNNER POINTS**

**BUSSERS**

SAMUEL

**BUSSER POINTS**

122.90

212
STEAKHOUSE

DATE: 3/10/21

CLOSING SERVER: _DAGMARA_

CC TIP 526.96          CC DISCOUNT 14.49          CC TOTAL 512.4

| SERVERS | SERVER POINTS |
|---------|---------------|
| SASHA | 197.10 |
| DAGMARA | 197.10 |
| | 2.6 |
| | |
| | |

| RUNNERS | RUNNER POINTS |
|---------|---------------|
| | |
| | |
| | |

| BUSSERS | BUSSER POINTS |
|---------|---------------|
| SAMIE | 118.26 |
| | |
| | |

212

STEAKHOUSE

DATE: 03/11/21

CLOSING SERVER: DAG MANA

CC TIP 679.49          CC DISCOUNT 18.68          CC TOTAL 660.8

SERVERS                                    SERVER POINTS

DAGMARA          244.79

SASHA            244.74

2.>

RUNNERS                                    RUNNER POINTS

EVERARDO         171.31

BUSSERS                                    BUSSER POINTS

212

STEAKHOUSE

DATE: 03 | 12 | 21

CLOSING SERVER: _DAGMAR_

CC TIP _837.50_        CC DISCOUNT _23.03_        CC TOTAL _814.6_

| SERVERS | SERVER POINTS |
|---------|---------------|
| SASHA | 189.34 |
| NINO | 189.34 |
| DAGMANA | 189.34 |

(4.3)

| RUNNERS | RUNNER POINTS |
|---------|---------------|
| EVERARDO | 132.53 |

| BUSSERS | BUSSER POINTS |
|---------|---------------|
| SAMIE | 113.60 |

/

212

STEAKHOUSE

DATE: 2/17/21

CLOSING SERVER: Says

CC TIP 483.02          CC DISCOUNT 1328          CC TOTAL 469.7

**SERVERS**                          **SERVER POINTS**

Jassa          293.58

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

**RUNNERS**                          **RUNNER POINTS**

Everardo     176.15

_____          _____

_____          _____

**BUSSERS**                          **BUSSER POINTS**

_____          _____

_____          _____

_____          _____

212

S T E A K H O U S E

DATE: 02/19/21

CLOSING SERVER: _DAGMARA_

CC TIP _634.98_

CC DISCOUNT _17.46_

CC TOTAL _617.5_

**SERVERS**

SASHA

DAGMARA

**SERVER POINTS**

_187.12_

_187.12_

**RUNNERS**

EVERADO

**RUNNER POINTS**

_130.98_

**BUSSERS**

SAMIE

**BUSSER POINTS**

_120.30_

212

STEAKHOUSE

DATE: 02/20/

CLOSING SERVER: DAGMARA

CC TIP 1438.56        CC DISCOUNT 39.56        CC TOTAL 1399.

**SERVERS**
SASHA
DAGMARA

**SERVER POINTS**
423.93
423.93

**RUNNERS**
EVERARDO

**RUNNER POINTS**
296.75

**BUSSERS**
SAMIE

**BUSSER POINTS**
254.35

212

STEAKHOUSE

DATE: 02|21|21

CLOSING SERVER: _DAGMANA_

CC TIP _461.51_          CC DISCOUNT _12.85_          CC TOTAL _454.6_

| SERVERS | SERVER POINTS |
|---------|---------------|
| SASHA | 137.77 |
| DAGMANA | 137.77 |
| | |
| | |
| | |
| | |

| RUNNERS | RUNNER POINTS |
|---------|---------------|
| EVERARDO | 96.43 |
| | |
| | |

| BUSSERS | BUSSER POINTS |
|---------|---------------|
| SAMIE | 82.66 |
| | |
| | |

212
STEAKHOUSE

DATE: 02/22/21

CLOSING SERVER: DAGMARA

CC TIP ___125.66___     CC DISCOUNT ___3.45___     CC TOTAL ___122.21___

**SERVERS**

DAGMARA

**SERVER POINTS**

71.88

1.7

**RUNNERS**

EVENARDO

**RUNNER POINTS**

50.33

**BUSSERS**

**BUSSER POINTS**

212

DATE: 2/23/21

CC TIP 353.22

CC DISCOUNT 9.74

CLOSING SERVER:

CC TOTAL 343.5

SERVERS 202.06

SERVER POINTS

RUNNERS   Everardo   141.44

RUNNER POINTS   1/

BUSSERS

BUSSER POINTS

212
STEAKHOUSE

DATE: 02/24/21

CLOSING SERVER: DAGMAR

CC TIP 198.61          CC DISCOUNT 5.46          CC TOTAL 193.15

**SERVERS**

DAGMARA

SASHA

**SERVER POINTS**

71.53

71.53

2.7

**RUNNERS**

EVERARDO

**RUNNER POINTS**

50.09

**BUSSERS**

**BUSSER POINTS**

212

STEAKHOUSE

DATE: 02/25/21

CLOSING SERVER: DAGMAR

CC TIP 530.01          CC DISCOUNT 14.57          CC TOTAL 515.

