# EXHIBIT 3

| Nino Martinenko 2021 December 12/01/2021 - 12/31/2021 | | | |
|---|---|---|---|
| Date | Check Closed (Transaction) | Time Out | Difference in Mins |
| 12/01 | 23:01 | 12:01 AM | 60 |
| 12/02 | 18:53 | 11:59 PM | 306 |
| 12/03 | 23:36 | 12:26 AM | 50 |
| 12/04 | 23:43 | 12:25 AM | 42 |
| 12/07 | 22:04 | 10:24 PM | 20 |
| 12/08 | 22:13 | 10:29 PM | 16 |
| 12/9 | 22:56 | 12:08 AM | 72 |
| 12/10 | 19:13 | 7:48 PM | 35 |
| 12/11 | 22:10 | 11:51 PM | 101 |
| 12/14 | 22:59 | 11:53 PM | 54 |
| 12/15 | 20:48 | 12:14 AM | 206 |
| 12/16 | 21:48 | 11:48 PM | 120 |
| 12/17 | 23:56 | 1:09 AM | 73 |
| 12/27 | 22:09 | 10:54 PM | 45 |
| 12/28 | 22:54 | 11:31 PM | 37 |
| Total Difference | | | 1237 |