# Tab 1

2021

| ID | Last name First name | Time in | Time out | Hours |
|----|----------------------|---------------|---------------|-------|
| 164 | Martinenko, Nino | 03/25 04:22PM | 03/25 11:47PM | 7:25 |
| 164 | Martinenko, Nino | 03/26 04:23PM | 03/27 12:04AM | 7:41 |
| 164 | Martinenko, Nino | 03/27 04:20PM | 03/27 11:34PM | 7:14 |
| 164 | Martinenko, Nino | 03/28 04:08PM | 03/28 10:58PM | 6:50 |
| 164 | Martinenko, Nino | 03/30 04:02PM | 03/30 11:28PM | 7:26 |
| 164 | Martinenko, Nino | 03/31 03:58PM | 03/31 10:58PM | 7:00 |
| 164 | Martinenko, Nino | 04/01 05:07PM | 04/01 11:21PM | 6:14 |
| 164 | Martinenko, Nino | 04/02 03:59PM | 04/02 11:53PM | 7:54 |
| 164 | Martinenko, Nino | 04/03 04:18PM | 04/03 11:37PM | 7:19 |
| 164 | Martinenko, Nino | 04/04 04:04PM | 04/04 11:07PM | 7:03 |
| 164 | Martinenko, Nino | 04/05 04:59PM | 04/05 11:00PM | 6:01 |
| 164 | Martinenko, Nino | 04/08 04:09PM | 04/08 10:45PM | 6:36 |
| 164 | Martinenko, Nino | 04/09 04:09PM | 04/10 12:36AM | 8:27 |
| 164 | Martinenko, Nino | 04/10 04:00PM | 04/11 12:09AM | 8:09 |
| 164 | Martinenko, Nino | 04/11 04:03PM | 04/11 11:31PM | 7:28 |
| 164 | Martinenko, Nino | 04/14 04:35PM | 04/14 11:45PM | 7:10 |
| 164 | Martinenko, Nino | 04/16 04:22PM | 04/16 11:43PM | 7:21 |
| 164 | Martinenko, Nino | 04/17 04:04PM | 04/17 11:19PM | 7:15 |
| 164 | Martinenko, Nino | 04/18 04:34PM | 04/18 10:56PM | 6:22 |
| 164 | Martinenko, Nino | 04/22 03:57PM | 04/22 11:23PM | 7:26 |
| 164 | Martinenko, Nino | 04/23 04:07PM | 04/23 11:56PM | 7:49 |
| 164 | Martinenko, Nino | 04/24 04:04PM | 04/24 11:36PM | 7:32 |
| 164 | Martinenko, Nino | 04/29 04:04PM | 04/29 11:30PM | 7:26 |
| 164 | Martinenko, Nino | 04/30 04:13PM | 04/30 11:18PM | 7:05 |
| 164 | Martinenko, Nino | 05/01 04:12PM | 05/01 11:47PM | 7:35 |
| 164 | Martinenko, Nino | 05/02 04:11PM | 05/02 11:42PM | 7:31 |
| 164 | Martinenko, Nino | 05/06 04:04PM | 05/06 11:30PM | 7:26 |
| 164 | Martinenko, Nino | 05/07 03:00PM | 05/08 01:11AM | 10:11 |
| 164 | Martinenko, Nino | 05/08 03:56PM | 05/08 11:48PM | 7:52 |
| 164 | Martinenko, Nino | 05/09 04:15PM | 05/09 11:58PM | 7:43 |
| 164 | Martinenko, Nino | 05/11 04:02PM | 05/11 11:18PM | 7:16 |
| 164 | Martinenko, Nino | 05/13 04:03PM | 05/13 11:37PM | 7:34 |
| 164 | Martinenko, Nino | 05/14 04:00PM | 05/14 06:03PM | 2:03 |
| 164 | Martinenko, Nino | 05/15 04:02PM | 05/16 12:44AM | 8:42 |
