# Tab 2

Report: Transactions

12/01/2021    to 12/31/2021 (31 days)

| Order ID | Check | Date/Time | Pay Type | Card Type | Info | Action | Amount | Cash Tip | Card Tip | Server | Register | Order Opened | Order Closed | Order Voided |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1051-17495 | 1 | 12-01-2021 17:47:12 | DISCOVER | | | Sale | $25.04 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-01-2021 17:45:22 | 12-01-2021 17:47:12 | - |
| 1051-17494 | 1 | 12-01-2021 18:28:14 | MASTERCARD | | | Sale | $87.10 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-01-2021 17:36:09 | 12-01-2021 18:28:14 | - |
| 1051-17497 | 1 | 12-01-2021 20:00:09 | MASTERCARD | | | Sale | $383.24 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-01-2021 18:20:52 | 12-01-2021 20:00:09 | - |
| 1051-17496 | 1 | 12-01-2021 20:36:17 | VISA | | | Sale | $172.01 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-01-2021 18:22:12 | 12-01-2021 20:36:17 | - |
| 1038-16543 | 1 | 12-01-2021 20:58:00 | DISCOVER | | | Sale | $168.75 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-01-2021 20:56:19 | 12-01-2021 20:58:00 | - |
| 1051-17501 | 1 | 12-01-2021 21:54:56 | VISA | | | Sale | $227.54 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-01-2021 20:35:30 | 12-01-2021 21:54:56 | - |
| 1038-16546 | 1 | 12-01-2021 21:56:54 | VISA | | | Sale | $219.93 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-01-2021 19:39:11 | 12-01-2021 21:56:55 | - |
| 1051-17502 | 1 | 12-01-2021 21:58:42 | VISA | | | Sale | $71.62 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-01-2021 21:00:07 | 12-01-2021 21:58:55 | + |
| 1051-17502 | 1 | 12-01-2021 21:58:54 | VISA | | | Sale | $44.87 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-01-2021 21:00:07 | 12-01-2021 21:58:55 | - |
| 1038-16549 | 1 | 12-01-2021 22:28:22 | MASTERCARD | | | Sale | $194.87 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-01-2021 20:50:52 | 12-01-2021 22:27:49 | - |
| 1051-17492 | 1 | 12-01-2021 22:47:59 | MASTERCARD | | | Sale | $5,760.57 | $0.00 | $0.00 | Alex | Bar (receipt2) | 12-01-2021 17:13:25 | 12-01-2021 22:48:00 | - |
| 1051-17499 | 1 | 12-01-2021 23:00:54 | MASTERCARD | | | Sale | $501.91 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-01-2021 20:00:38 | 12-01-2021 23:00:55 | - |
| 1038-16550 | 1 | 12-01-2021 23:01:31 | Cash | | | Sale | $295.62 | -$0.00 | $0.00 | Nino | Bar (receipt2) | 12-01-2021 21:11:20 | 12-01-2021 23:01:32 | - |
| 1038-16595 | 1 | 12-02-2021 19:12:13 | AMEX | | | Sale | $19.60 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-02-2021 19:10:42 | 12-02-2021 19:12:13 | - |

Control Panel

| 1038-16552 | 1 | 12-02-2021 20:12:39 | DISCOVER | Sale | $335.33 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-02-2021 17:52:50 | 12-02-2021 20:12:39 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1038-16553 | 1 | 12-02-2021 22:59:35 | Cash | Sale | $100.00 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-02-2021 17:58:01 | 18:53:43 | |
| 1038-16553 | 1 | 12-02-2021 22:59:37 | VISA | Sale | $142.78 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-02-2021 17:58:01 | 12-02-2021 18:53:43 | |
| 1038-16562 | 1 | 12-03-2021 20:03:24 | VISA | Sale | $102.34 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-03-2021 17:44:42 | 12-03-2021 20:05:24 | |
| 105:-17510 | 1 | 12-03-2021 | AMEX | Sale | $414.15 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-03-2021 | 12-03-2021 | |

