UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NINO MARTINENKO, on behalf of herself and others similarly situated, | Case No.: 22-CV-518 (JLR) (RWL) |
| Plaintiff, | **DECLARATION OF JONATHAN GREENBAUM** |
| -against- | |
| 212 STEAKHOUSE, INC., and NIKOLAY VOLPER, | |
| Defendants. | |

I, Jonathan W. Greenbaum, hereby declare as follows under penalty of perjury.

1. I represent Defendants in this action. I am a member of Coburn & Greenbaum, PLLC and am licensed to practice in this Court.

2. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff Huk's deposition transcript from this proceeding.

3. Attached hereto as Exhibit 2 is a true and correct copy of Plaintiff Martinenko's deposition transcript from this proceeding.

4. Attached hereto a Exhibit 3 is a true and correct copy of Defendant Volper deposition transcript from this proceeding.

I Declare and affirm that they foregoing is true and correct under penalty of perjury.

_____
Jonathan W. Greenbaum, Dated
December 21, 2023