# Exhibit 3

Samuel Garcia Velez

███████████

██████ 10454

Dear Ms. Schulman, Esq,

Please, exclude me from the Class action lawsuit against 212Steakhouse.

Sincerely,
Samuel Garcia Velez    *[signature]*

06/30/2023

Luis Fernandez


07093

Dear Ms. Schulman, Esq,

Please, exclude me from the Class action lawsuit against 212Steakhouse.

Sincerely,

Luis Fernandez

06/30/2023

Alexander Rynkovsky


11235

Dear Ms. Schulman, Esq,

Please, exclude me from the Class action lawsuit against 212Steakhouse.

Sincerely,

Alexander Rynkovsky

06/30/2023

Bonifacio J. Ramos



10027

Dear Ms. Schulman, Esq,

Please, exclude me from the Class action lawsuit against 212Steakhouse.

Sincerely,

Bonifacio J. Ramos

06/30/2023

Everardo Perez

Everardo Perez 

11377

Dear Ms. Schulman, Esq,

Please, exclude me from the Class action lawsuit against 212Steakhouse.

Sincerely,

Everardo Perez

06/30/2023

Javier Clemente


10039

Dear Ms. Schulman, Esq,

Please, exclude me from the Class action lawsuit against 212Steakhouse.

Sincerely,

Javier Clemente

06/30/2023



Jose Raul Roque Blass

▮▮▮▮▮▮
▮▮▮▮▮ 11368

Dear Ms. Schulman, Esq,

Please, exclude me from the Class action lawsuit against 212Steakhouse.

Sincerely,
Jose Raul Roque Blas

06/30/2023

Oscar Morales



11368

Dear Ms. Schulman, Esq,

Please, exclude me from the Class action lawsuit against 212Steakhouse.

Sincerely,

Oscar Morales

06/30/2023