# Exhibit 4

**FROM:**
Bonifacio J Reumos
[redacted]
10027


7022 0410 0001 3073 9362

**TO:**
Denise A. Schulman esq
Joseph & Kirschenbaum LLP
32 Broadway suite 601
NY NY 10004

(601)

U.S. POSTAGE PAID
FCM LG ENV
NEW YORK, NY 10022
JUL 12, 2023
10004
$9.49
RDC 99
R2304N117774-18

**Utility Mailer**
10 1/2" x 16"

ReadyPost.

**CERTIFIED MAIL**
7021 2720 0000 2884 8090

U.S. POSTAGE PAID
FCM LG ENV
NEW YORK, NY 10022
JUL 12, 2023
$9.49
RDC 99   10004
R2304N117774-18

**FROM:**
Everardo Perez
[redacted]
11377

**TO:**
Denise A. Schulman, esq.
Joseph & Kirschenbaum
32 Broadway Suite 601
NY NY 10004

**Utility Mailer**
10 1/2" x 16"

ReadyPost.

FROM:

Javier Clemente

10039

TO:

Denise A. Schulman esq,
Joseph Kirschebaum
32 Broadway Suite 601
New York NY 10004

Utility Mailer
10 1/2" x 16"

ReadyPost.



U.S. POSTAGE PAID
FCM LG ENV
NEW YORK, NY 10022
JUL 17, 2023

$9.49

R2305M143586-18

**FROM:**

Samuel Garcia Velez
[redacted]
[redacted]
[redacted] 10454

**TO:**

Denise A. Schurman, Esq
Joseph Kirschenbaum
32 Broadway, Suite 601
New York, NY  10004

Utility Mailer
10 1/2" x 16"

ReadyPost.

FROM:
Oscar Morales
[redacted]
11368

9589 0710 5270 0455 5745 97

CERTIFIED MAIL

Retail
U.S. POSTAGE PAID
FCM LG ENV
NEW YORK, NY 10022
JUL 17, 2023
RDC 99
10004
$9.49
R2305M143586-18

TO:
Denise A. Shulman, esq
Joseph Kirschenbaum
32 broadway, Suite 601
New York, NY 10004

Utility Mailer
10 1/2" x 16"

ReadyPost

FROM:

Jose Raul Roque
11368

CERTIFIED MAIL
9589 0710 5270 0455 5746 03

Retail
U.S. POSTAGE PAID
FCM LG ENV
NEW YORK, NY 10075
JUL 18, 2023
RDC 99
10004
$9.25
R2305H128174-29

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Denise A. Schulman, Esq.
Joseph & Kirschenbaum LLP
32 Broadway, Suite 601
New York, NY 10004

9590 9402 7367 2028 4382 77

2. Article Number (Transfer from service label)
9589 0710 5270 0455 5746 03

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery (over $500)
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

A. Signature   X   □ Agent   □ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:   □ No

COMPLETE THIS SECTION ON DELIVERY

TO:
Denise A. Schulman Esq
32 Broadway Suit 601
New York, N.Y. 10004

ReadyPost

**FROM:**

Alexander Rudkovsky
[redacted]
11235

**TO:**

Denise A. Shulman, ESQ
Joseph & Kirschenbaum LLP
32 Broadway, Suite 601
New York, NY 10004

Retail
FCM LG ENV
U.S. POSTAGE PAID
BROOKLYN, NY 11235
JUL 10, 2023
$9.49
RDC 99
10004
R2304H108770-15

Utility Mailer
10 1/2" x 16"

CERTIFIED MAIL
7021 2720 0000 2884 2678