# Exhibit 5

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022



DAMGMARA M HUK



| Employee Pay Stub | | Check number: | | | Pay Period: 08/24/2020 - 08/30/2020 | | Pay Date: 08/30/2020 |
|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN | | |
|---|---|---|---|---|---|---|---|
| DAMGMARA M HUK | | | | | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 32:00 | 15.00 | 480.00 | 480.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -10.40 | -10.40 |
| Federal Withholding | | | -25.00 | -25.00 |
| Social Security Employee | | | -29.76 | -29.76 |
| Medicare Employee | | | -6.96 | -6.96 |
| NY - Withholding | | | -13.41 | -13.41 |
| NY - Disability | | | -0.60 | -0.60 |
| | | | -86.13 | -86.13 |

| Net Pay | | | 393.87 | 393.87 |
|---|---|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

D0883

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

DAMGMARA M HUK
███████████████
███████████████

---

**Employee Pay Stub**                Check number:                    Pay Period: 03/08/2021 - 03/14/2021          Pay Date: 03/14/2021

**Employee**                                                         **SSN**
DAMGMARA M HUK ███████████████                                       ███████

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 47:57 | 10.00 | 479.50 | 3,151.50 |
| Reported Cash Tips | | | 1,524.48 | 9,172.57 |
| | 47:57 | | 2,003.98 | 12,324.07 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -77.15 | -438.65 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| NY - Paid Family Leave | -10.24 | -20.99 |
| Federal Withholding | -308.00 | -1,544.00 |
| Social Security Employee | -124.24 | -764.09 |
| Medicare Employee | -29.06 | -178.70 |
| NY - Withholding | -106.88 | -605.26 |
| NY - Disability | -0.60 | -5.75 |
| | -656.17 | -3,557.44 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| meals contribution | -21.00 | -141.00 |

| **Net Pay** | **1,326.81** | **8,625.63** |

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

D0907

212 STEAKHOUSE INC
316 E 53RD STREET
NY 10022

NINO  MARTINENKO SILVA



| **Employee Pay Stub** | Check number: | | | Pay Period: 09/27/2021 - 10/03/2021 | Pay Date: 10/03/2021 |
|---|---|---|---|---|---|

**Employee**

NINO  MARTINENKO SILVA,                                    SSN

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 45:29 | 10.00 | 454.83 | 4,643.83 |
| Reported Cash Tips | | | 1,070.11 | 17,171.60 |
| | 45:29 | | 1,524.94 | 21,815.43 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -55.83 | -791.24 |
| NY - Paid Family Leave | | | -7.79 | -111.47 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -146.00 | -2,114.00 |
| Social Security Employee | | | -94.55 | -1,352.56 |
| Medicare Employee | | | -22.11 | -316.32 |
| NY - Withholding | | | -75.72 | -1,085.81 |
| NY - Disability | | | -0.60 | -9.00 |
| | | | -402.60 | -5,780.40 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| meals contribution | | | -15.00 | -189.00 |

| **Net Pay** | | | **1,107.34** | **15,846.03** |
|---|---|---|---|---|

212 STEAKHOUSE INC, 316 E 53RD STREET, NY 10022

D0948