# Exhibit 6

| 22222 | Void ☐ | a Employee's social security number | For Official Use Only ▶ OMB No. 1545-0008 | | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) | | | 1 Wages, tips, other compensation 44504.34 | 2 Federal income tax withheld 5071.00 | |
| c Employer's name, address, and ZIP code 212 STEAKHOUSE INC 316 E 53RD STREET NEW YORK   NY 10022 | | | 3 Social security wages 9473.33 | 4 Social security tax withheld 2759.27 | |
| | | | 5 Medicare wages and tips 44504.34 | 6 Medicare tax withheld 645.31 | |
| | | | 7 Social security tips 35031.01 | 8 Allocated tips | |
| d Control number | | | 9 | 10 Dependent care benefits | |
| e Employee's first name and initial  Last name  Suff NINO MARTINENK   SILVA | | | 11 Nonqualified plans | 12a See instructions for box 12 | |
| | | | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b | |
| | | | 14 Other  NY-SDI   15.60  NY-FLI   227.42 | 12c 12d | |
| f Employee's address and ZIP code | | | | | |
| 15 State  Employer's state ID number NY | 16 State wages, tips, etc. 44504.34 | 17 State income tax 2317.88 | 18 Local wages, tips, etc. 44504.34 | 19 Local income tax 1668.59 | 20 Locality name Medicar |

Form **W-2** Wage and Tax Statement  **2021**  0000/ 1030D  Department of the Treasury - Internal Revenue Service

Copy A For Social Security Administration - Send this entire page with Form W-3 to the Social Security Administration; photocopies are **not** acceptable.

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.

Do Not Cut, Fold, or Staple Forms on This Page   REV 01/14/22 OB