**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------x

**NINO MARTINENKO, on behalf of**
**herself and others similarly situated,**

                **Plaintiff,**

    **v.**

**212 STEAKHOUSE, INC., and**
**NIKOLAY VOLPER,**

                **Defendants.**

-----------------------------------------------------x

**CASE NO. 22 CV 518**

### DECLARATION OF DAGMARA HUK

I, Dagmara Huk, under penalty of perjury, affirm as follows:

1. I joined this action as an Opt-In Plaintiff. I am familiar with the facts and circumstances set forth herein.

2. I submit this declaration in support of Plaintiff's motion for class certification pursuant to Fed. R. Civ. P. 23.

3. I worked at 212 Steakhouse (the "Restaurant") as a bartender from 2020 through 2021.

4. Defendants did not present me with, nor did I sign, a written wage notice.

5. Attached as **Exhibit 1** are true and correct copies of pay stubs for the Restaurant's front of house employees. I received these documents from Imran Sajid so that I could write out employees' paychecks. The pay stubs in this Exhibit are for the following pay periods: February 22-28, 2021; June 7-13, 2021; and September 13-19, 202.

6. Mr. Sajid did not have a formal title at the Restaurant. However, among other things he assisted with the payroll process.

1

7. I am familiar with the payroll practices at the Restaurant as well as the claims in this lawsuit.

8. I am prepared to act as a class representative in this action.

9. As a class representative, I am prepared to vigorously pursue the claims of my coworkers.

10. I do not have any conflicts of interest with any of the other employees who work or worked at the Restaurant.

I declare under penalty of perjury of the law of the United States that the foregoing is true and correct.

Dated: 12/9/2022
      New York, New York

By: _____
      Dagmara Huk