# EXHIBIT A

Friday, January 12, 2024 at 11:29:51 Eastern Standard Time

**Subject:** 212 Steakhouse class list
**Date:** Monday, June 5, 2023 at 1:53:42 PM Eastern Daylight Time
**From:** Jonathan Greenbaum
**To:** Denise Schulman, Mike DiGiulio
**Attachments:** Class List.docx

The attached is the class list. Note:
There are names from the time sheets we provided that should not have been on the list due as they are not front of the house:

Alberto Moreno-kitchen staff

Eleocadio Juarez-kitchen staff

James Maroe (or Monroe) - kitchen staff

Chloe Doherty-Host

Three individuals are also not included:

Danny Birladeanu-Bartender ( deceased)

Lychezer Lazarov-Server (deceased)

Luis Quizphpi-food runner (prior settlement)

I know the judge approved the notice, and prior counsel did not object to it, but we have some issues with it that we would like to discuss, and also the mechanics involved.


Jonathan W. Greenbaum
Coburn & Greenbaum, PLLC
District of Columbia/New York
202.744.5003
https://link.edgepilot.com/s/855fcfc5/8V7aeq4AJ0uEQ0EdyOMdMw?u=http://www.coburngreenbaum.com/