UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NINO MARTINENKO, on behalf of herself and others similarly situated, | Case No.: 22-CV-518 (JLR) (RWL) |
| Plaintiff, | |
| -against- | |
| 212 STEAKHOUSE, INC., and NIKOLAY VOLPER, | |
| Defendants. | |

## [PROPOSED] ORDER

Upon consideration of Defendants 212 Steakhouse Inc., and Nikolay Volper's Objections to the Magistrate Judge's Report and Recommendation, it is by the Court this _____ day of _____, 2024,

ORDERED that Defendants' Motion to Decertify the Rule 23 class is GRANTED; and

ORDERED that Plaintiffs' Motion for Summary Judgment is DENIED.

SO ORDERED.

_____
Judge Jennifer L. Rochon