**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------------X
NINO MARTINENKO, on behalf of herself
and others similarly situated,

                        Plaintiffs,                    22 **CIVIL** 0518 (JLR)

      -against-                               <u>**JUDGMENT**</u>

212 STEAKHOUSE, INC., and NIKOLAY
VOLPER,

                        Defendants.
---------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 24, 2024, the Court adopts the R&R in its entirety. Defendants' motion to decertify the Rule 23 class is DENIED. Plaintiffs' motion for summary judgment is GRANTED in part and DENIED in part. Defendants cross-motion for summary judgment is GRANTED in part and DENIED in part. Specifically, the Court orders that: 1. The class is awarded unpaid minimum wages under the NYLL without a tip credit allowance in the total amount of $96,608.35; 2. The class is awarded unpaid overtime wages under the NYLL without a tip credit allowance in the total amount of $2,530.75; 3. The class is awarded unpaid spread-of-hours premiums under the NYLL where applicable in the total amount of $2,388; 4. The class is awarded liquidated damages under the NYLL in the total amount of $101,527.10; 5. Defendant Volper is held individually liable for damages under the FLSA and NYLL; 6. Plaintiff Huk's NYLL Section 195 wage notice and statement claims be dismissed for lack of standing; 7. Summary judgment is denied on the rest of the class members' NYLL Section 195 wage notice and wage statement claims; 8. The parties is ordered to meet and confer

regarding next steps for addressing individualized injury with respect to the unnamed class member Section 195 claims; and 9. Prejudgment interest awarded from June 18, 2019, at a rate of 9% on the total unpaid wages of $101,527.10 to the entry of the judgment in the amount of $48,215.64.

**Dated:**  New York, New York
       September 25, 2024

**DANIEL ORTIZ**

_____
**Acting Clerk of Court**

**BY:**  _____
        **Deputy Clerk**