**Exhibit 2**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
**NINO MARTINENKO, on behalf of**                    **CASE NO. 22 CV 518 (JLR)**
**herself and others similarly situated,**

        **Plaintiff,**

    **v.**

**212 STEAKHOUSE, INC., and**
**NIKOLAY VOLPER,**

        **Defendants.**
-------------------------------------------------------x

### [proposed] JUDGMENT

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, that the Clerk of Court shall

enter judgment as follows:

    1.      Pursuant to the Court's Opinion and Order dated September 24, 2024, judgment

shall be entered against Defendants 212 Steakhouse, Inc. and Nikolay Volper, jointly and severally,

and in favor of the class in the total amount of $251,269.84 as follows: i. The class is awarded

unpaid minimum wages under the NYLL without a tip credit allowance in the total amount of

$96,608.35; ii. The class is awarded unpaid overtime wages under the NYLL without a tip credit

allowance in the total amount of $2,530.75; iii. The class is awarded unpaid spread-of-hours

premiums under the NYLL where applicable in the total amount of $2,388; iv. The class is awarded

liquidated damages under the NYLL in the total amount of $101,527.10; v. Prejudgment interest

is awarded from June 18, 2019 to September 25, 2024, at a rate of 9% on the total unpaid wages

of $101,527.10 in the amount of $48,215.64.  The judgment of $251,269.84 shall be allocated

among the Class Members as set forth in Exhibit A to this Judgment.

    2.      If the judgment is not entirely paid within 90 days of judgment, or 90 days after the

expiration of time to appeal and no appeal is then pending, whichever is later, the total amount of

judgment shall automatically increase by 15 percent.  The Court also awards post-judgment interest pursuant to 28 U.S.C. § 1961.

      3.     For the reasons stated in the Court's Opinion and Order dated September 24, 2024, Plaintiff Huk's NYLL Section 195 wage notice and statement claims are dismissed without prejudice for lack of standing.

      4.     The Court grants Plaintiffs' request to dismiss Plaintiff Martinenko's and all remaining class members' NYLL Section 195 wage notice and statement claims without prejudice.

Dated: New York, New York
          _____, 202_

                          By: _____
                                Hon. Jennifer L. Rochon, U.S.D.J.

**Exhibit A**

**Judgement Allocation Among Class Members**

| Class Member | Share of judgment |
|---|---|
| Angel Hernandez | $13,941.55 |
| Benny Torres | $150.87 |
| Charles Gabriel | $3,214.97 |
| Cora Bethea | $4,989.41 |
| Dagmara Huk | $20,651.32 |
| Damian Zabrodin | $3,396.33 |
| Danny Birlandeau | $4,613.97 |
| Gisely Rosa | $536.31 |
| Haley Melendez | $1,321.35 |
| Hector Conoz | $7,987.01 |
| Iroel Vazquez | $1,343.39 |
| Jake Willis | $2,515.20 |
| Jamie Tovar | $10,448.24 |
| Jose Garcia | $64.59 |
| Jose Pena | $528.98 |
| Juan Aguilar | $11,342.60 |
| Juan Deluna | $3,731.74 |
| Kelsey Foley | $6,081.58 |
| Keya Rocaverte | $608.35 |
| Lytchez Lazarov | $28,566.20 |
| Mark Smith | $10,509.59 |
| Michelle Marquez | $456.73 |
| Miguel Torress | $7,489.40 |
| Nino Martinenko | $54,149.63 |
| Noel Lora | $19,862.55 |
| Radzivon Babaniyazav | $8,126.97 |
| Raul Romero | $3,827.93 |
| Shonda Williams | $220.03 |
| Stefana Marzano | $4,327.97 |
| Tela Wittig | $3,344.59 |
| Tristian Collazzo | $9,935.74 |
| Vivian Peng | $2,984.75 |
| **Total:** | **$251,269.84** |