UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NINO MARTINENKO, on behalf of herself and others similarly situated,

                            Plaintiff,

-against-

212 STEAKHOUSE, INC., and
NIKOLAY VOLPER,

                            Defendants.

Case No.: 22-CV-518 (JLR) (RWL)

**NOTICE OF APPEAL**

---

      NOTICE IS HEREBY GIVEN THAT 212 Steakhouse, Inc. and Nikolay Volper, defendants in the above-captioned action ("Defendants"), hereby appeal to the United States Court of Appeals for the Second Circuit from the entirety of the Final Judgment entered in this action on November 14, 2024 ("Final Judgment"). Defendants also appeal the Court's Judgment entered in this action on September 25, 2024 ("Judgment"). Specifically, Defendant appeals from the Judgment as to the Court's denial of Defendants motions to decertify the Rule 23 class and the grant of summary judgment to Plaintiffs on the New York Labor Law claims, as specified in Exhibit B hereto.

      Attached hereto as Exhibit A is a true and correct copy of the Final Judgment. Attached hereto as Exhibit B is a true and correct copy of the Judgment.

Date   December 11, 2024
New York, New York

_____
Jonathan W. Greenbaum
COBURN GREENBAUM & EISENSTEIN PLLC
Second Floor
1710 Rhode Island Avenue, NW
Washington, DC. 20036

Telephone No.: 202.744.5003
Facsimile No.: 1.866.561.9712
Email: jg@coburngreenbaum.com

**NEW YORK ADDRESS:**

99 Hudson Street
Fifth Floor
New York, NY 10013

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Appeal was filed this 11th day of December 2024 via ecf.

_____
Jonathan W. Greenbaum