UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
NINO MARTINENKO, on behalf of                    CASE NO. 22 CV 518
herself and others similarly situated,

      Plaintiff,

      v.

212 STEAKHOUSE, INC., and
NIKOLAY VOLPER,

      Defendants.
-------------------------------------------------x

## NOTICE OF CROSS-APPEAL

Notice is hereby given that Opt-In Plaintiff Dagmara Huk cross-appeals to the United States Court of Appeals for the Second Circuit from the Order entered on September 24, 2024, the Judgments entered on September 25, 2024 and November 14, 2024, and all antecedent and subsequent orders, to the extent that those orders and judgments dismissed Opt-In Plaintiff Huk's N.Y. Lab. L. § 195 claims for lack of standing.

Dated: New York, New York
        December 12, 2024

JOSEPH & KIRSCHENBAUM LLP

/s/ Denise A. Schulman
D. Maimon Kirschenbaum
Denise A. Schulman
Michael DiGiulio
32 Broadway
Suite 601
New York, NY 10004
Tel: (212) 688-5640

*Attorneys for Plaintiff, Opt-In Plaintiff, and the Class*