# Coburn Greenbaum & Eisenstein, PLLC

jg@coburngreenbaum.com
Direct: 202.744.5003

January 24, 2025

**VIA ECF**

The Honorable Jennifer L. Rochon
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

  Re: Martinenko, et. al. v. 212 Steakhouse and Nikolay Volper
     22-cv-518 (JLR) (RWL)

Dear Judge Rochon:

  In accordance with your Order dated January 22, 2025, Defendants, 212 Steakhouse, Inc. and Nikolay Volper attach the Statement of Nikolay Volper in response to Plaintiffs request for post judgment discovery. The declaration was prepared by and signed by Mr. Volper.

           Respectfully submitted,

           Jonathan W. Greenbaum

JWG:pb

cc: All counsel of Record by ecf