UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NINO MARTINENKO et al.,<br><br>      Plaintiffs,<br><br>-against-<br><br>212 STEAKHOUSE INC. and NIKOLAY VOLPER,<br><br>      Defendants. | Case No. 1:22-cv-00518 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  For the reasons set forth in the Court's ruling on the record at the discovery conference on January 29, 2025, Defendants Nikolay Volper and 212 Steakhouse, Inc. are ordered to respond to the Class Counsel's information subpoenas by **February 11, 2025**. The Clerk is respectfully requested to terminate the motion at Dkt. 170.

Dated: January 29, 2025
     New York, New York

                   SO ORDERED.

                   *Jennifer Rochon*
                   JENNIFER L. ROCHON
                   United States District Judge

1