UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
: 
NINO MARTINENKO, on behalf of herself and others  :
similarly situated   :
: 
:     22-cv-00518 (JLR)
Plaintiff,   :
:     ORDER
-v-    :
:
212 STEAKHOUSE, INC., and NIKOLAY VOLPER   :
:
Defendants.   :
X
------------------------------------------------------------------

JENNIFER ROCHON, United States District Judge:

On January 31, 2025, counsel for Defendants 212 Steakhouse, Inc. and Nikolay Volper, Coburn, Greenbaum, & Eisenstein, PLLC ("CGE") filed a motion to withdraw as Defendants' counsel. *See* Dkt. 177. By February 5, 2025, Defense counsel shall serve (1) the motion and any supporting documents and (2) a copy of this Order on their clients, and by **February 7, 2025**, file proof of such service on the docket. *See* S.D.N.Y. Local Rule 1.4.

Any opposition to the motion to withdraw shall be filed by **February 10, 2025**; any reply shall be filed by **February 12, 2025**. Unless and until the Court grants the motion, CGE remains counsel of record for purposes of post-judgment enforcement proceedings. If Defendants have secured new counsel, new counsel shall promptly enter a notice of appearance to ensure a smooth transition of counsel in the event that the motion to withdraw is granted.

SO ORDERED.

Dated: February 3, 2025
New York, New York

_____
JENNIFER L. ROCHON
United States District Judge