JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

32 Broadway, Suite 601
New York, NY 10004
Tel: 212-688-5640
Fax: 212-981-9587
www.jk-llp.com

August 6, 2025

**VIA ECF**

Hon. Jennifer L. Rochon
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    Martinenko v. 212 Steakhouse, Inc.
       No. 22 CV 518 (JLR) (RWL)

Dear Judge Rochon:

     We are Class Counsel in the above-referenced action. As the Court is aware, since judgment was entered in this action we have been conducting discovery relating to collections. As part of collections discovery, we have sought to depose Defendant Nikolay Volper. For the reasons discussed below, I respectfully request the Court Order Mr. Volper to appear for deposition at my firm's office at 10 am on August 26, 2025.

     Mr. Volper's deposition has been scheduled three times since May 2025, only for Mr. Volper to cancel each date at the last minute. Most recently, on or around July 14, 2025 we served Mr. Volper with a deposition notice for an August 6, 2025 deposition, and he did not raise any objection to that date. (*See* Ex. 1.) However, on August 5, 2025, Mr. Volper emailed me to cancel the August 6, 2025 deposition. I spoke with Mr. Volper by phone today and he agreed to appear at a rescheduled deposition on August 26, 2025. However, in light of the repeated cancellations, we respectfully request that the Court Order Mr. Volper to appear for deposition on that date. I told Mr. Volper on the phone that I intended to seek an Order compelling his attendance at the deposition, and he did not raise any objection. I thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Denise A. Schulman
Denise A. Schulman

cc: Nikolay Volper (via email)

---

**The motion to compel Mr. Volper's deposition is GRANTED. Mr. Volper shall appear for his deposition on August 26, 2025. The Court understands that Mr. Volper has indicated that he plans to file a Rule 60 motion; however, a rule 60 motion "does not affect the judgment's finality or suspend its operation." Fed. R. Civ. P. 60(c)(1).**

Dated: August 12, 2025
News York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**