UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

212 STEAKHOUSE, INC., and :

NIKOLAY VOLPER,
Defendant,                             Case No. 1:22-cv-00518-JLR-RWL

– against –

NINO MARTINEKO, on behalf of herself :

and others similarly situated, :

Plaintiffs,

Letter Motion to Extend Word Limit for Motion 60

> The letter motion to extend the word limit for Defendant's forthcoming Rule 60(b) motion is DENIED. Plaintiff has not shown good cause for an extension of the word limit for his opposition brief given that this was a relatively straightforward wage and hour dispute.
>
> SO ORDERED.
>
> Dated: August 12, 2025
> New York, New York
>
> *Jennifer Rochon*
> JENNIFER L. ROCHON
> United States District Judge

Dear Judge Rochon,

I respectfully write as a pro se Defendant in the above-captioned matter to request an extension of the word limit for my forthcoming motion pursuant to Fed. R. Civ. P. 60(b)(2), 60(b)(3), 60(b)(6), and 60(d)(3).

Due to the complexity of the record, the number of declarations and court orders affected by newly discovered evidence, and the documented fraud on the court involving both opposing counsel and my former attorney, the motion requires detailed factual and legal analysis. I have made every effort to be concise, but in order to fully present the relevant material and support the request for vacatur, I respectfully request leave to submit a memorandum of law not exceeding 17,000 words.

This request is made in good faith and not for purposes of delay. I will ensure that the memorandum complies with all formatting requirements, and I will include a certification of word count as required by Your Honor's Individual Practices.

I have served a copy of this letter motion on Plaintiffs' counsel and am prepared to provide a courtesy copy to Chambers if requested.

Thank you for the Court's consideration of this request.

Respectfully submitted,
Nikolay Volper
Pro Se Defendant
1-347-286-9291
mail4opt@yahoo.com

Date: August 7, 2025