# G1

**Nikolay Volper**       Wed, Oct 9, 2024 at 3:34 PM ☆
**From:** mail4opt@yahoo.com
**To:** Jonathan Greenbaum

Dear Jonathan,

Please find The Rules of Professional Conduct in the attacment

Nino attorney committed massive violations under this rules

See page 16,113,114,115,116,118,119,169,170,172,173,181,196,197

You are perfectly  aware of most of this violations as i pont to you many times in the
past

She also sudmited one more False Affidavit during they motion for summary judgment
witch i point to you

She say that POS system can be entry only from 212
Please find prof that can be entry remotely from my office in Queens as well on my
cell in the street as i already point to you

See the link

https://drive.google.com/file/d/1BOBAq6uJOJ4RthP0mv4rv7u7iaU868dB/view


More violations for Nino  attorney under Stipulations Rules see 2 and 3 attacment

Lastly i will work on misleading statements  by them  over the course of the lawsuit

This violatios also effect the judge rullings on the  case and i already point to you by
text

Conclusion:

Fraud on court  durung civil procedure

We must file and adress this to the court

Best

Nikolay Volper
212 Steakhouse

Download all attachments as a zip file

  

Rules of Pro... .pdf       CamScanner....pdf       CamScanner....pdf
914.7 kB                   719.7 kB                402.1 kB



---

 ● **Jonathan Greenbaum**           Thu, Oct 10, 2024 at 7:31 AM  ☆
              **From:** jg@coburngreenbaum.com
              **To:** Nikolay Volper

Per our discussions and prior discussions and e mails over the course of this matter, there are no grounds for taking the action you are seeking, filing a Rule 60 motion and/or raising with the court an issue of fraud by the plaintiffs and their attorneys. The judgment rendered thus far is due in large part to the facts of the case and the courts sanctions decision which formed the basis of the judgment on the NYLL and FLSA tip credit claims, overtime and spread of hours. Those findings were not appealed and cannot be appealed now. When I entered my appearance in the case the sanctions decision had already been entered and discovery concluded. The discovery included the depositions of the Plaintiffs and yourself, there were no other depositions. You attached below the "Stipulations" from Martinienko's deposition for your belief there was a "fraud" on the court—(putting to the side when I review the transcript I dont see that, but moreover, this was not brought to the courts attention at the time. I have reviewed each of the ethics rules applicable to the Plaintiffs attorneys and do not believe they committed any ethical violations. Moreover, such would not be a defense to the underlying claims.

As I indicated to you as to the NYLL Section 195 claims the judge has dismissed Huk from these claims and denied Martinenko and the class motion for summary judgment. The judge ordered us to meet and confer regarding the treatment of the claims going forward and the Plaintiffs proposal is to dismiss the claims. This means that you would not be subject to these claims, which carry statutory penalties totaling $255,900. As an attorney I cannot represent to the court that I oppose this dismissal as such dismissal is in your interest. It also affects the Plaintiffs attorney fee petition they will file, as they did not prevail on all of their claims and you would have valid objections to their contemplated attorney fee petition.

As discussed, I need to get back to Plaintiffs counsel to fulfill the meet and confer obligations and tell them we do not agree on their proposal (You have not given me authority to agree to the proposal, over my advise to accept it). However I indicated that we would have no grounds to object to their contemplated proposal.

Note while I do not believe there is a final judgment, since Plaintiffs have alluded to an appeal, I think the safe thing to do is file a notice of appeal by the 24th to be safe, even if the appeal is stayed pending final judgment or dismissed as premature. This way your rights are preserved. The fee for a notice of appeal is $605. The appeal would be for the summary judgment order and decertification order issued by the judge on September 24. As i have indicated to you I cannot raise the fraud issues you have alluded to or ethical issues you have alluded to because as an attorney I cannot file pleadings in court in which I do not believe have grounds to be made.


Jonathan W. Greenbaum
Coburn & Greenbaum, PLLC
District of Columbia/New York
202.744.5003
www.coburngreenbaum.com


On Oct 9, 2024, at 6:34 PM, Nikolay Volper <mail4opt@yahoo.com> wrote:

<Rules of Professional Conduct as amended 060118.pdf>


Hide
original
message

**G2**

 Gmail

**huma nawazish <huma.nawazish777@gmail.com>**

## Fw: 212 Steakhouse
1 message

**Nikolay Volper** <mail4opt@yahoo.com>                                                            17 August 2025 at 22:11
Reply-To: Nikolay Volper <mail4opt@yahoo.com>
To: Huma Nawazish <huma.nawazish777@gmail.com>

----- Forwarded Message -----
**From:** Nikolay Volper <mail4opt@yahoo.com>
**To:** Jonathan Greenbaum <jg@coburngreenbaum.com>
**Sent:** Tuesday, September 10, 2024 at 05:52:57 AM PDT
**Subject:** Re: 212 Steakhouse

look at they personal  affidavits sent to the court

On Tuesday, September 10, 2024 at 08:31:34 AM EDT, Jonathan Greenbaum <jg@coburngreenbaum.com> wrote:

We can discuss ( I don't think they did this)
Jonathan W. Greenbaum
Coburn & Greenbaum, PLLC
District of Columbia/New York
202.744.5003
www.coburngreenbaum.com

On Sep 10, 2024, at 8:23 AM, Nikolay Volper <mail4opt@yahoo.com> wrote:


Dear Jonathan,

One more etnic rulles they did


(2) assert personal knowledge of facts in issue except when testifying as a witness;

Best

Nikolay Volper

**G3**

 Gmail

**huma nawazish <huma.nawazish777@gmail.com>**

---

### Fw: 212 Steakhouse
1 message

---

**Nikolay Volper** <mail4opt@yahoo.com>                    17 August 2025 at 22:12
Reply-To: Nikolay Volper <mail4opt@yahoo.com>
To: Huma Nawazish <huma.nawazish777@gmail.com>

---

----- Forwarded Message -----
**From:** Nikolay Volper <mail4opt@yahoo.com>
**To:** Jonathan Greenbaum <jg@coburngreenbaum.com>
**Sent:** Tuesday, September 3, 2024 at 10:06:08 AM PDT
**Subject:** 212 Steakhouse

Dear Jonathan,

Please find the etnic rules and will find all the rules they apply

To start we can look 3.3 rules and why is very important to adress them
now to the court before trail

On top i just find 2 more breakings of this rules in the last 5 min

Will help you a lot and you see i am right on all my points

Best

Nikolay Volper
212 Steakhouse

---

📕 **Rules of Professional Conduct as amended 060118.pdf**
915K

**G4**

## Re: Objections

From:  Nikolay Volper (mail4opt@yahoo.com)

To:      jg@coburngreenbaum.com

Date:   Tuesday, September 3, 2024 at 04:44 AM PDT

Dear Jonathan,

As my attorney in this case please let me know if you going to
report to the court Nino Martinenko attorneys etnic violations or not

Best

Nikolay Volper
212 Steakhouse

On Sunday, September 1, 2024 at 05:40:16 PM EDT, Nikolay Volper <mail4opt@yahoo.com> wrote:

Dear Jonathan,

As my attorney in this case please let me know if you going to
report to the court Nino Martinenko attorneys etnic violations or not

Best

Nikolay Volper
212 Steakhouse

On Saturday, August 31, 2024 at 11:43:22 AM EDT, Nikolay Volper <mail4opt@yahoo.com> wrote:

if she say only 2 time then i am ok with that

There is a lot of evidences that Nino atterney in the past and present
committed etnic **violations** and they just add 2 more on top on the past
**violations and they shoud not longer represend this case**

