**2023**

iMessage
4/21/2023 4:28:39 PM

Can we talk Tomorrow or Sunday in case that is problem then Monday
Nikolay
212 Steakhouse

Yea call me whenever, not tonight I'm out! Tomorrow fine

Loved "Yea call me whenever, not tonight I'm out! Tomorro…"

4/22/2023 7:56:59 AM

Call you in a few

Liked "Call you in a few"





Also my email is
mail4opt@yahoo.com



The damages they are asking for the 2

Are you going to make the production of time sheets and tip credits? ( 14 days from decision)?

Yes I need to

4/24/2023 2:30:19 PM

I call me but he don't pick up
Please send me the agreement for review when you have a chance to
mail4opt@yahoo.com

4/24/2023 4:43:36 PM

My attorney just call me
He say they will not agree to extend the time without penalty so he will not ask them

4/25/2023 5:14:08 AM

Hi John
I just send email to my Attorney that you will take over the case and we defend the case in court
Here is his contact number
Mitchell Segal

Mich Lawer.vcf

4/25/2023 9:04:30 AM

Please send the agreement for
Nikolay Volper not Victor Volper

I don't know where that came from!

No worry's

I just send the agreement

4/25/2023 1:39:23 PM

I just text him to call you

4/26/2023 8:50:08 AM

I send the document via email
Looking forward to work with you

Got it

4/26/2023 6:20:18 PM

Plaintiffs lawyer says Mitch dropped the counterclaim against the plaintiff, did you know this?

He did he filed an amended answer without the counterclaim

4/27/2023 8:44:33 AM

I send the deposition for all
Look my deposition when Plaintiffs lawyer claim that we dropped counter claim
I was very clear in my deposition that was not the case but we address that counterclaim in different court
So he lied to you

4/27/2023 10:01:18 AM

Please look my deposition page 205 where I find out that Nino cheated on clock out and clock in during launch
break
Also please look page 73 and 74 where they claim that I withdrew my lawsuit
So Plaintive attorney don't tell you the truth

I saw Mitch filed an amended answer without the counterclaim, so he dropped it, will review depositions

Yes he say this is different court and we need to file there the lawsuit

If you want let's file that lawsuit now
I think that make sense

But if want we file later after this case

4/27/2023 2:40:07 PM

Mitch did a terrible job in the depositions, he didn't get complete answers, were any other employees deposed, it would be good if we can create a better record to decertify the class.

Did he prepare the employee affidavits, they really don't say anything

Yes I know he don't do good job
The new employee affiliates need to be redone

Only Dakmara and Nino was deposed

I hate to belabor the point but we need those payroll records asap, the court certified a class without knowing how many are actually in the class and we want to make an argument that the hours will vary because not all employees clock out for the meal break and that is individualized so we can attempt to decertify the class, there may be other individualized issues, such as these 2 plaintiffs writing payroll checks for the employees, long shot but is there any evidence of them padding their own checks

Yes she admitted on deposition that she writing the checks also that the rest of employees also writing checks

Can I call you for few

I'm on a flight to Denver

Ok

Maybe tomorrow then

Is it worth doing an audit comparing their checks to the time sheets? But we still need to produce the documents now or else you will be prohibited of providing this evidence

Ok

4/28/2023 6:24:09 AM

Good Morning Jonathan
the audit will be hard to do
But I will do for all staff starting 2016 till now reports including they reported income and hours worked for each year so we will get the hourly pay and prof that all are getting more that minimum wage even for no tip employees
I call to set up meeting with my CPA

Ok but you need to produce the documents, you can do reports but first have to produce the documents which you need for the reports anyway

Sure

5/4/2023 6:00:12 AM

Hi Jonathan
Let's set up Zoom call if possible today to meet you as well
I am not available only from
10am to 11 am

Ok

What time ?

How about 11 15 or so

Sure 11:30 is perfect

Ok

5/4/2023 8:28:21 AM

I send the Zoom meeting via email

Can you resend I didn't get it

I just did again

Got it

5/5/2023 9:03:31 AM



Please charge my debit card
I have some problems with the bank to send the bank transfer

No problem

5/12/2023 2:37:40 PM



See number 1 under conclusion for definition of class

Thank you

5/18/2023 9:14:46 AM

I send the 10 k

5/21/2023 9:46:02 AM

I got 29 people list
From the list I have 2 past way and one sidle lawsuit before
Do I need to send them they hours as well

Sounds good, yes send hours

Ok

5/21/2023 11:38:16 AM

Is the 29 the universe of all employees during applicable time period?

You mean the hours of the 2 past away and one who settled, if that's it I wouldn't and we can check with them

Yes look like 29 for the past
6 years but I am checking again
Ok I will not include this 3 till you let me know

Good let's see if we can do something with that!

Sure

5/22/2023 2:46:50 PM



From the list we send before 5 are after the 6 years period
I put no on the list
They all started after the Lawsuit

5/22/2023 4:20:44 PM

Are you saying " no" because they got the tip notice when they started work

So we have 11 so far, how many more are in the class, the class defined above " all employees after January —— 2016 ( to present) I assume new employees got the tip and wage notice

Can call you

Or tomorrow if you want

Tomorrow good

Sure

5/23/2023 6:15:50 AM

I'm not seeing the pay information which is also required

This is not in the system
All is on the payroll

Ok so we also have to give payroll for same employees, that should be easy

Yes

Can you just print out for all

Your phone not working?

I just sent the 11 numbered

Said I was sending more

5/24/2023 11:50:32 AM

Any additional time records?

Text message
5/24/2023 12:02:30 PM

Any additional time records?

iMessage
5/24/2023 1:52:37 PM

Working on it

Ok

5/24/2023 3:52:27 PM

They cash the check for 10 k

6/1/2023 2:20:59 PM

I just send the rest of tip documents
Same of them from 2021 and 2022
It show on 2021 the Nino and Dakmara make a lot of
credit card tips
Plus they are getting cash tips and $10 per hour
Combine is like 2 k a week

6/2/2023 4:12:26 PM

Sorry deal by mistake

6/26/2023 4:24:28 AM



Payment send of 10 k

7/7/2023 12:31:40 PM

You can tell them they don't have case anymore 😴

We can start preparing motion to dismiss

This came up in their depositions, it's not a dispositive issue as it is not related to hours worked, it could come up
if they were saying that you could not use the tip credit at all because their overall compensation was not one and
a half times the minimum wage with tips, I think clearly with the tips reported they met that regardless.

They work per hour not salary
Wage is hourly rate
They claim is not been pay
New York State minimum wage for not tip staff
Sample 2021 $14
IRS tax law is very clear
unreported cash tips is consider wage
So if they get $300 cash tips per week is consider
on top $300 wage pay if the eeek is 40 hour that is additional $7.50 per hour on top we pay for tips staff

Is more that one of the half

I am very good in math on all is calculated
I think is good to start preparing the motion to dismiss before I give them more money

They case is become junk
And you will be most likely the first attorney to win again them 🤭

Right but you are still responsible for the notice and time and a half for hours over 40 in a week. Let me read again what they said in deposition

7/18/2023 8:35:33 AM

Hi John
Since I am out of any settlements with Nino lawyers we should start preparing for defense and address the court with
Nino Martinenko illegal cyber crime activity
I spoke yesterday with Cyber crime attorney and explained him all and he confirmed that this is a crime
Also Nina Martinenko misleading affidavit send to the court in December
prepare by her attorneys
Please look also at the minimum wage claims by Nino Attorneys and IRS rules

7/25/2023 4:12:56 AM



Last payment for the penalty I did send today

7/25/2023 6:29:00 AM

And let set up our Zoom meeting for Tuesday so you will have chance to review to documents
If possible 10 am or 11 am

7/25/2023 8:03:26 AM

Sorry I mean Thursday

7/25/2023 9:09:46 AM

Yes

7/25/2023 1:29:32 PM

Opt out names,
Alexander Araque
Jose Raul Roque Blass

Luis Fernandez
Alexander Rynkovskty
Samuel Garcia Valdez
Eduardo Perez
Bonificio Ramos

7/25/2023 3:00:58 PM

3 more today I sent you

On metro

Yea I also sent an e mail

Don't see it
Is this 3 are additional to this list on top ?

