UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Nino Martinenko, et al.,**

Plaintiffs,

v.

**212 Steakhouse Inc. and Nikolay Volper,**

Defendants.

Case No. 22-cv-00518 (JLR)

---

### NOTICE OF MOTION TO DISQUALIFY CLASS COUNSEL

PLEASE TAKE NOTICE that Defendant **Nikolay Volper**, proceeding pro se, respectfully moves this Court, before the Honorable Jennifer L. Rochon, United States District Judge for the Southern District of New York, at a date and time to be determined by the Court, for an Order disqualifying **Joseph & Kirschenbaum LLP** as class counsel pursuant to **Federal Rule of Civil Procedure 23(g)**, **Rule 11**, the Court's **inherent authority**, and **Rule 60(d)(3)**, based on newly-discovered evidence demonstrating:

1. False sworn declarations, false claims and false testimony by Plaintiff and counsel;
2. Perjury and fraud on the Court;
3. Improper solicitation and violations of Court-ordered notice procedures;
4. Concealment of class-member communications and attrition;
5. Post-termination manipulation and access to time records undermining evidence integrity;
6. Billing misrepresentations and improper fee submissions;
7. Collusion with former defense counsel to avoid trial and suppress evidence; and
8. Ethical violations prejudicing Defendant and absent class members.

This motion is supported by the accompanying **Memorandum of Law**, **Declaration of Nikolay Volper** with exhibits, and all prior proceedings in this matter.

Defendant respectfully requests oral argument and an evidentiary hearing.

Dated: November 04,, 2025

 New York, New York

Respectfully submitted,

**/s/ Nikolay Volper**

 Defendant, Pro Se

1-347-286-9291

mail4opt@yahoo.com