**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

212 STEAKHOUSE, INC., and
NIKOLAY VOLPER, Defendants.

                                                      **Case 1:22-cv-00518-JLR-RWL**

-against-.

NINO MARTINENKO, on behalf of
herself and others similarly situated,
Plaintiff,

---------------------------------------------------------X

# DECLARATION OF NIKOLAY VOLPER

I, Nikolay Volper, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Defendant in this action. I submit this declaration in support of my renewed motion to disqualify Joseph & Kirschenbaum LLP ("J&K") as class counsel.

2. This motion is based on new evidence that was not before the Court when the earlier disqualification request (Dkt. 84) was denied at Dkt. 86, including discovery records, sworn deposition testimony, audit logs, billing records, and communications confirming false sworn statements, improper solicitation, evidence concealment, and coordinated conduct to avoid trial and suppress misconduct.

3. Plaintiff Nino Martinenko submitted sworn claims under complaint, declarations claiming she worked frequent overtime and had no conflicts with coworkers (e.g., Dkts. 22, 73). Under oath, she later admitted she had not read the Complaint before filing (Dkt. 119-11, p. 29) and gave testimony contradicting her declarations on hours, compensation,

and COVID-related conduct. These statements were material to conditional and class certification.

4. Audit logs (Dkts. 112-11, 112-12) show Martinenko accessed the POS/timekeeping system six times after termination using Level-3 credentials. She denied post-termination access in a sworn declaration (Dkt. 122 ¶11). These logs were not disclosed to the Court until I brought them forward.

5. In deposition, Opt-In Plaintiff Huk stated she "got contacted by [her] lawyer" about this case. Counsel instructed her not to answer further. (Dkt. 119-10, p. 21). Plaintiffs' counsel later denied such contact to the Court, despite billing entries (Dkt. 152-1) confirming attorney-initiated calls.

6. Plaintiffs' counsel swore they excluded over 50 hours from billing (Dkt. 152 ¶19). The billing file (Dkt. 152-1) contains no redactions or exclusion log, and I identified at least 23 hours of billings solely for §195 claim dismissal. This misrepresentation materially impacted the Court's fee award (Dkt. 154).

7. On September 25, 2024, I instructed my counsel to file a notice of appeal and proceed to trial. Within 48 hours, opposing counsel and my counsel coordinated to dismiss certified §195 claims without my consent, contrary to my instructions and the Court's directive in Dkt. 141 to litigate individualized §195 issues. Billing entries and emails confirm joint planning to obtain final judgment.

8. I consistently instructed my counsel to proceed to trial and not settle. My counsel never presented my instructions or the evidence of misconduct to the Court.

9. I did not authorize settlement, dismissal, or stipulations to remove claims from the Court's consideration. I repeatedly directed counsel to raise the misconduct and seek trial.

10. The conduct described damaged my rights, compromised the class, misled the Court, and prejudiced judicial proceedings. Disqualification is necessary to restore integrity to this action.

11. I request a hearing, in-person or by video, to present evidence directly to the Court.

    I declare under penalty of perjury that the foregoing is true and correct.

*Nikolay Volper*

_____

Nikolay Volper

Defendant, Pro Se

1-347-286-9291

mail4opt@yahoo.com

Executed on November 04, 2025

3

# Audit trail

## Details

| | |
|---|---|
| FILE NAME | Volper's Declaration - 11/5/25, 1:47 AM |
| STATUS | 🟢 Signed |
| STATUS TIMESTAMP | 2025/11/05 01:48:38 UTC |

## Activity

| | | |
|---|---|---|
| SENT | nv@hoobio.com **sent** a signature request to:<br>• Nikolay Volper (nv@hoobio.com) | 2025/11/05 01:47:31 UTC |
| SIGNED | **Signed** by Nikolay Volper (nv@hoobio.com) | 2025/11/05 01:48:38 UTC |
| COMPLETED | This document has been signed by all signers and is **complete** | 2025/11/05 01:48:38 UTC |

The email address indicated above for each signer may be associated with a Google account, and may either be the primary email address or secondary email address associated with that account.