# RE: 212 Steakhouse case

| | |
|---|---|
| From: | Denise Schulman (denise@jk-llp.com) |
| To: | mail4opt@yahoo.com |
| Cc: | mike@jk-llp.com |
| Date: | Wednesday, August 20, 2025 at 09:34 AM EDT |

Mr. Volper,

When we spoke on the phone on August 6 you agreed to come to my office for a deposition on August 26. During that same phone call, I told you that because of your several cancellations I was going to ask the judge to order to you to attend your deposition on that day and you said that was fine. I served you with a deposition notice – not a subpoena – as a party witness on July 14, and you are responsible for your own travel expenses. If you do not appear for your deposition on August 26 as you agreed and as ordered by the court I will seek appropriate sanctions from the court.

Denise

**From:** Nikolay Volper <mail4opt@yahoo.com>
**Sent:** Wednesday, August 20, 2025 1:16 AM
**To:** Denise Schulman <denise@jk-llp.com>
**Subject:** Re: 212 Steakhouse case

Dear Denice

I see you never tell the court that I have car incident I am out of New York and waiting for my car to be repair

and still don't pick up

You never tell to the court that I offer video conference but you refused

You never tell the court that I offfer to come to New York and come back to pick up my car but you refuse despite the fact that I am away from New York and will take me 4 days to come by car when my car is repaired

You refuse to pay the travel expenses to come to New York and going back

Are you aware that when somebody is over 100 miles from you office you need to pay the travel expense ?

Best

Nikolay Volper

Sent from Yahoo Mail for iPhone

On Tuesday, August 19, 2025, 8:09 AM, Denise Schulman <denise@jk-llp.com> wrote:

> Mr. Volper,
>
> Please see the attached orders from the court.
>
> Best,
> Denise
>
> Denise Schulman
> Joseph & Kirschenbaum LLP
> 32 Broadway
> Suite 601
> New York, NY 10004
> Tel: 212-688-5640
> Fax: 212-981-9587
>
> This e-mail and any attachments are confidential and are intended solely for the use of the addressee(s). This communication may contain material that is protected by the attorney-client privilege or other privileges or doctrines. If you are not the addressee or an addressee's agent, you may not use, disseminate, forward, print, or copy this e-mail; doing so may violate the addressee's rights. If you have received this e-mail in error, please notify us immediately.
>
> IRS Circular 230 disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication. (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)