**Subject**   Re: 212 Steakhouse case

**From**     Nikolay Volper <mail4opt@yahoo.com>

**To:**      Denise Schulman <denise@jk-llp.com>

**Date**     Aug 20 at 1:16 AM

Dear Denice

I see you never tell the court that I have car incident I am out of New York and waiting for my car to be repair and still don't pick up
You never tell to the court that I offer video conference but you refused
You never tell the court that I offfer to come to New York and come back to pick up my car but you refuse despite the fact that I am away from New York and will take me 4 days to come by car when my car is repaired
You refuse to pay the travel expenses to come to New York and going back
Are you aware that when somebody is over 100 miles from you office you need to pay the travel expense  ?

Best

Nikolay Volper

Sent from Yahoo Mail for iPhone

Show trimmed content