# 212 Steakhouse

From: Nikolay Volper (mail4opt@yahoo.com)

To: denise@jk-llp.com; maimon@jk-llp.com; mike@jk-llp.com

Date: Tuesday, October 14, 2025 at 09:57 AM EDT

Dear Denice

Please send me the transcript

Best

Nikolay Volper

Sent from Yahoo Mail for iPhone