# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

**NINO MARTINENKO, et al.,**

  Plaintiffs,

v.

**212 STEAKHOUSE INC. and NIKOLAY VOLPER,**

  Defendants.

Case No. 22-cv-00518 (JLR)

---

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR RELIEF FROM JUDGMENT UNDER FED. R. CIV. P. 60(b)(2), (3), (4), (6), AND 60(d)(3)

Upon consideration of Defendant **Nikolay Volper's** Motion for Relief from Judgment, the supporting Declaration, the Evidentiary Appendix (Dkt. 198-1), the Motion to Disqualify Plaintiffs' Counsel (Dkt. 201) and exhibits (Dkts. 201-1 & 201-2), and all prior proceedings and filings in this case, and for good cause shown, it is hereby:

**ORDERED** that Defendant's Motion for Relief from Judgment is **GRANTED**; and it is further

**ORDERED** that the **Final Judgment** entered on November 14, 2024 (Dkt. 154) and the **Fee Order** entered on December 23, 2024 (Dkt. 166) are **VACATED**; and it is further

**ORDERED** that this case is **REOPENED** for further proceedings, including an evidentiary hearing regarding the misconduct, suppression of evidence, and jurisdictional issues set forth in Dkts. 198-1 and 201; and it is further

**ORDERED** that the Court will set a scheduling conference to establish deadlines for such proceedings.

SO ORDERED.

Date

_____

**Hon. Jennifer L. Rochon**
United States District Judge
Southern District of New York