**SERVERS**

DAGMARA

SASHA

**SERVER POINTS**

190.90

190.90

2.7

**RUNNERS**

EVERARDO

**RUNNER POINTS**

133.64

**BUSSERS**

**BUSSER POINTS**

212

DATE: 02/26                              CLOSING SERVER: DAGMAN

CC TIP 577.34          CC DISCOUNT 15.87          CC TOTAL 56.46

**SERVERS**                                    **SERVER POINTS**

SASHA        207.94                                              2,7
DAGMARA      207.94

**RUNNERS**                                    **RUNNER POINTS**

EVERARDO     145.56

**BUSSERS**                                    **BUSSER POINTS**

# 212

## S T E A K H O U S E

DATE: _01/05/23_          CLOSING SERVER: _Lui_

CC TIP _07 3&_          CC DISCOUNT _2 40_          CC TOTAL _8 4 98_

**SERVERS**
_Lui  84 98_

**SERVER POINTS**
_1_

**RUNNERS**

**RUNNER POINTS**

**BUSSERS**

**BUSSER POINTS**

# 212

S T E A K H O U S E

DATE: 01/04/22

CLOSING SERVER: _Sasha_

CC TIP  557.53

CC DISCOUNT  15.33

CC TOTAL 542.19

| SERVERS | | SERVER POINTS |
|---|---|---|
| Oscar | 180.73 | 1 |
| Sasha | 180.73 | 1 |
| | | |
| | | |
| | | |

| RUNNERS | | RUNNER POINTS |
|---|---|---|
| Sam | 180.73 | 1 |
| | | |
| | | |

| BUSSERS | | BUSSER POINTS |
|---|---|---|
| | | |
| | | |
| | | |

# 212

S T E A K H O U S E

DATE: 01-03-23

CLOSING SERVER: _Paco_

CC TIP 550.44        CC DISCOUNT 15.13

CC TOTAL 535.31

SERVERS

Paco

Oscar

Boni

SERVER POINTS

178.43

178.43

178.43

RUNNERS

RUNNER POINTS

BUSSERS

BUSSER POINTS

| SERVERS | MONDAY 05/15/23 | TUESDAY 05/16/23 | WEDNESDAY 05/17/23 | THURSDAY 05/18/23 | FRIDAY 05/19/23 | SATURDAY 05/20/23 | SUNDAY 05/21/23 |
|---|---|---|---|---|---|---|---|
| SASHA | 59.55 / 206.75 | | | | | | |
| PACO | 206.75 | | | 294.36 | 308.89 | 47.86 / 309.04 | 108.78 |
| LUCHO | | 265.85 | 209.56 | 22.22 / 294.36 | 52.11 / 308.89 | 322.04 | 158.75 |
| OSCAR | off | 265.85 | 143.15 / 209.56 | 55.22 / 294.36 off | 308.89 | 322.04 | 158.75 |
| | | | | | | | |
| SAMMY | | 212.68 | 146.69 | 224.36 | 247.01 | 47.86 / 257.03 | 111.13 |
| JAVIER | 165.40 | 212.83 | 146.69 | | 247.01 | 47.86 / 257.03 | 111.13 |
| RAUL | | | | | 247.01 | 257.63 | 108.78 / 111.13 |
| BONIFACIO | 165.40 / 8.55 | 957.09 | 146.69 | | 247.01 | 257.63 | 111.13 |
| TOTAL | 774.31 | 957.09 | 859.21 | 897.45 | 1661.15 | 1739.06 | 920.80 |

SASHA: 1278.15    OSCAR: 1408.24    PACO: 1177.95    LUIS: 850.21    —

SAMMY: 1247.36    BONIFACIO: 987.47    JAVIER: 636.07    RAUL: 724.51    —

Unde.

12/25/27
Dinner

DATE: _12/25_

CLOSING SERVER: _Sasha_

CC TIP _770.73_   CC DISCOUNT _21.95_   CC TOTAL _749.5_

| SERVERS | | | SERVER POINTS |
|---|---|---|---|
| Paco | ( | 159.47 | 1 |
| Sashy | 1 | 159.47 | 1 |
| Ron | 1 | 159.47 | 1 |
| OScar | | 95.68 | 96 |

(4,7)

| RUNNERS | | RUNNER POINTS |
|---|---|---|
| Sammy | 111.62 | 97 |
| ~~0~~ | | 1 |

| BUSSERS | | BUSSER POINTS |
|---|---|---|
| Javier | 63.78 | 0,4 |

2

DATE: 12/26/2022                                CLOSING SERVER: Sash

CC TIP 1643.80          CC DISCOUNT 4520          CC TOTAL 1,598.6

| SERVERS | | SERVER POINTS | |
|---|---|---|---|
| Paeo | 313.45 | 1 | 3 |
| Oscar | 313.45 | 1 | |
| Sash | 313.45 | 1 | 5.1 |
| | | | |
| | | | |

| RUNNERS | | RUNNER POINTS | |
|---|---|---|---|
| Jo Sam | 219.41 | 0/8 | 2/ |
| | | | |
| | | | |

| BUSSERS | | BUSSER POINTS |
|---|---|---|
| Javier | 219.41 | 27 |
| Bonifacio | 219.41 | 1/2 |
| | | |