| 164 | Martinenko, Nino | 05/16 03:48PM | 05/16 10:40PM | 6:52 |
| 164 | Martinenko, Nino | 05/20 04:09PM | 05/20 11:42PM | 7:33 |
| 164 | Martinenko, Nino | 05/21 03:53PM | 05/21 11:35PM | 7:42 |
| 164 | Martinenko, Nino | 05/22 04:01PM | 05/22 11:59PM | 7:58 |
| 164 | Martinenko, Nino | 05/23 03:59PM | 05/23 11:22PM | 7:23 |
| 164 | Martinenko, Nino | 05/26 04:11PM | 05/26 11:09PM | 6:58 |
| 164 | Martinenko, Nino | 05/27 04:23PM | 05/27 10:46PM | 6:23 |
| 164 | Martinenko, Nino | 05/29 04:24PM | 05/29 11:25PM | 7:01 |
| 164 | Martinenko, Nino | 05/30 04:00PM | 05/30 11:30PM | 7:30 |
| 164 | Martinenko, Nino | 05/31 04:08PM | 05/31 10:16PM | 6:08 |
| 164 | Martinenko, Nino | 06/02 03:54PM | 06/02 10:52PM | 6:58 |

| | | | | |
|---|---|---|---|---|
| 164 | Martinenko, Nino | 06/03 04:16PM | 06/03 11:54PM | 7:38 |
| 164 | Martinenko, Nino | 06/04 04:16PM | 06/04 08:03PM | 3:47 |
| 164 | Martinenko, Nino | 06/05 04:17PM | 06/06 12:26AM | 8:09 |
| 164 | Martinenko, Nino | 07/03 04:02PM | 07/03 10:55PM | 6:53 |
| 164 | Martinenko, Nino | 07/04 04:12PM | 07/04 10:18PM | 6:06 |
| 164 | Martinenko, Nino | 07/05 04:29PM | 07/05 11:09PM | 6:40 |
| 164 | Martinenko, Nino | 07/06 03:53PM | 07/06 10:32PM | 6:39 |
| 164 | Martinenko, Nino | 07/09 04:20PM | 07/09 11:23PM | 7:03 |
| 164 | Martinenko, Nino | 07/10 03:48PM | 07/10 11:28PM | 7:40 |
| 164 | Martinenko, Nino | 07/11 05:06PM | 07/11 11:33PM | 6:27 |
| 164 | Martinenko, Nino | 07/13 04:14PM | 07/13 11:00PM | 6:46 |
| 164 | Martinenko, Nino | 07/14 04:04PM | 07/14 11:35PM | 7:31 |
| 164 | Martinenko, Nino | 07/16 04:08PM | 07/16 11:19PM | 7:11 |
| 164 | Martinenko, Nino | 07/17 04:19PM | 07/18 12:38AM | 8:19 |
| 164 | Martinenko, Nino | 07/18 04:26PM | 07/18 09:12PM | 4:46 |
| 164 | Martinenko, Nino | 07/21 04:15PM | 07/21 10:47PM | 6:32 |
| | | Break: | 17:10 | |
| 164 | Martinenko, Nino | 07/22 03:57PM | 07/22 11:34PM | 7:37 |
| 164 | Martinenko, Nino | 07/23 04:32PM | 07/23 11:23PM | 6:51 |
| 164 | Martinenko, Nino | 07/24 04:00PM | 07/24 11:00PM | 7:00 |
| 164 | Martinenko, Nino | 07/25 04:29PM | 07/25 11:11PM | 6:42 |
| 164 | Martinenko, Nino | 07/27 04:26PM | 07/27 11:41PM | 7:15 |
| 164 | Martinenko, Nino | 07/28 04:30PM | 07/28 10:57PM | 6:27 |
| 164 | Martinenko, Nino | 07/29 03:49PM | 07/30 12:04AM | 8:15 |
| | | Break: | 16:14 | |