| 1038-16560 | 1 | 12-03-2021 21:14:21 | VISA | Sale | $388.50 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-03-2021 19:33:40 | 12-03-2021 21:14:21 | |
| 105:-17517 | 1 | 12-03-2021 22:37:32 | AMEX | Sale | $2,872.10 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-03-2021 19:33:21 | 12-03-2021 22:37:33 | |
| 105:-17526 | 1 | 12-03-2021 23:05:20 | MASTERCARD | Sale | $199.25 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-03-2021 21:51:18 | 12-03-2021 23:05:20 | |
| 105:-17524 | 1 | 12-03-2021 23:14:33 | Cash | Sale | $151.33 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-03-2021 21:43:48 | 12-03-2021 23:14:34 | |
| 1038-16566 | 1 | 12-03-2021 23:32:18 | AMEX | Sale | $1,456.74 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-03-2021 19:21:24 | 12-03-2021 23:32:19 | |
| 105:-17527 | 1 | 12-03-2021 23:36:31 | AMEX | Sale | $188.18 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-03-2021 21:56:48 | 12-03-2021 23:36:36 | |
| 105:-17527 | 1 | 12-03-2021 23:36:36 | VISA | Sale | $188.19 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-03-2021 21:56:48 | 12-03-2021 23:36:36 | |



| 1038-16575 | 1 | 12-04-2021 18:26:17 | VISA | Sale | $463.80 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-04-2021 17:13:53 | 12-04-2021 18:26:18 | |
| 1038-16577 | 1 | 12-04-2021 18:26:57 | MASTERCARD | Sale | $98.18 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-04-2021 17:35:39 | 12-04-2021 18:26:57 | |
| 1051-17533 | 1 | 12-04-2021 18:32:58 | Cash | Sale | $262.39 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-04-2021 17:46:38 | 12-04-2021 18:32:58 | |
| 1038-16582 | 1 | 12-04-2021 19:04:04 | VISA | Sale | $38.11 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-04-2021 19:01:33 | 12-04-2021 19:04:04 | |
| 1051-17536 | 1 | 12-04-2021 19:22:24 | VISA | Sale | $247.15 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-04-2021 18:13:40 | 12-04-2021 19:22:24 | |
| 1038-16580 | 1 | 12-04-2021 19:34:50 | VISA | Sale | $263.48 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-04-2021 18:08:32 | 12-04-2021 19:34:50 | |
| 1051-17541 | 1 | 12-04-2021 21:14:59 | AMEX | Sale | $140.45 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-04-2021 19:46:13 | 12-04-2021 21:14:59 | |
| 1038-16584 | 1 | 12-04-2021 21:15:13 | VISA | Sale | $552.65 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-04-2021 19:24:15 | 12-04-2021 21:15:13 | |
| 1038-16587 | 1 | 12-04-2021 21:15:28 | AMEX | Sale | $500.02 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-04-2021 19:52:11 | 12-04-2021 21:15:28 | |

| 1038-16992 | 1 | 12-04-2021 21:53:26 | AMEX | Sale | $199.24 | $0.00 | $0.00 | Nine | Bar (receipt2) | 12-04-2021 21:46:52 | 12-04-2021 21:53:27 | - |
| 1052-17942 | 1 | 12-04-2021 21:56:09 | VISA | Sale | $305.09 | -$0.00 | $8.00 | Nine | Bar (receipt2) | 12-04-2021 20:20:02 | 12-04-2021 21:56.09 | - |
| 1038-16583 | 1 | 12-04-2021 21:56:28 | VISA | Sale | $354.93 | $0.00 | $0.00 | Nine | Bar (receipt2) | 12-04-2021 19:18:07 | 12-04-2021 21:56:26 | - |
| 1038-16593 | 1 | 12-04-2021 23:41:29 | DISCOVER | Sale | $388.08 | $0.00 | $0.00 | Nine | Bar (receipt2) | 12-04-2021 22:01:11 | 12-04-2021 23:43.05 | - |
| 1038-16593 | 1 | 12-04-2021 23:41:35 | VISA | Sale | $389.08 | $0.00 | $0.00 | Nine | Bar (receipt2) | 12-04-2021 22:01:11 | 12-04-2021 23:43:05 | - |
| 1038-16593 | 1 | 12-04-2021 23:43:03 | Cash | Sale | $359.19 | $0.00 | $0.00 | Nine | Bar (receipt2) | 12-04-2021 22:01:11 | 12-04-2021 23:43:05 | - |