On Saturday, August 31, 2024 at 11:18:22 AM EDT, Jonathan Greenbaum <jg@coburngreenbaum.com> wrote:

Put to the side the 6 after which we presented as evidence, what about during her work, how many times did she log into the management account? This issue would be relevant ( which judge already said is a disputed question of fact to the issue they filed the appeal on, she says only twice during her employment

Jonathan W. Greenbaum
Coburn & Greenbaum, PLLC
District of Columbia/New York
202.744.5003
www.coburngreenbaum.com

  On Aug 31, 2024, at 11:11 AM, Nikolay Volper <mail4opt@yahoo.com> wrote:


  She clock in anytime that work and is difrent system
  In order to change time records and est she need to log in the managment account
  Where she did few times to change time record for few of the 212 Steakhouse staff
  in 2020 and she admit that and then she log 6 times in the same managment system
  after she got fire on Dec 30/2021
  To be more clear she have perfect knowlige  212 staff payroll records and tip distribution
  from the payroll records send to her and then she or somebody else make the payroll checks to
  all

  But this we already say
  There is much bigger problems in this case there are involve


On Saturday, August 31, 2024 at 10:46:55 AM EDT, Jonathan Greenbaum <jg@coburngreenbaum.com> wrote:

Let me ask you something, can you have a computer person ( or you if you can) see how many times she logged onto the POS system during her employment ? We know 6 but what about during to check her hours etc?

Jonathan W. Greenbaum
Coburn & Greenbaum, PLLC
District of Columbia/New York
202.744.5003
www.coburngreenbaum.com

  On Aug 31, 2024, at 10:02 AM, Nikolay Volper <mail4opt@yahoo.com> wrote:

To be clear i perfectly undesstaint why you dont want to
adress and step up in Nino Martinenko and her atterney bad actions
End of the day that was there desisions in order to do max
damages and put me out of business.
As you know i pay a lot for my mistakes in this case money,time and stress
All i ask you to prodect  me and adress there activity in this case and be fair case

On Saturday, August 31, 2024 at 09:22:57 AM EDT, Nikolay Volper <mail4opt@yahoo.com> wrote:

is not there
You never pointed that the judge fail to adress this and use
only part of her staitment

On Saturday, August 31, 2024 at 09:12:11 AM EDT, Jonathan Greenbaum <jg@coburngreenbaum.com> wrote:

That's all in there

Jonathan W. Greenbaum
Coburn & Greenbaum, PLLC
District of Columbia/New York
202.744.5003

www.coburngreenbaum.com

On Aug 31, 2024, at 9:02 AM, Nikolay Volper <mail4opt@yahoo.com> wrote:


look my sugestion i never say she change records but her
ability to change records can play big role in this case as you know
not only on damage side but on class  and this can be by question her on the trail
The law is very clear on this elegal activities even if she still dont change
or donwload records still felony

On Saturday, August 31, 2024 at 08:36:43 AM EDT, Jonathan Greenbaum <jg@coburngreenbaum.com> wrote:


That she " could" change records is in there, there is no evidence she changed records

Jonathan W. Greenbaum
Coburn & Greenbaum, PLLC
District of Columbia/New York
202.744.5003
www.coburngreenbaum.com


On Aug 31, 2024, at 8:33 AM, Nikolay Volper <mail4opt@yahoo.com> wrote:


Look at my deposition
Nino Martinenko atterney  use the world unlawfull in this civil case
Also you never adress the facts that the judge never adress
the facts of her improper activitis and use only part of her staitment
to look in the past clock in and out but also change there time records as
well not only look

On Saturday, August 31, 2024 at 08:01:37 AM EDT, Jonathan Greenbaum <jg@coburngreenbaum.com> wrote:


You will notice I used the word improper instead of illegal, I did it for several reasons, most of all I think it would backfire with the judge as a gratuitous statement, second there is no evidence you had a policy on computer use ( which is necessary in these cases with former employees in this situation) so inappropriate and improper is the more appropriate thing to say in a civil case, the judge isn't going to decide something is a crime without the DA or us attorney bringing it.

https://ecf.nysd.uscourts.gov/doc1/127136074410

Jonathan W. Greenbaum
Coburn & Greenbaum, PLLC
District of Columbia/New York
202.744.5003
www.coburngreenbaum.com

**G5**

**M** Gmail

huma nawazish <huma.nawazish777@gmail.com>

## Fw: 212 Steakhouse
1 message

**Nikolay Volper** <mail4opt@yahoo.com>                                    17 August 2025 at 21:55
Reply-To: Nikolay Volper <mail4opt@yahoo.com>
To: Huma Nawazish <huma.nawazish777@gmail.com>

----- Forwarded Message -----
**From:** Jonathan Greenbaum <jg@coburngreenbaum.com>
**To:** Nikolay Volper <mail4opt@yahoo.com>
**Sent:** Thursday, October 10, 2024 at 07:31:52 AM PDT
**Subject:** Re: 212 Steakhouse

Per our discussions and prior discussions and e mails over the course of this matter, there are no grounds for taking the action you are seeking, filing a Rule 60 motion and/or raising with the court an issue of fraud by the plaintiffs and their attorneys. The judgment rendered thus far is due in large part to the facts of the case and the courts sanctions decision which formed the basis of the judgment on the NYLL and FLSA tip credit claims, overtime and spread of hours. Those findings were not appealed and cannot be appealed now. When I entered my appearance in the case the sanctions decision had already been entered and discovery concluded. The discovery included the depositions of the Plaintiffs and yourself, there were no other depositions. You attached below the "Stipulations" from Martinienko's deposition for your belief there was a "fraud" on the court—(putting to the side when I review the transcript I dont see that, but moreover, this was not brought to the courts attention at the time. I have reviewed each of the ethics rules applicable to the Plaintiffs attorneys and do not believe they committed any ethical violations. Moreover, such would not be a defense to the underlying claims.

As I indicated to you as to the NYLL Section 195 claims the judge has dismissed Huk from these claims and denied Martinenko and the class motion for summary judgment. The judge ordered us to meet and confer regarding the treatment of the claims going forward and the Plaintiffs proposal is to dismiss the claims. This means that you would not be subject to these claims, which carry statutory penalties totaling $255,900. As an attorney I cannot represent to the court that I oppose this dismissal as such dismissal is in your interest. It also affects the Plaintiffs attorney fee petition they will file, as they did not prevail on all of their claims and you would have valid objections to their contemplated attorney fee petition.

As discussed, I need to get back to Plaintiffs counsel to fulfill the meet and confer obligations and tell them we do not agree on their proposal (You have not given me authority to agree to the proposal, over my advise to accept it). However I indicated that we would have no grounds to object to their contemplated proposal.

Note while I do not believe there is a final judgment, since Plaintiffs have alluded to an appeal, I think the safe thing to do is file a notice of appeal by the 24th to be safe, even if the appeal is stayed pending final judgment or dismissed as premature. This way your rights are preserved. The fee for a notice of appeal is $605. The appeal would be for the summary judgment order and decertification order issued by the judge on September 24. As i have indicated to you I cannot raise the fraud issues you have alluded to or ethical issues you have alluded to because as an attorney I cannot file pleadings in court in which I do not believe have grounds to be made.