From this email that you send at 4:47 pm today I see
only 1 attachment from Samuel Garcia who is already on the list

7/26/2023 5:22:36 AM

Can you confirm to tomorrow we can do Zoom meeting at 11:30 am or later

7/26/2023 8:02:39 AM

Postmarked by August 5

Nice

7/26/2023 3:33:04 PM

Are we have meeting tomorrow?

Yes

Ok
What time

I thought you said 1030, I'm good anytime after 10

7/26/2023 4:52:01 PM

Sure let's do then 11:30 am
Can you send me the Zoom link please

7/27/2023 7:02:10 PM

See on my calendar show 12 noon meeting today
What time will do 11:30 am or 12 noon
Also can you send me the Zoom meeting

I thought I set up for 1130

Sure
Please send the Zoom invite for 11:30 am

Mine says 1130

Meeting code 822 3170 0142

8/7/2023 5:41:08 AM

Please send the Zoom invite for 11:00 am today

8/8/2023 8:03:29 AM

This Denice want to destroy me
I am super mad 😡

I see there respond
We never have a female busser
It same mistake and how she contacted them
That means they talk to her
she need to prof there claims

8/8/2023 3:20:10 PM

Sorry just wake up
And I just call you

8/11/2023 2:51:00 PM

Can we set up Monday zoom meeting to show you
what show on the system

I see our email

Sure

This weekend

Saturday or Sunday

And time

8/12/2023 8:28:31 AM

Any details when do you like to do the Zoom this weekend

Monday better, possibly tomorrow but Monday better

Sure
Just let me know

8/12/2023 4:31:06 PM

I just ask the person who work in 2016
He don't remember the name Laluz Bárbara

8/14/2023 6:16:17 AM

Can we talk 10 am today

How about 11

Ok

Please send the link

8/14/2023 7:58:09 AM

Please send the link

8/14/2023 9:05:50 AM

Please look the email I just send with the rules
Let me know our opinion





Court roles for civil depositions

Attorney revise to let Nino answer questions
New York State labor related executive order is very clear all Restorant employees must be vaccinated in order to work
And not protect privacy laws
This is violation on Nino attorney in civil proceedings

But Mitch should have dealt with it at the time

This doesn't move the case along

It rise many violations by Nino lawyers and all this must be address to the court
The first time court totally
And this is only part
They have more disgusting
breaking the roles

I look at the laws and rules
and all make 100% sense to address to court and on trial to the jury

If Mich don't do anything don't mean that can still no be do anything

It's not relevant to the case, the case is about the employees receiving notice of the tip credit and payment of wages, and any defenses you have to that, what you have been raising is not a defense

Because if nothing is done
the outcome is very clear I lose our my business
212 staff will lose they job they love
Nino Attorneys will continue breaking the rules
and ethnics in all they cases

But raising those issues is not going to protect you, I don't know what you get out of raising it

Even breaking rules
Do you see this roles it very clear

But that is not going to get you a dismissal



I will give you a call this afternoon

But will get me out of this lawyer

Where they are asking 120k for attorney fees so far

But if you don't see it is different story

8/15/2023 3:43:39 PM

Did they respond with no deliver mail and reps for 2 dead's individuals

She's on vacation until 22nd message says none mail

No email access

Although the guy didn't respond

No surprise
What we do

8/16/2023 3:42:38 PM

Can you send me that ruling from the judge
I want to make sure I understand you correctly

Note it's not our judge another judge in that court but will send

Yes

8/17/2023 8:12:35 AM

I send the payment by bank transfer

Thanks

8/19/2023 5:40:28 AM

I have good idea how to get Dakmara Huk from the lawsuit

And also will help the class action

8/21/2023 12:23:54 PM

📄 **08.16.23 Letter to Judge Lehrburger re  pre motion conference.docx**

Text message
8/21/2023 4:45:40 PM

I think we need to input that Nino violated class action members New York State labor law there rights
for health and hazard free work place and in results same class members test positive for COVID and some
develop COVID symptoms

Let's see the response from the judge and then we rise Nino illegal entry into the system
IDK what you think ?

Yes let's skip for now the illegal entry into my system by Nino

iMessage
8/22/2023 4:11:47 PM

Mich call me he saw our letter to court and he like it a lot

Text message
8/23/2023 4:33:12 PM

Let's grand their request to deposition
I love to do that and will be helpful for the case

iMessage
8/23/2023 5:23:22 PM

I agree!

Thank you for that

8/28/2023 10:55:53 AM

Maybe we should step up
and notice the court with the illegal multi entry by Nino after she got fire on Dec 30/ 2021

8/29/2023 7:39:18 AM

Can we set up a call tomorrow to go over my ideas to respond to Nino attorney response
Will take like 20 min

Yes

Perfect what time should I call you

8/29/2023 10:03:15 AM

How about tomorrow 12 noon or 1 pm ?

Ok 12?

Sure

8/30/2023 9:25:17 AM

Please call me when you can

8/31/2023 8:09:19 AM

Did you ever send me a copy of the labor law posters you have up at the restaurant

9/1/2023 6:09:07 AM











https://share.icloud.com/photos/0ecUmyfH7e_o6BwlENwZTQoqA

I send the payment

Also the images

9/3/2023 8:26:29 AM



I explain this number next week

9/11/2023 12:57:20 PM

Hi Jonathan
When do you like to set up talk before the hearing

How about tomorrow or Wednesday

Tomorrow is fine
What is our best time ?

I got our email
He is a dreamer 😂

9/13/2023 7:16:25 AM

I just send 2 emails
Please review and let's talk

9/13/2023 10:33:40 AM

Do you prefer me to joint on
the call or via zoom
Up to you what you think is better.

Either one, maybe phone better so the judge doesn't try to make an example of you ( like I suspect he did last time)

K

9/14/2023 9:06:03 AM

I believe on the phone second person was the 3rd attorney the main guy Maimon
He was not very happy with the judge feedbacks and hand up the phone 😤

9/14/2023 10:36:20 AM

Is the 18 October good for settlement conference at 3?

The other dates were early morning

9/14/2023 2:33:59 PM

I prefer in the morning if possible
Also can you ask for in person v zoom

9/18/2023 9:06:24 AM

Plaintiffs can't make November 1, can you do October 5 at 930 ( remote)

Sure

9/19/2023 7:10:29 AM



9/29/2023 7:02:28 AM

I'll call you at 11

Ok

9/29/2023 1:55:30 PM

Can we check who was the lawyers for this 2 class actions lawsuit and if we can find out if they got any settlement money

Good idea

10/4/2023 6:35:33 PM



Good one for us
Even they admitted need to be 40 and up for class action to be valid

Nice!

That is big 😂

10/5/2023 8:20:21 AM

Lauren Kling Poker

10/5/2023 4:20:43 PM

Is she stop playing
The last time she won cash on tournament was 2018
But she has more cash wins that me 😊

She stopped, moved to New York from Las Vegas, now working remotely in Ca. A few years ago when working for Jeffries she won a slot at World Series of poker that may have been last time

10/6/2023 6:33:10 AM

Hi John
Can you talk now or you want to set up a time today

Only for like a minute

10/11/2023 8:31:00 AM

How many ( or any) current front of the house employees who did not opt out?