| 164 | Martinenko, Nino | 07/30 04:18PM | 07/31 12:10AM | 7:52 |
| 164 | Martinenko, Nino | 07/31 04:00PM | 07/31 11:28PM | 7:28 |
| 164 | Martinenko, Nino | 09/23 11:14AM | 09/23 10:54PM | 11:40 |
| | | Break: | 17:01 | |
| 164 | Martinenko, Nino | 09/24 03:55PM | 09/24 11:53PM | 7:58 |
| 164 | Martinenko, Nino | 09/25 04:10PM | 09/26 12:11AM | 8:01 |
| 164 | Martinenko, Nino | 09/28 11:24AM | 09/29 12:30AM | 13:06 |
| 164 | Martinenko, Nino | 09/30 11:39AM | 09/30 10:54PM | 11:15 |
| 164 | Martinenko, Nino | 10/01 03:56PM | 10/01 09:54PM | 5:58 |
| 164 | Martinenko, Nino | 10/02 03:56PM | 10/02 11:58PM | 8:02 |
| 164 | Martinenko, Nino | 10/03 04:00PM | 10/03 11:08PM | 7:08 |
| 164 | Martinenko, Nino | 10/05 11:50AM | 10/05 11:48PM | 11:58 |
| 164 | Martinenko, Nino | 10/06 04:08PM | 10/06 09:53PM | 5:45 |
| | | Break: | 0:01 | |
| 164 | Martinenko, Nino | 10/06 09:54PM | 10/06 09:54PM | 0:00 |
| 164 | Martinenko, Nino | 10/07 11:37AM | 10/07 11:45PM | 12:08 |
| 164 | Martinenko, Nino | 10/08 04:07PM | 10/08 11:33PM | 7:26 |
| 164 | Martinenko, Nino | 10/09 04:08PM | 10/09 11:39PM | 7:31 |
| 164 | Martinenko, Nino | 10/13 03:51PM | 10/13 10:54PM | 7:03 |
| 164 | Martinenko, Nino | 10/14 12:03PM | 10/14 10:46PM | 10:43 |
| 164 | Martinenko, Nino | 10/15 03:55PM | 10/15 11:22PM | 7:27 |
| 164 | Martinenko, Nino | 10/16 03:57PM | 10/16 11:42PM | 7:45 |
| 164 | Martinenko, Nino | 10/17 04:05PM | 10/17 08:55PM | 4:50 |

| | | | | |
|---|---|---|---|---|
| 164 | Martinenko, Nino | 10/18 03:58PM | 10/18 10:29PM | 6:31 |
| 164 | Martinenko, Nino | 10/19 12:08PM | 10/19 10:49PM | 10:41 |
| 164 | Martinenko, Nino | 10/22 03:01PM | 10/22 11:34PM | 8:33 |
| 164 | Martinenko, Nino | 10/23 04:02PM | 10/24 12:16AM | 8:14 |
| 164 | Martinenko, Nino | 10/24 11:27AM | 10/24 08:58PM | 9:31 |
| 164 | Martinenko, Nino | 10/26 11:45AM | 10/26 09:42PM | 9:57 |
| 164 | Martinenko, Nino | 10/27 03:50PM | 10/28 12:10AM | 8:20 |
| 164 | Martinenko, Nino | 10/28 11:33AM | 10/28 11:04PM | 11:31 |
| 164 | Martinenko, Nino | 10/29 04:09PM | 10/29 11:40PM | 7:31 |
| 164 | Martinenko, Nino | 10/30 04:15PM | 10/30 11:30PM | 7:15 |
| 164 | Martinenko, Nino | 11/02 11:51AM | 11/02 10:16PM | 10:25 |
| 164 | Martinenko, Nino | 11/04 03:52PM | 11/04 11:06PM | 7:14 |
| 164 | Martinenko, Nino | 11/05 04:11PM | 11/06 12:52AM | 8:41 |
| 164 | Martinenko, Nino | 11/06 04:20PM | 11/07 12:53AM | 8:33 |