| 1051-17574 | 1 | 12-07-2021 14:03:53 | AMEX | Sale | $450.43 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-07-2021 12:47:56 | 12-07-2021 14:03:54 | → |
| 1051-17575 | 1 | 12-07-2021 19:07:58 | VISA | Sale | $100.49 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-07-2021 17:11:08 | 12-07-2021 19:08:04 | ← |
| 1051-17575 | 1 | 12-07-2021 19:08:03 | VISA | Sale | $127.06 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-07-2021 17:11:08 | 12-07-2021 19:08:04 | → |



| 1038-10612 | 1 | 12-07-2021 20:18:23 | MASTERCARD | Sale | $1,367.57 | $0.00 | $0.00 | Nine | Bar (receipt2) | 12-07-2021 18:23:12 | 12-07-2021 20:18:26 | - |
| 1038-10614 | 1 | 12-07-2021 20:30:35 | VISA | Sale | $227.55 | $0.00 | $0.00 | Nine | Bar (receipt2) | 12-07-2021 19:16:45 | 12-07-2021 20:30:35 | - |
| 1038-10615 | 1 | 12-07-2021 22:04:34 | MASTERCARD | Sale | $190.53 | $0.00 | $0.00 | Nine | Bar (receipt2) | 12-07-2021 21:05:03 | 12-07-2021 22:04:34 | - |
| 1051-17504 | 1 | 12-08-2021 18:47:35 | AMEX | Sale | $190.51 | $0.00 | $0.00 | Nine | Bar (receipt2) | 12-08-2021 17:09:15 | 12-08-2021 18:47:35 | - |
| 1051-17586 | 1 | 12-08-2021 19:57:42 | AMEX | Sale | $167.67 | $0.00 | $0.00 | Nine | Bar (receipt2) | 12-08-2021 18:34:18 | 12-08-2021 19:57:42 | - |
| 1051-17590 | 1 | 12-08-2021 21:41:17 | VISA | Sale | $142.62 | $0.00 | $0.00 | Nine | Bar (receipt2) | 12-08-2021 20:58:45 | 12-08-2021 21:41:17 | - |
| 1051-17598 | 1 | 12-08-2021 22:13:05 | AMEX | Sale | $2,406.14 | $0.00 | $0.00 | Nine | Bar (receipt2) | 12-08-2021 20:19:00 | 12-08-2021 22:13:05 | - |

| 1038-16628 | 1 | 12-09-2021 19:06:46 | AMEX | Sale | $259.11 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-09-2021 17:32:15 | 12-09-2021 19:06:47 | * |
| 105:-17595 | 1 | 12-09-2021 20:36:43 | AMEX | Sale | $22.86 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-09-2021 20:31:07 | 12-09-2021 20:36.43 | * |
| 105:-17592 | 1 | 12-09-2021 20:59:51 | AMEX | Sale | $543.20 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-09-2021 18:12:52 | 12-09-2021 20:59:52 | * |
| 1038-16631 | 1 | 12-09-2021 21:20:23 | VISA | Sale | $103.43 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-09-2021 20:12:08 | 12-09-2021 21:20:23 | * |
| 1038-16637 | 1 | 12-09-2021 22:54:35 | AMEX | Sale | $973.34 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-09-2021 21:20:37 | 12-09-2021 22:54:51 | * |
| 1038-16636 | 1 | 12-09-2021 22:55:48 | DISCOVER | Sale | $141.53 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-09-2021 21:02:08 | 12-09-2021 22.55.49 | * |
| 1038-16635 | 1 | 12-09-2021 22:56:02 | AMEX | Sale | $247.44 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-09-2021 20:56:09 | 12-09-2021 22:56:02 | * |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1038-16639 | 1 | 25-10-2021 19:13:00 | VISA | $0.0 | $625.50 | $0.00 | $0.00 | None | Bar (receipt2) | 12-10-2021 17:49:05 | 12-10-2021 19:13:00 |