Jonathan W. Greenbaum
Coburn & Greenbaum, PLLC
District of Columbia/New York
202.744.5003
www.coburngreenbaum.com


> On Oct 9, 2024, at 6:34 PM, Nikolay Volper <mail4opt@yahoo.com> wrote:
>
> <Rules of Professional Conduct as amended 060118.pdf>

**G6**

## Fwd: 212 Steakhouse

From:   Jonathan Greenbaum (jg@coburngreenbaum.com)

To:     mail4opt@yahoo.com

Date:   Tuesday, October 8, 2024 at 01:14 PM PDT

fyi
Jonathan W. Greenbaum
Coburn & Greenbaum, PLLC
District of Columbia/New York
202.744.5003
www.coburngreenbaum.com

Begin forwarded message:

**From:** Denise Schulman <denise@jk-llp.com>
**Subject: RE: 212 Steakhouse**
**Date:** October 8, 2024 at 4:13:44 PM EDT
**To:** Jonathan Greenbaum <jg@coburngreenbaum.com>
**Cc:** Maimon Kirschenbaum <maimon@jk-llp.com>, Mike DiGiulio <mike@jk-llp.com>

Jonathan,

Please let us know your position on our proposal re: the NYLL 195 claims.

Thanks,
Denise

**From:** Jonathan Greenbaum <jg@coburngreenbaum.com>
**Sent:** Monday, September 30, 2024 3:20 PM
**To:** Denise Schulman <denise@jk-llp.com>

**Cc:** Maimon Kirschenbaum <maimon@jk-llp.com>; Mike DiGiulio <mike@jk-llp.com>
**Subject:** Re: 212 Steakhouse

Thanks will get back to you

Jonathan W. Greenbaum
Coburn & Greenbaum, PLLC
District of Columbia/New York
202.744.5003
https://link.edgepilot.com/s/a4a3ac2e/PbY9PdZbB0iJzrzPs5PKeA?u=http://www.coburngreenbaum.com/

> On Sep 30, 2024, at 2:38 PM, Denise Schulman <denise@jk-llp.com> wrote:
>
> Hi Jonathan,
>
> After further consideration following our conversation last Friday, we will agree to dismiss the remaining NYLL 195 claims without prejudice and ask the judge to enter a final judgment disposing of the case in full.  If you are on board with that, I will prepare a letter to Judge Rochon.
>
> Thanks,
> Denise
>
> ---
>
> **From:** Jonathan Greenbaum <jg@coburngreenbaum.com>
> **Sent:** Friday, September 27, 2024 12:47 PM
> **To:** Denise Schulman <denise@jk-llp.com>
> **Subject:** Re: 212 Steakhouse
>
> 4 is good, I dont think the form makes it appealable—could have been a mistake by the clerk (in any event I think its pretty clear its not a final order)
>
> Jonathan W. Greenbaum
> Coburn & Greenbaum, PLLC
> District of Columbia/New York
> 202.744.5003
> https://link.edgepilot.com/s/eac91c4f/5SXMwyXUTEWGDvsLS9bAeQ?u=http://www.coburngreenbaum.com/

On Sep 27, 2024, at 12:23 PM, Denise Schulman <denise@jk-llp.com> wrote:

The judgment came with a notice of right to appeal (see attached).  I can call you at 4 if you're free.

---

**From:** Jonathan Greenbaum <jg@coburngreenbaum.com>
**Sent:** Friday, September 27, 2024 12:14 PM
**To:** Denise Schulman <denise@jk-llp.com>
**Cc:** Maimon Kirschenbaum <maimon@jk-llp.com>; Mike DiGiulio <mike@jk-llp.com>
**Subject:** Re: 212 Steakhouse

I don't believe its a final appealable order, Im around for a discussion, just let me know.

Jonathan W. Greenbaum
Coburn & Greenbaum, PLLC
District of Columbia/New York
202.744.5003
https://link.edgepilot.com/s/b2811016/hp_l2xyAPUWKCC6AZDBe9A?u=http://www.coburngreenbaum.com/

On Sep 27, 2024, at 12:10 PM, Denise Schulman <denise@jk-llp.com> wrote:

Hi Jonathan,

We intend to appeal the dismissal of Dagmara Huk's NYLL 195 claims for the reasons set forth in our objections to the R&R.  In light of that, we think it makes sense to stay the class's NYLL 195 claims until the appeal is decided.  If we ultimately lose the appeal, we would agree to dismiss the remaining NYLL 195 claims without prejudice.  Please let us know if you agree to this approach.  If not, let us know when you're available for a call to meet and confer as directed by the court.

Thanks,
Denise

Denise Schulman
Joseph & Kirschenbaum LLP
32 Broadway
Suite 601
New York, NY 10004
Tel: 212-688-5640
Fax: 212-981-9587

This e-mail and any attachments are confidential and are intended solely for the use of the addressee(s). This communication may contain material that is protected by the attorney-client privilege or other privileges or doctrines. If you are not the addressee or an addressee's agent, you may not use, disseminate, forward, print, or copy this e-mail; doing so may violate the addressee's rights. If you have received this e-mail in error, please notify us immediately.

IRS Circular 230 disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication. (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)

<212 Steakhouse notice of right to appeal.pdf>

**G7**



huma nawazish <huma.nawazish777@gmail.com>

## Fw: this is what you filed with respect to the Huk communications in deposition

1 message

**Nikolay Volper** <mail4opt@yahoo.com>           17 August 2025 at 21:53
Reply-To: Nikolay Volper <mail4opt@yahoo.com>
To: Huma Nawazish <huma.nawazish777@gmail.com>

----- Forwarded Message -----
**From:** Nikolay Volper <mail4opt@yahoo.com>
**To:** Jonathan Greenbaum <jg@coburngreenbaum.com>
**Sent:** Friday, October 11, 2024 at 09:18:26 AM PDT
**Subject:** Re: this is what you filed with respect to the Huk communications in deposition

Again I raise deferent point and let's concentrate on
this
Misleading and false statement by attorney this is a fact or you think this is not a fact

Sent from Yahoo Mail for iPhone

On Friday, October 11, 2024, 11:48 AM, Jonathan Greenbaum <jg@coburngreenbaum.com> wrote:

you had raised the issue and it was rejected, court noted "text and other means"

Jonathan W. Greenbaum
Coburn & Greenbaum, PLLC
District of Columbia/New York
202.744.5003
www.coburngreenbaum.com

**G8**

 Gmail

**huma nawazish <huma.nawazish777@gmail.com>**

---

## Fw: 212 Steakhouse
1 message

---

**Nikolay Volper** <mail4opt@yahoo.com>                                      31 August 2025 at 02:49
Reply-To: Nikolay Volper <mail4opt@yahoo.com>
To: Huma Nawazish <huma.nawazish777@gmail.com>

----- Forwarded Message -----
**From:** Nikolay Volper <mail4opt@yahoo.com>
**To:** Jonathan Greenbaum <jg@coburngreenbaum.com>
**Sent:** Thursday, August 10, 2023 at 05:18:36 AM EDT
**Subject:** 212 Steakhouse

Hi John,

Lets advise the court first with the illegal multiple log in  by Nino after she was fire on Dec 30/2021
into 212  business operating software where she have level 3 permision
and have the ability to view,download,edit,change and delete information into
the software on any record including 212 Staff records
Few days after her last log in on Jan 8/2022 for 46 minites the lawsuite was file
Her activity is illegal and a crime under the law even if she dont take or delete any
information
Also rise serious concerns about the integraty  in this case and we need to call for deposition
 Nino and Dakmara to adress  many of this very suspicious  activity and testimony by both