Zero

Ok for argument for decertification

Nice

10/12/2023 9:07:22 AM

I send the payment by bank wire

10/13/2023 8:34:50 AM

I saw the email
Are they are out of they mind
I agree only to provide financial for 212 Steakhouse
as per the judge suggestion

They play games as always

And will not bring any major difference in the money
So I am out of any dealing with them

I take my chances

And the Nino and Dakmara to review all 😂

Hi John
I don't see any reason to negation with them
As a mention before not even for $1
I am already 200k in that case and very high obligation
The damage is already done
Now is a matter of principles
They know I will never send the information requested by this email they just want to tell the judge in one point that I may hide money
Why should I give more money ?
This case may not go to court
And if go to trail jury will be on my side I am very confident on that
I have case on the past where the case when  all the way to jury and I win 🤞

Let it rest for a while

Sure
But remember my prediction 🥲

Your prediction is probably correct and I will tell you why

Loved "Your prediction is probably correct and I will tel…"

10/16/2023 9:29:24 AM

How's wednesday

Is perfect

10/16/2023 5:34:52 PM

The person you ask for will work on Wednesday
See you that day at 6:00 pm

👍

10/29/2023 6:53:59 PM

I spoke with Alexander and he is expecting out call on Monday

10/31/2023 7:32:54 AM

Did you spoke with Alexander

Yes

Nice

11/1/2023 6:47:02 AM



Email response from Sasha

We don't need him anyway

You can say what I put in for him

Yes I will

11/2/2023 7:36:38 AM

Payment was send

Thanks

11/9/2023 7:37:42 AM

Can you send me martinenkos dates of employment, need for your declaration in particular when she left the first time and came back

Ok

11/9/2023 10:02:55 AM

She start working 07/09/2015
Left 12/30/2018
Start working again  03/25/2021
Last day 12/28/2021

11/10/2023 8:34:47 AM

Please send any draft if you have for review



cgscanner1710@gmail.com_20231110_114321.pdf

Draft will be revising also doing a declaration for you

11/10/2023 1:10:57 PM

When I took the pictures of the posters I didn't get one saying tip credit minimum is 10 an hour, do you have one that says it, not the westchester/long island one which says 15, if you have it can you send a picture of it, I have the flsa one

I don't have

Still a lot of work on the motion

And Facts

11/10/2023 3:14:05 PM



Show this as ex even from them admitting that less than 40 people there is not class action

Also this motion address motion for judgment as to count 5 of this complaint
So all the fact must include in this complaint including penalty





End of the day the judge will look the fact in case not only the facts in different case
Nino attorneys will file motion and show opposing facts from different cases
But the facts in this case they have no legal challenge

Also I have zero interest to keep from the court any wrong doing from Nino or her lawyers
It very clear they want to put me out of business

11/14/2023 9:31:29 AM

Sending another version of declaration

11/15/2023 6:55:21 AM

Did you got the affidavit

Yes

11/16/2023 5:58:57 AM

Hi John
Can you send me the final version of the motion

Yes

11/16/2023 4:16:57 PM

She is good but we are better 😂

Oh yea!

Already thinking about response

Loved "Already thinking about response"

11/18/2023 5:43:23 AM

https://www.law360.com/employment-authority/articles/1767967/nyc-steakhouse-wants-class-decertified-in-wage-suit

That is good

11/20/2023 9:27:51 AM

I send today the check for the penalty to the court



12/3/2023 7:54:41 AM

I send the payment
I check few days how long is taking for the staff base on last check payment and time they left and is taking them 30-40 min to do they payroll
Let's talk tomorrow

12/3/2023 12:00:09 PM

Ok, also martinenko submitted a declaration that during her time at the restaurant there were 11 employees per shift, is this true? She doesn't distinguish between front and back of house, we don't care about back of house, how many front of house employees were there ( exclude host) we can submit a weekly payroll and affidavit from you. Very misleading on her part.

12/3/2023 1:29:17 PM

Not true
Specially during the pandemic
But regular time
Front of the house most of the shifts Monday to Thursday like 4
Friday and Saturday like 7
I can do the affiliate

12/5/2023 10:40:56 AM

cgscanner1710@gmail.com_20231205_134158.pdf

See Pizzaros time, can you tell he is back of the house

12/6/2023 6:57:07 AM

Yes he is back of the house

How can we tell from the time in and out, want to put in your declaration

I don't know him personally
And never meet with him since I was out of the state for about 5 months due to health issues
I ask one of my food runners
and he say he remember him to work in the kitchen
It come to my attention when I was reviewing his time clock in and our
No tip staff come in 2 pm and leave sharp 10 pm
They come 12 noon or 4 pm
And is never flat hour and leave

That's what I thought his start time was different and end time

12/13/2023 9:22:09 AM

Call me when we can

12/17/2023 5:17:52 PM

I just send the new email
If you want we can talk today or tomorrow just let me know the time

Yes we say that
After I did some calculations
They claim for overtime and spread hours is out of the window
Also any damages for minimum wage and I show you that even not only she don't have any damages of 19 k but she did more damages over this amount
I think we are in very good stage

12/18/2023 7:52:13 AM

Hi John
What time do you like to speak today

This afternoon

Ok

12/18/2023 2:32:12 PM

I look the affidavit and all look perfect
Just want to clear 1 sentences with you if you want we can talk now or tomorrow

Number 9

Tomorrow good I do t have in front

Ok

Also are the employees free to leave the restaurant on breaks?

They do sometimes if on double shift but not during diner 5 pm to close

Remind me I have to add the other department of labor audit was unemployment tax

Yes correct but was unemployment insurance

No tax

12/19/2023 1:06:56 PM

Tip sheets have "closing server" that's the last server right?

Yes correct
Good idea





12/20/2023 1:59:37 PM

Sent you a new version of declaration if looks good sign ( it's the most recent one I sent

12/22/2023 11:50:23 AM

Martinenko says she only accessed the time system twice, to check other employees time, is there any way to check during her employment t how many times she checked?

12/22/2023 2:56:43 PM

I will check on this

12/22/2023 4:31:53 PM

Would like to catch her in a lie

12/23/2023 4:18:21 AM

She also says she only had access start g in 2021

I see that but that don't really matter in the case how
many log in she have from when she have access or what she did during her working for 212
But I try to find out any information that in false
We need to concentrate her
hacking after she was fire and the possibility of her to chance time records based on the facts that from clock out and last check close
same days take 7-10 minutes same days 40-50 minutes or over one hour

I think it's relevant to how many times she logged on her whole time there

It goes to her knowledge and harm, if she constantly logged in that's relevant

12/23/2023 4:16:37 PM



They don't even know the definition of middle households income

12/23/2023 6:18:22 PM

They also file lawsuit for minimum wage not for medium household income 😂
They also forgot that she get
Cash tips on top and not reporting 😅

12/27/2023 3:18:50 PM



The original complaint





12/28/2023 7:08:01 AM





Also not paying taxes on her
cash tips her income is even higher

12/28/2023 3:33:18 PM

Hi John
Can we set up a call tomorrow to go over the documents

Sure

I have a call at 9 lasting like a half hour, can call after

Sure

So she didn't also report the cash tips to the IRS

If cash tips 400 then another 20, 800 if annualized

I explain tomorrow to see
that all make perfect sense
I think they make mistake to say she is under middle class income

What you have is pretty self explanatory

And they analyze and complain that this is fake numbers

Yes I try to make it easy

**2024**

iMessage
1/1/2024 7:45:07 AM

Happy New Year ❤️

Thanks you too!

1/2/2024 6:19:35 AM

I just make the payment

Ok will call this am

1/6/2024 9:43:21 AM

I just send email with the calculation and they look very good

1/8/2024 7:57:00 AM

Hi John
I just send email with point I like to make and for you to review

1/11/2024 5:06:21 AM





Hi John
For you to review
Call me when you have a chance

1/13/2024 10:05:14 AM

https://stocks.apple.com/AnCmoipxJQ0mbVtXUkkoseQ

So unfortunately

1/15/2024 6:00:57 AM

I send you 2 emails for the steps we need to take

So I will be not like Sweet Lady 😊

1/15/2024 7:10:19 AM

As I explained discovery was over a long time ago and these items were never disclosed ( I can explain but you don't get to start all over again) this was part of the sanction, not cooperating in discovery.