| 164 | Martinenko, Nino | 11/07 04:29PM | 11/07 11:01PM | 6:32 |
| 164 | Martinenko, Nino | 11/09 11:40AM | 11/10 01:42AM | 14:02 |
| 164 | Martinenko, Nino | 11/10 04:08PM | 11/10 11:34PM | 7:26 |
| 164 | Martinenko, Nino | 11/11 11:39AM | 11/11 11:48PM | 12:09 |
| 164 | Martinenko, Nino | 11/12 03:57PM | 11/13 12:20AM | 8:23 |
| 164 | Martinenko, Nino | 11/13 04:19PM | 11/14 01:53AM | 9:34 |
| 164 | Martinenko, Nino | 11/14 04:49PM | 11/14 11:35PM | 6:46 |
| 164 | Martinenko, Nino | 11/15 04:17PM | 11/15 10:57PM | 6:40 |
| 164 | Martinenko, Nino | 11/16 11:46AM | 11/16 11:48PM | 12:02 |
| 164 | Martinenko, Nino | 11/18 11:43AM | 11/19 12:07AM | 12:24 |
| 164 | Martinenko, Nino | 11/19 04:42PM | 11/19 10:21PM | 5:39 |
| 164 | Martinenko, Nino | 11/20 04:21PM | 11/21 12:04AM | 7:43 |
| 164 | Martinenko, Nino | 11/21 04:15PM | 11/21 11:47PM | 7:32 |
| 164 | Martinenko, Nino | 11/23 11:51AM | 11/23 11:10PM | 11:19 |
| 164 | Martinenko, Nino | 11/24 03:56PM | 11/24 11:46PM | 7:50 |
| 164 | Martinenko, Nino | 11/25 04:20PM | 11/25 11:05PM | 6:45 |
| 164 | Martinenko, Nino | 11/26 04:21PM | 11/26 11:39PM | 7:18 |
| 164 | Martinenko, Nino | 11/27 04:15PM | 11/28 12:09AM | 7:54 |
| 164 | Martinenko, Nino | 11/28 04:27PM | 11/28 11:56PM | 7:29 |
| 164 | Martinenko, Nino | 11/30 11:36AM | 11/30 10:04PM | 10:28 |
| 164 | Martinenko, Nino | 12/01 11:47AM | 12/02 12:01AM | 12:14 |
| 164 | Martinenko, Nino | 12/02 04:54PM | 12/02 11:59PM | 7:05 |
| 164 | Martinenko, Nino | 12/03 04:18PM | 12/04 12:26AM | 8:08 |
| 164 | Martinenko, Nino | 12/04 04:14PM | 12/05 12:25AM | 8:11 |
| 164 | Martinenko, Nino | 12/07 11:38AM | 12/07 10:24PM | 10:46 |
| 164 | Martinenko, Nino | 12/08 03:59PM | 12/08 10:29PM | 6:30 |
| 164 | Martinenko, Nino | 12/09 04:17PM | 12/10 12:08AM | 7:51 |
| 164 | Martinenko, Nino | 12/10 04:30PM | 12/10 07:48PM | 3:18 |
| 164 | Martinenko, Nino | 12/11 05:25PM | 12/11 11:51PM | 6:26 |
| 164 | Martinenko, Nino | 12/14 04:22PM | 12/14 11:53PM | 7:31 |
| 164 | Martinenko, Nino | 12/15 04:15PM | 12/16 12:14AM | 7:59 |
| 164 | Martinenko, Nino | 12/16 04:21PM | 12/16 11:48PM | 7:27 |
| 164 | Martinenko, Nino | 12/17 04:36PM | 12/18 01:09AM | 8:33 |
| 164 | Martinenko, Nino | 12/27 03:38PM | 12/27 10:54PM | 7:16 |

| 164 | Martinenko, Nino | 12/28 03:50PM | 12/28 11:31PM | 7:41 |
|---|---|---|---|---|
| | | Break: | 50:26 | 1071:38 |