| 1051-17629 | 1 | 12-11-2021 19:12:23 | AMEX | Sale | $349.48 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-11-2021 17:25:42 | 12-11-2021 19:12:24 | |
| 1051-17631 | 1 | 12-11-2021 19:25:34 | VISA | Sale | $400.65 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-11-2021 17:50:24 | 12-11-2021 19:25:34 | |
| 1038-16656 | 1 | 12-11-2021 19:57:37 | MASTERCARD | Sale | $352.76 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-11-2021 19:06:16 | 12-11-2021 19:57:37 | |



| 1038-16658 | 1 | 12-11-2021 20:56:21 | VISA | Sale | $198.15 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-11-2021 19:16:45 | 12-11-2021 20:55:47 | |
| 1038-17637 | 1 | 12-11-2021 20:56:48 | MASTERCARD | Sale | $141.71 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-11-2021 19:48:10 | 12-11-2021 20:56:48 | |
| 1038-16659 | 1 | 12-11-2021 21:02:46 | VISA | Sale | $252.59 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-11-2021 19:20:40 | 12-11-2021 21:02:46 | |
| 1038-16655 | 1 | 12-11-2021 21:03:08 | VISA | Sale | $181.81 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-11-2021 19:02:20 | 12-11-2021 21:03:08 | |
| 1038-16660 | 1 | 12-11-2021 21:59:25 | VISA | Sale | $432.23 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-11-2021 19:35:20 | 12-11-2021 21:59:26 | |
| 1038-16657 | 1 | 12-11-2021 22:05:16 | VISA | Sale | $228.00 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-11-2021 19:13:15 | 12-11-2021 22:05:16 | |
| 1038-16662 | 1 | 12-11-2021 22:10:49 | VISA | Sale | $394.10 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-11-2021 20:36:34 | 12-11-2021 22:10:49 | |

| 1038-16602 | 1 | 12-14-2021 | MASTERCARD | Sale | $111.05 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-14-2021 | 12-14-2021 | → |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1038-16682 | 1 | 12-14-2021 18:48:27 | DISCOVER | Sale | $111.05 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-14-2021 17:27:03 | 12-14-2021 18:48:27 |
| 1038-16683 | 1 | 12-14-2021 19:38:10 | VISA | Sale | $195.68 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-14-2021 18:20:42 | 12-14-2021 19:38:11 |
| 1038-16681 | 1 | 12-14-2021 20:15:02 | AMEX | Sale | $358.18 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-14-2021 16:55:20 | 12-14-2021 20:15:02 |
| 1038-16686 | 1 | 12-14-2021 20:21:02 | VISA | Sale | $237.33 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-14-2021 18:38:41 | 12-14-2021 20:21:02 |
| 1052-17679 | 1 | 12-14-2021 20:29:09 | AMEX | Sale | $489.00 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-14-2021 18:06:47 | 12-14-2021 20:29:12 |
| 1052-17679 | 1 | 12-14-2021 20:29:12 | VISA | Sale | $748.35 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-14-2021 18:06:47 | 12-14-2021 20:29:12 |
| 1038-16685 | 1 | 12-14-2021 21:36:50 | AMEX | Sale | $610.70 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-14-2021 18:27:37 | 12-14-2021 21:36:51 |
| 1038-16687 | 1 | 12-14-2021 22:10:38 | MASTERCARD | Sale | $249.31 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-14-2021 20:19:48 | 12-14-2021 22:10:38 |
| 1052-17681 | 1 | 12-14-2021 22:15:38 | AMEX | Sale | $329.54 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-14-2021 20:24:59 | 12-14-2021 22:15:40 |
| 1052-17685 | 1 | 12-14-2021 22:33:18 | VISA | Sale | $34.84 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-14-2021 22:31:39 | 12-14-2021 22:33:18 |
| 1038-16688 | 1 | 12-14-2021 22:53:34 | VISA | Sale | $187.25 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-14-2021 20:48:46 | 12-14-2021 22:53:34 |
| 1038-16689 | 1 | 12-14-2021 22:54:48 | AMEX | Sale | $289.60 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-14-2021 20:47:55 | 12-14-2021 22:54:48 |
| 1038-16690 | 1 | 12-14-2021 22:59:13 | AMEX | Sale | $45.00 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-14-2021 21:14:31 | 12-14-2021 22:59:17 |
| 1038-16590 | 1 | 12-14-2021 22:59:17 | VISA | Sale | $62.79 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-14-2021 21:14:31 | 12-14-2021 22:59:17 |
| 1038-16691 | 1 | 12-15-2021 17:53:57 | MASTERCARD | Sale | $18.51 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-15-2021 17:52:23 | 12-15-2021 17:53:57 |
| 1038-16692 | 1 | 12-15-2021 18:18:06 | MASTERCARD | Sale | $90.37 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-15-2021 18:04:30 | 12-15-2021 18:18:06 |