Best

Nikolay

**G9**

## Fw: Log in

From: Nikolay Volper (mail4opt@yahoo.com)

To: jg@coburngreenbaum.com

Date: Friday, November 10, 2023 at 05:43 PM PST

Hi Jonathan,

Please find the records for illegal activity from Nino
i suspect the attorney ask her to do so
She work the last day Dec 28/2021

----- Forwarded Message -----
**From:** Allen Samson from Lavu Inc. <support@lavu.com>
**To:** Nikolay Volper <mail4opt@yahoo.com>
**Sent:** Tuesday, June 13, 2023 at 12:17:08 PM EDT
**Subject:** Log in

Greetings

Thank you for contacting Lavu Customer Support

Screen shot of the Log ins :

| | Day | Month |
| --- | --- | --- |

◀ 2022 ▾ ▶

| USER | COUNT | TIME |
| --- | --- | --- |
| Nino Martinenko | 1 | 01-01- 2022 19:04:07 |
| Nino Martinenko | 1 | 01-01- 2022 19:04:45 |
| Nino Martinenko | 1 | 01-01- 2022 23:10:20 |
| Nino Martinenko | 1 | 01-06- 2022 21:00:41 |
| Nino Martinenko | 1 | 01-06- 2022 21:01:08 |
| Nino Martinenko | 1 | 01-08- 2022 20:23:43 |



**Allen Samson**

Customer Care Representative
| Lavu POS

[www.lavu.com](http://www.lavu.com)

# G10

## 212 Steakhouse

From:   Nikolay Volper (mail4opt@yahoo.com)

To:      jg@coburngreenbaum.com

Date:   Monday, December 23, 2024 at 11:54 AM PST

Sorry to hear that you dont want to adress the miscondut by opposing party
side to the judge

The judge can do under Rule 60 see b under point 2 and 3

(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

   (1) mistake, inadvertence, surprise, or excusable neglect;

   (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

   (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

# G11

**Nikolay Volper**
**From:** mail4opt@yahoo.com
**To:** Jonathan Greenbaum

   Wed, Oct 9, 2024 at 3:34 PM ☆

Dear Jonathan,

Please find The Rules of Professional Conduct in the attacment

Nino attorney committed massive violations under this rules

See page 16,113,114,115,116,118,119,169,170,172,173,181,196,197

You are perfectly  aware of most of this violations as i pont to you many times in the
past

She also sudmited one more False Affidavit during they motion for summary judgment
witch i point to you

She say that POS system can be entry only from 212
Please find prof that can be entry remotely from my office in Queens as well on my
cell in the street as i already point to you

See the link

https://drive.google.com/file/d/1BOBAq6uJOJ4RthP0mv4rv7u7iaU868dB/view


More violations for Nino  attorney under Stipulations Rules see 2 and 3 attacment

Lastly i will work on misleading statements  by them  over the course of the lawsuit

This violatios also effect the judge rullings on the  case and i already point to you by
text

Conclusion:

Fraud on court  durung civil procedure

We must file and adress this to the court

Best

Nikolay Volper
212 Steakhouse

Download all attachments as a zip file



Rules of Pro... .pdf
914.7 kB



CamScanner....pdf
719.7 kB



CamScanner....pdf
402.1 kB



**Jonathan Greenbaum**
From: jg@coburngreenbaum.com
To: Nikolay Volper

Thu, Oct 10, 2024 at 7:31 AM

Per our discussions and prior discussions and e mails over the course of this matter, there are no grounds for taking the action you are seeking, filing a Rule 60 motion and/or raising with the court an issue of fraud by the plaintiffs and their attorneys. The judgment rendered thus far is due in large part to the facts of the case and the courts sanctions decision which formed the basis of the judgment on the NYLL and FLSA tip credit claims, overtime and spread of hours. Those findings were not appealed and cannot be appealed now. When I entered my appearance in the case the sanctions decision had already been entered and discovery concluded. The discovery included the depositions of the Plaintiffs and yourself, there were no other depositions. You attached below the "Stipulations" from Martinienko's deposition for your belief there was a "fraud" on the court—(putting to the side when I review the transcript I dont see that, but moreover, this was not brought to the courts attention at the time. I have reviewed each of the ethics rules applicable to the Plaintiffs attorneys and do not believe they committed any ethical violations. Moreover, such would not be a defense to the underlying claims.

As I indicated to you as to the NYLL Section 195 claims the judge has dismissed Huk from these claims and denied Martinenko and the class motion for summary judgment. The judge ordered us to meet and confer regarding the treatment of the claims going forward and the Plaintiffs proposal is to dismiss the claims. This means that you would not be subject to these claims, which carry statutory penalties totaling $255,900. As an attorney I cannot represent to the court that I oppose this dismissal as such dismissal is in your interest. It also affects the Plaintiffs attorney fee petition they will file, as they did not prevail on all of their claims and you would have valid objections to their contemplated attorney fee petition.

As discussed, I need to get back to Plaintiffs counsel to fulfill the meet and confer obligations and tell them we do not agree on their proposal (You have not given me authority to agree to the proposal, over my advise to accept it). However I indicated that we would have no grounds to object to their contemplated proposal.

Note while I do not believe there is a final judgment, since Plaintiffs have alluded to an appeal, I think the safe thing to do is file a notice of appeal by the 24th to be safe, even if the appeal is stayed pending final judgment or dismissed as premature. This way your rights are preserved. The fee for a notice of appeal is $605. The appeal would be for the summary judgment order and decertification order issued by the judge on September 24. As i have indicated to you I cannot raise the fraud issues you have alluded to or ethical issues you have alluded to because as an attorney I cannot file pleadings in court in which I do not believe have grounds to be made.


Jonathan W. Greenbaum
Coburn & Greenbaum, PLLC
District of Columbia/New York
202.744.5003
www.coburngreenbaum.com


On Oct 9, 2024, at 6:34 PM, Nikolay Volper <mail4opt@yahoo.com> wrote:

<Rules of Professional Conduct as amended 060118.pdf>


Hide
original
message

# G12

## Re: Fwd: 212 Steakhouse

From: Nikolay Volper (mail4opt@yahoo.com)

To: jg@coburngreenbaum.com

Date: Monday, September 30, 2024 at 12:18 PM PDT

Please start to prepare our appeal summary judgment
This is the court order notice send by the court it our option not there option there a lot ethical violations and crime committed by main plentiful witch you don't address to the court
We have till Oct 24 date

Sent from Yahoo Mail for iPhone

> On Monday, September 30, 2024, 2:58 PM, Nikolay Volper <mail4opt@yahoo.com> wrote:
>
> We don't agree and we submit our appeal
>
> Sent from Yahoo Mail for iPhone
>
> On Monday, September 30, 2024, 2:42 PM, Jonathan Greenbaum <jg@coburngreenbaum.com> wrote:
>
> Called their bluff, I said they would do this
>
> Jonathan W. Greenbaum
> Coburn & Greenbaum, PLLC
> District of Columbia/New York
> 202.744.5003
> www.coburngreenbaum.com
>
> Begin forwarded message:
>
> **From:** Denise Schulman <denise@jk-llp.com>
> **Date:** September 30, 2024 at 2:38:01 PM EDT
> **To:** Jonathan Greenbaum <jg@coburngreenbaum.com>
> **Cc:** Maimon Kirschenbaum <maimon@jk-llp.com>, Mike DiGiulio <mike@jk-llp.com>

**Subject: RE: 212 Steakhouse**

Hi Jonathan,

After further consideration following our conversation last Friday, we will agree to dismiss the remaining NYLL 195 claims without prejudice and ask the judge to enter a final judgment disposing of the case in full.  If you are on board with that, I will prepare a letter to Judge Rochon.