This was not part of discovery
They never as for it
Any crime committed is not discovery but fact and is valid

The judge order time records like few months back so discovery is still on and they use this info to file motion for summary judgement

It's part of initial
Disclosures you have to show your defenses, you gave time records these are records of credit card payments, and your interpretation which we included in our opposition

After review of this time records I find out of Nino entry after she get fire
They use this records to file
summary judgement
We use this records to file summary judgment as well
Also IRS rules are clear and look at Nino deposition
That was part of discovery
She say not file taxes now is wage so don't make sense

You wouldn't have gotten summary judgment as the ITS issue is not at issue in this case, we discussed this many times ( she may have an irs issue not a wage hour issue)

If I got summary judgment
I be next Sweet Lady
Maybe you don't get it she have many issues including crime committed and records manipulation
Fake Affidavis and statements
Do you defend her or me ?

If I got summary judgment
I be next Sweet Lady
Maybe you don't get it she have many issues including crime committed and records manipulation
Fake Affidavis and statements
Do you defend her or me ?

Summary judgment t is over

Or maybe you defend her lawyers

Yes they file

I know that

Defendant was right to file summary judgment as well

I push for this problems long time ago but you ignored
For you is more important to say nothing wrong was done by Nino and his attorneys then me go out of business

?

Will call ( we already pointed this out)

You know
I already pointed this out

I meant to the court, we pointed this out but it's irrelevant to the issues, which I have pointed out repeatedly, will call texts aren't moving ball forward

It our obligation as attorney to report any breaking rules by Nino attorneys but you choose not to for not good reason

You protect Nino attorneys interest over our client interest

1/16/2024 8:02:16 AM



127134746179.pdf

We are responding

1/17/2024 6:19:00 AM

Perfect

You okay, I was calling last 2 days

1/18/2024 1:19:49 PM

https://ecf.nysd.uscourts.gov/doc1/127134768588?caseid=573566&de_seq_num=394&magic_num=21909178

1/26/2024 7:40:53 AM

Are you around, no news just checking in

1/30/2024 8:38:27 AM

I am in Miami trade show

Good to hear you are ok, was starting to worry, touch base when you get back, enjoy Miami!

2/1/2024 6:32:01 AM

Please calm me

We need to file motion for dismissal of the case

3/19/2024 6:40:56 AM

Just left voice mail, no news just checking in

3/19/2024 9:52:07 AM

I am glad that all good with the recovery
I am ok and waiting to hear from the judge

3/21/2024 6:15:02 AM

Nothing to report just checking in ( just tried calling) will try next week.

3/21/2024 8:44:08 AM

Sure

4/9/2024 1:11:34 PM

Pocket dial

4/9/2024 4:04:37 PM

No worries

4/22/2024 10:21:54 AM

Please call me

6/28/2024 1:12:07 PM

Called, just checking in no news

6/28/2024 2:22:47 PM

All k
Will be no news anytime soon

Messages - A

7/10/2024 2:37:49 PM

https://rcbizjournal.com/2024/03/20/new-york-attorney-general-sues-suffern-based-merchant-cash-advance-lender-for-fraud/

https://www.regulatoryoversight.com/2024/02/ny-ag-secures-77m-judgment-with-merchant-cash-advance-companies/

https://www.reuters.com/legal/new-york-sues-cash-advance-provider-yellowstone-14-billion-alleges-predatory-2024-03-05/

I saw you had 2 of these filing suit, are they related ( one of the issues pointed out by the AG)

Yes

All the same issues

Same companies or related companies

I have in past few of this like 5 of them already pay in full with very high interest

Most of them

And big investors behind

Looks like they aren't bound by usury laws unless it is a disguised loan, what the AG alleges

Yes the court ruled on that
And she get 77 mil
Now she is going after more companies more aggressively with additional charges and claims

Already some judges from different courthouses rule against the MCA lawsuits if same one don't pay and dismiss the lawsuits



One of the vendors also very big Cardiff bank

If you read she say MCA/Loan
That is against them

7/14/2024 2:28:56 PM

Do you have opinion if there a case to get lawsuit again this vendors that I have in the past where I pay off there loans

in this very high and interest

At first glance a lot of these contracts have arbitration clauses with class action waivers, will call tomorrow

Sure
But in my opinion this is illegal contracts already determined by New York courts

But that would be for the arbitrator to decide

Or in defense of your case

A ok

7/23/2024 6:08:44 PM

Hi Jonathan
I just send you email to help
very good friend of mine to close a company
Talk tomorrow
Thank you

Ok

Loved "Ok"

7/25/2024 7:34:52 AM



I give her our number
She will call you

As far remember in the contracts the is not mentioned that any member will be compensated for any work like review documents
Also they have agreement that this rights will be granted till her 30 birthdays
But is not in the agreement
But was verbal agreement and the rest of member make that statement will be more easy
Also she was charged $3,500 to form the company and she say the rest pay some amount
Look like this formation was done by Mat attorney and agreements and that is a lot of cost
I high suspicion about Matt paying any money for form the company and agreements

7/25/2024 4:40:59 PM

I bet the attorney is Matt's attorney and that wasn't disclosed

Yes I totally agree

7/26/2024 9:13:39 AM

She in Italy right now
Did she give you a call

Not yet

8/9/2024 3:55:09 PM

https://www.mashed.com/1631560/absolute-best-steakhouses-new-york-city/

Nice! Making me hungry, need to play it up !

Loved "Nice! Making me hungry, need to play it up ! "

8/16/2024 3:53:05 PM

I start to review the documents
Look like I will have some suggestions
If possible to start talking on Monday I am available any time
It a lot to review and is better to start the process

I find good staff so far

With my limited knowledge at the law 😂

Send over

Will be difficult for me to explain v email
Maybe will be misunderstanding

To be fair the judge when all the way in there position
Only position he take for as
was already rule from the same court from different judges and he was not much
Joice

8/19/2024 4:59:35 AM

I find more and more good staff
Working on all to put on PDF
file to be more clear to you

8/20/2024 5:03:48 AM

Are you ok
I call I text and no response

Yes will call this morning!

ok

8/20/2024 6:59:33 AM

Still in meeting
I call in few

Yep

8/21/2024 8:41:27 AM

I left massage for Scott
I also spoke with Ralph and
possible meeting on Friday

8/21/2024 11:15:06 AM

👍

8/21/2024 2:36:36 PM

He want to talk to you Ralph
He deal with cases labor in the past and is more difficult

Ok

He can call anytime

Ok I call him tomorrow

But looks like he know his staff

Can we talk for 5 min

How's tomorrow am

Ok perfect

8/22/2024 5:26:13 AM

I finish with my analysis
A lot weak analysis from the judge and we need to take advantage of that

Please let me know what time should I give a call today

I have a call at 915 will call after

Perfect





8/23/2024 4:45:07 AM

Good Morning Jonathan
What time should I call you today for 5 min

Hi I have a call at 10 probably for 15 minutes then any time

Loved "Hi I have a call at 10 probably for 15 minutes the…"

8/26/2024 5:05:17 AM

Can we have a call for 5 min
Please let me know what time

Around 9 or 930?

Sure let's 9:30

8/26/2024 4:04:18 PM

I saw page 35
Very good catch
I like it

Exactly!!!