| 1038-16893 | 1 | 12-15-2021 20:48:46 | VISA | Sale | $3,808.42 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-15-2021 18:23:08 | 12-15-2021 20:48:46 | . |
| 105:-17702 | 1 | 12-16-2021 18:31:22 | VISA | Sale | $412.63 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-16-2021 17:20:42 | 12-16-2021 18:31:22 | . |
| 1038-16697 | 1 | 12-16-2021 19.13.17 | VISA | Sale | $370.17 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-16-2021 17:33:14 | 12-16-2021 19:13:17 | . |
| 1038-16700 | 1 | 12-16-2021 20.30:18 | VISA | Sale | $14.15 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-16-2021 19.47:02 | 12-16-2021 20:30:20 | . |
| 105:-17706 | 1 | 12-16-2021 | MASTERCARD | Sale | $104.51 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-16-2021 | 12-16-2021 | - |

| 1038-16702 | 1 | 12-16-2021 21:06:01 | AMEX | Sale | $323.35 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-16-2021 19:57:56 | 12-16-2021 21:06:01 | |
| 1038-16703 | 1 | 12-16-2021 21:41:21 | AMEX | Sale | $133.00 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-16-2021 20:01:50 | 12-16-2021 21:41:21 | |
| 1038-16705 | 1 | 12-16-2021 21:48:51 | VISA | Sale | $253.68 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-16-2021 20:17:41 | 12-16-2021 21:48:51 | |
| 1038-16706 | 1 | 12-17-2021 18:26:36 | AMEX | Sale | $201.40 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-17-2021 17:36:48 | 12-17-2021 18:26:36 | |
| 1038-16710 | 1 | 12-17-2021 21:09:44 | MASTERCARD | Sale | $621.68 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-17-2021 19:16:42 | 12-17-2021 21:09:45 | |



| 1038-16712 | 1 | 12-17-2021 23:38:42 | VISA | | Sale | $104.51 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-17-2021 19:51:30 | 12-17-2021 23:38:42 | " |
| 1051-17721 | 1 | 12-17-2021 23:56:17 | VISA | | Sale | $653.00 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-17-2021 20:57:01 | 12-17-2021 23:56:26 | " |
| 1051-17721 | 1 | 12-17-2021 23:56:25 | AMEX | | Sale | $577.95 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-17-2021 20:57:01 | 12-17-2021 23:56:26 | " |