Thanks,
Denise

---

**From:** Jonathan Greenbaum <jg@coburngreenbaum.com>
**Sent:** Friday, September 27, 2024 12:47 PM
**To:** Denise Schulman <denise@jk-llp.com>
**Subject:** Re: 212 Steakhouse

4 is good, I dont think the form makes it appealable—could have been a mistake by the clerk (in any event I think its pretty clear its not a final order)


Jonathan W. Greenbaum
Coburn & Greenbaum, PLLC
District of Columbia/New York
202.744.5003
https://link.edgepilot.com/s/eac91c4f/5SXMwyXUTEWGDvsLS9bAeQ?u=http://www.coburngreenbaum.com/




On Sep 27, 2024, at 12:23 PM, Denise Schulman <denise@jk-llp.com> wrote:

The judgment came with a notice of right to appeal (see attached).  I can call you at 4 if you're free.

**From:** Jonathan Greenbaum <jg@coburngreenbaum.com>
**Sent:** Friday, September 27, 2024 12:14 PM
**To:** Denise Schulman <denise@jk-llp.com>
**Cc:** Maimon Kirschenbaum <maimon@jk-llp.com>; Mike DiGiulio <mike@jk-llp.com>
**Subject:** Re: 212 Steakhouse

I don't believe its a final appealable order, Im around for a discussion, just let me know.


Jonathan W. Greenbaum
Coburn & Greenbaum, PLLC
District of Columbia/New York
202.744.5003
https://link.edgepilot.com/s/b2811016/hp_I2xyAPUWKCC6AZDBe9A?u=http://www.coburngreenbaum.com/


On Sep 27, 2024, at 12:10 PM, Denise Schulman <denise@jk-llp.com> wrote:

Hi Jonathan,

We intend to appeal the dismissal of Dagmara Huk's NYLL 195 claims for the reasons set forth in our objections to the R&R.  In light of that, we think it makes sense to stay the class's NYLL 195 claims until the appeal is decided.  If we ultimately lose the appeal, we would agree to dismiss the remaining NYLL 195 claims without prejudice.  Please let us know if you agree to this approach.  If not, let us know when you're available for a call to meet and confer as directed by the court.

Thanks,
Denise

Denise Schulman
Joseph & Kirschenbaum LLP
32 Broadway
Suite 601
New York, NY 10004

Tel: 212-688-5640
Fax: 212-981-9587

This e-mail and any attachments are confidential and are intended solely for the use of the addressee(s). This communication may contain material that is protected by the attorney-client privilege or other privileges or doctrines. If you are not the addressee or an addressee's agent, you may not use, disseminate, forward, print, or copy this e-mail; doing so may violate the addressee's rights. If you have received this e-mail in error, please notify us immediately.

IRS Circular 230 disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication. (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)

<212 Steakhouse notice of right to appeal.pdf>

**G13**

Re: latest invoice (one month)

From: Nikolay Volper (mail4opt@yahoo.com)

To: jg@coburngreenbaum.com

Date: Friday, September 27, 2024 at 10:09 AM PDT

ok

> On Friday, September 27, 2024 at 01:08:44 PM EDT, Jonathan Greenbaum <jg@coburngreenbaum.com> wrote:
>
> I am speaking with Denise at 4, will call you after.
>
>
> Jonathan W. Greenbaum
> Coburn & Greenbaum, PLLC
> District of Columbia/New York
> 202.744.5003
> www.coburngreenbaum.com

G14

## Re: I went through your issues...

From:  Nikolay Volper (mail4opt@yahoo.com)

To:      jg@coburngreenbaum.com

Date:   Thursday, October 31, 2024 at 08:04 AM PDT


In civil cases you can ask in trial same questions
or more questions
Why you think they take our pitch so fast
So now no need for them to go to trial any answer
Any questions,class decertification,her hacking into
My business POS and est
I my opinion they are very happy that was they dream
outcome


Sent from Yahoo Mail for iPhone

> On Thursday, October 31, 2024, 10:17 AM, Jonathan Greenbaum <jg@coburngreenbaum.com> wrote:
>
> Rule 30 relates to depositions and discovery —that period has long passed, not sure what you are getting at. You did not seek a protective order or correct your deposition at the time (which the judge hinted you should have done at the time if you felt it necessary)
>
> Jonathan W. Greenbaum
> Coburn & Greenbaum, PLLC
> District of Columbia/New York
> 202.744.5003
> www.coburngreenbaum.com
>
>
> On Oct 31, 2024, at 10:13 AM, Nikolay Volper <mail4opt@yahoo.com> wrote:

You should start looking again the rules 1200
And Rules Federal under rules 30
Since you take action that we can not go even
to trial how we ask the judge now that they need to
follow Rules 30


Sent from Yahoo Mail for iPhone


On Thursday, October 31, 2024, 9:57 AM, Jonathan Greenbaum <jg@coburngreenbaum.com> wrote:


1. Attorney advising Nino not to answer—attorneys do this all the time, the proper response if for your attorney to mark that page of the deposition and bring it to the court's attention, either at the time of the deposition or after in a motion to compel the testimony. Then, the judge would rule whether the witness should answer. This is not an ethical violation.

2. Not producing information because of affidavits from employees  saying they dont want to be represented by Plaintiff attorneys. This was the subject of testimony before the judge. You stated you had the information but didnt produce it out of privacy concerns,. Judge in sanctions ruling stated that the issue of personal information could be dealt with in a protective order (page 22 of transcript and p 13 of sanctions ruling) You did not file a motion for protective order which the judge said would be the appropriate action to take. The judge also found your testimony evasive and vague and not credible (page 13 sanctions ruling). The judge ruled "There is no excuse for not producing documents in light of the Court's Order" and the failure to file a protective Order." the Judge also ruled that any mistakes in your deposition could have been corrected within 30 days of the deposition.

3. R & R where magistrate raises the issue of Plausible retaliation with respect to opt outs using nearly identical forms is "sufficient to at least raise a spector of retaliation"  We dealt with this in our opposition and the judge said it was not a dispositive issue—I think this is a valid issue for appeal, but is not "new" and does not raise ethical issues for Plaintiffs just to make an argument, which the court did not fully embrace anyway.

4. Point 13 of the Plaintiffs facts not in dispute related to your authority over the control of schedules. Plaintiffs cite to your deposition at page 39 lines 18-22 which lends support for this proposition.

None of the above raise ethical issues. Again, I think you have valid issues for appeal, but that is what should be focused on. the bottom line, these cases are made in the discovery phase and the record from discovery is not helpful, including the sanctions ruling.

I can discuss further but thought it better to put this in writing first.