But look page 36 on very bottom he recommended action



That is why is very important to address summary judgment can not be first resolved instantly summary judgment

This only recommend by him

Where my points can be big to resolved instantly summary judgment

Also set ground for appeal

The 195 ( wage statement and notices) summary judgment denied the rest granted, tip credit min wage Overtime spread of hours and liquidated damages granted class wide

Nice point

You are better that me 😂

Think also if any affiliate and statements I can make to contra they claims I think will help

8/27/2024 4:25:47 AM



Good Morning Jonathan
I mail today check for $5000 the rest in about 2 weeks
Let me know what time is good for you to talk today

Thanks no problem

What time do you like to speak today

Send check to DC address thanks

Coburn & Greenbaum, 1710 Rhode Island Ave, NW, Washington DC 20036

2nd floor

Already send to this address

Messages - A

Ok will call this morning

Perfect

8/27/2024 9:44:45 AM

Please call me for 2 min

8/27/2024 12:52:28 PM

https://www.gofundme.com/f/in-loving-memory-of-dan-birladeanu

This is how they found address from 5 years ago

Yes make sense

8/27/2024 2:50:59 PM

I just send you email for you to review



Please correct the date to 2021 not 2012

8/27/2024 7:50:21 PM

Yes is that an elephant by your computer?

Yes my best friend a girl give to me as a good luck 😅
She know all my problems for the last 15 years when she start working with me
Extremely good friend

8/28/2024 2:05:29 PM





> Only Lychezar was on the list and they received on May 3 /2022

> On May 11 they send text notices v text and mail

> first class mail

Text message
8/29/2024 4:27:43 PM

I read complete it very good
Only few corrections on fact
We talk tomorrow

iMessage
8/30/2024 5:33:53 AM







Also I just send you email

Got them, I thought I got the date 2012 corrected but did just now

9/3/2024 7:39:11 AM

Perfect

I am in the bank
I call you shortly

I call you back but no pick up

9/3/2024 9:16:27 AM

I lost you

9/3/2024 2:01:31 PM

Till when you need to send that response
14 days or less





For our review to see sample of the 9 affidavits in case you never see them
Look at page 2 point 9 and you will find out that after this point is the ethnic rules apply
This is the best Mich did in that case 😊

9/5/2024 12:30:31 PM


WebPage.pdf

Look at number 7 she says she was given completed wage statements

Yes that is good for us
But in this point how we help us

Because this judge is reviewing the summary judgment, it has to do with the penalties that she wasn't injured by lack of wage statements

In the trial ?

A ok

They filed an objection to the denial of summary judgment they want the judge to overturn it and grant summary judgment on that issue

Do we still have change to put this before

And challenge the summary judgment

But they always do this affidavit false I depend how is suite them

9/7/2024 6:26:59 AM



We are better that Sweet Lady 🎉

9/8/2024 3:56:22 PM

Butt dial

Ok

Call you tomorrow

Ok

9/10/2024 1:56:08 PM


cgscanner1710@gmail.com_20240910_165622.pdf

This is the judges order denying the disqualification for contacting Huk and employees, he said it was authorized by court order

That will help

How does it help, he said no violation

But don't change the facts

The matter was disposed of, you cannot bring it up again

He said the communications were per court order

Correct he is right

This subject that we talk is not the main topic in the ethnic filings
I know the fact they will show this and I have zero interest to challenge the judge decision
I point different facts that make total sense

And please don't worry
Let's the New York State Bar and Grievance Committee determines and address this ethnic complaints

9/11/2024 3:12:40 PM

You know who called me ( kirshenbaun)

9/11/2024 4:21:23 PM

What he what

Want

What do you think

I'll call you tomorrow

He want out of this case

No he wants to settle!! Does t want to lose his attorneys fees! ( doesn't care about anyone else)

No chance

I was very clear on that

I told him I have instructions no settlement and you have no money to settle and get in line, if he closes you down it's on him

Thank you for telling him that

He says it won't be the first time he loses money!!

same for me

I have zero interest to do anything with him
He already cost me a lot of money and stress

He loose his chance

9/13/2024 7:01:09 AM

Please let me know when you have chance if they can enforce judgment after the judge decision

9/16/2024 2:32:23 PM

cgscanner1710@gmail.com_20240916_172346.pdf

9/17/2024 5:45:10 AM

There are the best 😂🎉

9/21/2024 10:17:32 AM



It depends on the stage or motion they file opposing statements 🤹

That is the way to become super attorney 😂

Super attorney is a marketing thing, you pay you get super attorney

She don't pay 😂 and still get super attorney

Believe me you pay by paying for the advertising

In our case is different by sending to the court false statements and ethics violations

9/21/2024 3:14:34 PM



9/23/2024 6:10:58 AM



Payment send

Thanks

9/23/2024 10:08:36 AM

Hi Jonathan
I am not on that file but quick question
If Nino attorneys when they file summary judgment they use any affidavits by them or when they file they motion after the judge recommendations

Not after the recommendation ( you can't present new ones) but Nino did submit one in summary judgment, I'm sure you have seen it, I can send you another copy

It was basically nonsense, saying if she knew she was entitled to overtime she would have advocated for it

Thank you
If they submit when they file by attorney is not allowed
I remember they also make statements they time records are accurate and not in despite
Also when they file they never give you notice by the court rules
This is the step they need to follow



For summary judgment? Yes we had a pre motion conference, and we also had it for decertification, judge set a schedule, you were on the call

Yes but they can not use affidavits by them

Sure they can

Replying to you, 2024-09-23 10:35:37: (Image)

Look at point A

Replying to you, 2024-09-23 10:35:37: (Image)

They did that and we did b

Replying to you, 2024-09-23 10:35:37: (Image)

But we don't ask for summary judgment they ask

Replying to you, 2024-09-23 10:35:37: (Image)

They did

Replying to you, 2024-09-23 10:35:37: (Image)

Yes that was my point

Replying to you, 2024-09-23 10:35:37: (Image)

This is improper filing for summary judgment by them

Right and we opposed it, we did ask for a judgement as to count 5, which was granted for Huk and denied as to the class and martinenko so left for trial, unless the judge does not accept the recommendation.

Not getting why it's improper

Because they don't follow the rules entirely judgment motion should be denied



They followed the rules, that's not the issue, don't focus on that.

Also they never give consequence notice notification

I am looking on the rules by the court they need to follow

In order to file summary judgment

There were no pro se litigants ( pro se is unrepresented)

9/24/2024 3:45:50 PM

Sure I look into

She is a good judge
And was what we expected
Is this is final ruling or we can challenge with upper court

9/24/2024 6:14:23 PM

We can appeal when final

How long do you think it will take kirschenbaum to call, probably tomorrow

Loved "We can appeal when final "

The way is acting 1-2 days 😂

I will
Tell him you have less money than when we last spoke

Tell him he will get more money after the trial 😂

9/25/2024 3:44:39 PM

Yes we need to appeal in 30 days and the notice of appeal

I agree but I think it may be dismissed as premature, not sure if this was a mistake to send that on the clerks part but to be safe I agree

Yes we need to send notice

But you see how the ethnic rules they breaks plays in their favor



This same people are out of this lawsuit more that year ago
Not only Nino attorneys break the ethics rules by contacting them but they claims now play into the judge decisions

Good issue for part of appeal, I think you were prejudiced

Good issues for disqualified
this attorneys
3 different ethics rules problems they have in this sample only
One of them is very serious

So far I count over 30 ethnic rules and civil proceeding valuations in this case

I mean 30 counts

9/26/2024 7:09:08 AM



I just send you email
Call me please after review

You are looking at the state rules we are in federal court

State rules are different, in New York State you can appeal any decision

Ok please look at the federal court rules
But most likely is ok there as well plus the Clark office notice maybe valid v mistake

As I said let's assume not a mistake ( even though I don't think it's a final judgment)

Unlike state courts, federal courts apply the rule of law"finality" as we said in that e mail from a week or so ago there is an exception but judge has to be specific that she is deeming it a partial final judgment

Yes I agree
So federal court's summery judgments can not be enforce as long they are not final
Correct ?

Hopefully that is the case

9/26/2024 12:40:09 PM

I'm pretty sure it's a non final non appealable order

9/27/2024 2:25:13 PM

Just let me know if they file the notice
We need to think what to say

They definitely don't want to go to trial when they will have a lot of challenges

Agree which is why they may just give up on it

Loved "Agree which is why they may just give up on it"

Also why did they file a class action and now they want to appeal only one person???