| 1051-17819 | 1 | 12-27-2021 18:44:13 | VISA | Sale | $492.11 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-27-2021 17:31:28 | 12-27-2021 18:44:13 | |
| 1051-17810 | 1 | 12-27-2021 18:45:59 | MASTERCARD | Sale | $192.71 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-27-2021 17:15:52 | 12-27-2021 18:45:59 | |
| 1051-17824 | 1 | 12-27-2021 19:18:33 | VISA | Sale | $8.71 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-27-2021 19:16:14 | 12-27-2021 19:18:33 | |
| 1051-17821 | 1 | 12-27-2021 19:49:04 | AMEX | Sale | -$386.58 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-27-2021 18:27:51 | 12-27-2021 19:49:04 | |
| 1051-17820 | 1 | 12-27-2021 20:04:50 | MASTERCARD | Sale | $240.61 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-27-2021 18:17:08 | 12-27-2021 20:04:51 | |
| 1051-17823 | 1 | 12-27-2021 20:27:15 | AMEX | Sale | $163.00 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-27-2021 19:14:38 | 12-27-2021 20:27:18 | |
| 1051-17823 | 1 | 12-27-2021 20:27:18 | VISA | Sale | $64.54 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-27-2021 19:14:38 | 12-27-2021 20:27:18 | |
| 1051-17825 | 1 | 12-27-2021 20:41:25 | VISA | Sale | $175.07 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-27-2021 19:33:54 | 12-27-2021 20:41:25 | |
| 1051-17822 | 1 | 12-27-2021 20:55:50 | AMEX | Sale | $275.44 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-27-2021 19:05:05 | 12-27-2021 20:55:50 | |

| 1038-16783 | 1 | 12-27-2021 20:59:31 | MASTERCARD | Sale | $133.92 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-27-2021 19:55:55 | 12-27-2021 20:59:31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1051-17826 | 1 | 12-27-2021 21:37:16 | AMEX | Sale | $240.00 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-27-2021 19:54:18 | 12-27-2021 21:37:16 | |
| 1051-17829 | 1 | 12-27-2021 21:37:25 | AMEX | Sale | $415.91 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-27-2021 20:21:12 | 12-27-2021 21:37:25 | |
| 1051-17830 | 1 | 12-27-2021 22:04:48 | VISA | Sale | $533.48 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-27-2021 20:32:25 | 12-27-2021 22:04:48 | |
| 1051-17827 | 1 | 12-27-2021 22:09:15 | VISA | Sale | $52.26 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-27-2021 19:54:54 | 12-27-2021 22:09:25 | |
| 1051-17827 | 2 | 12-27-2021 22:09:21 | VISA | Sale | $163.31 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-27-2021 19:54:54 | 12-27-2021 22:09:25 | |
| 1051-17827 | 3 | 12-27-2021 22:09:25 | VISA | Sale | $201.41 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-27-2021 19:54:54 | 12-27-2021 22:09:25 | |
| 1038-16787 | 1 | 12-28-2021 18:18:09 | MASTERCARD | Sale | $216.66 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-28-2021 17:07:32 | 12-28-2021 18:18:10 | |
| 1038-16788 | 1 | 12-28-2021 18:43:26 | VISA | Sale | $284.16 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-28-2021 17:13:41 | 12-28-2021 18:43:26 | |
| 1038-16790 | 1 | 12-28-2021 18:55:03 | VISA | Sale | $240.00 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-28-2021 17:22:05 | 12-28-2021 18:55:00 | |
| 1038-16790 | 1 | 12-28-2021 18:55:08 | VISA | Sale | $595.06 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-28-2021 17:22:05 | 12-28-2021 18:55:08 | |
| 1051-17832 | 1 | 12-28-2021 20:20:04 | VISA | Sale | $130.64 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-28-2021 19:36:02 | 12-28-2021 21:21:42 | |
| 1051-17834 | 1 | 12-28-2021 20:48:16 | MASTERCARD | Sale | $253.67 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-28-2021 19:45:31 | 12-28-2021 20:48:17 | |
| 1051-17835 | 1 | 12-28-2021 21:10:28 | MASTERCARD | Sale | $88.18 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-28-2021 20:12:51 | 12-28-2021 21:10:29 | |
| 1051-17837 | 2 | 12-28-2021 21:21:41 | VISA | Sale | $439.85 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-28-2021 19:36:02 | 12-28-2021 21:21:42 | |

| 105:-17831 | 1 | 12-28-2021 22:13:29 | AMEX | Sale | $667.41 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-28-2021 19:25.19 | 12-28-2021 22:13:30 | - |
| 1051-17836 | 1 | 12-28-2021 22:54:00 | VISA | Sale | $395.21 | $0.00 | $0.00 | Nino | Bar (receipt2) | 12-28-2021 21:30:55 | 12-28-2021 22:54.00 | - |