Jonathan W. Greenbaum
Coburn & Greenbaum, PLLC
District of Columbia/New York
202.744.5003

[www.coburngreenbaum.com](http://www.coburngreenbaum.com)

# G15



huma nawazish <huma.nawazish777@gmail.com>

## Fw: 212 Steakhouse
1 message

**Nikolay Volper** <mail4opt@yahoo.com>                                    31 August 2025 at 03:51
Reply-To: Nikolay Volper <mail4opt@yahoo.com>
To: Huma Nawazish <huma.nawazish777@gmail.com>

---

----- Forwarded Message -----
**From:** Nikolay Volper <mail4opt@yahoo.com>
**To:** Jonathan Greenbaum <jg@coburngreenbaum.com>
**Sent:** Monday, January 15, 2024 at 06:38:28 AM EST
**Subject:** 212 Steakhouse

Hi Jonh,

Please find Nino Martinenko clock in and clock out time
for her time period with 212

There is been 34 days highlight in yellow where she was time record
for clock in and out but not any guests check transations or payment records
She create this records with her activity after she got fire into the system

Also Nino send to the court many  false or misleading affidavit and staitments
and her lawyers are perfectly aware of this staitments that is false and misliding
and still send to the court i did aleady send you the prof

Talk soon

Nikolay

---



📄 **LAVU Calculations - Nino Martinenko.pdf**
383K

**G16**



**huma nawazish <huma.nawazish777@gmail.com>**

---

## Fw: 212 Steakhouse
1 message

---

**Nikolay Volper** <mail4opt@yahoo.com>                                              31 August 2025 at 03:51
Reply-To: Nikolay Volper <mail4opt@yahoo.com>
To: Huma Nawazish <huma.nawazish777@gmail.com>

----- Forwarded Message -----
**From:** Nikolay Volper <mail4opt@yahoo.com>
**To:** Jonathan Greenbaum <jg@coburngreenbaum.com>
**Sent:** Saturday, May 4, 2024 at 12:36:45 PM EDT
**Subject:** 212 Steakhouse

Hi Jonathan,

Here is the calculations from the time records

Where in yellow you can see 34 days Nino clock in and out
but no records find in the system she have server any guests
and take any payments
Also you can find the damages she did by time Theft in minites for
any day and total per year
After this calculation on the damages she did  more  damages that she
claim


Please review

Best

Nikolay Volper
212 Steakhouse

---

**2 attachments**

  **LAVU CALCULATIONS (1).pdf**
379K

  **LAVU Calculations - Nino Martinenko.pdf**
383K

**G17**

7/18/25, 2:13 PM
Case 1:22-cv-00518-JLR-RWL    Document 198-2    Filed 10/30/25    Page 52 of 74
confidential -- per discussion

confidential -- per discussion

From:  Jonathan Greenbaum (jg@coburngreenbaum.com)

To:    mail4opt@yahoo.com

Date:  Thursday, April 18, 2024 at 06:46 AM PDT

Hi—as a follow up, just to confirm Kircshenbaum called last night about settling, he mentioned $400k for the class and attorneys fees (all in) I said based on my prior discussions with you that you wouldn't be interested. That said, I indicated I would speak to you and we just had a conversation on this. You indicated you were still not interested. I feel that you can now settle this matter for 200k, but you indicated you do not want to pursue this. Should he call again, I will let you know, as you understand is my job to do. As you know we are awaiting the judge's decisions on the case.

Jonathan W. Greenbaum
Coburn & Greenbaum, PLLC
District of Columbia/New York
202.744.5003
www.coburngreenbaum.com

# G18

## Re: Fwd: 212 Steakhouse - financial documents

From: Nikolay Volper (mail4opt@yahoo.com)

To: jg@coburngreenbaum.com

Date: Friday, October 13, 2023 at 08:30 AM PDT

Tell them I past on this request
Will be more hard that good

Sent from Yahoo Mail for iPhone

On Friday, October 13, 2023, 11:18 AM, Jonathan Greenbaum <jg@coburngreenbaum.com> wrote:

Jonathan W. Greenbaum
Coburn & Greenbaum, PLLC
District of Columbia/New York
202.744.5003
www.coburngreenbaum.com

Begin forwarded message:

**From:** Denise Schulman <denise@jk-llp.com>
**Subject: 212 Steakhouse - financial documents**
**Date:** October 13, 2023 at 11:06:55 AM EDT
**To:** Jonathan Greenbaum <jg@coburngreenbaum.com>
**Cc:** Mike DiGiulio <mike@jk-llp.com>

Jonathan,

To follow up on the settlement conference, please provide the following regarding Defendants' finances:

1. An affidavit listed all corporations, partnerships, LLCs and/or trusts in which Mr. Volper is a shareholder/partner/member/beneficiary, and his percentage ownership/interest.
2. Included in the affidavit,  a list of all bank accounts or other financial accounts for Mr. Volper and all entities/trusts identified in response to point 1.
3. For each financial account identified in response to point 2, account statements from the last six months.
4. 2020, 2021, and 2022 tax returns for Mr. Volper and all entities/trusts identified in response to point 1 (note that 212 Steakhouse previously produced its 2020 tax return).
5. 212 Steakhouse's year to date profit and loss statement.
6. Documents sufficient to identify the real estate holdings of Mr. Volper and any of the identities identified in response to point 1.
7. Documents sufficient to show Mr. Volper's gambling earnings from 2021 to the present.
8. Documents reflecting Mr. Volper's current debts.
9. Documents reflecting 212 Steakhouse's current debts.
10. Documents reflecting the current payment plan for sales and use taxes owed.
11. The affidavit should also (1) authenticate all documents that Mr. Volper produces with the affidavit; (2) verify that the documents and information produced are complete; and (3) acknowledge that if a settlement is reached after our review of the documents and information is provided, subsequent discovery of any material lies or omissions in the affidavit/documents/information will be grounds to reopen the settlement.

As noted by the Judge at the settlement conference, this will all be produced for attorneys' eyes only, but we will be able to discuss the information in the documents generally with our clients.

Thanks,
Denise

Denise Schulman
Joseph & Kirschenbaum LLP
32 Broadway
Suite 601
New York, NY 10004
Tel: 212-688-5640
Fax: 212-981-9587

This e-mail and any attachments are confidential and are intended solely for the use of the addressee(s). This communication may contain material that is protected by the attorney-client privilege or other privileges or doctrines. If you are not the addressee or an addressee's agent, you may not use, disseminate, forward, print, or copy this e-mail; doing so may violate the addressee's rights. If you have received this e-mail in error, please notify us immediately.

IRS Circular 230 disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing

7/18/25, 2:06 PM

Case 1:22-cv-00518-JLR-RWL  Yahoo Mail - RE: Fwd: DiVino Steakhouse financial documents  Document 198-2   Filed 10/30/25   Page 56 of 74

or recommending to another party any transaction or matter addressed in this communication. (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)

**G19**

 Gmail

**huma nawazish <huma.nawazish777@gmail.com>**

---

## Fw: 212 Steakhouse
1 message

---

**Nikolay Volper** <mail4opt@yahoo.com>                                              31 August 2025 at 02:47
Reply-To: Nikolay Volper <mail4opt@yahoo.com>
To: Huma Nawazish <huma.nawazish777@gmail.com>

----- Forwarded Message -----
**From:** Nikolay Volper <mail4opt@yahoo.com>
**To:** Mitchell Segal <msegal@segallegal.com>; Jonathan Greenbaum <jg@coburngreenbaum.com>
**Sent:** Monday, July 24, 2023 at 03:11:01 AM EDT
**Subject:** 212 Steakhouse

Hi Mitch,

It was nice talking to you last week
About Jonathan requst to send all documents i have no problem
to do  so but in our email from May 2 you promise to do
In my opinion is much better you to send to make sure accurancy v me
As our client and friend you shoud do all legally possible to protect me
in this case where the damages can be very severe close my  businesses and
destroy personal credit and 212 staff left without job
So far this case cost me around $70,000 and that is alot of money
I am tottaly out of any agreements with Nino atterney not even for $1 for many
good personal reasons and ready to face trial