Good point
I like it

Also judge can revisit class certification "at any time before final judgment" so a partial judgment may lead to multiple appeals

On the same issue

You are absolutely correct

9/29/2024 8:49:45 AM



When you have a chance please look at this Rules for my 2 cases I settled in the past
Maybe good argument for the appeal

to your point that I am prejudiced I hope that was not the case but looks like you maybe right

10/1/2024 7:32:05 AM



They use admissible fact

And effect the court order and there there facts and decisions

Sorry I mean not admission facts

Not admissible facts

I mean

Hi, not understanding what you mean, admissible means they are supported by evidence which would be admissible at trial, speculation, hearsay and irrelevant evidence etc would not be admissible, what " evidence" are you referring to, for example I think it was error for the judge to say there was an implication the opt outs were pressured to sign opt out forms as there was no admissible evidence to support that assertion, it was just speculation. On the other hand saying martinenko changed records is also not admissible evidence as it is also speculation

Another example, was the judge said you had a policy of treating the meal break as compensable time ( ie it could count toward overtime and minimum wage) but there was no evidence of that, which was our argument

Loved "Another example, was the judge said you had a poli…"

I pocket dialed

Ok

Under not admissible evidence it 2 settles cases

So… the issue there is different, I agree with you and I would raise it but, the issue is you were on notice of the issues prior to this case so that would be evidence for the liquidated damages

They can not use this evidence in any part of the case since is not admissible

Not the issue with the liquidated damages, the evidence is these cases were filed and as such, the Restaurant was on notice of the wage issues, that's the evidence not that you settled and didn't admit to it but you were aware of the issues, we also raised that you relied on your accountant. The problem with the issue of liquidated damages is that once you are on notice they are hard to defend as they are presumed ( it's rare to successfully defend it in a wage case)

10/11/2024 6:51:40 AM



That issue was decided by the magistrate judge, he denied Mitches motion

Misrepresentation of the facts
One more amazing prof under rule 60

I don't agree ( for the reasons stated)

Look the deposition then

Of course, when I get to office

If you want you can look I was there as well
But the very 1 question he ask her attorney instructed her not to answer any questions in the matter
Also that is against the rules in civil deposition
This rules I send to you already

In my deposition I was force to answer on all the questions

Including my poker activities

Your lawyer should have objected if you thought irrelevant, I have to be honest with you that was just good lawyering, if you were unhappy they refused to answer, the correct thing to do is call the judge during the deposition, or file a motion to compel and hold the deposition open for a ruling on the motion to compel

As to the poker you should have refused to answer

I ask to call the judge many times when she was instructed not to answer her Covid status
In this point is to late
My point was different
Misleading statements by Attorney under rule 60

I perfectly aware of this fact and judge ruling again you missed my point
Still Misleading statements by Nino Martinenko attorney
This is undisputed fact

10/15/2024 1:29:12 PM



127136323076.pdf

I'm in arbitration have not read

As I predicted

10/15/2024 2:52:16 PM

https://ecf.nysd.uscourts.gov/doc1/127136323077

Proposed notice ( theirs)

I saw it already

10/15/2024 6:52:24 PM



One more good point

Stay don't reply to the court

Maybe wait to file this motion

Or this is already motion I believe so



I just send you email with more good points under rule 41

10/16/2024 1:57:59 AM

Under the rules this is automatic dismissal on the case
They can not withdraw the motion
The court don't have any longer jurisdiction on the case

10/16/2024 7:09:59 AM

What is the plan

10/16/2024 2:56:12 PM

Call if you can for 5 min

10/17/2024 9:50:14 AM



Payment send

Thanks

Still looking

Do you find anything new

Ok
Keep me posted

Do you want to underline possible reasons they don't want to go to trial
Questions about Nino illegal entry in the system after she got fired,False and misleading statements and affidavits where she claimed the system can not have remote entry
Witnesses where the can challenge her claims and show that have time theft and est

So far I like what you send me

But I think we should underline reasons that they are not interested to go upfront of jury verdict

Our arguments are good but if was not class action obligations we will lose
I look at many cases
Right now we are 50/50
We should concentrate also on not only defense but attacking to facts
When they file the lawsuit they request Jury trial
Also they motion not to give there legal cost but there request after the trial
That point to the fact they are very confident the outcome of the case after jury verdict

By filing 41 rules

10/17/2024 1:29:02 PM

Do you review my suggestions

Not yet

10/17/2024 3:35:25 PM

I just email you proofs

You ask for them

I sent you w mails but I will see where we can add it

Under class challenges for sure there
So far you have very good points there

Better to be on the record even for future appeals

10/17/2024 5:49:13 PM

One more point I just send you email
Under Rule 23(a)(4)

10/18/2024 7:10:03 AM

I just send you email about the motion
I think this is brilliant idea

Let's the judge rule on that

Looks like 100% motion

10/18/2024 8:24:05 AM

I don't see any legal arguments for the judge not to rule motion under Rule 41

10/18/2024 4:32:57 PM

📄 10.16.2024 212 Letter to Judge Jennifer L. Rochon.docx

Try this

Good now
Thank you

10/21/2024 9:33:26 AM

Call me when you're available
I have on more point maybe very powerful

10/21/2024 2:56:25 PM

https://ecf.nysd.uscourts.gov/doc1/127136354280

10/21/2024 4:40:21 PM

Thank you

👌

Hopefully this time will work

10/23/2024 10:01:18 AM

In my opinion the judge take the new items raised very seriously
Her order was correct and give them a chance to respond

Before she make final decision

Looks that way!!

Otherwise she would have just ruled ( as Denise thought would happen)

Yes but they shot themselves in the foot

10/24/2024 2:31:48 PM

Any news

Messages - A

10/25/2024 7:39:37 AM

None! They have until Monday to respond, but I would have thought they would call and attempt to reach a solution

They are only interested in solutions that benefit them
Nobody else matter

10/28/2024 3:08:29 PM

Also not paying rent to landlord 😂
All the money when to defend the case and paying penalties

10/29/2024 10:32:44 AM

Please call me when you can

10/29/2024 2:10:25 PM

Please send to the court and ask the judge to give us 7 days to respond to the new items rise in the last letter

There is no reply ( I'm still looking into if there is anything to reply to )

The cases you sent were already in our letter

10/29/2024 4:00:26 PM

You can open different file and will be # 150
As they did under file # 145

It just goes numerical that means nothing, again we are looking into it but the bottom line is there is no sur reply" and the judge did not say she needed anything more from us on this, that said if we do something we will just file it, she will reject giving more time

Not sure if she will reject to give us more time
This is up to her not us to determined

She will reject, she hardly gave more time to file objections to a 70 page report!!