Best

Nikolay

# G20

## Re: 212 Steakhouse

From:  Nikolay Volper (mail4opt@yahoo.com)

To:    jg@coburngreenbaum.com

Date:  Wednesday, January 22, 2025 at 06:41 PM PST

Yes 100% i am there

> On Wednesday, January 22, 2025 at 09:38:24 PM EST, Jonathan Greenbaum <jg@coburngreenbaum.com> wrote:
>
> We talked about this today, say why you are not responding to the questions and your reasons
>
> Jonathan W. Greenbaum
> Coburn & Greenbaum, PLLC
> District of Columbia/New York
> 202.744.5003
> www.coburngreenbaum.com
>
>> On Jan 22, 2025, at 9:25 PM, Nikolay Volper <mail4opt@yahoo.com> wrote:
>>
>>
>> I can submit a statement
>> What should i say
>>
>> On Wednesday, January 22, 2025 at 09:16:21 PM EST, Jonathan Greenbaum <jg@coburngreenbaum.com> wrote:
>>
>> Are you submitting a statement ?
>>
>> Jonathan W. Greenbaum
>> Coburn & Greenbaum, PLLC
>> District of Columbia/New York
>> 202.744.5003
>> www.coburngreenbaum.com

On Jan 22, 2025, at 8:57 PM, Nikolay Volper <mail4opt@yahoo.com> wrote:


Please send exactly my requests and is up to judge Rochon how she like to procced
Not our or plaintiff decision

On Wednesday, January 22, 2025 at 07:09:36 PM EST, Jonathan Greenbaum <jg@coburngreenbaum.com> wrote:


I can say in my forward you are willing to testify ( which I doubt she will entertain but you never know) but you need to prepare the statement and you should say why specifically you are not responding to the information requests.

Jonathan W. Greenbaum
Coburn & Greenbaum, PLLC
District of Columbia/New York
202.744.5003
www.coburngreenbaum.com

   On Jan 22, 2025, at 7:06 PM, Jonathan Greenbaum <jg@coburngreenbaum.com> wrote:


It's your letter, as I said I will forward it but it's your statement

Jonathan W. Greenbaum
Coburn & Greenbaum, PLLC
District of Columbia/New York
202.744.5003
www.coburngreenbaum.com

   On Jan 22, 2025, at 6:50 PM, Nikolay Volper <mail4opt@yahoo.com> wrote:


   Jonathan,

   Please include in the letter to judge Rochon that defendant Nikolay Volper
   is requesting to the court

   Than i like to testify in judge Rochon courtroom to present facts and evidences

that will show opposing party misconduct and  Fraud on the Court and all party involve  to be present.

Best

Nikolay Volper

**G21**

## Fwd: 212 decision

From:    Jonathan Greenbaum (jg@coburngreenbaum.com)

To:      mail4opt@yahoo.com

Date:    Friday, August 16, 2024 at 09:02 AM PDT

Looks like they are going to appeal as well

Jonathan W. Greenbaum
Coburn & Greenbaum, PLLC
District of Columbia/New York
202.744.5003
www.coburngreenbaum.com

Begin forwarded message:

> **From:** Maimon Kirschenbaum <maimon@jk-llp.com>
> **Date:** August 16, 2024 at 11:06:54 AM EDT
> **To:** Jonathan Greenbaum <jg@coburngreenbaum.com>
> **Subject: Re: 212 decision**

Jon:   We intend to object to the WTPA standing portion of the decision.  In light of Judge Rochon's decision in *Lipstein v. 20X Hosp. LLC,* No. 22 CV 04812, 2023 U.S. Dist. LEXIS 167615 on precisely this issue, we think we are likely to prevail.  That would increase the damages here by $300k.    The current damages, with interest are about $250k.  And we've got about $150k in time.   We can settle this at $400k today.  If we object and win (in which case the damages would be like $700k), all bets are off.  This is not the first time we've been in this situation.  If you can get it done, we will give your client a payment plan.    Just throwing it out there.

Maimon

D. Maimon Kirschenbaum
Joseph & Kirschenbaum LLP
32 Broadway
Suite 601
NYC, NY 10004

Cell: (917) 841-3342
Fax: (212) 688-2548

This e-mail and any attachments are confidential and are intended solely for the use of the addressee(s). This communication may contain material that is protected by the attorney-client privilege or other privileges or doctrines. If you are not the addressee or an addressee's agent, you may not use, disseminate, forward, print, or copy this e-mail; doing so may violate the addressee's rights. If you have received this e-mail in error, please notify us immediately.

IRS Circular 230 disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication. (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)

**From:** Jonathan Greenbaum <jg@coburngreenbaum.com>
**Date:** Tuesday, August 13, 2024 at 5:36 PM
**To:** Maimon Kirschenbaum <maimon@jk-llp.com>, Denise Schulman <denise@jk-llp.com>
**Subject:** 212 decision

I see we will need to meet and confer, but first I would like to file for an extension to file a appeal of the R & R, first I have not read the 72 pages and, I just so happen to be on my way to the beach for the rest of the summer. Would like to have until Sept 18 as I am not back until sept 12 ( I will be working some so not completely out of pocket and other attorney who is assisting me with this is going on vacation as well)

Jonathan W. Greenbaum
Coburn & Greenbaum, PLLC
District of Columbia/New York
202.744.5003
https://link.edgepilot.com/s/cbb20bae/dWtICSmpA0ara5N2i3hP7A?u=http://www.coburngreenbaum.com/

**G22**

## Fwd: Activity in Case 1:22-cv-00518-JLR-RWL Martinenko v. 212 Steakhouse Inc. et al Clerk's Judgment

From:  Jonathan Greenbaum (jg@coburngreenbaum.com)

To:  mail4opt@yahoo.com

Date:  Wednesday, September 25, 2024 at 10:33 AM PDT

see judgment—as I indicated it would depend on what the judge said in the judgment, they have a notice of appeal form they sent, I dont think its appellable as of now but it wouldn't hurt to make sure so we may want to appeal within 30 days

Jonathan W. Greenbaum
Coburn & Greenbaum, PLLC
District of Columbia/New York
202.744.5003
www.coburngreenbaum.com

Begin forwarded message:

**From:** NYSD_ECF_Pool@nysd.uscourts.gov
**Subject: Activity in Case 1:22-cv-00518-JLR-RWL Martinenko v. 212 Steakhouse Inc. et al Clerk's Judgment**
**Date:** September 25, 2024 at 1:23:36 PM EDT
**To:** CourtMail@nysd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

### U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 9/25/2024 at 1:23 PM EDT and filed on 9/25/2024

**Case Name:**     Martinenko v. 212 Steakhouse Inc. et al
**Case Number:**   1:22-cv-00518-JLR-RWL
**Filer:**
**Document Number:** 142