We never know how she will respond if we don't ask

Can you get your lawyers in those other cases give us a few sentences why those cases are BS

You can look at this cases online
Also I send you articles on the 77 m judgment it say fraudulent contracts and she file new cases after that win but this time for 1.2 billion

It basically Ponzi scam

Ok why wouldn't your lawyer write a few sentences saying that and connecting the cases, to me they are separate matters, in fact there are a ton of cases awarding summary judgment to the fund providing the cash advance, I don't think I can say they are all the same, I am sure your attorney is more knowledgeable about these cases and can tie them in. For all I know your funds are legit, I have no basis to say one way or another. I have no idea it's a Ponzi scheme, if that's your defense

Looks like you are not interested to look this cases
They charge me much more that 25% interest
Ok file to the court to extend the time for 1 week and I will contact my attorney to speak to you directly so he can explain

What I know is that there are cases saying they are not loans and it's fact intensive whether they are or not so your lawyers representing you will know better, all you should want is a few sentences from them

Yes I will speak to them, I can put something general together but it will be general not specific to your case

Highest court in New York ruled on that that they are in fact loan under 77 mil judgment

In that case they ruled they were loans, it's a case by case issue

All the cases are the same from this MCA vendors if they charge over 25 % interest then is fraud contracts
But all the cases is determined in fact this is a loan not cash advance

Speak with Arthur Lededin from my defense team
Office number is
646-663-4430 in fact Attorney General is asking them to give any new cases they defend
That is what he told me
Attorney General is after all big time to protect New York business

10/30/2024 6:59:42 AM

Please send the request to the judge

10/30/2024 10:06:56 AM





Please address there ethnic violations they submitted for class certification
Here is the proof they know they should not send the evidence to the court where the judge motion

Also on the letter that you send to me you never address that they never address our conflict of interest

https://ecf.nysd.uscourts.gov/cgi-bin/show_temp.pl?file=file0.023145113644329.pdf&type=application/pdf

Look at page 13 of 37 in sanctions ruling

Look and I pay already
This is not my point
Look at ethics rule 3.3



So please address this to the court

There is not excuse for you finally to address this to the court

What are you referring to, I sent you the sanctions order on page 13 the judge did address the records and said your testimony was evasive and vague, all of this was addressed, again there was no appeal of the sanctions order to the judge.

Look at point 1 and 3

They did that

Did what? This is what the judge was referring to as vague

We don't appeal sanctions

They admitted that there are aware of the affidavits by class members
They'd should never contact them and sent to the court this facts that is point under this rule

But that related to the flsa opt in class, not the rule 23, also Mitch didn't argue that in the rule 23 certification opposition, moreover those individuals did opt out to the rule 23

The judge didn't disrupt the opt outs

This rule applies to any attorney in New York

Noting to do with rule 23 or what Mich did in the past

This is the rules in any case file in state in New York

You know that 100%

And this is not the only one case
There is multiple

So file this as well

What they did the judge said they didn't do anything wrong, again if it's something else, specifically what is it? I cannot go around threatening ethical violations as that is an ethics violation itself. I also don't think they committed any ethical violations on this.

As I have said repeatedly ( you said you had an ethics lawyer who was dealing with this)

As I say before I don't have any ethics lawyers deal with this
This I ask under ask the lawyer website
And he replied that we can ask the court STAY

You don't treat nobody and you don't ask the court rules on this
But you have obligation to point facts in the case



Look at the court power

ok, but what specifically are you referring to that they did?

Messages - A

How the court will know there is professional misconduct in the case when I am represented by Attorney

I did point many times to you
I even give you the pages under rules 1200

So you will address this multiple misconducts to the court or not

if its the affidavits and contacting the members of the purported collective action, the court said that was ok, there is a court order on it.

if its something else, specifically what is it? you saying you pointed it out is not specific, if its the affidavits mitch drafted and they signed exactly the same thing, I wouldn't rely on that.

and those were used in the motion which was denied

not being difficult, but I am looking out for your interests and being contemplative on what we do not just off the cuff as these things can backfire.

Again you missing my point
Nothing will backfire
They committed massive violations and civil proceedings
false statements on they part and plentiful part
False and misleading facts in the case
Conflict of interest
Rule 30 during deportation
False and misleading accusation
You know all of this we spoke many times
Soon I will send all of this in official documents
So ask the court today for 7 days to reply

What specifically did they do

So you don't know what they did ?

You haven't told me

You can start looking at our emails and text massages since the beginning in the case
Maybe this will refresh our memory
But soon you will get official
documents including date and year

Are you going to file 7 days notice to the court or not

I don't think that's a good idea, why do we need 7 days, if the judge wants a response she will say so like she did with them, the rules don't allow for one, I am willing to file that short response ( but asking for more time the judge will say no response allowed)

To confirm I indicated if we file the short response it will alert and confirm to the court you have liquidity issues, to confirm you were ok with that

The judge allowed them to respond in 7 days to our response for new items
They point new items as well
they don't address many of the facts we raised
So 7 days respond to ask is legally ok to address new items they rise
So ask the judge for that

I feel as though I am going this for that with you, note the judge requested it from them, she would request it from us if she wants something from us

Maybe she will but is not fair if she just rule without we address the new items they rise
Again please file today 7 days to respond

And why do we need 7 days ? I have one ready, the issue isn't fairness, the rules don't call for a sur reply, what specifically are we responding to. The items they didn't address does not warrant a response.

You don't address all

Again please file 7 days to respond

This is Judge call not for us to determined how she will rule

Do you send the request to the judge

I dont have a reason for asking for 7 days to respond, I dont think we even need a response (I have told you this and a response is not called for in the rules)

Which rules ethnic rules ?

if the judge wants a response she will let us know, just like she let them know—I did say we were available for a conference, again i can submit the short response — I have not heard back from the other attorneys (only the one i spoke to and agreed with your assessment)

court rules on letters

Can you address the court with the ethics rules they committed

That really is not responsive

Motion with facts in the case

or you don't want to do that

That's a different issue but I have said I don't there is anything there

Just to be clear our position is that attorneys for Nino don't violate any ethics rules Correct ?

I don't know that for sure, I just haven't seen any, clearly you think there are but you have not articulated them to me

I did many times already
As Attorney you know the rules very well and how many times I have to articulated that to you in order to know
But if you want we can set up a call tomorrow to go over again

Ok

What time

Let me call in the am ( so I can better see what the day looks like

Meet time you can look our text massages and emails from beginning
So far under this fact you don't find any ethnic rules violations
Correct ?
Or tomorrow we talk about rule 23 What Mich did judge sanction and the rest of staff that have nothing to do with ethics









11/7/2024 5:28:52 AM



Now they asking the court for individual actions

This Attorneys are all over the  place

What they asking the court is
agains federal civil proceeding
They are asking for over 30 individuals lawsuits and multiple appeals in each case

They aren't asking for that, with the dismissal they are saying as to those claims only the employees are on their own file in state court on an individual basis ( state law does not allow for class actions on those claims)

That was my point and direction to employees

Look they statement in the document

Not to mention they statement that
Certain statutory deadlines may effect  your ability to bring these claims in the future

11/13/2024 5:12:27 PM

I read the last order per the judge last page
They will enter final judgment into the system probably like 1-2 days

11/14/2024 4:11:30 AM

I call you around  9:30 I have same ideas

11/15/2024 3:45:41 PM

The court make arrow in the judgment under damages
they can go only 3 years back
not 6 years
One more good point for the appeal

I find this is absolutely correct
I look cases

Good catch

They can go 6 under New York law, not federal that is 3

Yes

11/18/2024 8:45:34 AM

WebPage.pdf

11/19/2024 8:23:38 AM

Rule 23 e also don't apply for our case as well is valid only for settlement not dismissal
one the class is been certified

Rule 23 applies because it's a class action

Settlement or not

Look the full description under 23 e

Once the class is certified

11/19/2024 2:53:38 PM

I saw the petition looking fair

I'm doing more changes

Yes I saw that

Maybe we push to 60 % discount

Why not

Liked "Why not"

I looked back at sanctions order, magistrate even said their rates were too high but he gave it to them saying those rates were approved in other cases, ridiculous

I don't think they are honest saying they only reduced 50 hours

Bit high I agree should be max $450
There are not better that you and Mitchell 😂

I gave you a discount off my regular rate!