**Docket Text:**
**CLERK'S JUDGMENT re: [141] Opinion Order. in favor of Dagmara Maja Huk, Nino Martinenko against 212 Steakhouse Inc., Nikolay Volper in the amount of $ 251,269.84. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated September 24, 2024, the Court adopts the R&R in its entirety. Defendants' motion to decertify the Rule 23 class is DENIED. Plaintiffs' motion for summary judgment is GRANTED in part and DENIED in part. Defendants cross-motion for summary judgment is GRANTED in part and DENIED in part. Specifically, the Court orders that: 1. The class is awarded unpaid minimum wages under the NYLL without a tip credit allowance in the total amount of $96,608.35; 2. The class is awarded unpaid overtime wages under the NYLL without a tip credit allowance in the total amount of $2,530.75; 3. The class is awarded unpaid spread-of-hours premiums under the NYLL where applicable in the total amount of $2,388; 4. The class is awarded liquidated damages under the NYLL in the total amount of $101,527.10; 5. Defendant Volper is held individually liable for damages under the FLSA and NYLL; 6. Plaintiff Huk's NYLL Section 195 wage notice and statement claims be dismissed for lack of standing; 7. Summary judgment is denied on the rest of the class members' NYLL Section 195 wage notice and wage statement claims; 8. The parties is ordered to meet and confer regarding next steps for addressing individualized injury with respect to the unnamed class member Section 195 claims; and 9. Prejudgment interest awarded from June 18, 2019, at a rate of 9% on the total unpaid wages of $101,527.10 to the entry of the judgment in the amount of $48,215.64. (Signed by Acting Clerk of Court Daniel Ortiz on 9/25/2024) (Attachments: # (1) Notice of Right to Appeal) (nd)**

**1:22-cv-00518-JLR-RWL Notice has been electronically mailed to:**

Jonathan Wolfe Greenbaum     jg@coburngreenbaum.com

Mitchell S. Segal     msegal@segallegal.com

Daniel Maimon Kirschenbaum     maimon@jhllp.com, charles@jk-llp.com, jnussbaum@jhllp.com

Denise Andrea Schulman     denise@jhllp.com

Michael Digiulio     mike@jk-llp.com, maimon@jk-llp.com

**1:22-cv-00518-JLR-RWL Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=9/25/2024] [FileNumber=31911014-
0] [2db3e59cd9b95363547995d851e88d4d3d7f6d188b91c1e0a826dc275a47b72943
d01718e5a31f4f76260ba69c34d76ec4cf2b223efbea37636fbcd905e90a9b]]
**Document description:** Notice of Right to Appeal
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=9/25/2024] [FileNumber=31911014-
1] [2281de0011746dac4f372236a6c22892c9b7c7a4b29e393c29256aff957c4364fe
0bb5e8965e05bc18dcd2b0c4aa22bf2881ccadb94386da837f6a85c718b027]]

**G23**

 Gmail

**huma nawazish <huma.nawazish777@gmail.com>**

## Fw: 212 Steakhouse

**Nikolay Volper** <mail4opt@yahoo.com>                    12 September 2025 at 15:56
Reply-To: Nikolay Volper <mail4opt@yahoo.com>
To: Huma Nawazish <huma.nawazish777@gmail.com>

----- Forwarded Message -----
**From:** Nikolay Volper <mail4opt@yahoo.com>
**To:** Jonathan Greenbaum <jg@coburngreenbaum.com>
**Sent:** Monday, January 8, 2024 at 10:55:56 AM EST
**Subject:** 212 Steakhouse

Hi John,

more statements

 Nino claim she don't know her working hour
See attachment 1 where she claim that she know her
working hours and her co workers compensations
Then on her Declaration fille 12/21/23 point 5 she say she dont know
her working hours and compensations see page 10 in the attachment


See page 3 in the attachment from they original complaint  why
staff don't want to joint lawsuit
No of this i did

During the negotiation  process Plaintiff's attorney Mr.Kirschenbaum
use treating statement ,,I close businesses " in order for me  to surrender to his
financial dements

Plaintiff Dacmara Huk on her deposition admitted that she knew about this
lawsuit  by being contacted by her lawyer.
Soon after that hiring plaintiff attorney financial dements  jump from
$120,000 to $195,000 for the reason that they need to hire outside law firms
to defend the Motion for Disqualification .
Much easy defence for them was if they provide records as they claim how she know about this case  by send notice
to Ducmara Huk by mail and texts around May 11/22 as they did to the rest
of 24 members .Also they can ask and provide Huk phone record that will proff
who make the first call and when
Plus this additional $75,000 don't make sense and looks more
like retaliation  See page 12

Nine 212 staff members sent an Affidavit before I believed class certification
that they didn't want to be part of this lawsuit.
Why they need to opt out from the class anyway

.Nino Martinenko  file multiple fake and misling affidavits on 12/21/23 Document 122 and 12/09/22 Document 73
see page 10 and 13
Claiming to work as a server from 2016 see on page 19 from her deposition
that she know that she start in June or July of 2015
so she can get for 2016 penalty  of $5000 plus $5000 damage plus interest
She know very well that she start working in 2015 as well her attorney see
page 2 show the original complain filed 01/20/22 with the court point 8 as well
page 4 from my deposition page 67

On Document 73 declaration  filed 12/09/22 she claim page 13
point 10 That she reviewed the list of front of the house employees that is attached as Exhibit 2 to the Dec
8,2022 declaration of Michael Di GIULIO

Then she claims Mariken and Nadia are not on the list .
Her attorney have front of the house list of 24 members since May 3 /2022
see page 6 document 63 filed 11/01/22 Declaration of Denice A.Schulman
point 5 of the this document also page 8 from my deposition under page 154
 155,167 and 169 called 216B list

Her Attorney know that this is misling and false statement and still prepare
and send to the court

Page 7 show the list
Also on her Declaration Doc 122 filed 12/21/23 point 5 is totally against her
claims show on page 1 from the attachments

Let's talk about the rest of the pages tomorrow 1 pm if ok

Best

Nikolay

---

 **staples_scan (34).pdf**
985K

**G24**



**huma nawazish <huma.nawazish777@gmail.com>**

---

## Fw: 212 Steakhouse
1 message

---

**Nikolay Volper** <mail4opt@yahoo.com>                                        31 August 2025 at 17:24
Reply-To: Nikolay Volper <mail4opt@yahoo.com>
To: Huma Nawazish <huma.nawazish777@gmail.com>

----- Forwarded Message -----
**From:** Nikolay Volper <mail4opt@yahoo.com>
**To:** Jonathan Greenbaum <jg@coburngreenbaum.com>
**Sent:** Wednesday, August 2, 2023 at 11:30:42 AM EDT
**Subject:** 212 Steakhouse

Hi John,

Please look the first attachment to see how much the tip staff
make for a busy day sample 11/27 credit card alone was $374.63 on
credit card tip only plus hour plus cash so they make around $500 for that day
That is why staff demand for damages is totally real
The damages for the whole staff during the period Dec 24,25,26 /2021 is

Chef- $750
5 additional staff in the kitchen around lost $140 per day total $2100
Front of the house 4 servers lost per day $475 total $5,700
Food runners and and bussers total 3 last per day $375 total lost $3,375
Plus my lost of $47,000

Second attachment include complain file just 5 days after Nino
illegally multiple entry into 212 Steakhouse business operating software Lavu

 Attachment 3 show prove that Nino have level 3 authority in Lavu system
same us my where she can edit, delete, download and review all the info
on Lavu

Also Nino work about 190 weeks and Dakmara ( will calculate her week that he work for 212) say there are getting about $400 per
in cash tips
For Nino that is $76,000 in additional wages per IRS rules and her claims are around $21,000 and
the $76,000 represent multiple times over her claims

Lets start working on this info to be send to the court

Best

Nikolay

---

**2 attachments**


**212 Steakhouse Complaint (1).pdf**
206K


**IMG_3157 (2) (1).pdf**
5037K