They should have done the same

I know that was joke
Don't expect any mercy from them
Denice like shopping 🛍️ 😂

Give them a steak

Ask them if they want we can offer diners to them and any class members up to $250 K
Let's start with the negotiations again 😂

11/20/2024 2:16:06 PM

📄 **11.18.24 Fee Petition - 212.docx**

Latest draft

I look

Looks better

11/21/2024 10:49:43 AM

📄 **11.18.24 Fee Petition - 212.docx**

Latest

11/21/2024 3:36:05 PM

Even better

I e mailed you the latest, I think it's pretty good

Yes very good

I look the e mail one

I think the judgment is for $251,269.84 but you put on the motion $255K and something

The 255 was their claimed damages for the wage notice and statement claims, the other claims were less the judgment includes liquidated damages and interest but the largest claims were the notice claims, which we argue is why the attorneys should be reduced by more than 50 percent

If interest was included in the 255 it would be like another 50 or so

A ok

11/22/2024 5:23:06 AM

By when we need to file the motion for fee

Today was going to do by noon

Loved "Today was going to do by noon"

Rest assured, they are going to take it as an insult to their integrity

I'm sure I will hear from them

Definitely they will but they don't have any integrity anyway
They are worse than i thought

11/22/2024 11:38:45 AM

https://ecf.nysd.uscourts.gov/doc1/127136535384?caseid=573566&de_seq_num=466&magic_num=27834904

12/2/2024 6:37:44 AM

Hi Jonathan
Please send v email the request for appeal for me to review

Ok I'm on a flight about to take off, will have my admin will send to me ( I had thought I sent last week)

Loved "Ok I'm on a flight about to take off, will have my…"



10.7.24 Notice of Appeal.docx

Thank you

12/12/2024 6:22:18 AM



Payment send

12/12/2024 6:38:47 PM

What happened
I can not figure out

Will call tomorrow, they also filed an appeal of huk's dismissal, ridiculous

These people are crazy, if we don't appeal they would still appeal

Yes I agree on all

Maybe they have something in mine

12/13/2024 4:41:26 AM



12/13/2024 7:30:09 AM

I send you official email

What are you doing is absolutely disgusting

Not understanding this, we spoke about the appeal to the court of appeals multiple times, again we can discuss

Nothing to discuss
The records are very clear
You stab me in the back once
I am not going to allow you  to stab me in the back second time

I'm still going to call you, can you send the full daily news article

Stop to BS me any longer
Our intentions are 100 % clear

12/13/2024 1:35:08 PM

Call me there was something with the class certification

What is it

Just tried you will call over the weekend

12/17/2024 10:24:07 AM

Hi Jonathan
Can you also send me all labor cases Nino Attorney file in the last 3 years as a class action or there been also co attorney
We need to compare of all of this cases how many are class v no class

In all the court

12/23/2024 9:18:50 AM















They go after all in the questions including credit cards processing Debit cards and credit cards

Also they will use soon and file disobedience after 7 days

That will be there next step

Jonathan Borg ( debtor creditor lawyer) 212 716 9704

**2025**

iMessage
1/22/2025 9:44:14 AM

Judge gave you until the 24th to respond why are you not providing the information ( Friday is the 24th) will call

Ok

1/24/2025 8:33:45 AM

How's it coming

1/24/2025 11:15:26 AM

I just send by email

1/27/2025 11:41:59 AM

No news

Just set a remote hearing for Wednesday at 11 ( parties to attend)

1/28/2025 12:36:27 PM

I don't have the link yet for the hearing at 11, I will forward it once I get it, in any event I will call you before

1/29/2025 6:48:17 AM

Did you got the link

Not yet I will call at 10 if don't have

I called they are sending

Ok
Thank you

Just sent

Got it

1/29/2025 3:31:43 PM

The judge reaction was normal and that she don't pay attention to the facts I raised since I am represented by attorney
This ethics violation should by rise by you

Judge would have da aid the same thing to me, it was decided

She had her decision before you or I said one word ( or Denise)

Her decision don't make sense at all
We have more ethics violations we should raise them on motion

False and misleading statements

Her decision makes sense from a legal point the issue was already decided, in any event these are not outcome determinative, ie it doesn't change the outcome. We will call you at 2 tomorrow.

yes but we have additional ethics violations that no of judges decided yet because they never been released

Again it won't change the outcome, you can file an ethics complaint with the bar as I have said, I have said I don't see ethics violations, but even if I did it doesn't move the ball for you

Your recourse is an appeal

Under 60 rule as well?

There is no way this judge will find any violations, she would throw out and sanction a rule 60, there is no basis.
Again let's talk at 2 tomorrow

We taking rule 60 on appeal to touch this as well and to address her ruling today

Rule 60 is heard by this same judge it's not an appellate issue, can you let me be the lawyer and make judgment decisions which I don in all my cases, if you want we can include this issue as part of the appeal ( but don't confuse with rule please)

Her ruling today  was incorrect

Ok so we can make it part of the appeal but that's her ruling

Some make more sense then in that case to file rules 60 with her the address the rest of misconduct by opposition party and see how she rules and includes in the appeal

There are no rule 60 issues, in any event you still have to respond to the post judgment interrogatories, which is the issue at hand

Text message
1/29/2025 4:36:11 PM

The illegal entry by Nino and her false and misleading statements

Not sent

iMessage
1/29/2025 4:36:50 PM

The illegal entry by Nino and her false and misleading statements

Those are not defenses in any event please focus on responding to these questions, I reviewed them we should be able to go over them in an hour

They aren't that voluminous

There are import
I send you a case when base on that false and misleading statement the class was dismissed

Please don't look at cases, the cases you had sent on this were not on point in any event those are appellate issues

How appeal will help me
Will take min 5-6 months and even if we win by then I be broke they going to enforce judgement

Trail by jury was best
The judge can not mute me there
They have no chance to win there

Or mute you

None of these things are a quick fix ( and you have other cases pending) I suggested you get some relief filing for bankruptcy protection, you say the other cases have no merit but you still have to defend them and they are for just as much money. As to the trial by jury, they still got summary judgment on the claims you are liable, the other claims were dismissed ( I know you don't see it  as a win but it was the judgment would be twice as large)

Now I feel forever we do this will lost

So you have $$ they can collect?

Assets?

I take that chance anytime v now

Not really worry about pending cases
You see the rule today I may collect
Landlord case is already out

Your loans were not part of that case

What loans

Whatever they call them, advances

Let's just discuss at 2

Ok and what is our point on this loans
I don't get it

No point

Let's say I have $50,000 and
The judgment is 1 mil or v now half million they still only can collect $50,000
What is the difference
Or jury trial and there chance to win last very slim

And when we talk tomorrow
at 2 still not change anything on the case

Right but you have to answer those questions , bottom line they got summary judgment on the minimum wage claim which is 90 percent of the damages, I do t think that's right if you have 50 they get it, you have other obligations which take a preference

End result zero chance to win
Only Jury Trial,that is the reality

Not getting this

Sure chance to win on appeal
We have big chance to win if was jury trail
Because they have final decision
And then still you can appeal
and find more grounds to appeal base on testimony

Zero I mean

2/17/2025 5:04:45 AM



Payment send

2/24/2025 1:28:56 PM

Hi, can you let us know if you are going to oppose our withdrawal from the second circuit, thanks ( I tried calling and will call again)

3/4/2025 3:46:51 AM

It good to deposit our last check before Denice freezes the bank accounts

I don't think we received it, the post office is investigating, I will let you know today if we don't get it you may want to stop Payment, also have you been getting my messages re the second circuit

3/4/2025 2:41:21 PM

Did you find the check

I think you should stop Payment or wait another day. Just let me know if you stop it I will just tear it up

( if we get it)

3/5/2025 4:49:50 AM



Please call them
Looks like nobody was in the office

Yea it was a Saturday ( we've been calling, will do so again)

3/5/2025 1:11:11 PM



e418d0e0-04fa-ef11-9341-001dd803610b.pdf

https://ca2-showdoc.azurewebsites.us/NDA/e418d0e0-04fa-ef11-9341-001dd803610b

3/17/2025 5:50:11 AM



I send new check
Looks like problem with the first delivery

Ok thanks

6/23/2025 1:12:30 PM

Hi, remember that check you sent in February and it didn't arrive, then you sent a new one, well the February check arrived today! I'm going to tear it up ( unless for some reason you want me to return it, I assume you stopped payment anyway ( it was check 974 from Tamgy Inc)

Yes please destroy

Delivered